FILING FEE
PAID $75.00
Pro hac
Vice 19803
Steven M. Larimore, Clerk

FILED by ___ D.C.
JUN 07 2011
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO.: 1:11-CV-22026-MGC

| | |
|---|---|
| DR. BERND WOLLSCHLAEGER | ) |
| | ) |
| DR. JUDITH SCHAECHTER | ) |
| | ) |
| DR. TOMMY SCHECHTMAN | ) |
| | ) |
| AMERICAN ACADEMY OF PEDIATRICS, FLORIDA CHAPTER | ) |
| | ) |
| AMERICAN ACADEMY OF FAMILY PHYSICIANS, FLORIDA CHAPTER | ) |
| | ) |
| AMERICAN COLLEGE OF PHYSICIANS, FLORIDA CHAPTER, INC. | ) |
| Plaintiffs, | ) |
| v. | ) |
| RICK SCOTT *In his official capacity as Governor of the State of Florida* | ) |
| KURT S. BROWNING *In his official capacity as Secretary of State of the State of Florida* | ) |
| FRANK FARMER *In his official capacity as Surgeon General of the State of Florida* | ) |
| ELIZABETH DUDEK *In her official capacity as Secretary of Health Care Administration of the State of Florida* | ) |
| LUCY GEE *In her official capacity as Division Director of the Florida Department of Health, Division of Medical Quality Assurance* | ) |
| Defendants. | ) |

## MOTION TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

In accordance with Local Rules 4(b) of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of JONATHAN E. LOWY of the Legal Action Project of the Brady Center to Prevent Gun Violence, 1225 Eye Street, NW, Suite 1100, Washington, DC, Telephone: (202) 289-7319, for purposes of appearance as co-counsel on behalf of Plaintiffs in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit **Jonathan E. Lowy** to receive electronic filings in this case, and in support thereof states as follows:

1. **Jonathan E. Lowy, Esq.**, is not admitted to practice in the Southern District of Florida and is a member in good standing of the Bar of the District of Columbia and the District Court for the District of Columbia.

2. Movant, Edward M. Mullins, Esquire, of the law firm of Astigarraga Mullins Davis & Grossman, P.A., 701 Brickell Avenue, 16th Floor, Miami, Florida 33131, Telephone: (305) 372-8282, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida, maintains an office in this State for the practice of law, and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

CASE NO.: 1:11-CV-22026-MGC

3. In accordance with the local rules of this Court, **Jonathan E. Lowy** has made payment of this Court's $75.00 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. **Jonathan E. Lowy**, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Jonathan E. Lowy at email address: jlowy@bradymail.org.

WHEREFORE, Edward M. Mullins, moves this Court to enter an Order for **Jonathan E. Lowy**, to appear before this Court on behalf of Plaintiffs, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to **Jonathan E. Lowy.**

Dated:  June 6, 2011

Respectfully submitted,

_____
Edward M. Mullins (Fla. Bar No. 863920)
emullins@astidavis.com
Hal M. Lucas (Fla. Bar No. 853011)
hlucas@astidavis.com
ASTIGARRAGA DAVIS MULLINS
  & GROSSMAN, P.A.
701 Brickell Avenue, 16th Floor
Miami, Florida 33131
Telephone:  (305) 372-8282
Facsimile:   (305) 372-8202

-and-

Bruce S. Manheim, Jr.*
bruce.manheim@ropesgray.com
Douglas Hallward-Driemeier*
douglas.hallward-driemeier@ropesgray.com
Augustine Ripa*
augustine.ripa@ropesgray.com
Julia Lewis*
julia.lewis@ropesgray.com
Ropes & Gray LLP
700 12th Street, NW, Suite 900

CASE NO.: 1:11-CV-22026-MGC

Washington, DC 20005-3948
Telephone: (202) 508-4600
Facsimile: (202) 508-4650

-and-

Dennis G. Kainen (Fla. Bar No. 0339393)
WEISBERG & KAINEN P.L.
1401 Brickell Avenue
Suite 800
Miami, Florida 33131-3504
Telephone: (305) 374-5544
Facsimile: (305) 358-8565
dennis@weisbergandkainen.com

*Pro hac vice admissions pending*

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO.: 1:11-CV-22026-MGC

| | |
|---|---|
| **DR. BERND WOLLSCHLAEGER** | ) |
| **DR. JUDITH SCHAECHTER** | ) |
| **DR. TOMMY SCHECHTMAN** | ) |
| **AMERICAN ACADEMY OF PEDIATRICS, FLORIDA CHAPTER** | ) |
| **AMERICAN ACADEMY OF FAMILY PHYSICIANS, FLORIDA CHAPTER** | ) |
| **AMERICAN COLLEGE OF PHYSICIANS, FLORIDA CHAPTER, INC.** | ) |
| Plaintiffs, | ) |
| v. | ) |
| **RICK SCOTT** *In his official capacity as Governor of the State of Florida* | ) |
| **KURT S. BROWNING** *In his official capacity as Secretary of State of the State of Florida* | ) |
| **FRANK FARMER** *In his official capacity as Surgeon General of the State of Florida* | ) |
| **ELIZABETH DUDEK** *In her official capacity as Secretary of Health Care Administration of the State of Florida* | ) |
| **LUCY GEE** *In her official capacity as Division Director of the Florida Department of Health, Division of Medical Quality Assurance* | ) |
| Defendants. | ) |

## CERTIFICATION OF Jonathan E. Lowy

Jonathan E. Lowy, Esquire, pursuant to Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys, hereby certifies that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) I am a member in good standing of the Bar of the District of Columbia & the District Court for the District of Columbia.

_____
Jonathan E. Lowy

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 6, 2011, a true and correct copy of the foregoing Motion to Appear *Pro Hac Vice,* Consent to Designation and Request to Electronically Receive Notices of Electronic Filings was served via U.S. Mail on all counsel or parties of record on the service list.

                                                                     Edward M. Mullins

CASE NO.: 1:11-CV-22026-MGC

# SERVICE LIST
*Dr. Bernd Wollschlaeger, et al. v. Rick Scott, et al.*
Case No.: 1:11-cv-22026
United States District Court, Southern District of Florida

*Defendants*

Rick Scott
Governor of the State of Florida
Office of the General Counsel
The Capitol, 209
400 South Monroe Street
Tallahassee, Florida  32399


Kurt S. Browning
Secretary of State of the State of Florida
Florida Department of State
RA Gray Building
500 South Bronough
Tallahassee, Florida  32399


Frank Farmer
Surgeon General of the State of Florida
Florida Department of Health
2585 Merchants Row Boulevard
Tallahassee, Florida  32399


Elizabeth Dudek
Secretary of Health Care Administration of the State of Florida
Agency for Healthcare Administration
2727 Mahan Drive
Tallahassee, Florida  32308


Lucy Gee
Division Director
Florida Department of Health
2585 Merchants Row Boulevard
Tallahassee, Florida  32399

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO.: 1:11-CV-22026-MGC

| | |
|---|---|
| **DR. BERND WOLLSCHLAEGER** | ) |
| **DR. JUDITH SCHAECHTER** | ) |
| **DR. TOMMY SCHECHTMAN** | ) |
| **AMERICAN ACADEMY OF PEDIATRICS, FLORIDA CHAPTER** | ) |
| **AMERICAN ACADEMY OF FAMILY PHYSICIANS, FLORIDA CHAPTER** | ) |
| **AMERICAN COLLEGE OF PHYSICIANS, FLORIDA CHAPTER, INC.** | ) |
|     Plaintiffs, | ) |
|     v. | ) |
| **RICK SCOTT** *In his official capacity as Governor of the State of Florida* | ) |
| **KURT S. BROWNING** *In his official capacity as Secretary of State of the State of Florida* | ) |
| **FRANK FARMER** *In his official capacity as Surgeon General of the State of Florida* | ) |
| **ELIZABETH DUDEK** *In her official capacity as Secretary of Health Care Administration of the State of Florida* | ) |
| **LUCY GEE** *In her official capacity as Division Director of the Florida Department of Health, Division of Medical Quality Assurance* | ) |
|     Defendants. | ) |

CASE NO.: 1:11-CV-22026-MGC

## ORDER GRANTING MOTION TO APPEAR
## *PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO
## ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Jonathan E. Lowy, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby:

ORDERED AND ADJUDGED that:

The Motion is GRANTED. Jonathan E. Lowy may appear and participate in this action on behalf of Plaintiffs. The Clerk shall provide electronic notification of all electronic filings to Jonathan E. Lowy, via email address jlowy@bradymail.org.

DONE AND ORDERED in Chambers, in Miami, Florida, on this _____ day of June, 2011.

_____
The Honorable Marcia G. Cooke
United States District Judge

Copies furnished to:
All Counsel of Record

2