# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: 11-CV-22026-COOKE/TURNOFF

Plaintiff:
**DR. BERND WOLLSCHLAEGER, ET AL.,**

vs.

Defendant:
**RICK SCOTT, IN HIS CAPACITY AS GOVERNOR OF THE STATE OF FLORIDA, ET AL.,**

For:
Edward Mullins
Astigarraga Davis Mullins & Grossman, P.A.
701 Brickell Ave., 16th Floor
Miami, FL 33131-2847

Received by Process Service of America, Inc., Leon County, on the 7th day of June, 2011 at 10:09 am to be served on **RICK SCOTT, GOVERNOR OF THE STATE OF FLORIDA OFFICE OF THE GENERAL COUNSEL, THE CAPITOL, 209, 400 S MONROE ST., TALLAHASSEE, FL 32399**.

I, Christopher Compton, do hereby affirm that on the **9th day of June, 2011** at **11:00 am**, I:

**AUTHORIZED:** served by delivering a true copy of the **Summons in a Civil Case and Complaint for Declaratory and Injunctive Relief** with the date and hour of service endorsed thereon by me, to: **JESSE PANUCCIO** as **DEPUTY GENERAL COUNSEL**, who stated they are authorized to accept service for: **RICK SCOTT, GOVERNOR OF THE STATE OF FLORIDA OFFICE OF THE GENERAL COUNSEL** at the address of: **THE CAPITOL, 209, 400 S MONROE ST., TALLAHASSEE, FL 32399**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the Second Judicial Circuit in which the process was served. Under penalty of perjury I declare I have read the foregoing documents and that the facts stated in it are true. Notary not required pursuant to FL Statute 92.525 Sec (2).

Christopher Compton
Certified Process Server # 101

**Process Service of America, Inc., Leon County,**
P.O. Box 5848
Tallahassee, FL 32314-5848
(850) 877-9809

Our Job Serial Number: SKT-2011005811

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.4n

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

DR. BERND WOLLSCHLAEGER, et al.,

*Plaintiff*

v.

RICK SCOTT, in his capacity as Governor of the State of Florida, et al.,

*Defendant*

Civil Action No.

**11-CV-22026-Cooke/Turnoff**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  RICK SCOTT
Governor of the State of Florida
Office of the General Counsel
The Capitol, 209
400 South Monroe Street
Tallahassee, Florida  32399

Srvd. 6/ 9 /2011 at 1100qm
by       C.M.C  CPS#101
2nd Judicial Circuit of FL

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Edward M. Mullins, Esq.
Hal M. Lucas, Esq.
Astigarraga Davis Mullins & Grossman, P.A.
701 Brickell Avenue, 16th Floor
Miami, Florida  33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:   **June 6, 2011**



Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ Yesenia Herrera
Deputy Clerk
U.S. District Courts