UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case. No.: 11-22026-Civ-COOKE/TURNOFF

DR. BERND WOLLSCHLAEGER,
et al.,

    Plaintiffs

vs.

RICK SCOTT, *In his official capacity
as Governor of the State of Florida*,
et al.,

    Defendants.
_____/

## REQUEST FOR HEARING ON PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION

Pursuant to Local Rule 7.1(b)(1), S.D.Fla. L.R., Plaintiffs Dr. Bernd Wollschlaeger, Dr. Judith Schaechter, Dr. Tommy Schechtman, Dr. Stanley Sack, Dr. Shannon Fox-Levine, Dr. Roland Gutierrez, American Academy of Pediatrics, Florida Chapter, American Academy of Family Physicians, Florida Chapter, and American College of Physicians, Florida Chapter, Inc. (collectively, "Plaintiffs") hereby request a hearing on their Motion for a Preliminary Injunction (hereinafter "Motion").

The Plaintiffs respectfully submit that the Court would benefit from oral argument on the Motion. The Motion asks the Court to enter a preliminary injunction enjoining enforcement of CS/HB/HB 155, "An act relating to the privacy of firearm owners" ("Physician Gag Law"). For the reasons set forth in Plaintiffs' Memorandum in support of the Motion, the Physician Gag Law affects the constitutional rights of health care practitioners throughout the State of Florida,

the constitutional rights of their patients to receive information from their health care practitioners, and the quality of the preventive care the patients receive. A hearing will facilitate the Court's consideration of the arguments presented in the Memorandum in support of Plaintiffs' Motion.

Plaintiffs also respectfully request that the Court set a hearing at the earliest possible date, as Plaintiffs and their patients have already suffered, and will continue to suffer, irreparable injuries unless and until preliminary injunctive relief is granted.

**WHEREFORE**, Plaintiffs respectfully request that this Court schedule a hearing to consider the Motion for a Preliminary Injunction. The Plaintiffs estimate that such a hearing would require one (1) to two (2) hours.

This 24th day of June, 2011.

                                      Respectfully submitted,

/s/Edward M. Mullins
Edward M. Mullins
Hal M. Lucas (of counsel)
Florida Bar Nos. 0863920 & 0853011
Astigarraga Davis Mullins & Grossman, P.A.
701 Brickell Avenue, 16th Floor
Miami, Florida 33131-2847
Tel: (305) 372-8282
Fax: (305) 372-8202
emullins@astidavis.com

-and-

Bruce S. Manheim, Jr.
Douglas H. Hallward-Driemeier
Augustine M. Ripa
Julia M. Lewis
(Pro hac vice applications pending)
ROPES & GRAY LLP
700 12th Street NW, Suite 900
Washington D.C. 2005
Tel: (202) 508-4600
Fax: (202) 383-8332
bruce.manheim@ropesgray.com

-and-

Jonathan E. Lowy
Daniel R. Vice
(Pro hac vice applications pending)
BRADY CENTER TO PREVENT GUN VIOLENCE
Legal Action Project
1225 Eye Street NW, Suite 1100
Washington, DC 20005
Tel: (202) 289-7319
Fax: (202) 898-0059
jlowy@bradymail.org

*Counsel for Plaintiffs*

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 24, 2011, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF. I also certify that a true and correct copy of the foregoing document is being served this day on the following attorneys, in the manner specified:

Chesterfield Smith, Jr., Esq., Chief, State Programs Litigation
Jason Vail, Assistant Attorney General
Office of the Attorney General
Suite PL 01, The Capitol
Tallahassee, Florida  32399-1050

*Counsel for Defendants*
*via Electronic Mail and regular U.S. Mail*

By: */s/ Edward M. Mullins*
Edward M. Mullins (Fla. Bar No. 863920)