AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
для the
Southern District of Florida

DR. BERND WOLLSCHLAEGER, et al. )
_____ )
*Plaintiff* )
v. ) Civil Action No. 11-CV-22026-COOKE/TURNOFF
RICK SCOTT, in his official capacity as Governor of )
the State of Florida, et al. )
_____ )
*Defendant* )

FILED by ___ D.C.
JUN 2 4 2011
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* GEORGE THOMAS, M.D.
c/o Chesterfield Smith, Jr., Esq.
Chief, State Programs Litigation
Office of the Attorney General
Suite PL 01, The Capitol
Tallahassee, Florida 32399-1050

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Edward M. Mullins, Esq.
Hal M. Lucas, Esq.
Astigarraga Davis Mullins & Grossman, P.A.
701 Brickell Avenue, 16th Floor
Miami, Florida 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Steven M. Larimore

Date: 6/24/11
_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

DR. BERND WOLLSCHLAEGER, et al.

*Plaintiff*

v.

RICK SCOTT, in his official capacity as Governor of the State of Florida, et al.

*Defendant*

Civil Action No. 1-CV-22026-COOKE-TURNOFF

FILED by _____ D.C.

JUN 24 2011

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* JASON ROSENBERG, M.D.
c/o Chesterfield Smith, Jr., Esq.
Chief, State Programs Litigation
Office of the Attorney General
Suite PL 01, The Capitol
Tallahassee, Florida 32399-1050

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Edward M. Mullins, Esq.
Hal M. Lucas, Esq.
Astigarraga Davis Mullins & Grossman, P.A.
701 Brickell Avenue, 16th Floor
Miami, Florida 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Steven M. Larimore

Date: 6/24/11

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

DR. BERND WOLLSCHLAEGER, et al.

*Plaintiff*

v.

RICK SCOTT, in his official capacity as Governor of the State of Florida, et al.

*Defendant*

Civil Action No. 11-CV-22026-COOKE/TURNOFF

FILED by _____ D.C.

JUN 24 2011

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ZACHARIAH P. ZACHARIAH, M.D.
c/o Chesterfield Smith, Jr., Esq.
Chief, State Programs Litigation
Office of the Attorney General
Suite PL 01, The Capitol
Tallahassee, Florida  32399-1050

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Edward M. Mullins, Esq.
Hal M. Lucas, Esq.
Astigarraga Davis Mullins & Grossman, P.A.
701 Brickell Avenue, 16th Floor
Miami, Florida 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Steven M. Larimore

Date: 6/24/11

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

DR. BERND WOLLSCHLAEGER, et al.

*Plaintiff*

v.

RICK SCOTT, in his official capacity as Governor of the State of Florida, et al.

*Defendant*

Civil Action No. 11-CV-22026-COOKE/TURNOFF

FILED by _____ D.C.

JUN 24 2011

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ELISABETH TUCKER, M.D.
c/o Chesterfield Smith, Jr., Esq.
Chief, State Programs Litigation
Office of the Attorney General
Suite PL 01, The Capitol
Tallahassee, Florida 32399-1050

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Edward M. Mullins, Esq.
Hal M. Lucas, Esq.
Astigarraga Davis Mullins & Grossman, P.A.
701 Brickell Avenue, 16th Floor
Miami, Florida 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 6/24/11

Steven M. Larimore
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| DR. BERND WOLLSCHLAEGER, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 11-CV-22026-COOKE/TURNOFF |
| RICK SCOTT, in his official capacity as Governor of the State of Florida, et al. | ) | |
| *Defendant* | ) | |

FILED by ___ D.C.

JUN 24 2011

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. – MIAMI

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* TRINA ESPINOLA, M.D.
c/o Chesterfield Smith, Jr., Esq.
Chief, State Programs Litigation
Office of the Attorney General
Suite PL 01, The Capitol
Tallahassee, Florida 32399-1050

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Edward M. Mullins, Esq.
Hal M. Lucas, Esq.
Astigarraga Davis Mullins & Grossman, P.A.
701 Brickell Avenue, 16th Floor
Miami, Florida 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT
Steven M. Larimore

Date: 6/24/11

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

DR. BERND WOLLSCHLAEGER, et al.
)
)
Plaintiff )
)
v. )
RICK SCOTT, in his official capacity as Governor of )
the State of Florida, et al. )
)
Defendant )

FILED by _____ D.C.

JUN 24 2011

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

Civil Action No. 11-CV-22026-COOKE/TURNOFF

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* MERLE STRINGER, M.D.
c/o Chesterfield Smith, Jr., Esq.
Chief, State Programs Litigation
Office of the Attorney General
Suite PL 01, The Capitol
Tallahassee, Florida 32399-1050

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Edward M. Mullins, Esq.
Hal M. Lucas, Esq.
Astigarraga Davis Mullins & Grossman, P.A.
701 Brickell Avenue, 16th Floor
Miami, Florida 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 6/24/11

CLERK OF COURT
Steven M. Larimore

_____
Signature of Clerk or Deputy Clerk

AO 440 (Rev. 12/09) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
for the
Southern District of Florida

DR. BERND WOLLSCHLAEGER, et al.

*Plaintiff*

v.  Civil Action No. 11-CV-22026-COOKE/TURNOFF

RICK SCOTT, in his official capacity as Governor of the State of Florida, et al.

*Defendant*

FILED by _____ D.C.

JUN 24 2011

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* JAMES ORR, M.D.
c/o Chesterfield Smith, Jr., Esq.
Chief, State Programs Litigation
Office of the Attorney General
Suite PL 01, The Capitol
Tallahassee, Florida 32399-1050

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Edward M. Mullins, Esq.
Hal M. Lucas, Esq.
Astigarraga Davis Mullins & Grossman, P.A.
701 Brickell Avenue, 16th Floor
Miami, Florida 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
Steven M. Larimore

Date: 6/24/11

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

DR. BERND WOLLSCHLAEGER, et al.
)
)
*Plaintiff*
)
)
v.
) Civil Action No. 11-CV-22026-COOKE/TURNOFF
)
RICK SCOTT, in his official capacity as Governor of the State of Florida, et al.
)
)
*Defendant*
)

FILED by _____ D.C.

JUN 24 2011

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA – MIAMI

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   GARY WINCHESTER, M.D.
c/o Chesterfield Smith, Jr., Esq.
Chief, State Programs Litigation
Office of the Attorney General
Suite PL 01, The Capitol
Tallahassee, Florida 32399-1050

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Edward M. Mullins, Esq.
Hal M. Lucas, Esq.
Astigarraga Davis Mullins & Grossman, P.A.
701 Brickell Avenue, 16th Floor
Miami, Florida 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT
**Steven M. Larimore**

Date: 6/24/11

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

FILED by _____ D.C.
JUN 24 2011
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

DR. BERND WOLLSCHLAEGER, et al.
)
)
Plaintiff )
)
v. ) Civil Action No. 11-CV-22026-COOKE/TURNOFF
RICK SCOTT, in his official capacity as Governor of )
the State of Florida, et al. )
)
Defendant )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* NABIL EL SANADI, M.D.
c/o Chesterfield Smith, Jr., Esq.
Chief, State Programs Litigation
Office of the Attorney General
Suite PL 01, The Capitol
Tallahassee, Florida 32399-1050

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Edward M. Mullins, Esq.
Hal M. Lucas, Esq.
Astigarraga Davis Mullins & Grossman, P.A.
701 Brickell Avenue, 16th Floor
Miami, Florida 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT
Steven M. Larimore

Date: 6/24/11

_____
Signature of Clerk or Deputy Clerk

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

DR. BERND WOLLSCHLAEGER, et al.

*Plaintiff*

v.

RICK SCOTT, in his official capacity as Governor of the State of Florida, et al.

*Defendant*

Civil Action No. 11-CV-22026-COOKE/TURNOFF

FILED by _____ D.C.

JUN 24 2011

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  ROBERT NUSS, M.D.
c/o Chesterfield Smith, Jr., Esq.
Chief, State Programs Litigation
Office of the Attorney General
Suite PL 01, The Capitol
Tallahassee, Florida 32399-1050

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Edward M. Mullins, Esq.
Hal M. Lucas, Esq.
Astigarraga Davis Mullins & Grossman, P.A.
701 Brickell Avenue, 16th Floor
Miami, Florida 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Steven M. Larimore

Date: 6/24/11

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

DR. BERND WOLLSCHLAEGER, et al.

*Plaintiff*

v.

RICK SCOTT, in his official capacity as Governor of the State of Florida, et al.

*Defendant*

Civil Action No. 11-CV-22026-COOKE/TURNOFF

FILED by _____ D.C.

JUN 24 2011

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   ONELIA LAGE, M.D.
c/o Chesterfield Smith, Jr., Esq.
Chief, State Programs Litigation
Office of the Attorney General
Suite PL 01, The Capitol
Tallahassee, Florida 32399-1050

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Edward M. Mullins, Esq.
Hal M. Lucas, Esq.
Astigarraga Davis Mullins & Grossman, P.A.
701 Brickell Avenue, 16th Floor
Miami, Florida 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT
Steven M. Larimore

Date: 6/24/11

Signature of Clerk or Deputy Clerk

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| DR. BERND WOLLSCHLAEGER, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 11-CV-22026-COOKE/TURNOFF |
| RICK SCOTT, in his official capacity as Governor of ) the State of Florida, et al. ) | |
| *Defendant* ) | |

**SUMMONS IN A CIVIL ACTION**

FILED by ___ D.C.

JUN 24 2011

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

To: *(Defendant's name and address)* FRED BEARISON, M.D.
c/o Chesterfield Smith, Jr., Esq.
Chief, State Programs Litigation
Office of the Attorney General
Suite PL 01, The Capitol
Tallahassee, Florida 32399-1050

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Edward M. Mullins, Esq.
Hal M. Lucas, Esq.
Astigarraga Davis Mullins & Grossman, P.A.
701 Brickell Avenue, 16th Floor
Miami, Florida 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Steven M. Larimore

Date: 6/24/11

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

DR. BERND WOLLSCHLAEGER, et al.

*Plaintiff*

v.

RICK SCOTT, in his official capacity as Governor of the State of Florida, et al.

*Defendant*

Civil Action No. 11-CV-22026-COOKE/TURNOFF

FILED by *tpe* D.C.

JUN 24 2011

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* DONALD MULLINS
c/o Chesterfield Smith, Jr., Esq.
Chief, State Programs Litigation
Office of the Attorney General
Suite PL 01, The Capitol
Tallahassee, Florida 32399-1050

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Edward M. Mullins, Esq.
Hal M. Lucas, Esq.
Astigarraga Davis Mullins & Grossman, P.A.
701 Brickell Avenue, 16th Floor
Miami, Florida 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Steven M. Larimore

Date: 6/24/11

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

DR. BERND WOLLSCHLAEGER, et al.

*Plaintiff*

v.   Civil Action No. 11-CV-22026-COOKE/TURNOFF

RICK SCOTT, in his official capacity as Governor of the State of Florida, et al.

*Defendant*

FILED by _tpe_ D.C.

JUN 24 2011

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* BRADLEY LEVINE
c/o Chesterfield Smith, Jr., Esq.
Chief, State Programs Litigation
Office of the Attorney General
Suite PL 01, The Capitol
Tallahassee, Florida 32399-1050

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Edward M. Mullins, Esq.
Hal M. Lucas, Esq.
Astigarraga Davis Mullins & Grossman, P.A.
701 Brickell Avenue, 16th Floor
Miami, Florida 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
Steven M. Larimore

Date: 6/24/11

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

DR. BERND WOLLSCHLAEGER, et al.
)
)
_____
)
*Plaintiff*
)
v.
)   Civil Action No. 11-CV-22026-COOKE/TURNOFF
)
RICK SCOTT, in his official capacity as Governor of
)
the State of Florida, et al.
)
_____
)
*Defendant*
)

FILED by _____ D.C.

JUN 24 2011

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   BRIGITTE RIVERA GOERSCH
c/o Chesterfield Smith, Jr., Esq.
Chief, State Programs Litigation
Office of the Attorney General
Suite PL 01, The Capitol
Tallahassee, Florida 32399-1050

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Edward M. Mullins, Esq.
Hal M. Lucas, Esq.
Astigarraga Davis Mullins & Grossman, P.A.
701 Brickell Avenue, 16th Floor
Miami, Florida 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT
Steven M. Larimore

Date: 6/24/11

_____
*Signature of Clerk or Deputy Clerk*