UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 11-22026-Civ-Cooke/Turnoff

DR. BERND WOLLSCHLAEGER, et al.

    Plaintiffs,

v.

RICK SCOTT, in his official capacity as Governor of the State of Florida, et al.

    Defendants,

and

NATIONAL RIFLE ASSOCIATION,

    Proposed Intervenor.

## NOTICE OF APPEARANCE

Please take notice that Gregory M. Cesarano and the law firm of Carlton Fields, P.A., hereby enter their appearance as counsel for Proposed Intervenor, NATIONAL RIFLE ASSOCIATION.

Copies of all future notices, pleadings and orders served and/or filed in the above-styled and numbered cause should be served upon Gregory M. Cesarano via e-mail at gcesarano@carltonfields.com or by U.S. Mail at Carlton Fields, P.A., Miami Tower, 100 S.E. 2nd Street, Suite 4200, Miami, Florida 33131.

Dated: June 27, 2011            Respectfully submitted,

                                             s/Gregory M. Cesarano
                                             Gregory M. Cesarano
                                             Florida Bar No. 217761

CARLTON FIELDS, P.A.
Miami Tower
100 S.E. Second Street, Suite 4200
Miami, FL 33131
Tel: (305) 530-0050
Fax: (305) 530-0055
Email:     gcesarano@carltonfields.com

and

Charles J. Cooper*
ccooper@cooperkirk.com
David H. Thompson*
dthompson@cooperkirk.com
Peter A. Patterson*
ppatterson@cooperkirk.com
COOPER & KIRK PLLC
1523 New Hampshire Ave. NW
Washington, D.C. 20036
Telephone: (202) 220-9600
Facsimile: (202) 220-9601

*Pro hac vice applications forthcoming

*Counsel for Proposed Intervenor National Rifle Association*

## CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notice of Electronic filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                               *s/Gregory M. Cesarano*
                                               Gregory M. Cesarano

## SERVICE LIST

Chesterfield Smith, Jr.
Chief, State Programs Litigation
Jason Vail
Assistant Attorney General
OFFICE OF THE ATTORNEY GENERAL
Suite PL 01, The Capitol
Tallahassee, FL 32399

*Counsel for Defendants*
VIA U.S. MAIL

Edward M. Mullins
Hal M. Lucas
ASTIGARRAGA DAVIS MULLINS &
GROSSMAN, P.A.
701 Brickell Avenue, 16th Floor
Miami, FL 33131

Bruce S. Manheim, Jr.
Douglas H. Hallward-Driemeier
Augustine M. Ripa
Julia M. Lewis
ROPES & GRAY LLP
700 12th Street NW, Suite 900
Washington, D.C. 20005

Jonathan E. Lowry
Daniel R. Vice
BRADY CENTER TO PREVENT GUN VIOLENCE
Legal Action Project
1225 Eye Street NW, Suite 1100
Washington, D.C. 20005

*Counsel for Plaintiffs*
VIA CM/ECF