UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 11-22026-Civ-Cooke/Turnoff

DR. BERND WOLLSCHLAEGER et al.,

    Plaintiffs,

v.

RICK SCOTT, in his official capacity as Governor of the State of Florida, et al.,

    Defendants,

and

NATIONAL RIFLE ASSOCIATION,

    Proposed Intervenor.

**PROPOSED INTERVENOR NATIONAL RIFLE ASSOCIATION'S
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Proposed Intervenor National Rifle Association states that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

Dated: June 27, 2011

Respectfully submitted,

    *s/Gregory M. Cesarano*
Gregory M. Cesarano (Fla. Bar No. 217761)
gcesarano@carltonfields.com
CARLTON FIELDS
100 S.E. Second Street, Suite 4200
Miami, FL 33131
Tel: (305) 530-0050
Fax: (305) 530-0055

Charles J. Cooper*
ccooper@cooperkirk.com
David H. Thompson*
dthompson@cooperkirk.com
Peter A. Patterson*
ppatterson@cooperkirk.com
COOPER & KIRK PLLC
1523 New Hampshire Ave. NW
Washington, D.C. 20036
Tel: (202) 220-9600
Fax: (202) 220-9601

Brian S. Koukoutchos*
bkoukoutchos@gmail.com
28 Eagle Trace
Mandeville, LA 70471
Tel: (985) 626-5052


*Pro hac vice application pending

Counsel for Proposed Intervenor NRA

## CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notice of Electronic filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                          *s/Gregory M. Cesarano*
                                                         Gregory M. Cesarano

## SERVICE LIST

Chesterfield Smith, Jr.
Chief, State Programs Litigation
Jason Vail
Assistant Attorney General
OFFICE OF THE ATTORNEY GENERAL
Suite PL 01, The Capitol
Tallahassee, FL 32399

*Counsel for Defendants*
*via U.S. Mail*

Edward M. Mullins
Hal M. Lucas
ASTIGARRAGA DAVIS MULLINS &
GROSSMAN, P.A.
701 Brickell Avenue, 16th Floor
Miami, FL 33131

Bruce S. Manheim, Jr.
Douglas H. Hallward-Driemeier
Augustine M. Ripa
Julia M. Lewis
ROPES & GRAY LLP
700 12th Street NW, Suite 900
Washington, D.C. 20005

Jonathan E. Lowry
Daniel R. Vice
BRADY CENTER TO PREVENT GUN
VIOLENCE
Legal Action Project
1225 Eye Street NW, Suite 1100
Washington, D.C. 20005

*Counsel for Plaintiffs*
*via Notice of Electronic Filing generated by CM/ECF*