UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 11-22026-Civ-Cooke/Turnoff

DR. BERND WOLLSCHLAEGER, et al.,

    Plaintiffs,

v.

RICK SCOTT, in his official capacity as
Governor of the State of Florida, et al.,

    Defendants,

and

NATIONAL RIFLE ASSOCIATION,

    Proposed Intervenor.

## PROPOSED INTERVENOR NATIONAL RIFLE ASSOCIATION'S MOTION TO EXPEDITE AND INCORPORATED MEMORANDUM OF LAW

Pursuant to S.D. Fla. L.R. 7.1(e), Proposed Intervenor National Rifle Association (NRA) respectfully requests an order expediting consideration of its motion to intervene, also filed today. In particular, the NRA seeks an order setting July 5, 2011 as the deadline for plaintiffs to file their opposing memorandum and July 8, 2011 as the deadline for the NRA's reply. A proposed order is attached as Exhibit A.

### ARGUMENT

Plaintiffs in this matter have filed a motion for a preliminary injunction, and it is the NRA's understanding that plaintiffs will seek expedited consideration of that motion. The NRA therefore respectfully requests an order expediting consideration of its motion to intervene such

that, if the motion is granted, the NRA may participate fully in briefing and arguing in opposition to plaintiffs' preliminary injunction motion.

As explained in our intervention motion, the NRA seeks to participate in this case to protect the substantial interests its members have in the Firearm Owners' Privacy Law. Plaintiffs' motion for a preliminary injunction threatens those interests, and the NRA thus seeks to participate in this critical stage of the proceedings. The NRA is prepared to meet any briefing schedule the Court sets on the plaintiffs' motion.

## CONCLUSION

For these reasons, the NRA respectfully requests an order expediting consideration of its motion to intervene and establishing July 5, 2011 as the deadline for plaintiffs to file an opposing memorandum and July 8, 2011 as the deadline for the NRA's reply.

## CERTIFICATE OF GOOD FAITH CONFERENCE; CONFERRED BUT UNABLE TO RESOLVE ISSUES PRESENTED IN THE MOTION

Pursuant to Local Rule 7.1(a)(3)(A), I hereby certify that counsel for the movant has conferred with all parties or non-parties who may be affected by the relief sought in this motion in a good faith effort to resolve the issues but has been unable to resolve the issues completely. In particular, counsel for defendants stated that defendants will not oppose this motion. Counsel for plaintiffs stated that plaintiffs will oppose this motion.

Dated: June 27, 2011

Respectfully submitted,

s/ Gregory M. Cesarano
Gregory M. Cesarano (Fla. Bar No. 217761)
gcesarano@carltonfields.com
CARLTON FIELDS
100 S.E. Second Street, Suite 4200
Miami, FL 33131
Tel: (305) 539-7417
Fax: (305) 530-0055

Charles J. Cooper*
ccooper@cooperkirk.com
David H. Thompson*
dthompson@cooperkirk.com
Peter A. Patterson*
ppatterson@cooperkirk.com
COOPER & KIRK PLLC
1523 New Hampshire Ave. NW
Washington, D.C. 20036
Tel: (202) 220-9600
Fax: (202) 220-9601

Brian S. Koukoutchos*
bkoukoutchos@gmail.com
28 Eagle Trace
Mandeville, LA 70471
Tel: (985) 626-5052

*Pro hac vice application pending*

*Counsel for Proposed Intervenor NRA*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 27, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                          s/ Gregory M. Cesarano
                                          Gregory M. Cesarano

SERVICE LIST

Chesterfield Smith, Jr.
Chief, State Programs Litigation
Jason Vail
Assistant Attorney General
OFFICE OF THE ATTORNEY GENERAL
Suite PL 01, The Capitol
Tallahassee, FL 32399

*Counsel for Defendants*
*via U.S. Mail*

Edward M. Mullins
Hal M. Lucas
ASTIGARRAGA DAVIS MULLINS &
GROSSMAN, P.A.
701 Brickell Avenue, 16th Floor
Miami, FL 33131
Tel: (305) 372-8282
Fax: (305) 372-8202
emullins@astidavis.com

Bruce S. Manheim, Jr.
Douglas H. Hallward-Driemeier
Augustine M. Ripa
Julia M. Lewis
ROPES & GRAY LLP
700 12th Street NW, Suite 900
Washington, D.C. 20005
Tel: (202) 508-4600
Fax: (202) 383-8332
Bruce.manheim@ropesgray.com

Jonathan E. Lowy
Daniel R. Vice
BRADY CENTER TO PREVENT GUN
VIOLENCE
Legal Action Project
1225 Eye Street NW, Suite 1100
Washington, D.C. 20005
Tel: (202) 289-7319
Fax: (202) 898-0059
jlowy@bradymail.org

*Counsel for Plaintiffs*
*via Notice of Electronic Filing generated by CM/ECF*