# Exhibit A

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 11-22026-Civ-Cooke/Turnoff

DR. BERND WOLLSCHLAEGER et al.,

    Plaintiffs,

v.

RICK SCOTT, in his official capacity as Governor of the State of Florida, et al.,

    Defendants,

and

NATIONAL RIFLE ASSOCIATION,

    Proposed Intervenor.

## [PROPOSED] ORDER GRANTING MOTION TO EXPEDITE

THIS MATTER is before the Court on Proposed Intervenor National Rifle Association's (NRA's) Motion to Expedite.

This Court, having reviewed the Motion and being fully advised in the premises, hereby ORDERS AND ADJUDGES that:

The Motion is GRANTED. Plaintiffs are directed to file their opposing memorandum no later than July 5, 2011. The NRA is directed to file its reply no later than July 8, 2011.

DONE AND ORDERED in Chambers, in Miami, Florida, this _____ day of

_____.

                                          The Honorable Marcia G. Cooke
                                          United States District Judge

Copies furnished to:
All Counsel of Record