

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 11-22026-Civ-Cooke/Turnoff

DR. BERND WOLLSCHLAEGER et al.,

    Plaintiffs,

v.

RICK SCOTT, in his official capacity as Governor of the State of Florida, et al.,

    Defendants,

and

NATIONAL RIFLE ASSOCIATION,

    Proposed Intervenor.



**MOTION FOR THE ADMISSION OF CHARLES J. COOPER, DAVID H. THOMPSON, BRIAN S. KOUKOUTCHOS, AND PETER A. PATTERSON TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

    In accordance with Local Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Charles J. Cooper, David H. Thompson, and Peter A. Patterson of the law firm of Cooper & Kirk PLLC, 1523 New Hampshire Avenue N.W., Washington, D.C. 20036, telephone: (202) 220-9600, as well as Brian S. Koukoutchos, 28 Eagle Trace, Mandeville, LA 70471, telephone: (985) 626-5052, for purposes of appearance as co-counsel on behalf of Proposed Intervenor National Rifle Association in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Charles J. Cooper, David H. Thompson, Peter A. Patterson,

and Brian S. Koukoutchos to receive electronic filings in this case, and in support thereof states as follows:

1.  Charles J. Cooper, David H. Thompson, Peter A. Patterson, and Brian S. Koukoutchos are not admitted to practice in the Southern District of Florida. Charles J. Cooper, David H. Thompson, and Brian S. Koukoutchos are members in good standing of the Bar of the District of Columbia and the United States District Court for the District of Columbia. Peter A. Patterson is a member in good standing of the Bar of the District of Columbia, the Bar of Ohio, and the United States District Court for the Southern District of Ohio.

2.  Movant, Gregory M. Cesarano, Esquire, of the law firm of Carlton Fields, 100 S.E. Second St., Suite 4200, Miami, FL 33131, telephone: (305) 539-7417, is a member in good standing of the Florida Bar and the United States District Court for the Southern District of Florida, maintains an office in this State for the practice of law, and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3.  In accordance with the local rules of this Court, Charles J. Cooper, David H. Thompson, Peter A. Patterson, and Brian S. Koukoutchos have each made payment of this Court's $75 admission fee. A certification in accordance with Rule 4(b) is attached hereto as Exhibit A.

4. Charles J. Cooper, David H. Thompson, Peter A. Patterson, and Brian S. Koukoutchos by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Charles J. Cooper, David H. Thompson, Peter A. Patterson, Brian S. Koukoutchos at email addresses: ccooper@cooperkirk.com, dthompson@cooperkirk.com, ppatterson@cooperkirk.com, and bkoukoutchos@gmail.com.

5. A proposed order granting the requested relief is attached hereto as Exhibit B.

WHEREFORE, Gregory M. Cesarano, moves this Court to enter an Order for Charles J. Cooper, David H. Thompson, Peter A. Patterson, and Brian S. Koukoutchos to appear before this Court on behalf of Proposed Intervenor National Rifle Association, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Charles J. Cooper, David H. Thompson, Peter A. Patterson, and Brian S. Koukoutchos.

Date: June 27, 2011                                   Respectfully submitted,

*/s/ Gregory M. Cesarano*
Gregory M. Cesarano (Fla. Bar No. 217761)
gcesarano@carltonfields.com
CARLTON FIELDS
100 S.E. Second Street, Suite 4200
Miami, FL 33131
Tel: (305) 530-0050
Fax: (305) 530-0055

*Attorney for Proposed Intervenor National Rifle Association*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document was served by United States mail, on June 27, 2011, on all counsel of record on the Service List below:

_____
Gregory M. Cesarano

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 11-22026-Civ-Cooke/Turnoff

DR. BERND WOLLSCHLAEGER et al.,

    Plaintiffs,

v.

RICK SCOTT, in his official capacity as Governor of the State of Florida, et al.,

    Defendants,

and

NATIONAL RIFLE ASSOCIATION,

    Proposed Intervenor.

## **CERTIFICATION OF CHARLES J. COOPER**

Charles J. Cooper, Esquire, pursuant to Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys, hereby certifies that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) I am a member in good standing of the Bar of the District of Columbia and the United States District Court for the District of Columbia.

_____
Charles J. Cooper

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 11-22026-Civ-Cooke/Turnoff

DR. BERND WOLLSCHLAEGER et al.,

    Plaintiffs,

v.

RICK SCOTT, in his official capacity as
Governor of the State of Florida, et al.,

    Defendants,

and

NATIONAL RIFLE ASSOCIATION,

    Proposed Intervenor.

## CERTIFICATION OF DAVID H. THOMPSON

David H. Thompson, Esquire, pursuant to Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys, hereby certifies that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) I am a member in good standing of the Bar of the District of Columbia and the United States District Court for the District of Columbia.

_____
David H. Thompson

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 11-22026-Civ-Cooke/Turnoff

DR. BERND WOLLSCHLAEGER et al.,

    Plaintiffs,

v.

RICK SCOTT, in his official capacity as
Governor of the State of Florida, et al.,

    Defendants,

and

NATIONAL RIFLE ASSOCIATION,

    Proposed Intervenor.

## CERTIFICATION OF BRIAN S. KOUKOUTCHOS

Brian S. Koukoutchos, Esquire, pursuant to Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys, hereby certifies that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) I am a member in good standing of the Bar of the District of Columbia and the United States District Court for the District of Columbia.

_____
Brian S. Koukoutchos

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 11-22026-Civ-Cooke/Turnoff

DR. BERND WOLLSCHLAEGER et al.,

    Plaintiffs,

v.

RICK SCOTT, in his official capacity as Governor of the State of Florida, et al.,

    Defendants,

and

NATIONAL RIFLE ASSOCIATION,

    Proposed Intervenor.

## CERTIFICATION OF PETER A. PATTERSON

Peter A. Patterson, Esquire, pursuant to Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys, hereby certifies that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) I am a member in good standing of the Bar of the District of Columbia, the Bar of Ohio, and the United States District Court for the Southern District of Ohio.

_____
Peter A. Patterson

# Exhibit B

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 11-22026-Civ-Cooke/Turnoff

DR. BERND WOLLSCHLAEGER et al.,

    Plaintiffs,

v.

RICK SCOTT, in his official capacity as Governor of the State of Florida, et al.,

    Defendants,

and

NATIONAL RIFLE ASSOCIATION,

    Proposed Intervenor.

## [PROPOSED] ORDER GRANTING ADMISSION OF CHARLES J. COOPER, DAVID H. THOMPSON, BRIAN S. KOUKOUTCHOS, AND PETER A. PATTERSON TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

    THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Charles J. Cooper, David H. Thompson, Peter A. Patterson, and Brian S. Koukoutchos, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby

    ORDERED AND ADJUDGED that:

1

2

. The Motion is GRANTED. Charles J. Cooper, David H. Thompson, Peter A. Patterson, and Brian S. Koukoutchos may appear and participate in this action on behalf of Proposed Intervenor National Rifle Association. The Clerk shall provide electronic notification of all electronic filings to Charles J. Cooper, David H. Thompson, Peter A. Patterson, and Brian S. Koukoutchos at ccooper@cooperkirk.com, dthompson@cooperkirk.com, ppatterson@cooperkirk.com, and bkoukoutchos@gmail.com.

DONE AND ORDERED in Chambers, in Miami, Florida, this _____ day of _____.

_____
The Honorable Marcia G. Cooke
United States District Judge

Copies furnished to:
All Counsel of Record