UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 11-CV-22026-COOKE/TURNOFF

DR. BERND WOLLSCHLAEGER, *et al.*,

    Plaintiffs,

v.

RICK SCOTT, in his official capacity as
Governor of the State of Florida, *et al.*,

    Defendants,

and

NATIONAL RIFLE ASSOCIATION,

    Proposed Intervenor.
_____/

**ORDER GRANTING MOTION FOR BRUCE MANHEIM,
DOUGLAS HALLWARD-DRIEMEIER, AUGUSTINE RIPA, AND
JULIA LEWIS TO APPEAR *PRO HAC VICE***

    **THIS CAUSE** came before the Court upon the Motions to Appear *pro hac vice* for Bruce Manheim, Esq., Douglas Hallward-Driemeier, Esq., Augustine Ripa, Esq., and Julia Lewis, Esq., Consent to Designation and Request to Electronically Receive Notices of Electronic Filing (ECF No. 7), pursuant to the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. Upon consideration of the Motion and being otherwise duly advised in the premises, it is hereby

    **ORDERED AND ADJUDGED** that the Motion for Bruce Manheim, Esq., Douglas

CASE NO.: 11-CV-22026-COOKE/TURNOFF

Hallward-Driemeier, Esq., Augustine Ripa, Esq., and Julia Lewis, Esq., to Appear *pro hac vice* (ECF No. 7) is **GRANTED**.

Bruce Manheim, Esq., Douglas Hallward-Driemeier, Esq., Augustine Ripa, Esq., and Julia Lewis, Esq., may appear and participate in this action on behalf of Plaintiffs American Academy of Pediatrics, Florida Chapter, American Academy of Family Physicians, Florida Chapter, American College of Physicians, Florida Chapter, and Dr. Bernd Wollschlaeger. The Clerk shall provide electronic notification of all electronic filings to Bruce Manheim, Esq., at bruce.manheim@ropesgray.com, Douglas Hallward-Driemeier, Esq., at Douglas.Hallward-Driemeier@ropesgray.com, Augustine Ripa, Esq., at Augustine.Ripa@ropesgray.com, and Julia Lewis, Esq., at julia.lewis@ropesgray.com.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 30th day of June 2011.

_____
**WILLIAM C. TURNOFF**
**United States Magistrate Judge**

cc: Hon. Marcia G. Cooke
    All Counsel of Record