# Exhibit B

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 11-22026-Civ-Cooke/Turnoff

DR. BERND WOLLSCHLAEGER et al.,

    Plaintiffs,

v.

RICK SCOTT, in his official capacity as Governor of the State of Florida, et al.,

    Defendants,

and

NATIONAL RIFLE ASSOCIATION,

    Proposed Intervenor.

**[PROPOSED] ORDER GRANTING NRA'S MOTION
TO PARTICIPATE AS AMICUS CURIAE**

THIS MATTER is before the Court on Proposed Intervenor National Rifle Association's (NRA's) Motion to Participate as Amicus Curiae.

This Court, having reviewed the Motion and being fully advised in the premises, hereby ORDERS AND ADJUDGES that:

The Motion is GRANTED.  It is HEREBY ORDERED that the NRA's Brief Opposing Plaintiffs' Motion for a Preliminary Injunction is deemed filed.  It is also HEREBY ORDERED that counsel for the NRA may participate in the hearing scheduled for July 13, 2011 to address plaintiffs' motion.

DONE AND ORDERED in Chambers, in Miami, Florida, this _____ day of _____.

1

2

 

                                                                                               _____
                                                                                               The Honorable Marcia G. Cooke
                                                                                               United States District Judge

Copies furnished to:
All Counsel of Record