UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-22026-Civ-COOKE/TURNOFF

BERND WOLLSCHLAEGER, *et al.*,

    Plaintiffs

vs.

RICK SCOTT, *et al.*,

    Defendants.

_____/

**ORDER GRANTING MOTION FOR ORDER
DIRECTING CLERK TO CHANGE CASE STYLE**

THIS MATTER is before me on Defendants' Motion for an Order Directing Clerk to Change the Style of the case.  (ECF No. 56).  The Plaintiffs do not oppose this motion.  I have reviewed the arguments, the record, and the relevant legal authorities, and being duly advised on the premises, it is **ORDERED and ADJUDGED** that Defendants' Motion is **GRANTED**.  The new caption for this case shall reflect the first-named defendant in Plaintiff's Amended Complaint:

BERND WOLLSCHLAEGER, *et al.*,

    Plaintiffs

vs.

FRANK FARMER, *et al.*,

    Defendants.

_____/

**DONE and ORDERED** in chambers at Miami, Florida, this 11th day of July 2011.

*/s/ Marcia G. Cooke*
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*William C. Turnoff, U.S. Magistrate Judge*
*Counsel of record*