UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 11-CV-22026-COOKE/TURNOFF

DR. BERND WOLLSCHLAEGER, et al.,

    Plaintiffs,

v.

RICK SCOTT, *in his official capacity as Governor of the State of Florida*, et al.,

    Defendants.

_____/

## PLAINTIFFS' NOTICE OF CONVENTIONAL FILING

Plaintiffs hereby provide notice of their conventionally filing a compact disc with three audio files containing (i) recorded sections of April 26, 2011 House Floor Debate on HB 155 ("House Floor Debate"); and (ii) portions of April 27-28, 2011 Senate Floor Debate ("Senate Floor Debate A" and "Senate Floor Debate B") cited by Defendants in their opposition to Plaintiffs' Motion for a Preliminary Injunction.

Dated: July 8, 2011

_____
Edward M. Mullins (Fla. Bar No. 863920)
emullins@astidavis.com
Hal M. Lucas (Fla. Bar No. 853011)
hlucas@astidavis.com
Astigarraga Davis Mullins & Grossman, P.A.
701 Brickell Avenue, 16th Floor
Miami, Florida 33131-2847
Tel.: (305) 372-8282 / Fax: (305) 372-8202

-and-

Bruce S. Manheim, Jr.*
Bruce.manheim@ropesgray.com
Douglas H. Hallward-Driemeier*
Douglas.hallward@ropesgray.com
Augustine M. Ripa*
Augustine.ripa@ropesgray.com
Julia M. Lewis*
Julia.lewis@ropesgray.com
Ropes & Gray LLP
700 12th Street NW, Suite 900
Washington D.C. 2005
Tel.: (202) 508-4600 / Fax: (202) 383-8332

-and-

Jonathan E. Lowy*
jlowy@bradymail.org
Daniel R. Vice*
dvice@bradymail.org
Brady Center To Prevent Gun Violence
Legal Action Project
1225 Eye Street NW, Suite 1100
Washington, DC 20005
Tel.: (202) 289-7319 / Fax: (202) 898-0059

*Admitted pro hac vice
Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 8, 2011, a true and correct copy of the foregoing Notice of Conventional Filing with attached compact disc was sent via Federal Express to the attorneys on the Service List, below.

_____
Edward M. Mullins (Fla. Bar No. 863920)

## SERVICE LIST
*Wollschlaeger, et al. v. Scott, et al.*
Case No.: 11-22026-Civ-COOKE/TURNOFF
United States District Court, Southern District of Florida

Jason Vail
Jay.vail@myfloridalegal.com
Assistant Attorney General
Office of the Attorney General
PL-01
The Capitol
Tallahassee, Florida 32399
Telephone: (850) 414-3300

*Counsel for Defendants*

Gregory M. Cesarano
gcesarano@carltonfields.com
Carlton Fields, P.A.
Miami Tower
100 Southeast Second Street
Suite 4200
Miami, Florida 33131
Telephone: (305) 530-0050
Facsimile: (305) 530-0055

*Counsel for Proposed Intervenor
    National Rifle Association*

**United States District Court**
**Southern District of Florida**

Case Number: 11 cv 22026-Cooke

# SUPPLEMENTAL ATTACHMENT(S)

Please refer to supplemental paper "court file" in the division where the Judge is chambered. These attachments must <u>not</u> be placed in the "chron file".

☐ **NOT SCANNED**

  ☐ Due to Poor Quality

  ☐ Bound Extradition Papers

  ☐ Photographs

  ☐ Surety Bond (Original or Letter of Understanding)

  ☑ CD, DVD, VHS Tape, Cassette Tape

  ☐ Other: _____

☑ **SCANNED**

  ☐ But Poor Quality

  ☐ Habeas Cases (State Court Record/Transcript)

Date: 7/11/11