UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 11-CV-22026-COOKE/TURNOFF

DR. BERND WOLLSCHLAEGER, *et al.*,

    Plaintiffs,

v.

RICK SCOTT, in his official capacity as
Governor of the State of Florida, *et al.*,

    Defendants,

_____/

## ORDER GRANTING MOTION FOR CHARLES J. COOPER, DAVID H. THOMPSON, BRIAN S. KOUKOUTCHOS, AND PETER A. PATTERSON TO APPEAR *PRO HAC VICE*

**THIS CAUSE** came before the Court upon the Motions to Appear *pro hac vice* for Charles J. Cooper, Esq., David H. Thompson, Esq., Brian S. Koukoutchos, Esq., and Peter A. Patterson, Esq., Consent to Designation and Request to Electronically Receive Notices of Electronic Filing (ECF No. 45), pursuant to the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. Upon consideration of the Motion and being otherwise duly advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that the Motion for Charles J. Cooper, Esq., David H. Thompson, Esq., Brian S. Koukoutchos, Esq., and Peter A. Patterson, Esq., to Appear *pro hac vice* (ECF No. 45) is **GRANTED**.

CASE NO.: 11-CV-22026-COOKE/TURNOFF

Charles J. Cooper, Esq., David H. Thompson, Esq., Brian S. Koukoutchos, Esq., and Peter A. Patterson, Esq., may appear and participate in this action as *amici curiae* on behalf of National Rifle Association. See (ECF No. 62). The Clerk shall provide electronic notification of all electronic filings to Charles J. Cooper, Esq., at ccooper@copperkirk.com, David H. Thompson, Esq., at dthompson@cooperkirk.com, Brian S. Koukoutchos, Esq., at bkoukoutchos@gmail.com, and Peter A. Patterson, Esq., at ppatterson@cooperkirk.com.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 14th day of July 2011.

  **WILLIAM C. TURNOFF**
  **United States Magistrate Judge**

cc: Hon. Marcia G. Cooke
    All Counsel of Record