UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 11-22026-Civ-COOKE/TURNOFF

DR. BERND WOLLSCHLAEGER, *et al.*,

    Plaintiffs,

vs.

FRANK FARMER, in his official capacity as
Surgeon General of the State of Florida, *et al.*,

    Defendants.
_____/

## NOTICE OF APPEARANCE

COMES NOW, Gerald E. Greenberg, of the law firm of Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A., and respectfully gives notice of appearance as attorney for the proposed amici curiae, the American Civil Liberties Union of Florida, Inc., Broward County Medical Association, Broward County Pediatric Society, Palm Beach County Medical Society, Children's Healthcare Is a Legal Duty, Inc., the Early Childhood Initiative Foundation, and the University of Miami School of Law Children and Youth Clinic, in the above styled case.

Case No. 11-22026-Civ-COOKE/TURNOFF

Dated: July 19, 2011                     Respectfully submitted,

                                       STEARNS WEAVER MILLER WEISSLER
                                       ALHADEFF & SITTERSON, P.A.
                                       Museum Tower, Suite 2200
                                       150 West Flagler Street
                                       Miami, Florida 33130
                                       Telephone:  (305) 789-3200
                                       Facsimile:   (305) 789-3395

                                       s/ Gerald E. Greenberg
                                       GERALD E. GREENBERG
                                       Florida Bar No. 440094
                                       ggreenberg@stearnsweaver.com
                                       GORDON M. MEAD, JR.
                                       Florida Bar No. 049896
                                       gmead@stearnsweaver.com

                                     *Attorneys for Proposed Amici Curiae*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 19, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List via transmission of Notices of Electronic Filing generated by CM/ECF or through other approved means.

                                       /s/Gerald E. Greenberg
                                       GERALD E. GREENBERG

**SERVICE LIST**

*Dr. Bernd Wollschlaeger, et al. v. Frank Farmer, et al.*
**Case No. 11-22026-Civ-COOKE/TURNOFF**
**United States District Court, Southern District of Florida**

Augustine Ripa, Esq.
Augustine.Ripa@ropesgray.com
Bruce Manheim, Esq.
Bruce.manheim@ropesgray.com
Douglas Hallward-Driemeier, Esq.
Driemeier@ropesgray.com
Julia Lewis, Esq.
Julia.lewis@ropesgray.com
ROPES & GRAY, LLP
700 12th Street, NW, Suite 900
Washington, DC  20005-3948
Telephone:  202-508-4600
*Counsel for Plaintiff*

Dennis Gary Kainen
dennis@weisbergandkainen.com
WEISBERG & KAINEN
1401 Brickell Avenue, Suite 800
Miami, Florida 33131-3554
Telephone:  305-374-5544
Facsimile:   305-358-8565
*Counsel for Plaintiff*

Jonathan E. Lowy, Esq.
CENTER TO PREVENT HANDGUN VIOLENCE
1225 Eye Street NW, Suite 1100
Washington, D.C. 20005
Telephone:  202-289-5765
Facsimile:   202-898-0059
*Counsel for Plaintiff*

Daniel R. Vice, Esq.
dvice@bradymail.org
LEGAL PROJECT OF THE BRADY CENTER TO PREVENT GUN VIOLATION
1225 Eye Street, NW
Suite 1100
Washington, D.C. 20005
Telephone: 202-289-73193
*Counsel for Plaintiff*

Hal Michael Lucas, Esq.
hlucas@astidavis.com
Edward Maurice Mullins, Esq.
emullins@astidavis.com
ASTIGARRAGA DAVIS MULLINS & GROSSMAN, P.A.
701 Brickell Avenue, 16th Floor
Miami, Florida 33131
Telephone:  305-372-8282
Facsimile:   305-372-8202
*Counsel for Plaintiff*

AAG Jason Vail
jay.vail@myfloridalegal.com
AAG Diane G. Wolf
diane.wolf@myfloridalegal.com
Deputy Solicitor General
OFFICE OF THE ATTORNEY GENERAL
PL-01, The Capitol
Tallahassee, FL  32399
Telephone:  850-414-3300
*Counsel for Defendants*

Gregory Morgan Cesarano
gcesarano@carltonfields.com
CARLTON FIELDS
100 S.E. 2nd Street
Suite 4200
P.O. Box 019101
Miami, FL 33131
Telephone:  305-530-0050
Facsimile:  305-530-0055
*Counsel for Amicus Curiae*

Charles J. Cooper
ccooper@cooperkirk.com
David H. Thompson
dthompson@cooperkirk.com
Peter A. Patterson
ppatterson@cooperkirk.com
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, NW
Washington, DC  20036
Telephone:  202-220-9600
*Counsel for Amicus Curiae*

Gerald E. Greenberg
GGreenberg@stearnsweaver.com
Gordon M. Mead, Jr.
gmead@stearnsweaver.com
STEARNS WEAVER MILLER WEISSLER
ALHADEFF & SITTERSON, P.A.
Museum Tower, Suite 2200
150 West Flagler Street
Miami, Florida 33130
Telephone: 305-789-3200
Facsimile: 305-789-3395
*Counsel for Proposed Amici Curiae*

Brian S. Koukoutchos
bkoukoutchos@gmail.com
28 Eagle Trace
Mandeville, LA  70471
Telephone:  985-626-5052
*Counsel for Amicus Curiae*

Thomas R. Julin
tjulin@hunton.com
Jamie Z. Isani
jisani@hunton.com
Patricia Acosta
pacosta@hunton.com
HUNTON & WILLIAMS LLP
Sabadell Financial Center
1111 Brickell Avenue - Suite 2500
Miami, Florida  33131
Telephone: 305-810-2516
Facsimile: 305-810-1601
*Counsel for Proposed Amici Curiae*

Randall C. Marshall
rmarshall@aclufl.org
ACLU FOUNDATION OF FLORIDA, INC.
4500 Biscayne Blvd
Suite 340
Miami, Florida 33137
Telephone: 786-363-2700
Facsimile: 786-363-1108
*Counsel for Proposed Amici Curiae*