**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**Case No. 11-22026-civ-COOKE/TURNOFF**

DR. BERND WOLLSCHLAEGER, *et al*.,

Plaintiffs,

vs.

FRANK FARMER, in his official capacity as
Surgeon General of the State of Florida, *et al*.,

Defendants.
______________________________________/

**NOTICE OF APPEARANCE**

COMES NOW, Gordon M. Mead, Jr., of the law firm of Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A., and respectfully gives notice of appearance as attorney for the proposed amici curiae, the American Civil Liberties Union of Florida, Inc., Broward County Medical Association, Broward County Pediatric Society, Palm Beach County Medical Society, Children's Healthcare Is a Legal Duty, Inc., the Early Childhood Initiative Foundation, and the University of Miami School of Law Children and Youth Clinic, in the above styled case.

Case No. 11-22026-civ-COOKE/TURNOFF

Dated: July 19, 2011                          Respectfully submitted,


                                             STEARNS WEAVER MILLER WEISSLER
                                             ALHADEFF & SITTERSON, P.A.
                                             Museum Tower, Suite 2200
                                             150 West Flagler Street
                                             Miami, Florida 33130
                                             Telephone:  (305) 789-3200
                                             Facsimile:   (305) 789-3395


                                             s/ Gordon M. Mead, Jr.
                                             GORDON M. MEAD, JR.
                                             Florida Bar No. 049896
                                             GMead@stearnsweaver.com
                                             GERALD E. GREENBERG
                                             Florida Bar No. 440094
                                             GGreenberg@stearnsweaver.com


                                             *Counsel for Proposed Amici Curiae*


### CERTIFICATE OF SERVICE

        I hereby certify that on July 19, 2011, I electronically filed the foregoing document with

the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served

this day on all counsel of record identified on the attached Service List via transmission of

Notices of Electronic Filing generated by CM/ECF or through other approved means.



                                             /s/Gordon M. Mead, Jr.
                                             GORDON M. MEAD, JR.

Case No. 11-22026-civ-COOKE/TURNOFF

## SERVICE LIST

*Dr. Bernd Wollschlaeger, et al. v. Frank Farmer, et al.*
**Case No. 11-22026-civ-COOKE/TURNOFF**
**United States District Court, Southern District of Florida**

Augustine Ripa, Esq.
Augustine.Ripa@ropesgray.com
Bruce Manheim, Esq.
Bruce.manheim@ropesgray.com
Douglas Hallward-Driemeier, Esq.
Driemeier@ropesgray.com
Julia Lewis, Esq.
Julia.lewis@ropesgray.com
ROPES & GRAY, LLP
700 12th Street, NW, Suite 900
Washington, DC  20005-3948
Telephone:  202-508-4600
*Counsel for Plaintiff*

Dennis Gary Kainen
dennis@weisbergandkainen.com
WEISBERG & KAINEN
1401 Brickell Avenue, Suite 800
Miami, Florida 33131-3554
Telephone:  305-374-5544
Facsimile:   305-358-8565
*Counsel for Plaintiff*

Jonathan E. Lowy, Esq.
CENTER TO PREVENT HANDGUN
VIOLENCE
1225 Eye Street NW, Suite 1100
Washington, D.C. 20005
Telephone:  202-289-5765
Facsimile:   202-898-0059
*Counsel for Plaintiff*

Daniel R. Vice, Esq.
dvice@bradymail.org
LEGAL PROJECT OF THE BRADY
CENTER TO PREVENT GUN VIOLATION
1225 Eye Street, NW
Suite 1100
Washington, D.C. 20005
Telephone: 202-289-73193
*Counsel for Plaintiff*

Hal Michael Lucas, Esq.
hlucas@astidavis.com
Edward Maurice Mullins, Esq.
emullins@astidavis.com
ASTIGARRAGA DAVIS MULLINS &
GROSSMAN, P.A.
701 Brickell Avenue, 16th Floor
Miami, Florida 33131
Telephone:  305-372-8282
Facsimile:   305-372-8202
*Counsel for Plaintiff*

AAG Jason Vail
jay.vail@myfloridalegal.com
AAG Diane G. Wolf
diane.wolf@myfloridalegal.com
Deputy Solicitor General
OFFICE OF THE ATTORNEY GENERAL
PL-01, The Capitol
Tallahassee, FL  32399
Telephone:  850-414-3300
*Counsel for Defendants*

Case No. 11-22026-civ-COOKE/TURNOFF

Gregory Morgan Cesarano
gcesarano@carltonfields.com
CARLTON FIELDS
100 S.E. 2nd Street
Suite 4200
P.O. Box 019101
Miami, FL 33131
Telephone:  305-530-0050
Facsimile:  305-530-0055
*Counsel for Amicus Curiae*

Charles J. Cooper
ccooper@cooperkirk.com
David H. Thompson
dthompson@cooperkirk.com
Peter A. Patterson
ppatterson@cooperkirk.com
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, NW
Washington, DC  20036
Telephone:  202-220-9600
*Counsel for Amicus Curiae*

Gerald E. Greenberg
GGreenberg@stearnsweaver.com
Gordon M. Mead, Jr.
GMead@stearnsweaver.com
STEARNS WEAVER MILLER WEISSLER
ALHADEFF & SITTERSON, P.A.
Museum Tower, Suite 2200
150 West Flagler Street
Miami, Florida 33130
Telephone: 305-789-3200
Facsimile: 305-789-3395
*Counsel for Proposed Amici Curiae*

Brian S. Koukoutchos
bkoukoutchos@gmail.com
28 Eagle Trace
Mandeville, LA  70471
Telephone:  985-626-5052
*Counsel for Amicus Curiae*

Thomas R. Julin
tjulin@hunton.com
Jamie Z. Isani
jisani@hunton.com
Patricia Acosta
pacosta@hunton.com
HUNTON & WILLIAMS LLP
Sabadell Financial Center
1111 Brickell Avenue - Suite 2500
Miami, Florida  33131
Telephone: 305-810-2516
Facsimile: 305-810-1601
*Counsel for Proposed Amici Curiae*

Randall C. Marshall
rmarshall@aclufl.org
ACLU FOUNDATION OF FLORIDA, INC.
4500 Biscayne Blvd
Suite 340
Miami, Florida 33137
Telephone: 786-363-2700
Facsimile: 786-363-1108
*Counsel for Proposed Amici Curiae*