IN THE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No 1:11-cv-22026-MGC

DR. BERND WOLLSCHLAEGER, et al.　　　)
　　　　　　　　　　　　　　　　　　　)
　　　　　　Plaintiffs,　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
vs.　　　　　　　　　　　　　　　　　 )
　　　　　　　　　　　　　　　　　　　)
FRANK FARMER, in his official capacity as　)
Surgeon General of the State of Florida, et al.,　)
　　　　　　　　　　　　　　　　　　　)
　　　　　　Defendants.　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)

NOTICE OF ATTORNEY APPEARANCE

To the Clerk of Court:

Please enter my appearance as co-counsel for *Amici Curiae* American Civil Liberties Union of Florida, Inc., Broward County Medical Association, Broward County Pediatric Society, Palm Beach County Medical Society, Children's Healthcare Is a Legal Duty, Inc., the Early Childhood Initiative Foundation, and the University of Miami School of Law Children and Youth Clinic.

Dated: July 19, 2011　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　s/Randall C. Marshall

　　　　　　　　　　　　　　　　　　　Randall C. Marshall (Fla. Bar No. 181765)
　　　　　　　　　　　　　　　　　　　Attorney E-mail: RMarshall@aclufl.org
　　　　　　　　　　　　　　　　　　　ACLU Foundation of Florida, Inc.
　　　　　　　　　　　　　　　　　　　4500 Biscayne Blvd., Suite 340
　　　　　　　　　　　　　　　　　　　Miami, FL  33137
　　　　　　　　　　　　　　　　　　　Tel: 786-363-2700
　　　　　　　　　　　　　　　　　　　Fax: 786-363-1108

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been furnished to counsel of record through use of the Court's CM/ECF system on July 19, 2011.

s/ Randall C. Marshall