IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:11-CV-22026-COOKE/TURNOFF

DR. BERND WOLLSCHLAEGER, *et al.*,

    Plaintiffs,

v.

FRANK FARMER, *et al.*,

    Defendants.

_____/

**UNOPPOSED MOTION FOR ENLARGEMENT OF PAGE LIMIT FOR JOINT STATEMENT OF UNDISPUTED FACTS**

    The parties hereby submit this unopposed motion for enlargement of the page limit for their Joint Statement of Undisputed Facts pursuant to Local Rule 7.5(c). Rule 7.5(c) provides that the statement of material facts filed in support of a motion for summary judgment shall not exceed 10 pages in length. However, as set forth in Plaintiff's Unopposed Motion for Extension of Time to File Simultaneous Motions for Summary Judgment, the parties will file a Joint Statement of Undisputed Facts concurrently with their motions for summary judgment. As such, the parties move the Court to grant an enlargement of the 10-page limit for the Joint Statement of Undisputed Facts. The parties propose that the Joint Statement of Undisputed Facts shall not exceed fifteen (15) pages in length.

    A proposed Order consistent with the foregoing has been attached hereto.

28623885_1

Dated: November 10, 2011

/s/ Douglas J. Giuliano
Douglas J. Giuliano (Fla. Bar No. 15282)
Edward M. Mullins (Fla. Bar No. 863920)
emullins@astidavis.com
Hal M. Lucas (Fla. Bar No. 853011)
hlucas@astidavis.com
Astigarraga Davis Mullins & Grossman, P.A.
701 Brickell Avenue, 16th Floor
Miami, Florida 33131-2847
Tel. (305) 372-8282 / Fax (305) 372-8202

-and-

Bruce S. Manheim, Jr.*
Bruce.manheim@ropesgray.com
Douglas H. Hallward-Driemeier*
Douglas.hallward@ropesgray.com
Augustine M. Ripa*
Augustine.ripa@ropesgray.com
Julia M. Lewis*
Julia.lewis@ropesgray.com
Ropes & Gray LLP
700 12th Street NW, Suite 900
Washington D.C. 2005
Tel.: (202) 508-4600 / Fax: (202) 383-8332

-and-

Jonathan E. Lowy*
jlowy@bradymail.org
Daniel R. Vice*
dvice@bradymail.org
Brady Center To Prevent Gun Violence
Legal Action Project
1225 Eye Street NW, Suite 1100
Washington, DC 20005
Tel.: (202) 289-7319 / Fax: (202) 898-0059
*Admitted pro hac vice
Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 10, 2011, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF filing system. I also certify that the foregoing document is being served this date on all counsel of record or pro se parties on the Service List below in the manner specified, either via transmission of Notices of Electronic Filing generated by the CM/ECF system or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By /s/ Edward M Mullins_____
Edward M. Mullins (Fla. Bar No. 863920)

## SERVICE LIST
*Wollschlaeger, et al. v. Farmer, et al.*
Case No. 11-22026-Civ-COOKE/TURNOFF
United States District Court, Southern District of Florida

*Counsel for Amicus Curiae*
  *National Rifle Association*
Electronically served via CM/ECF

Gregory M. Cesarano
gcesarano@carltonfields.com
Carlton Fields, P.A.
Miami Tower
100 Southeast Second Street Suite 4200
Miami, Florida 33131
305-530-0050
Fax: 305-530-0055

*Counsel for Amicus Curiae*
  *American Civil Liberties Union, et. al.*
Electronically served via CM/ECF

Thomas Richard Julin
tjulin@hunton.com
Hunton & Williams
1111 Brickell Avenue
Suite 2500
Miami, FL 33131
305-810-2516
Fax: 305-810-2460

28623885_1