IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:11-CV-22026-COOKE/TURNOFF

DR. BERND WOLLSCHLAEGER, *et al.*,

    Plaintiffs,

v.

FRANK FARMER, *et al.*,

    Defendants.

_____/

**[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR ENLARGEMENT OF PAGE LIMIT FOR JOINT STATEMENT OF UNDISPUTED FACTS**

THIS MATTER is before the Court on Plaintiffs' Unopposed Motion for Enlargement of Page Limit for Joint Statement of Undisputed Facts, filed November 10, 2011.

The Court, having reviewed the Motion, hereby **ORDERS and ADJUDGES** as follows:

1. Plaintiffs' Unopposed Motion for Enlargement of Page Limit for Joint Statement of Undisputed Facts is GRANTED.

2. The Parties's Joint Statement of Undisputed Facts shall not exceed fifteen (15) pages in length.

**DONE and ORDERED** in chambers, Miami, Florida, this \_\_\_ day of \_\_\_\_, 2011.

                                               _____
                                               MARCIA G. COOKE
                                               UNITED STATES DISTRICT JUDGE

Copies furnished to:
*William C. Turnoff, U.S. Magistrate Judge*
*Counsel of record*