UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:11-cv-22026-MGC

**DR. BERND WOLLSCHLAEGER**, et al.,

    Plaintiffs,

    v.

**FRANK FARMER**, et al.,

    Defendants.
_____/

## DEFENDANTS' MOTION TO EXCEED THE PAGE LIMIT

The defendants move for permission to file an amended motion for summary judgment that exceeds the court's 20-page limit on motions and supporting memoranda.

Local Rule 7.1(c)(2) limits motions with supporting memoranda to 20 pages. The defendants' initial motion for summary judgment was 20 pages long. However, counsel inadvertently spaced the types at 1.5 spaces rather than 2. With double-spacing, and including a statement of material facts, the motion and memorandum are 25 pages including the certificate of service. Counsel has tried to be as concise as possible with this motion but the complexities of the issues required the additional space. Consequently, the defendants as for permission to exceed the page limit with their amended motion.

                                            Respectfully submitted,

                                            PAMELA JO BONDI
                                            ATTORNEY GENERAL

                                            s/ *Jason Vail*

                                            Jason Vail
                                            Florida Bar no. 298824
                                            Assistant Attorney General

        Diane G. Dewolf
        Florida Bar no. FBN 59719
        Deputy Solicitor General

        Office of the Attorney General
        PL-01, The Capitol
        Tallahassee, FL 32399
        (850) 414-3300

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been furnished to counsel of record through use of the Court's CM/ECF system on November 14, 2011.

        s/ *Jason Vail*