UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 11-22026-Civ-COOKE/TURNOFF

DR. BERND WOLLSCHLAEGER, *et al.,*

    Plaintiffs,

v.

FRANK FARMER, *et al.,*

    Defendants.
_____/

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that Douglas J. Giuliano hereby withdraws as counsel for Plaintiffs in the above-styled action. Mr. Giuliano is no longer with the law firm of Astigarraga Davis Mullins & Grossman, P.A. and has advised counsel of record that he consents to this withdrawal. Plaintiffs will continue to be represented in this action by Ropes & Gray LLP, the Brady Center to Prevent Gun Violence and Astigarraga Davis Mullins & Grossman, P.A.

Dated: February 10, 2012

    Respectfully submitted,

    ASTIGARRAGA DAVIS MULLINS
      & GROSSMAN, P.A.
    701 Brickell Avenue, 16th Floor
    Miami, Florida  33131
    Telephone: (305) 372-8282
    Facsimile:  (305) 372-8202

    By:    _/s/ Edward M. Mullins_
           Edward M. Mullins (Fla. Bar No. 863920)
           E-Mail:  emullins@astidavis.com
           Hal M. Lucas (Fla. Bar No. 853011)
           hlucas@astidavis.com

Case No.: 11-22026-Civ-COOKE/TURNOFF

-and-

Bruce S. Manheim, Jr.*
Bruce.manheim@ropesgray.com
Douglas H. Hallward-Driemeier*
Douglas.hallward-driemeier@ropesgray.com
Augustine M. Ripa*
Augustine.ripa@ropesgray.com
Julia M. Lewis*
Julia.lewis@ropesgray.com
ROPES & GRAY LLP
700 12th Street NW, Suite 900
Washington D.C. 2005
Telephone:  (202) 508-4600
Facsimile:   (202) 383-8332

-and-

Jonathan E. Lowy*
jlowy@bradymail.org
Daniel R. Vice*
dvice@bradymail.org
BRADY CENTER TO PREVENT
   GUN VIOLENCE
Legal Action Project
1225 Eye Street NW, Suite 1100
Washington, DC 20005
Telephone:  (202) 289-7319
Facsimile:   (202) 898-0059

*Admitted pro hac vice*

*Counsel for Plaintiffs*

Case No.: 11-22026-Civ-COOKE/TURNOFF

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 10, 2012, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF filing system. I also certify that the foregoing document is being served this date on all counsel of record or pro se parties on the Service List below in the manner specified, either via transmission of Notices of Electronic Filing generated by the CM/ECF system or; in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Edward M. Mullins*_____
Edward M. Mullins (Fla. Bar No. 863920)

### SERVICE LIST
*Wollschlaeger, et al. v. Farmer, et al.*
Case No.: 11-22026-Civ-COOKE/TURNOFF
United States District Court, Southern District of Florida

| | |
|---|---|
| Gregory M. Cesarano | Thomas Richard Julin |
| gcesarano@carltonfields.com | tjulin@hunton.com |
| Carlton Fields, P.A. | Hunton & Williams |
| Miami Tower | 1111 Brickell Avenue |
| 100 Southeast Second Street, Suite 4200 | Suite 2500 |
| Miami, Florida 33131 | Miami, Florida 33131 |
| Telephone: (305) 530-0050 | Telephone: (305) 810-2516 |
| Facsimile: (305) 530-0055 | Facsimile: (305) 810-2460 |
| *Counsel for Amicus Curiae* | *Counsel for Amicus Curiae* |
| *National Rifle Association* | *American Civil Liberties Union, et al.* |
| Electronically served via CM/ECF | Electronically served via CM/ECF |