UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:11-cv-22026- MGC

**DR, BERND WOLLSCHLAEGER**, et al.,

    Plaintiffs,

v.

**FRANK FARMER**, et al.,

    Defendants.

_____/

**NOTICE OF APPEARANCE**

    The undersigned registers his appearance as counsel for defendants Farmer, Dudek, Thomas, Rosenberg, Zachariah, Tucker, Espinola, Stringer, Orr, Winchester, Sanadi, Nuss, Lage, Bearison, Mullins, Goersch, and Levine.

Respectfully submitted,

PAMELA JO BONDI
ATTORNEY GENERAL

s/ *Jason Vail*

JASON VAIL
Assistant Attorney General
Florida Bar no. 298824

Office of the Attorney General
PL-01
The Capitol
Tallahassee, FL 32399
(850)414-3300
Jay.vail@myfloridalegal.com

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been furnished to counsel of record through use of the Court's CM/ECF system on June 27, 2011.

s/ *Jason Vail*