```
Court Name: SOUTHERN DISTRICT OF FLORIDA
Division: 1
Receipt Number: FLS100042882
Cashier ID: vthomas
Transaction Date: 07/30/2012
Payer Name: JEANNE FLOWERS
--------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: FRANK FARMER, ET AL.
 Case/Party: D-FLS-1-11-CV-022026-001
 Amount:        $455.00
--------------------------------
CREDIT CARD
 Amt Tendered:  $455.00
--------------------------------
Total Due:      $455.00
Total Tendered: $455.00
Change Amt:     $0.00
```

Returned check fee $53

Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.