UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case. No.: 11-22026-Civ-COOKE/TURNOFF

DR. BERND WOLLSCHLAEGER, *et al.,*

    Plaintiffs,

v.

FRANK FARMER, *et al.,*

    Defendants.
_____/

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that Augustine M. Ripa hereby withdraws as counsel for Plaintiffs Dr. Bernd Wollschlaeger, *et al.* Mr. Ripa is no longer with the law firm of Ropes & Gray LLP and has advised counsel of record that he consents to this withdrawal. Plaintiffs Dr. Bernd Wollschlaeger, *et al.* will continue to be represented in this action by Ropes & Gray LLP and Astigarraga Davis Mullins & Grossman, P.A.

Dated: November 6, 2012

                                            Respectfully submitted,

                                            */s/Edward M. Mullins*
                                            Edward M. Mullins (Fla. Bar No. 863920)
                                            emullins@astidavis.com
                                            Hal M. Lucas (Fla. Bar No. 85011)
                                            hlucas@astidavis.com
                                            ASTIGARRAGA DAVIS MULLINS
                                                & GROSSMAN, P.A.
                                            701 Brickell Avenue, 16th Floor
                                            Miami, Florida 33131-2847
                                            Telephone: (305) 372-8282
                                            Facsimile: (305) 372-8202

                                            -and-

Case. No.: 11-22026-Civ-COOKE/TURNOFF

Bruce S. Manheim, Jr.*
Bruce.manheim@ropesgray.com
Douglas H. Hallward-Driemeier*
Douglas.hallward-driemeier@ropesgray.com
Julia M. Lewis*
Julia.lewis@ropesgray.com
ROPES & GRAY LLP
700 12th Street NW, Suite 900
Washington D.C. 2005
Telephone:  (202) 508-4600
Facsimile:   (202) 383-8332

-and-

Jonathan E. Lowy*
jlowy@bradymail.org
Daniel R. Vice*
dvice@bradymail.org
BRADY CENTER TO PREVENT
  GUN VIOLENCE
Legal Action Project
1225 Eye Street NW, Suite 1100
Washington, DC 20005
Telephone:  (202) 289-7319
Facsimile:  (202) 898-0059

*Admitted pro hac vice*

*Counsel for Plaintiffs*

Case. No.: 11-22026-Civ-COOKE/TURNOFF

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 6, 2012, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF filing system. I also certify that the foregoing document is being served this date on all counsel of record or pro se parties on the Service List below in the manner specified, either via transmission of Notices of Electronic Filing generated by the CM/ECF system or; in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Edward M. Mullins*_____
Edward M. Mullins (Fla. Bar No. 863920)

## SERVICE LIST
*Wollschlaeger, et al. v. Farmer, et al.*
Case No.: 11-22026-Civ-COOKE/TURNOFF
United States District Court, Southern District of Florida

| | |
|---|---|
| Jason Vail | Thomas Richard Julin |
| Jay.vail@myfloridalegal.com | tjulin@hunton.com |
| Assistant Attorney General | Hunton & Williams |
| Office of the Attorney General | 1111 Brickell Avenue |
| PL-01 | Suite 2500 |
| The Capitol | Miami, Florida 33131 |
| Tallahassee, Florida 32399-1050 | Telephone: (305) 810-2516 |
| Telephone: (850) 414-3300 | Facsimile: (305) 810-2460 |
| | |
| *Counsel for Defendants* | *Counsel for Amicus Curiae* |
| Electronically served via CM/ECF |   *American Civil Liberties Union, et al.* |
| | Electronically served via CM/ECF |

Gregory M. Cesarano
gcesarano@carltonfields.com
Carlton Fields, P.A.
Miami Tower
100 Southeast Second Street, Suite 4200
Miami, Florida 33131
Telephone: (305) 530-0050
Facsimile: (305) 530-0055

*Counsel for Amicus Curiae*
  *National Rifle Association*
Electronically served via CM/ECF