# EXHIBIT E

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

DR. BERND WOLLSCHLAEGER, et al., Plaintiffs,

v.

FRANK FARMER, et al., Defendants.

CASE NO.: 1:11-CV-22026-COOKE/TURNOFF

**Astigarraga Davis - Fees**

Phase 1:  Assembling the Complaint

| Date | Name | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 06/06/11 | Aida Rodriguez | 4.40 | $125.00 | $550.00 | Research correct names and addresses of State of Florida officials to be served (1.0); research names and addresses of Florida Board of Medicine members (1.0); locate process server in Tallahassee with experience serving government officials (0.5); telephone conference with process server (0.4); prepare letter to process server enclosing fee and summonses to be served with specific instructions regarding same (1.0); confer with E. Mullins on tasks (0.5). |
| | Totals | 4.40 | | $550.00 | |

| Date | Name | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 05/30/11 | Edward Mullins | 0.50 | $440.00 | $220.00 | Conference with B. Manheim regarding strategy, status of case |
| 06/02/11 | Edward Mullins | 0.20 | $440.00 | $88.00 | Review correspondence regarding status of suit; correspond with B. Manheim in strategy |
| 06/03/11 | Edward Mullins | 1.10 | $440.00 | $484.00 | Correspond with team on service issues (.2); attend meeting with clients on strategy (.7); conference with B. Manheim regarding strategy (.2); |
| 06/04/11 | Edward Mullins | 3.00 | $440.00 | $1,320.00 | Edit and revise draft complaint (2.75); send to team (.25) |
| 06/05/11 | Edward Mullins | 0.60 | $440.00 | $264.00 | Work on finalizing complaint (.2); work on issues with respect to plaintiffs and filing strategy (.4) |

**Astigarraga Davis - Fees**

| Date | Attorney | Hours | Rate | Fee | Description |
|---|---|---|---|---|---|
| 06/06/11 | Edward Mullins | 4.50 | $440.00 | $1,980.00 | Work on final preparations for filing (.3); edit and revise final draft complaint; correspond with clients on same (.4); correspond with legal team on filing requirements (.3); work on service issues (.1); provide law on privilege (.3); conference with co-counsel regarding judge, procedures (.6); investigate service procedures (.3); conference with counsel regarding same (.4); numerous calls and conferences to general counsel offices of defendants (1.0); update E. Dewar on same (.7); task A. Rodriguez on project on analyzing location of administrative authority (.2); task E. Davila on service projects (.1); correspond with B. Manheim on strategy (.3); correspond with team on amendment strategy (.2); edit and revise certificate of interested persons (.2); send draft of same to team (.1) |
| 06/07/11 | Edward Mullins | 0.10 | $440.00 | $44.00 | Correspond with D. Hallward regarding conference with C. Trippe (.1); |
| | **Totals** | **10.00** | | **$4,400.00** | |

| Date | Attorney | Hours | Rate | Fee | Description |
|---|---|---|---|---|---|
| 05/27/11 | Hal Lucas | 0.25 | $245.00 | $61.25 | Review 5/27/2011 correspondence to Governor Scott. |
| 05/30/11 | Hal Lucas | 0.40 | $245.00 | $98.00 | Telephonic conference with B. Manheim and E. Mullins re: new matter. |
| 06/04/11 | Hal Lucas | 1.50 | $245.00 | $367.50 | Review and comment on draft Complaint. |
| 06/07/11 | Hal Lucas | 0.40 | $245.00 | $98.00 | Revise and finalize Rule 7.1 disclosure statement and certificate of interested parties (0.3); correspondence to legal team re: same (0.1). |
| 06/27/11 | Hal Lucas | 0.60 | $245.00 | $147.00 | Telephonic conference with E. Mullins, co-counsel, and J. Vail (0.4); follow-up communications with E. Mullins re: deadline for Defendants to respond to Complaint (0.2). |
| | **Totals** | **3.15** | | **$771.75** | |

| | Total Hours | Total Fee |
|---|---|---|
| **Phase 1** | 17.55 | $5,721.75 |

Exhibit E

**Astigarraga Davis - Fees**

**Phase 2: Preliminary Injunction Proceedings and Amended Complaint**

| Date | Timekeeper | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 06/10/11 | Aida Rodriguez | 4.20 | $125.00 | $525.00 | Telephone conference with process server to determine status of service on defendants (0.4); prepare detailed memo to legal team identifying details of service of process for each defendant (1.0); conduct extensive search for Florida House of Representatives Bill 155 (1.0); telephone conference with National Archives (1.0); search and retrieve historical for the Bill in both House and Senate (0.5); submit bill information to E. Mullins (0.3). |
| 06/15/11 | Aida Rodriguez | 1.60 | $125.00 | $200.00 | Telephone conference with Florida Senate document center regarding recordings of committee meetings (0.3); prepare letter to Florida Senate requesting CD of recordings (0.3); conduct search for House committee meetings (0.2); confer with E. Mullins regarding same (0.2); prepare detailed memo to team identifying process for tracking and downloading podcasts of House committee meetings (0.6). |
| 06/28/11 | Aida Rodriguez | 0.80 | $125.00 | $100.00 | Conduct search on House and Senate website regarding accessibility to floor debates regarding House Bill #155 (0.5); prepare detailed email to E. Dewars regarding same (0.3). |
| 07/06/11 | Aida Rodriguez | 1.80 | $125.00 | $225.00 | Conduct multiple telephone conferences with House and Senate public records departments to obtain all recordings of all floor debates involving House Bill #155 (1.5); confer with E. Mullins and E. Dewar regarding same (.3). |
| | **Totals** | **8.40** | | **$1,050.00** | |

**Astigarraga Davis - Fees**

| Date | Name | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 06/08/11 | Edward Mullins | 1.60 | $440.00 | $704.00 | conference with D. Hallward-Driemeier regarding strategy (.3); conference with C. Trippe on case (.3); correspond with team on standing issues (.3); correspond on research for same (.2); work on issues of new plaintiff (.2); correspond with team on plaintiff strategy (.3) |
| 06/09/11 | Edward Mullins | 2.30 | $440.00 | $1,012.00 | Review research regarding Secretary of State as defendant (.1); Update team on service status (.2); work on issues (.1); conference with D. Kanine on status (.4); update team (.1); work on obtaining amicus counsel (.5); correspond with team on draft status (.1); correspond with team on amicus participation (.1); correspond with T. Julin on same (.1); correspond with Ropes firm on strategy (.2); correspond on issue with respect to plaintiff (.2); correspond with T. Julin on recent Supreme Court cases involving speech (.2) |
| 06/10/11 | Edward Mullins | 2.20 | $440.00 | $968.00 | Review status of service (.1); review rules on service after summons (.1); review reports on pending Supreme Court cases (.2); correspond with Ropes on various issues in the case (.5); conference with Ropes on strategy (.5); task A. Rodriguez on legislative history (.2); review legislative history of bills (.3); correspond with E. Dewar on strategy (.2); send procedures on Judge Cooke to team (.1) |
| 06/11/11 | Edward Mullins | 0.30 | $440.00 | $132.00 | Correspond with Ropes team on amicus (.2); correspond with A. Finley on same (.1) |

Exhibit E

**Astigarraga Davis - Fees**

| Date | Attorney | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 06/13/11 | Edward Mullins | 3.40 | $440.00 | $1,496.00 | Review and make suggestions to team regarding affidavit of R. Gutierrez (.5); review preliminary injunction memorandum and provide comments (2.0); correspond with K. Crumley on procedures (.3); correspond with D. Hallward-Driemeier regarding amendment, preliminary injunction memorandum (.2); send thoughts on preliminary injunction to team (.1); correspond with D. Hallward-Driemeier on plaintiff issue (.1); correspond with T. Julin on amicus issue (.1); review summary memo of status (.1) |
| 06/14/11 | Edward Mullins | 1.60 | $440.00 | $704.00 | Correspond with D. Hallward-Driemeier on arguments for motion (.3); work on arguments for motion regarding discrimination prong (.2); edit and revised Amended Complaint (.8); correspond with E. Dewar on standing orders (.1); send Amended Complaint draft to team (.1); work on scheduling meeting regarding general counsels (.1) |
| 06/15/11 | Edward Mullins | 2.20 | $440.00 | $968.00 | Pre-meeting with legal team (.5); attend meeting with defense counsel (1.0); attend meeting post-meeting briefing on strategy (.5); review letter from C. Smith (.1); correspond with Ropes team on same (.1) |
| 06/16/11 | Edward Mullins | 0.40 | $440.00 | $176.00 | Correspond with B. Dewar on legislative history (.1); review edits to letter by C. Smith made by Ropes team (.1); conference with Ropes team on motion (.1); correspond with B. Dewar on proposed order (.1) |
| 06/16/11 | Edward Mullins | 0.20 | $440.00 | $88.00 | Review correspondence from C. Smith, comments regarding same |
| 06/17/11 | Edward Mullins | 2.50 | $440.00 | $1,100.00 | Review equal protection argument with respect to first amendment (.3); attend meeting with clients on case (0.6); correspond with team on filing under seal (.2); correspond with team on briefing (.2); correspond with team on caption (.1); review amended complaint (.2); send orders to C. Smith (.2); review proposed order (.2); comment to B. Dewar regarding same (.1); correspond with T. Julin as amicus (.1); correspond with B.Manheim on same (.1) |

**Astigarraga Davis - Fees**

| Date | Attorney | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 06/18/11 | Edward Mullins | 0.50 | $440.00 | $220.00 | Correspond with Ropes team, T. Julin regarding amicus strategy, procedure (.5) |
| 06/22/11 | Edward Mullins | 3.80 | $440.00 | $1,672.00 | Review amended complaint (1.0); extensive conversation with B. Dewar on same (.5); correspond with team on same (.2); edit and revise preliminary injunction motion (1.5); conference with R. Dewar on legislative analysis (.4); correspond with same on same (.1); correspond with E. Dewar regarding edits (.1) |
| 06/23/11 | Edward Mullins | 1.00 | $440.00 | $440.00 | Correspond with E. Palmer and A. Rodriguez regarding legislative history (.2); correspond with team on finalizing motion (.2); task H. Lucas, D. Giuliano on logistics (.2); work on finalizing filing (.4) |
| 06/27/11 | Edward Mullins | 2.80 | $440.00 | $1,232.00 | Review final motion for preliminary injunction (.2); prepare for meeting with J. Vail (.1); correspond with B. Manheim regarding preliminary injunction procedures (.1); attend meeting with Governor's office (.6); review recent Supreme Court case (.1); conference with J. Vail on service, task E. Davlia (.1); work on strategy on motion to intervene (.4); conference with T. Julin on strategy (.2); review motion to intervene (.2); conference with E. Dewar on strategy (.2); review orders on briefing, scheduling (.2); conference with D. Hallward-Driemeier on strategy (.2); conference with T. Julin on amicus (.2); conference with T. Julin, D. Hallward-Driemeier on same (.2) |
| 07/07/11 | Edward Mullins | 1.70 | $440.00 | $748.00 | Correspond with B. Manheim on arrangements (.1); conference with law clerk regarding procedures (.2); update B. Manheim (.2); work on motion for more pages (.2); task E. Davila on same (.2); review correspondence on strategy (.1); revise motion for more pages (.5); send draft of same to B. Manheim (.1); review changes of B. Manheim, finalize same (.1) |

**Astigarraga Davis - Fees**

| Date | Attorney | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 07/08/11 | Edward Mullins | 3.10 | $440.00 | $1,364.00 | Review draft reply (.5); edit and revise same (1.4); send comments to B. Manheim (.1); conference with J. Lewis on filing of disc (.1); review declaration of B. Manheim (.1); revise notice of conventional filing (.1); review order denying intervention (.2); review motion to change caption (.1); work on strategy with respect to response and issues with order on intervention (.2); edit and revise latest version of reply (.4); correspond with clients on logistics (.1) |
| 07/10/11 | Edward Mullins | 0.20 | $440.00 | $88.00 | Review AMA resolutions |
| 07/11/11 | Edward Mullins | 3.20 | $440.00 | $1,408.00 | Edit and revise response to motion to change case style (.5); revise same to include letter exhibits (.2); revise response per changes of B. Manheim (.3); edit response regarding same with changes of B. Manheim, D. Hallward-Driemeier (.2); call to judge's chambers (.1); update team on same (.1); correspond with team on amici request of children's groups (.1); correspond with G. Greenberg on same (.1); conference with G. Greenberg on strategy (.1); update B. Manheim on same (.1); review order on caption (.1); review amended order denying intervention (.1); attend mock oral argument (1.5); correspond with team on Judge Cooke arguments (.2) |
| 07/12/11 | Edward Mullins | 0.60 | $440.00 | $264.00 | Correspond with E. Dewar on responses due to the Amended Complaint (.1); |
| | **Totals** | **33.60** | | **$14,784.00** | |

| Date | Attorney | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 06/14/11 | Hal Lucas | 0.60 | $245.00 | $147.00 | Telephonic conference with Michael Sevi (0.3); follow-up email and telephonic communications with Ropes & Gray attorneys and E. Mullins (0.3). |
| 06/15/11 | Hal Lucas | 1.50 | $245.00 | $367.50 | Telephonic conferences with E. Mullins and co-counsel (Ropes & Gray) (0.3); telephonic conference with attorneys for various Departments/Offices/Agencies of the State of Florida (1.0); review correspondence from Chesterfield Smith and Doug Hallward-Driemeier (0.2). |

Exhibit E

**Astigarraga Davis - Fees**

| Date | Attorney | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 06/17/11 | Hal Lucas | 1.00 | $245.00 | $245.00 | Review scheduling order and U.S. Magistrate Judge referral order (0.2); attend telephonic conference with co-counsel and clients re: next steps (0.6); correspondence with co-counsel re: procedure to request filing under seal (0.1); review correspondence to Chesterfield Smith (0.1). |
| 06/24/11 | Hal Lucas | 3.50 | $245.00 | $857.50 | Finalize and oversee e-filing and service of motion for preliminary injunction and multiple Declarations in support thereof, including coordination with co-counsel and telephonic conference with Judge's Chambers (3.0); review draft summonses for added defendants (1.5). |
| 07/08/11 | Hal Lucas | 2.00 | $245.00 | $490.00 | Communications with co-counsel and oversee creation of CD containing audio files of Florida Legislative proceedings (0.4); prepare notice of conventional filing of said CD (0.2); review draft 7/8/2011 Declaration of Bruce Manheim (0.2); review Orders re: NRA's intervention motion and NRA's motion for leave to participate as amicus curiae (0.2); research re: duties and role of Florida Attorney General (1.0). |
|  | **Totals** | **8.60** |  | **$2,107.00** |  |

|  | Total Hours | Total Fee |
|---|---|---|
| **Phase 2** | 50.60 | $17,940.00 |

**Phase 3: Response to NRA's Motion to Intervene**

| Date | Attorney | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 06/20/11 | Edward Mullins | 1.80 | $440.00 | $792.00 | Correspond with B. Dewar on status of filings (.2); review status of meeting (.1); attend strategy meeting with T. Julin, Ropes firm (.9); review letter from C. Smith (.1); correspond with Ropes team on responding to NRA (.1); review recent USSC cases, correspond with Ropes team on matter of public concern law (.4) |

**Astigarraga Davis - Fees**

| Date | Name | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 06/21/11 | Edward Mullins | 0.30 | $440.00 | $132.00 | Correspond with Ropes team regarding NRA position and gun safety (.2); review correspondence regarding amicus (.1) |
| 06/28/11 | Edward Mullins | 1.10 | $440.00 | $484.00 | Review order granting expediting briefing on motion to intervene (.1); send same to E. Dewar (.1); review status of response draft (.1); review response by the State to the intervention (.1); work on strategy for reply (.2); correspond with Ropes team on strategy with respect to intervention (.2); research legislative history use (.1): correspond with team on same (.2) |
| 06/30/11 | Edward Mullins | 1.70 | $440.00 | $748.00 | Review response to motion to intervene (.2); correspond with B. Manheim on strategy of pages (.2); correspond with E. Dewar regarding response to intervention (.2); correspond with B. Manheim on same (.1); edit and revise same (.9); send same to team (.1) |
| 07/01/11 | Edward Mullins | 1.70 | $440.00 | $748.00 | Work on finalizing response to motion to intervene (.3); correspond with D. Vice on same (.1); conference with E. Dewar on same (.1); edit and revise final draft (.3); send to team (.1); finalize same (.1); correspond with B. Manheim, B. Dewar on enlargement strategy (.2); correspond with B. Manheim on strategy (.2); work on strategy with respect to amicus (.2); review correspondence on same (.1) |
| 07/02/11 | Edward Mullins | 0.20 | $440.00 | $88.00 | Review correspondence on resolution by Florida Medical Association |
| 07/05/11 | Edward Mullins | 3.20 | $440.00 | $1,408.00 | Review motion to file amicus (.2); correspond with team on same (.1); correspond with team on State's violation of the court order (.1); review response to preliminary injunction motion (.3); review response by State to preliminary injunction motion (1.0); prepare memorandum to team on same (.5); edit and revise response to motion for leave to file amicus (.5); conference with E. Dewar on legislative history (.1); finalize filing (.2); review reply to response on intervention (.2) |

**Astigarraga Davis - Fees**

| Date | Attorney | Hours | Rate | Fee | Description |
|---|---|---|---|---|---|
| 07/06/11 | Edward Mullins | 1.90 | $440.00 | $836.00 | Review NRA amicus brief (1.0); correspond with team on live testimony issue (.2); work on obtaining House floor debate (.2); send memorandum to team on NRA brief (.5) |
| 07/22/11 | Edward Mullins | 0.30 | $440.00 | $132.00 | Review status of letters from Ropes changing status (.1); review response to motion for leave to file amicus (.1); correspond with T. Julin on same (.1) |
| | **Totals** | **12.20** | | **$5,368.00** | |

| Date | Attorney | Hours | Rate | Fee | Description |
|---|---|---|---|---|---|
| 07/05/11 | Hal Lucas | 0.40 | $245.00 | $98.00 | Review NRA's motion for leave to participate as amicus curiae (.1); review Florida Attorney General's response to motion for preliminary injunction (.1); review draft papers re: response to NRA's motion for leave (.2) |
| | **Totals** | **0.40** | | **$98.00** | |

| | Total Hours | Total Fee |
|---|---|---|
| **Phase 3** | 12.60 | $5,466.00 |

**Phase 4: Oral Argument**

| Date | Attorney | Hours | Rate | Fee | Description |
|---|---|---|---|---|---|
| 06/24/11 | Edward Mullins | 1.00 | $440.00 | $440.00 | Review correspondence on enlargement (.2); correspond with Ropes team on same, magistrate issue (.3); work on request for oral argument (.1); finalize filings (.2); work on proposed order (.2) |
| 06/29/11 | Edward Mullins | 0.40 | $440.00 | $176.00 | Correspond with B. Manheim regarding mock argument (.2); review correspondence regarding Board of Medicine directive, correspond with team on same (.2) |
| 07/13/11 | Edward Mullins | 5.50 | $440.00 | $2,420.00 | Prepare for hearing (1.5); attend hearing (1.0); attend meeting with co-counsel on strategy (.5); attend meeting with clients on same (1.0); work on strategy on amicus (.5); attend meeting with potential amicus on strategy (1.0) |
| 07/14/11 | Edward Mullins | 1.10 | $440.00 | $484.00 | Assist amicus with transcript (.2); review transcript for memorandum (.3); work on strategy with team (.3); work on outline (.3) |
| | **Totals** | **8.00** | | **$3,520.00** | |

| Date | Name | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 07/11/11 | Hal Lucas | 1.60 | $245.00 | $392.00 | Review Court Orders entered on 7/11/2011 (0.1); attend moot court session (in preparation for preliminary injunction hearing) via telephone (1.5). |
| 07/13/11 | Hal Lucas | 2.50 | $245.00 | $612.50 | Attend preliminary injunction hearing (1.5); attend post-hearing meeting with clients and co-counsel (1.0). |
| | **Totals** | **4.10** | | **$1,004.50** | |

| | Total Hours | Total Fee |
|---|---|---|
| **Phase 4** | 12.10 | $4,524.50 |

**Phase 5:  Supplemental Brief and Response to Defendants' Motion to Strike**

| Date | Name | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 07/15/11 | Edward Mullins | 0.20 | $440.00 | $88.00 | Correspond on strategy in case |
| 07/16/11 | Edward Mullins | 0.30 | $440.00 | $132.00 | Correspond with team on evidentiary issues (.2); work on revising declaration (.1) |
| 07/17/11 | Edward Mullins | 1.20 | $440.00 | $528.00 | Review correspondence from T. Julin regarding amicus (.1); correspond with T. Julin on same (.1); review amicus (.5); correspond with T. Julin on same (.1); correspond with counsel regarding same (.1); correspond with T. Julin on arguments (.3) |
| 07/18/11 | Edward Mullins | 0.80 | $440.00 | $352.00 | Correspond with counsel regarding edits to amicus brief (.5); review message from CHILD and update amici team on same (.2); work on revisions to declaration (.1) |
| 07/19/11 | Edward Mullins | 2.60 | $440.00 | $1,144.00 | Edit and revise supplemental briefing (1.5); review motion for leave to file amicus (.1); work on finalizing filing (.1); review order on amicus (.1); review state's supplemental brief (.3); meet with team same (.2); finalize same (.3) |
| 07/20/11 | Edward Mullins | 0.40 | $440.00 | $176.00 | Review correspondence regarding status from D. Hallward-Driemeier (.2); correspond with same regarding strategy (.2) |

**Astigarraga Davis - Fees**

| Date | Attorney | Hours | Rate | Fee | Description |
|---|---|---|---|---|---|
| 07/25/11 | Edward Mullins | 0.30 | $440.00 | $132.00 | Correspond with B. Manheim regarding having fact that letter not sent given to Court (.1); conference with S. Lemmon on same (.1); edit and revise declaration (.1) |
| 07/26/11 | Edward Mullins | 0.30 | $440.00 | $132.00 | Work on finalizing supplementation (.1); review proposed motion to supplement (.1); review correspondence on strategy for same (.1) |
| 07/27/11 | Edward Mullins | 0.80 | $440.00 | $352.00 | Review motion to strike (.1); work on response and strategy for same (.4); schedule meeting on same (.1); work on strategy (.2) |
| 08/10/11 | Edward Mullins | 0.60 | $440.00 | $264.00 | Conference with Senate staff person on status of case (.2); update team on same (.2); review order on enlargement (.1). |
| 08/11/11 | Edward Mullins | 0.90 | $440.00 | $396.00 | Edit and revise response to motion to strike. |
| 08/12/11 | Edward Mullins | 0.20 | $440.00 | $88.00 | Correspond with Ropes team on strategy. |
| 09/14/11 | Edward Mullins | 0.70 | $440.00 | $308.00 | Review order denying motion to strike (.1); review order granting motion on preliminary injunction (.6). |
| 09/17/11 | Edward Mullins | 0.30 | $440.00 | $132.00 | Review docket; correspond with B. Manheim on strategy. |
| 09/18/11 | Edward Mullins | 0.10 | $440.00 | $44.00 | Correspond with B. Manheim on strategy. |
| | **Totals** | **9.70** | | **$4,268.00** | |
| 07/15/11 | Hal Lucas | 0.30 | $245.00 | $73.50 | Review draft Declaration of B. Wollschlaeger (0.1); analysis with co-counsel re: supplementary materials to file with the Court on 7/19/2011 (0.2). |
| | **Totals** | **0.30** | | **$73.50** | |

| | Total Hours | Total Fee |
|---|---|---|
| **Phase 5** | 10.00 | $4,341.50 |

**Phase 6: Summary Judgment Proceedings**

| Date | Attorney | Hours | Rate | Fee | Description |
|---|---|---|---|---|---|
| 11/11/11 | Doug Giuliano | 0.30 | $230.00 | $69.00 | Confer with team on filing motion for summary judgment (0.3). |
| 11/14/11 | Doug Giuliano | 0.20 | $230.00 | $46.00 | Confer with team on defendant's filing not complying with local rules and on deadline for responding to motion for summary judgment. |

Astigarraga Davis - Fees

| Date | Name | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 12/14/11 | Doug Giuliano | 0.20 | $230.00 | $46.00 | Analyze whether Florida Statute 790.335 applies to private persons and draft summary on same. |
|  | **Totals** | **0.70** |  | **$161.00** |  |
| 10/12/11 | Edward Mullins | 0.40 | $440.00 | $176.00 | Correspond with team on summary judgment issue |
| 10/13/11 | Edward Mullins | 0.20 | $440.00 | $88.00 | Correspond with S. Lemmon regarding summary judgment motion |
| 10/14/11 | Edward Mullins | 1.00 | $440.00 | $440.00 | Attend meeting with Ropes firm on strategy |
| 10/20/11 | Edward Mullins | 0.10 | $440.00 | $44.00 | Review correspondence regarding summary judgment |
| 10/21/11 | Edward Mullins | 0.10 | $440.00 | $44.00 | Review correspondence on stipulated set of facts to J. Vail |
| 10/25/11 | Edward Mullins | 0.40 | $440.00 | $176.00 | Review correspondence regarding enlargement of time (.1); review draft of same (.1); provide comments (.1); review order granting enlargement (.1) |
| 10/26/11 | Edward Mullins | 0.10 | $440.00 | $44.00 | Review correspondence from T. Julin regarding amicus, supplemental authority. |
| 11/03/11 | Edward Mullins | 0.60 | $440.00 | $264.00 | Review State's revisions to undisputed facts (.2); correspond with Ropes team on same (.5). |
| 11/09/11 | Edward Mullins | 0.60 | $440.00 | $264.00 | Review changes of J. Vail (.1); correspond with team regarding strategy and filing date (.2); review draft of undisputed facts, finalize same (.3). |
| 11/10/11 | Edward Mullins | 0.40 | $440.00 | $176.00 | Work on finalizing summary judgment motion (.2); finalize joint motion for pages (.2). |
| 11/11/11 | Edward Mullins | 0.70 | $440.00 | $308.00 | Work on statement of undisputed facts (.1); correspond with S. Lemmon on procedure (.5); finalize summary judgment (.1). |
| 11/14/11 | Edward Mullins | 0.70 | $440.00 | $308.00 | Review State's motion for summary judgment (.1); correspond with S. Lemmon about potential striking of same (.2); review motion for pages (.1); correspond with co-counsel on same (.3). |
| 11/23/11 | Edward Mullins | 0.30 | $440.00 | $132.00 | Review response to summary judgment (.2); correspond with S. Lemmon on reply to same (.1). |
| 11/29/11 | Edward Mullins | 0.10 | $440.00 | $44.00 | Review report from B. Manheim on status of case. |
| 11/30/11 | Edward Mullins | 1.50 | $440.00 | $660.00 | Edit and revise opposition to summary judgment (1.3); send comments to Ropes team (.2). |
| 12/01/11 | Edward Mullins | 0.40 | $440.00 | $176.00 | Review and finalize opposition to summary judgment |

Exhibit E

**Astigarraga Davis - Fees**

| Date | Attorney | Hours | Rate | Fee | Description |
|---|---|---|---|---|---|
| 12/04/11 | Edward Mullins | 0.50 | $440.00 | $220.00 | Edit and revise reply to response to summary judgment, statement of undisputed facts |
| 12/08/11 | Edward Mullins | 0.10 | $440.00 | $44.00 | Update team on recent related case filing |
| 12/09/11 | Edward Mullins | 0.30 | $440.00 | $132.00 | Review reply to response to summary judgment (.2); correspond with S. Lemmon on same (.1) |
| 12/14/11 | Edward Mullins | 0.40 | $440.00 | $176.00 | Review correspondence regarding records statute (.1); task D. Giuliano on same (.1); work on strategy for same (.2) |
| 03/02/12 | Edward Mullins | 0.10 | $450.00 | $45.00 | Correspond with T. Julin on amicus |
| 06/29/12 | Edward Mullins | 0.40 | $450.00 | $180.00 | Review order granting summary judgment (.2); work on costs issue (.2) |
| **Totals** | | **9.40** | | **$4,141.00** | |

| | Total Hours | Total Fee |
|---|---|---|
| **Phase 6** | 10.10 | $4,302.00 |

**Phase 7: Motion for Attorneys' Fees and Costs**

| Date | Attorney | Hours | Rate | Fee | Description |
|---|---|---|---|---|---|
| 09/19/11 | Edward Mullins | 0.40 | $440.00 | $176.00 | Review correspondence from D. Hallward-Driemeier regarding strategy with J. Vail (.1); correspond with D. Hallward-Driemeier on fee local rules (.3). |
| 09/20/11 | Edward Mullins | 1.70 | $440.00 | $748.00 | Prepare for meeting with clients (.3); attend meeting with same (1.0); correspond with B. Manheim on procedures (.1); review correspondence to J. Vail (.1); review correspondence from J. Vail (.1); correspond with team on same (.2). |
| 09/22/11 | Edward Mullins | 0.30 | $440.00 | $132.00 | Work on strategy. |
| 09/23/11 | Edward Mullins | 0.20 | $440.00 | $88.00 | Work on fees request. |
| 09/26/11 | Edward Mullins | 0.10 | $440.00 | $44.00 | Work on analysis of fees. |
| 01/20/12 | Edward Mullins | 0.10 | $440.00 | $44.00 | - F- |
| 07/05/12 | Edward Mullins | 0.50 | $440.00 | $220.00 | Edit and revise fees application |
| 07/06/12 | Edward Mullins | 0.80 | $440.00 | $352.00 | Edit and revise affidavit for fee petition (.7); send same to team (.1) |
| 07/09/12 | Edward Mullins | 0.30 | $440.00 | $132.00 | Correspond with team on fees motion |
| 07/23/12 | Edward Mullins | 0.40 | $440.00 | $176.00 | Work on fees strategy and update team on same |

**Astigarraga Davis - Fees**

| Date | Name | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 07/25/12 | Edward Mullins | 0.50 | $440.00 | $220.00 | Review motion for fees (.2); correspond with team on same (.2); work with K. O'Connell on same (.1) |
| 07/28/12 | Edward Mullins | 1.00 | $440.00 | $440.00 | Review motion for fees |
| | **Totals** | **6.30** | | **$2,772.00** | |

| | Total Hours | Total Fee |
|---|---|---|
| **Phase 7** | 6.30 | $2,772.00 |