# EXHIBIT F

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

DR. BERND WOLLSCHLAEGER, et al., Plaintiffs,

v.

FRANK FARMER, et al., Defendants.

CASE NO.: 1:11-CV-22026-COOKE/TURNOFF

**Brady Center - Fees**

**Phase 1: Assembling the Complaint**

| Date | Attorney | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 4/28/2011 | Jonathon Lowy | 1.00 | 450 | $450.00 | Review and analyze legislation (.25); preliminary research and legal analysis on litigation (.5); tel. call with K. Crumley, Florida counsel, re Fla. legislation and litigation strategy (.25) |
| 5/4/2011 | Jonathon Lowy | 0.75 | 450 | $337.50 | Conference call with clients re: litigation strategy (.5); Review materials including pediatricians' policies and clinical guidance on firearms prevention to prepare complaint (.25) |
| 5/5/2011 | Jonathon Lowy | 1.50 | 450 | $675.00 | Tel. Call with B. Manheim re litigation strategy and next steps (0.5); outline work to be done to proceed with complaint and preliminary injunction (.75); draft and send email to clients re case research (.25) |
| 5/6/2011 | Jonathon Lowy | 1.25 | 450 | $562.50 | Conference call with clients re: litigation strategy; review and analyze research re Florida constitution and law |
| 5/9/2011 | Jonathon Lowy | 0.50 | 450 | $225.00 | Legal research regarding legislation and preparation for conference call with clients (.25), research legislation status and cases (.25) |
| 5/10/2011 | Jonathon Lowy | 1.00 | 450 | $450.00 | Conference call with clients re litigation (.5); legal research regarding first amendment and preparation for call and complaint filing (.5) |
| 5/11/2011 | Jonathon Lowy | 1.50 | 450 | $675.00 | Researched and read law re: restrictions on professional speech and doctors (.5); reviewed and revised materials and discussion re interviews of doctors re impact on law for complaint and declarations (.75); met with paralegals to discuss declarations (.25) |
| 5/12/2011 | Jonathon Lowy | 0.25 | 450 | $112.50 | Communications with clients re: litigation strategy (.25). |

**Brady Center - Fees**

| Date | Attorney | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 5/12/2011 | Jonathon Lowy | 1.75 | 450 | $787.50 | Research concerning application of legislation, application to clients; medical practice re firearms in the home; social science research on firearms in the home |
| 5/13/2011 | Jonathon Lowy | 0.50 | 450 | $225.00 | Tel. Con. With Dennis Kainen, Florida attorney re suit and Florida law and procedure, Florida law and legal research for filing |
| 5/14/2011 | Jonathon Lowy | 0.50 | 450 | $225.00 | Researched, reviewed and revised memo on Florida firearms laws, including firearms storage law |
| 5/16/2011 | Jonathon Lowy | 1.75 | 450 | $787.50 | Discussion with clients concerning named plaintiffs declarations and complaint (0.5), review information from clients on named plaintiffs for declarations and complaint (0.25); research and review of data re firearms in home - information on risk of guns in the home and data, scientific studies on risks of guns in the home (1.0) |
| 5/17/2011 | Jonathon Lowy | 0.75 | 450 | $337.50 | Work on declarations from clients for PI motion |
| 5/18/2011 | Jonathon Lowy | 1.75 | 450 | $787.50 | Research re: Florida rules, discussion and research concerning client declarations (1.0); Communications with Dan V., Robyn L., Dina S., co-counsel and clients re litigation case law research and legal strategy (0.5); Tel. Con. With Bruce Manheim re suit litigation research and strategy (0.25). |
| 5/19/2011 | Jonathon Lowy | 0.50 | 450 | $225.00 | Reviewed and edited memo statement to doctors re case, legislation analysis and strategy |
| 5/20/2011 | Jonathon Lowy | 0.50 | 450 | $225.00 | Communications with co-counsel concerning PI motion preparation; reviewed and revised PI motion. |

**Brady Center - Fees**

| Date | Name | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 5/23/2011 | Jonathon Lowy | 2.25 | 450 | $1,012.50 | Review legislation, review declarations (1.0); communications with co-counsel concerning declarations, research social science concerning physician obligations and guns (0.5); research re firearms incidents and deaths in Florida and in the home (.5); revised memo of incidents (.25) |
| 5/24/2011 | Jonathon Lowy | 2.25 | 450 | $1,012.50 | Review, edit draft complaint and declarations; emails with co-counsel, staff re work on case and research analysis |
| 5/25/2011 | Jonathon Lowy | 0.50 | 450 | $225.00 | Tel. Call with co-counsel re complaint research, litigation; review and edits complaint. |
| 5/26/2011 | Jonathon Lowy | 2.00 | 450 | $900.00 | Research complaint preparations concerning logistics for filing complaint (1.0),tel. Call with co-counsel and staff about complaint, filing (1.0) |
| 5/27/2011 | Jonathon Lowy | 0.50 | 450 | $225.00 | Communications with clients concerning logistics for filing |
| 5/31/2011 | Jonathon Lowy | 1.25 | 450 | $562.50 | Discussions with clients concerning complaint filing, final preparations for complaint filing (0.75); communications with co-counsel re edits/additions to complaint, filing (0.5). |
| 6/1/2011 | Jonathon Lowy | 0.25 | 450 | $112.50 | Tel. call with co-counsel re compliant, filing, strategy. |
| 6/3/2011 | Jonathon Lowy | 1.75 | 450 | $787.50 | Discussion with clients, co-counsel re: case analysis and litigation strategy; preparation of pro hac motions |
| 6/4/2011 | Jonathon Lowy | 0.50 | 450 | $225.00 | Communications with co-counsel and clients re: case analysis and litigation strategy |
| | **Totals** | **27** | | **$12,150.00** | |
| 5/6/2011 | Daniel Vice | 0.25 | 400 | $100.00 | Conference call with clients re: litigation strategy and constitutional challenge to legislation |

Exhibit F

**Brady Center - Fees**

| Date | Attorney | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 5/9/2011 | Daniel Vice | 0.5 | 400 | $200.00 | Research legislation and preparation for conference call with clients concerning litigation strategy (.25), research legislation status and cases concerning constitutionality of legislation (.25) |
| 5/12/2011 | Daniel Vice | 1 | 400 | $400.00 | Research concerning constitutional challenge and application of legislation to clients |
| 5/17/2011 | Daniel Vice | 1.25 | 400 | $500.00 | Work on declarations from plaintiffs for PI motion |
| 5/18/2011 | Daniel Vice | 1.5 | 400 | $600.00 | Strategy discussion and legal research concerning client declarations |
| 5/20/2011 | Daniel Vice | 0.5 | 400 | $200.00 | Communications with co-counsel concerning PI motion preparation, legal research for PI motion |
| 5/23/2011 | Daniel Vice | 2.25 | 400 | $900.00 | Review and analyze legislation (0.5), review declarations for motion (0.5), communications with co-counsel concerning declarations (0.25), research concerning physician obligations and guns re: application of legislation (1.0) |
| 5/24/2011 | Daniel Vice | 2 | 400 | $800.00 | Review, edit draft complaint and declarations |
| 5/27/2011 | Daniel Vice | 1 | 400 | $400.00 | Communications with clients concerning logistics for filing and details of constitutional challenge |
| 5/31/2011 | Daniel Vice | 1.25 | 400 | $500.00 | Discussions with clients concerning complaint filing, final edits and preparations for complaint filing |
| | **Totals** | **11.5** | | **$4,600.00** | |

| Date | Attorney | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 5/6/2011 | Dina Shand | 0.5 | 175 | $87.50 | Researched Florida Constitution for First Amendment-kind rights |
| 5/6/2011 | Dina Shand | 0.75 | 175 | $131.25 | Wrote memo to Brady board regarding viability of state law claim. |
| 5/10/2011 | Dina Shand | 1.5 | 175 | $262.50 | Researched 42 USC sec. 1983 cases for First Amdendment actions |
| 5/11/2011 | Dina Shand | 1.5 | 175 | $262.50 | Researched restrictions on physician speech |
| 5/12/2011 | Dina Shand | 0.25 | 175 | $43.75 | Determined meaning of health care practitioner in H.B. 155 |
| 5/16/2011 | Dina Shand | 1 | 175 | $175.00 | Compiled social science on guns in the home from Brady and e-mail sources |

Exhibit F

**Brady Center - Fees**

| Date | Name | Hours | Rate | Fee | Description |
|---|---|---|---|---|---|
| 5/17/2011 | Dina Shand | 0.75 | 175 | $131.25 | Drafted section of complaint regarding social science and doctor's role in advising patients about gun safety |
| 5/18/2011 | Dina Shand | 1 | 175 | $175.00 | Researched doctor's accociations and their guidelines for gun safety |
| 5/19/2011 | Dina Shand | 1 | 175 | $175.00 | Drafted section of complaint regarding social science and doctor's role in advising patients about gun safety |
| | **Totals** | **8.25** | | **$1,443.75** | |

| | Total Hours | Total Fee |
|---|---|---|
| **Phase 1** | 46.75 | $18,193.75 |

**Phase 2: Preliminary Injunction Proceedings and Amended Complaint**

| Date | Name | Hours | Rate | Fee | Description |
|---|---|---|---|---|---|
| 6/5/2011 | Jonathon Lowy | 0.50 | 450 | $225.00 | Communications with co-counsel and clients re: case preparation and litigation strategy |
| 6/6/2011 | Jonathon Lowy | 2.50 | 450 | $1,125.00 | Review Complaint re filing, update clients on complaint status (0.25); research re guns in the home incidents to support case (2.0); communications with clients (0.25) |
| 6/7/2011 | Jonathon Lowy | 1.25 | 450 | $562.50 | Review and analyze motion; Communications with co-counsel and clients re litigation strategy and research |
| 6/8/2011 | Jonathon Lowy | 1.25 | 450 | $562.50 | Communications with clients concerning complaint follow-up (0.75); Communications with co-counsel and clients re litigation (0.5) |
| 6/9/2011 | Jonathon Lowy | 0.50 | 450 | $225.00 | Communications with co-counsel and clients re litigation strategy and research |
| 6/10/2011 | Jonathon Lowy | 1.25 | 450 | $562.50 | Discussed and reviewed research on physician review board complaint procedure and complaint forms (1.0); Communications with co-counsel and clients re litigation strategy and research (0.25) |

**Brady Center - Fees**

| Date | Name | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 6/12/2011 | Jonathon Lowy | 0.50 | 450 | $225.00 | Communications with co-counsel and clients re litigation strategy and legal research |
| 6/13/2011 | Jonathon Lowy | 1.75 | 450 | $787.50 | Review communications from clients re litigation strategy and research (0.25), research concerning gag rule implementation (1.25); Communications with co-counsel and clients re litigation, research (0.25) |
| 6/14/2011 | Jonathon Lowy | 0.25 | 450 | $112.50 | Communications with co-counsel and clients re litigation strategy and research |
| 6/15/2011 | Jonathon Lowy | 0.75 | 450 | $337.50 | Communications with co-counsel and clients concerning amendments, litigation strategy |
| 6/17/2011 | Jonathon Lowy | 0.75 | 450 | $337.50 | Communications with co-counsel and clients re litigation research, resolutions |
| 6/18/2011 | Jonathon Lowy | 0.75 | 450 | $337.50 | Review and analyze NRA motion to intervene; discuss with staff re research and response |
| 6/19/2011 | Jonathon Lowy | 0.25 | 450 | $112.50 | Communications with co-counsel and clients re litigation strategy and research |
| 6/22/2011 | Jonathon Lowy | 2.25 | 450 | $1,012.50 | Review, edit pleadings – draft amended complaint and PI motion |
| 6/24/2011 | Jonathon Lowy | 1.75 | 450 | $787.50 | Review final case filings (1.0); Communications with co-counsel and clients re litigation strategy and research (.75) |
| 6/27/2011 | Jonathon Lowy | 1.25 | 450 | $562.50 | Research opposition to NRA motion to intervene legal standard, review co-counsel communications (1.0); Communications with co-counsel and clients re litigation strategy, legal analysis and research (0.25) |
| 6/28/2011 | Jonathon Lowy | 0.25 | 450 | $112.50 | Communications with co-counsel and clients re litigation strategy, legal analysis and research |
| | **Totals** | **17.75** | | **$7,987.50** | |

| Date | Name | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 6/1/2011 | Daniel Vice | 0.25 | 400 | $100.00 | Research status of legislation |
| 6/3/2011 | Daniel Vice | 1.75 | 400 | $700.00 | Discussion with clients, co-counsel for preparation of motions and legal work on editing, preparing motion |

**Brady Center - Fees**

| Date | Name | Hours | Rate | Fee | Description |
|---|---|---|---|---|---|
| 6/13/2011 | Daniel Vice | 1.75 | 400 | $700.00 | Review communications from clients concerning gag rule implementation (0.25), research concerning gag rule implementation (1.5) |
| 6/16/2011 | Daniel Vice | 1.5 | 400 | $600.00 | Research and review legislative history of gag rule |
| 6/22/2011 | Daniel Vice | 1.75 | 400 | $700.00 | Review, edit pleadings – draft amended complaint and PI motion |
| 6/23/2011 | Daniel Vice | 3 | 400 | $1,200.00 | Research and review final draft pleadings for filing (2.0); research opposition to NRA motion to intervene (1.0) |
| 6/24/2011 | Daniel Vice | 1.25 | 400 | $500.00 | Review final case filings (0.5) and research case law on litigation next steps (0.75) |
| 6/27/2011 | Daniel Vice | 3.25 | 400 | $1,300.00 | Research opposition to NRA motion to intervene (2.5), co-counsel communications concerning opposition strategy (.75) |
| | **Totals** | **14.5** | | **$5,800.00** | |

| | Total Hours | Total Fee |
|---|---|---|
| **Phase 2** | 32.25 | $13,787.50 |

**Phase 3: Response to NRA's Motion to Intervene**

| Date | Name | Hours | Rate | Fee | Description |
|---|---|---|---|---|---|
| 6/29/2011 | Jonathon Lowy | 0.50 | 450 | $225.00 | Communications with co-counsel and clients re litigation strategy, legal analysis and research |
| 6/30/2011 | Jonathon Lowy | 1.25 | 450 | $562.50 | Finalize, edit opposition to NRA motion and review edits |
| 7/1/2011 | Jonathon Lowy | 1.25 | 450 | $562.50 | Prepare for hearing by reviewing filings, briefs, case law, arguments |
| 7/2/2011 | Jonathon Lowy | 0.50 | 450 | $225.00 | Communications with clients, co-counsel re: hearing |
| 7/5/2011 | Jonathon Lowy | 1.50 | 450 | $675.00 | Research and review state opposition to PI motion; outline responses |
| 7/6/2011 | Jonathon Lowy | 0.50 | 450 | $225.00 | Communications with co-counsel and clients re litigation strategy, legal analysis and research |

**Brady Center - Fees**

| Date | Name | Hours | Rate | Fee | Description |
|---|---|---|---|---|---|
| 7/7/2011 | Jonathon Lowy | 0.50 | 450 | $225.00 | Communications with co-counsel and clients re litigation strategy, legal analysis and research |
| 7/8/2011 | Jonathon Lowy | 1.50 | 450 | $675.00 | Communications with clients re: filings, review court ruling |
| | Totals | 7.5 | | $3,375.00 | |

| Date | Name | Hours | Rate | Fee | Description |
|---|---|---|---|---|---|
| 6/28/2011 | Daniel Vice | 3.75 | 400 | $1,500.00 | Research, draft opposition to NRA motion |
| 6/29/2011 | Daniel Vice | 3.75 | 400 | $1,500.00 | Research, draft opposition to NRA motion |
| 6/30/2011 | Daniel Vice | 2.75 | 400 | $1,100.00 | Finalize, edit opposition to NRA motion and review edits |
| 7/1/2011 | Daniel Vice | 1.75 | 400 | $700.00 | Prepare for hearing by reviewing filings and researching Florida rules |
| 7/2/2011 | Daniel Vice | 0.25 | 400 | $100.00 | Communications with clients, co-counsel re: hearing preparation and strategy |
| 7/5/2011 | Daniel Vice | 1.75 | 400 | $700.00 | Research and review state opposition to PI motion |
| | Totals | 14 | | $5,600.00 | |

| | Total Hours | Total Fee |
|---|---|---|
| Phase 3 | 21.50 | $8,975.00 |

**Phase 4:  Oral Argument**

| Date | Name | Hours | Rate | Fee | Description |
|---|---|---|---|---|---|
| 7/9/2011 | Jonathon Lowy | 0.50 | 450 | $225.00 | Communications with co-counsel and clients re litigation strategy, legal analysis and research |
| 7/10/2011 | Jonathon Lowy | 0.75 | 450 | $337.50 | Prepared for moot court by reviewing briefs and arguments |
| 7/11/2011 | Jonathon Lowy | 3.25 | 450 | $1,462.50 | Prepare for and participated in moot court; review legal research memos |
| | Totals | 4.5 | | $2,025.00 | |

| Date | Name | Hours | Rate | Fee | Description |
|---|---|---|---|---|---|
| 7/8/2011 | Daniel Vice | 1.5 | 400 | $600.00 | Communications with clients explaining court ruling and next steps in litigation |
| 7/11/2011 | Daniel Vice | 3.5 | 400 | $1,400.00 | Prepare for and participate in moot court |

**Brady Center - Fees**

| Date | Attorney | Hours | Rate | Fee | Description |
|---|---|---|---|---|---|
| 7/14/2011 | Daniel Vice | 2 | 400 | $800.00 | Post-hearing review, communications with clients about hearing status and litigation strategy |
| 7/15/2011 | Daniel Vice | 0.5 | 400 | $200.00 | Communications with clients re: hearing and case developments |
| 7/19/2011 | Daniel Vice | 0.75 | 400 | $300.00 | Review court order, supplemental filing |
| | Totals | 8.25 | | $3,300.00 | |

| | Total Hours | Total Fee |
|---|---|---|
| Phase 4 | 12.75 | $5,325.00 |

**Phase 5: Supplemental Brief and Response to Defendants' Motion to Strike**

| Date | Attorney | Hours | Rate | Fee | Description |
|---|---|---|---|---|---|
| 7/12/2011 | Jonathon Lowy | 4.00 | 450 | $1,800.00 | Communications with Dan V., co-counsel and clients re litigation strategy (0.5), legal analysis and research (3.5) |
| 7/13/2011 | Jonathon Lowy | 4.00 | 450 | $1,800.00 | Communications with Dan V., co-counsel and clients re litigation strategy (0.5), legal analysis and research (3.5) |
| 7/14/2011 | Jonathon Lowy | 0.75 | 450 | $337.50 | Communications with staff, co-counsel and clients re hearing, litigation |
| 7/15/2011 | Jonathon Lowy | 1.50 | 450 | $675.00 | Communications with co-counsel, staff, clients re: hearing; draft supplemental filing; coordination with other doctors group plaintiffs re: case developments |
| 7/19/2011 | Jonathon Lowy | 0.75 | 450 | $337.50 | Review court order, supplemental filing |
| 9/14/2011 | Jonathon Lowy | 3.75 | 450 | $1,687.50 | Review court ruling, strategize about next steps (0.5); Communications with staff, co-counsel and clients re litigation strategy (0.5), legal analysis and research (2.75) |
| | Totals | 14.75 | | $6,637.50 | |

## Brady Center - Fees

| Date | Name | Hours | Rate | Fee | Description |
|---|---|---|---|---|---|
| 9/15/2011 | Daniel Vice | 1.75 | 400 | $700.00 | Follow-up re: court ruling, communications with clients about impact of court ruling and litigation developments and strategy |
| | **Totals** | **1.75** | | **$700.00** | |

| | Total Hours | Total Fee |
|---|---|---|
| **Phase 5** | 16.5 | $7,337.50 |

### Phase 6: Summary Judgment Proceedings

| Date | Name | Hours | Rate | Fee | Description |
|---|---|---|---|---|---|
| 11/11/2011 | Jonathon Lowy | 0.25 | 450 | $112.50 | Review summary judgment papers |
| 11/14/2011 | Jonathon Lowy | 0.25 | 450 | $112.50 | Review summary judgment papers |
| 12/1/2011 | Jonathon Lowy | 0.25 | 450 | $112.50 | Review SJ response papers |
| 12/5/2011 | Jonathon Lowy | 0.25 | 450 | $112.50 | Review SJ reply papers |
| 12/9/2011 | Jonathon Lowy | 0.25 | 450 | $112.50 | Review SJ response papers |
| 6/29/2012 | Jonathon Lowy | 0.25 | 450 | $112.50 | Review court ruling |
| | **Totals** | **1.5** | | **$675.00** | |

| Date | Name | Hours | Rate | Fee | Description |
|---|---|---|---|---|---|
| 9/22/2011 | Daniel Vice | 0.25 | 400 | $100.00 | Review communications with co-counsel concerning litigation updates and strategy |
| 11/11/2011 | Daniel Vice | 0.25 | 400 | $100.00 | Review and analyze summary judgment filings |
| 11/14/2011 | Daniel Vice | 0.25 | 400 | $100.00 | Review and analyze summary judgment filings |
| 12/1/2011 | Daniel Vice | 0.25 | 400 | $100.00 | Review and analyze response in opposition |
| 12/5/2011 | Daniel Vice | 0.25 | 400 | $100.00 | Review and analyze reply brief |
| 12/9/2011 | Daniel Vice | 0.25 | 400 | $100.00 | Review and analyze response brief |
| 6/29/2012 | Daniel Vice | 0.25 | 400 | $100.00 | Review and analyze order granting Plaintiffs' Motion for Summary Judgment |
| | **Totals** | **1.75** | | **$700.00** | |

| | Total Hours | Total Fee |
|---|---|---|
| **Phase 6** | 3.25 | $1,375.00 |