# EXHIBIT G

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

DR. BERND WOLLSCHLAEGER, et al., Plaintiffs,

v.

FRANK FARMER, et al., Defendants.

CASE NO.: 1:11-CV-22026-COOKE/TURNOFF

Total Hours and Fees

| Timekeeper | Employer | Position | Fee Rate | Phase 1 Hours | Phase 2 Hours | Phase 3 Hours | Phase 4 Hours | Phase 5 Hours | Phase 6 Hours | Phase 7 Hours | Total Hours |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Manheim, Bruce | Ropes & Gray | Partner | 450.00 | 16.50 | 30.00 | 5.50 | 10.75 | 36.75 | 31.00 | 17.50 | 148.00 |
| Hallward-Driemeier, Doug | Ropes & Gray | Partner | 450.00 | 32.00 | 52.75 | 1.00 | 21.50 | 25.50 | 25.25 | 6.75 | 164.75 |
| Dewar, Elizabeth N. | Ropes & Gray | Associate | 350.00 | 41.75 | 163.00 | 20.50 | 8.25 | 19.00 | 4.25 | 0.00 | 256.75 |
| Lemmon, Scott | Ropes & Gray | Associate | 350.00 | 4.50 | 85.50 | 3.75 | 1.50 | 33.25 | 121.50 | 0.00 | 250.00 |
| Ripa, Augustine | Ropes & Gray | Associate | 350.00 | 77.25 | 73.50 | 0.00 | 1.50 | 1.00 | 95.25 | 0.00 | 248.50 |
| Lewis, Julia | Ropes & Gray | Associate | 350.00 | 35.00 | 90.25 | 0.50 | 4.25 | 36.75 | 3.00 | 0.00 | 169.75 |
| Goetz, Mariel | Ropes & Gray | Associate | 350.00 | 15.50 | 84.25 | 0.75 | 4.50 | 31.25 | 0.25 | 0.00 | 136.50 |
| O'Connell, Kelly | Ropes & Gray | Associate | 350.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 97.75 | 97.00 | 194.75 |
| Antzoulatos, Sophia | Ropes & Gray | Paralegal | 150.00 | 2.25 | 13.00 | 0.00 | 6.25 | 0.00 | 8.50 | 0.25 | 30.25 |
| Suarez, Lauren | Ropes & Gray | Paralegal | 150.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 11.50 | 0.00 | 11.50 |
| Mullins, Edward | Astigarraga | Partner | 450.00 | 10.00 | 0.00 | 0.00 | 8.00 | 9.70 | 9.40 | 6.30 | 43.40 |
| Giuliano, Doug | Astigarraga | Associate | 230.00 | 0.00 | 33.60 | 12.20 | 0.00 | 0.00 | 0.70 | 0.00 | 46.50 |
| Lucas, Hal | Astigarraga | Associate | 245.00 | 3.15 | 8.60 | 0.40 | 4.10 | 0.30 | 0.00 | 0.00 | 16.55 |
| Rodriquez, Aida | Astigarraga | Paralegal | 125.00 | 4.40 | 8.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 12.80 |
| Lowy, Jonathan | Brady Center | Attorney | 450.00 | 27.00 | 17.75 | 7.50 | 4.50 | 14.75 | 1.50 | 0.00 | 73.00 |
| Vice, Daniel | Brady Center | Attorney | 400.00 | 11.50 | 14.50 | 14.00 | 8.25 | 1.75 | 1.75 | 0.00 | 51.75 |
| Shand, Dina | Brady Center | Legal Fellow | 175.00 | 8.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.25 |

Hours Totals

| | Phase 1 | Phase 2 | Phase 3 | Phase 4 | Phase 5 | Phase 6 | Phase 7 | Total Hours |
|---|---|---|---|---|---|---|---|---|
| Ropes & Gray | 224.75 | 592.25 | 32.00 | 58.50 | 183.50 | 398.25 | 121.5 | **1610.75** |
| Astigarraga | 17.55 | 50.60 | 12.60 | 12.10 | 10.00 | 10.10 | 6.3 | **119.25** |
| Brady Center | 46.75 | 32.25 | 21.50 | 12.75 | 16.50 | 3.25 | 0 | **133.00** |
| **Total Hours** | **289.05** | **675.10** | **66.10** | **83.35** | **210.00** | **411.60** | **127.80** | **1863.00** |

Fee Totals

| | Phase 1 | Phase 2 | Phase 3 | Phase 4 | Phase 5 | Phase 6 | Phase 7 | Total Hours |
|---|---|---|---|---|---|---|---|---|
| Ropes & Gray | $83,062.50 | $212,962.50 | $11,850.00 | $22,450.00 | $70,450.00 | $141,012.50 | $44,450.00 | **$586,237.50** |
| Astigarraga | $5,721.75 | $17,940.00 | $5,466.00 | $4,524.50 | $4,341.50 | $4,302.00 | $2,772.00 | **$45,067.75** |
| Brady Center | $18,193.75 | $13,787.50 | $8,975.00 | $5,325.00 | $7,337.50 | $1,375.00 | $0.00 | **$54,993.75** |
| **Total Fees** | **$106,978.00** | **$244,690.00** | **$26,291.00** | **$32,299.50** | **$82,129.00** | **$146,689.50** | **$47,222.00** | **$686,299.00** |

Final Totals

| Hours | 1863 |
|---|---|
| Total Fees | $686,299.00 |

| | Ropes & Gray | Astigarraga | Brady Center |
|---|---|---|---|
| Hours | 1610.75 | 119.25 | 133 |
| Total Fees | $586,237.50 | $45,067.75 | $54,993.75 |

Exhibit G