# EXHIBIT H

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

DR. BERND WOLLSCHLAEGER, et al., Plaintiffs,

v.

FRANK FARMER, et al., Defendants.

CASE NO.: 1:11-CV-22026-COOKE/TURNOFF

**Nontaxable Costs and Expenses**

| Costs Incurred By | Date | Cost | Cost Description |
|---|---|---|---|
| Ropes & Gray | 5/27/2011 | $11.95 | Invoice No: 751632072 Trk#: 797145707265 Paid to: Fedex per 28874 Ship To: Governor Rick Scott |
| Ropes & Gray | 6/2/2011 | $12.16 | Invoice No: 752384693 Trk#: 869648739417 Paid to: Fedex per 51922 Ship To: ED MULLINS & HAL |
| Astigarraga | 6/9/2011 | $30.94 | FedEx delivery to Aida C. Rodriguez, CP - ASTIGARRAGA DAVIS |
| Ropes & Gray | 6/16/2011 | $12.27 | Invoice No: 754007602 Trk#: 794873613382 Paid to: Fedex per 30742 Ship To: Dr Lance Goodman |
| Ropes & Gray | 6/16/2011 | $12.27 | Invoice No: 754007602 Trk#: 797214217233 Paid to: Fedex per 30742 Ship To: Robert Dugas |
| Astigarraga | 6/16/2011 | $19.34 | FedEx delivery to Aida C. Rodriguez, CP - ASTIGARRAGA DAVIS |
| Ropes & Gray | 6/17/2011 | $12.27 | Invoice No: 754007602 Trk#: 875664340146 Paid to: Fedex per 51123 Ship To: MARIE L GOETZ |
| Astigarraga | 6/20/2011 | $23.00 | Executive Express, LLC; Invoice # I22286; Courier service charges incurred for service to USDC 6/7/11 |
| Ropes & Gray | 6/21/2011 | $12.27 | Invoice No: 754007602 Trk#: 875818719803 Paid to: Fedex per 30742 Ship To: ROBERT F DUGAS |
| Ropes & Gray | 6/21/2011 | $12.27 | Invoice No: 754007602 Trk#: 872822141515 Paid to: Fedex per 52579 Ship To: ROBERT DUGAS |
| Astigarraga | 6/29/2011 | $15.00 | Amado Barcia, Inc.; Invoice # 062911; Courier service charges incurred to issue summons 6/24/11 |
| Astigarraga | 7/8/2011 | $56.93 | FedEx delivery to Jason Vail, Esq. - Office of the Attorney General |
| Astigarraga | 7/21/2011 | $33.50 | Executive Express, LLC; Invoice # I22961; Courier service charges incurred for service to USDC 7/8/11 |
| Astigarraga | 7/25/2011 | $20.50 | Executive Express, LLC; Invoice # I23102; Courier service charges incurred for service to USDC 7/11/11 |

Fedex EBI - Account Summary                                                                 Page 1 of 1



· FedEx Billing Online Plus

| Invoice Detail View | | | | Back |
|---|---|---|---|---|
| **Invoice Summary** | | | | Help Hide |
| **Billing Information** | | | **Charge Summary** | **View Details** |
| Invoice no. | ≤ Prev   7-530-3964   Next ≥ | | Total express charges | 474.99 |
| Account no. | | 2484-7077-1 | Total ground charges | 0.00 |
| FedEx Tax ID No. | | 71-0427007 | Total other charges | 0.00 |
| Invoice date | | 06/16/2011 | Total invoice amount | 474.99 |
| Due date | | 07/01/2011 | Total payments and credits | 0.00 |
| Invoice status | | Past Due | Total balance due | **$474.99** |
| View Invoice History | | | | |
| View/print PDF | | | | |
| View address corrections | | | | |

**FedEx Invoice Details**                                                                         Help

Filter by                                                                Per page 10   Page 1   of 2

| Select all | Tracking / billing ID | Date | Type | Product group | Reference | Payor | Status | Meter | Original charges | Balance due |
|---|---|---|---|---|---|---|---|---|---|---|
| | 794834048659 | 06/09/2011 | Express | | 23032.2001 | Shipper | Past Due | 003586600 | 30.94 | 30.94 |



**FedEx Billing Online Plus**

### Invoice Detail View                                                                                  Back

#### Invoice Summary                                                                              Help Hide

**Billing Information**                                                  **Charge Summary**                    View Details

| | |
|---|---|
| Invoice no. | ≤ Prev  [illegible]  Next ≥ |
| Account no. | 2484-7077-1 |
| FedEx Tax ID No. | 71-0427007 |
| Invoice date | 07/07/2011 |
| Due date | 07/22/2011 |
| Invoice status | Open |
| View Invoice History | |
| View/print PDF | |
| View address corrections | |

| Charge Summary | |
|---|---|
| Total express charges | 376.11 |
| Total ground charges | 14.67 |
| Total other charges | 0.00 |
| Total invoice amount | 390.78 |
| Total payments and credits | 0.00 |
| **Total balance due** | **$390.78** |

* Name of download file
* Template  [Select]
* File Type  [Select]

---

**FedEx Invoice Details**                                                                                  Help

Filter by [None selected]                                                 Per page [10]   Page   of 2

| Select all | Tracking / billing ID | Date | Type | Product group | Reference | Payor | Status | Meter | Original charges | Balance due |
|---|---|---|---|---|---|---|---|---|---|---|
| | 794869899830 | 06/16/2011 | Express | | 23032.2001 | Shipper | Open | 003586600 | 19.34 | 19.34 |

**EXECUTIVE EXPRESS LLC**
4460 NW 73 Ave
Miami, FL 33166

Ph (305) 371-0292  Fx (305) 371-0293

Invoice Number: I22286
Invoice Date: 06/11/11
From Date: 06/04/11
To Date: 06/10/11

ASTIGARRAGA DAVIS MULLINS & GR
Attention: ACCOUNTS PAYABLE
701   BRICKELL AVE   #16 FL
MIAMI        FL 33131-

Client Code: ASTDAV
Page Number: 0001

| JOB #<br>DATE<br>TIME | CALLER<br>REF CODE<br>POD INFO | PICK-UP FROM | DELIVER TO | BASE CHARGE | SURCHARGES | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|
| 2089-619t<br>06/07/11<br>0900a | EVELYN<br>23032.2001<br>LOSADA | ASTIGARRAGA DAVIS MULLINS & GR<br>701   BRICKELL AVE<br>MIAMI        FL 33121 | USDC<br>400   N MIAMI AVE<br>MIAMI        FL 33128 | 6.50<br>RS | 6.50<br>RT | 10.00<br>WT | 23.00 |
| | | REF: 23032.2001 | SUBTOTAL | 23.00 | | | |

CK 31251
7-7-11

PAYMENT DUE UPON RECEIPT.  THANK YOU FOR USING EXECUTIVE EXPRESS!

INVOICE TOTAL: 79.25

Statement of Account    Current    31 - 60 Days    61 - 90 Days    Over 90 Days
                        457.71                                                     GRAND TOTAL: 457.71

SERVICE CODES
B5 - By 5pm Svc       AP - Attempt Pickup
PS - Priority Svc     LS - Legal Svc
RS - Rush Svc         ST - Skip Trace
SR - Super Rush Svc   VS - Van Svc
SM - Summons          SP - Subpoena

SURCHARGE CODES
A# - After Hours      AS - Addt'l Stops     CW - Court Work
FP - Fax POD          IN - Insurance        LO - Cash Lay Out
LU - Load/Unload      MB - Mail Back        PK - Parking Chg
RT - Round Trip       SB - Special Biker    SV - Special Vehicle
W# - Weekend Chg      WT - Waiting Time     XW - Extra Weight

Amado Barcia, Inc.
Legal Research
2991 SW 19 Terrace
Miami, FL 33145
305-244-0440

Date: 6/29/11

To:
Astigarraga Davis Mullins & Grossman PA
701 Brickell Avenue, 16th Floor
Miami, Florida 33131

| Date | Client Matter | Description | Balance |
|---|---|---|---|
| 6/24/11 | 23032.2001 | Summon's issue. | $15.00 |
| 6/29/11 | | | Total $191.50 |

F:\WDOX\CLIENTS\90000\2414\00139148.DOCX

V37622



·FedEx Billing Online Plus

### Invoice Detail View  Back

### Invoice Summary  Help Hide

**Billing Information**

| | | | **Charge Summary** | **View Details** |
|---|---|---|---|---|
| Invoice no. | < Prev ######  Next > | | Total express charges | 493.02 |
| Account no. | | 2484-7077-1 | Total ground charges | 12.58 |
| FedEx Tax ID No. | | 71-0427007 | Total other charges | 0.00 |
| Invoice date | | 07/21/2011 | Total invoice amount | 505.60 |
| Due date | | 08/05/2011 | Total payments and credits | 0.00 |
| Invoice status | | Open | **Total balance due** | **$505.60** |
| View Invoice History | | | | |
| View/print PDF | | | | |
| View address corrections | | | | |

### FedEx Invoice Details  Help

Filter by ####    Per page 10   Page : of 2

| Select all | Tracking / billing ID | Date | Type | Product group | Reference | Payor | Status | Meter | Original charges | Balance due |
|---|---|---|---|---|---|---|---|---|---|---|
| | 794954500115 | 07/08/2011 | Express | | 23032.2001 | Shipper | Open | 003566600 | 56.93 | 56.93 |

**EXECUTIVE EXPRESS LLC**
4460 NW 73 Ave
Miami, FL 33166

Ph (305) 371-0292  Fx (305) 371-0293

Invoice Number: I22961
Invoice Date: 07/09/11
From Date: 07/02/11
To  Date: 07/08/11

ASTIGARRAGA DAVIS MULLINS & GR
Attention: ACCOUNTS PAYABLE
701  BRICKELL AVE  #16 FL
MIAMI         FL 33131-

Client Code: ASTDAV
Page Number:  0001

| JOB # DATE TIME | CALLER REF CODE POD INFO | PICK-UP FROM | DELIVER TO | BASE CHARGE | SURCHARGES | TOTAL CHARGES |
|---|---|---|---|---|---|---|
| 2092-712tHAL 07/08/11 0314p | LUCAS 23032.2001 LUCAS | ASTIGARRAGA DAVIS MULLINS & GRUSDC 701  BRICKELL AVE   400 MIAMI        FL 33121  MIAMI | N MIAMI AVE FL 33128 | 13.00 SR | 13.00 RT  7.50 WT | 33.50 |
|  |  | REF: 23032.2001 | SUBTOTAL  33.50 |  |  |  |

37757

CK 31403
8-2-11

PAYMENT DUE UPON RECEIPT.  THANK YOU FOR USING EXECUTIVE EXPRESS!

INVOICE TOTAL:  33.50

Statement of Account   Current  31 - 60 Days   61 - 90 Days   Over 90 Days
                        288.75

GRAND TOTAL:  288.75

SERVICE CODES                                    SURCHARGE CODES

B5 - By 5pm Svc       AP - Attempt Pickup       A# - After Hours      AS - Addt'l Stops     CW - Court Work
PS - Priority Svc     LS - Legal Svc            FP - Fax POD          IN - Insurance        LO - Cash Lay Out
RS - Rush Svc         ST - Skip Trace           LU - Load/Unload      MB - Mail Back        PK - Parking Chg
SR - Super Rush Svc   VS - Van Svc              RT - Round Trip       SB - Special Biker    SV - Special Vehicle
SM - Summons          SP - Subpoena             W# - Weekend Chg      WT - Waiting Time     XW - Extra Weight

**EXECUTIVE EXPRESS LLC**
4460 NW 73 Ave
Miami, FL 33166

Ph (305) 371-0292   Fx (305) 371-0293

Invoice Number: I23102
Invoice Date: 07/16/11
From Date: 07/09/11
To Date: 07/15/11

ASTIGARRAGA DAVIS MULLINS & GR
Attention: ACCOUNTS PAYABLE
701   BRICKELL AVE   #16 FL
MIAMI           FL 33131-

V37832

Client Code: ASTDAV
Page Number: 0001

| JOB # DATE TIME | CALLER REF CODE POD INFO | PICK-UP FROM | DELIVER TO | BASE CHARGE | SURCHARGES | TOTAL CHARGES |
|---|---|---|---|---|---|---|
| 2092-798 07/11/11 1132a | EMY 23032.2001 LOSADA | ASTIGARRAGA DAVIS MULLINS & GRUSDC 701   BRICKELL AVE   400 MIAMI           FL 33121 | N MIAMI AVE MIAMI           FL 33128 | 6.50 RS | 6.50 7.50 RT  WT | 20.50 |
| | | REF: 23032.2001 | SUBTOTAL | 20.50 | | |

8·11·11

SERVICE CODES

B5 - By 5pm Svc
PS - Priority Svc
RS - Rush Svc
SR - Super Rush Svc
SM - Summons

AP - Attempt Pickup
LS - Legal Svc
ST - Skip Trace
VS - Van Svc
SP - Subpoena

SURCHARGE CODES

A# - After Hours
FP - Fax POD
LU - Load/Unload
RT - Round Trip
W# - Weekend Chg

AS - Addt'l Stops
IN - Insurance
MB - Mail Back
SB - Special Biker
WT - Waiting Time

CW - Court Work
LO - Cash Lay Out
PK - Parking Chg
SV - Special Vehicle
XW - Extra Weight

# RopesGray

| Invoice Number<br>Service<br>Airbill<br>Picked Up<br>Delivered | Reference<br>Timekeeper ID<br>Sender | Client-Matter<br>Client ID-Matter ID<br>Recipient |
|---|---|---|
| 754007602<br>FedEx Priority Overnight® (Code: ON)<br>872822141515<br>Tue, Jun 21 2011<br>Wed, Jun 22 2011 09:10 AM | 109121 0001<br>52579<br>Katherine Waite<br>ROPES & GRAY<br>KATHERINE WELTY MD<br>700 12TH ST NW STE 900<br>WASHINGTON, DC 200053948 US | -<br>10121-0001<br>ROPES & GRAY LLP<br>ROBERT DUGAS<br>770 12TH ST NW 900 ONE METRO C<br>WASHINGTON, DC 20005 US<br><br>Shipping Charges: $ 12.27 |
| 754007602<br>FedEx Priority Overnight® (Code: ON)<br>875818719803<br>Tue, Jun 21 2011<br>Wed, Jun 22 2011 09:10 AM | 109121 0001<br>30742<br>Robert Dugas<br>STANLEY SACK M D PA<br>STANLEY S SACK<br>1201 WHITE ST STE 103<br>KEY WEST, FL 33040 US | Florida Chapter of the American Academy of Pediatrics-Legal Challenge to Florida's<br>109121-0001<br>ROPES & GRAY LLP<br>ROBERT F DUGAS<br>707 12TH ST NW STE 00<br>WASHINGTON, DC 20005 US<br><br>Shipping Charges: $ 12.27 |
| 754007602<br>FedEx Priority Overnight® (Code: ON)<br>794873613382<br>Thu, Jun 16 2011<br>Fri, Jun 17 2011 04:02 PM | 109121 0001 30742<br>30742<br>Robert Dugas<br>Ropes & Gray LLP<br>Robert Dugas<br>700 12th St NW<br>WASHINGTON, DC 20005 US | Florida Chapter of the American Academy of Pediatrics-Legal Challenge to Florida's<br>109121-0001<br>INFORMATION NOT SUPPLIED<br>Dr Lance Goodman<br>5458 Town Center Rd Ste 101<br>BOCA RATON, FL 33486 US<br><br>Shipping Charges: $ 12.27 |
| 754007602<br>FedEx Priority Overnight® (Code: ON)<br>797214217233<br>Fri, Jun 17 2011<br>Mon, Jun 20 2011 09:08 AM | 109121 0001 30742<br>30742<br>Robert Dugas<br>INFORMATION NOT SUPPLIED<br>Dr Lance Goodman<br>5458 Town Center Rd Ste 101<br>BOCA RATON, FL 33486 US | Florida Chapter of the American Academy of Pediatrics-Legal Challenge to Florida's<br>109121-0001<br>Ropes & Gray LLP<br>Robert Dugas<br>700 12th St NW<br>WASHINGTON, DC 20005 US<br><br>Shipping Charges: $ 12.27 |
| 754007602<br>FedEx Priority Overnight® (Code: ON)<br>875664340146<br>Fri, Jun 17 2011<br>Mon, Jun 20 2011 09:08 AM | NO REFERENCE INFORMATION<br>51123<br>Mariel Goetz<br>INFORMATION NOT SUPPLIED<br>JUNE LELAND<br>453 MARMORA AVE<br>TAMPA, FL 33606 US | -<br>-<br>BOPES & GRAY LLP<br>MARIE L GOETZ<br>700 12 ST NW 900 ONE METRO CTR<br>WASHINGTON, DC 20005 US<br><br>Shipping Charges: $ 12.27 |

| Invoice Number<br>Service<br>Airbill<br>Picked Up<br>Delivered | Reference<br>Timekeeper ID<br>Sender | Client-Matter<br>Client ID-Matter ID<br>Recipient |
|---|---|---|
| 752384693<br>FedEx Priority Overnight® (Code: ON)<br>869648739417<br>Thu, Jun 02 2011<br>Fri, Jun 03 2011 10:13 AM | NO REFERENCE INFORMATION<br>51922<br>Julia Lewis<br>ROPES & GRAY<br>JULIA LEWIS<br>700 12TH ST NW STE 900<br>WASHINGTON, DC 200053948 US | -<br>-<br>ASHGARRAGA DAVS MULLINS & GROS<br>ED MULLINS & HAL LUCAS<br>701 BRICKELL AVE 16TH FL<br>MIAMI, FL 33131 US<br><br>Shipping Charges: $ 12.16 |

# RopesGray

| Invoice Number<br>Service<br>Airbill<br>Picked Up<br>Delivered | Reference<br>Timekeeper ID<br>Sender | Client-Matter<br>Client ID-Matter ID<br>Recipient |
|---|---|---|
| 751632072 | 109121 0001 28874 | Florida Chapter of the American Academy of Pediatrics-Legal Challenge to Florida's |
| FedEx 2Day® (Code: AE)<br>797145707265<br>Fri, May 27 2011<br>Wed, Jun 01 2011 09:21 AM | 28874<br>Bruce Manheim, Jr.<br>Ropes & Gray LLP<br>Bruce Manheim, Jr<br>700 12th St NW<br>WASHINGTON, DC 20005 US | 109121-0001<br>State of Florida<br>Governor Rick Scott<br>400 S Monroe St<br>TALLAHASSEE, FL 32399 US |

Shipping Charges: $ 11.95