# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**STEVEN M. LARIMORE**
Clerk of Court

FILED by _MC_ D.C.
ELECTRONIC

**DEC 5, 2012**

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

**Appeals Section**

Date:   12/5/2012

Clerk, United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303

**COR/ROA**

IN RE:     **District Court No:**   11-22026-CV  -  MGC

**U.S.C.A. No:**   12-14009-FF

**Style:**   WOLLSCHLAEGER ET AL V GOVERNMENT STATE OF FL

## CERTIFICATE OF READINESS AND TRANSMITTAL OF RECORD ON APPEAL

Pursuant to Fed. R. App. P. 11(c), the Clerk of the District Court for the Southern District of Florida
hereby certifies that, as shown on the enclosed index, the record is complete for purposes of this
appeal. The record (including the transcript or parts thereof designated for inclusion and all
necessary exhibits) consists of:

5   Volume(s) of pleadings

1   Volume(s) of Transcripts

Exhibits:   0   boxes;     1   folders;

0   envelopes;     0   PSIs (sealed)

☐ other:  _____

☐ other:  _____

☑ Other:   (1)ACCORDION FOLDER CONTAINING DE# 63 WITH CD

☐ Other:  _____

Certified to be a true and
correct copy of the document on file
Sincerely,
Steven M. Larimore, Clerk,
Steven M. Larimore, Clerk of Court
Southern District of Florida

By   _____
Deputy Clerk

Date   Deputy Clerk  12/5/12

Attachment                                                    S/F A-15
c: court file                                                Rev. 10/94

☑ 400 N. Miami Avenue          ☐ 299 E. Broward Boulevard      ☐ 701 Clematis Street
  Miami, Fl 33128-7716            Ft. Lauderdale, Fl 33301        West Palm Beach, Fl 33401
  305-523-5080                    954-769-5413                    561-803-3408

APPEAL,CLOSED,REF_PTRL,WCT

# U.S. District Court
## Southern District of Florida (Miami)
## CIVIL DOCKET FOR CASE #: 1:11-cv-22026-MGC
## Internal Use Only

Wollschlaeger et al v. Farmer et al
Assigned to: Judge Marcia G. Cooke
Referred to: Magistrate Judge William C. Turnoff
Case in other court: USCA, 12-14009-FF
Cause: 42:1983 Civil Rights Act

Date Filed: 06/06/2011
Date Terminated: 06/29/2012
Jury Demand: None
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**Dr. Bernd Wollschlaeger**

represented by **Augustine Ripa**
Ropes & Gray, LLP
700 12th Street, NW
Suite 900
Washington, DC 20005-3948
202-508-4600
Email: Augustine.Ripa@ropesgray.com

*TERMINATED: 11/06/2012*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Bruce Manheim**
Ropes & Gray, LLP
700 12th Street, NW
Suite 900
Washington, DC 20005-3948
202-508-4600
Email: bruce.manheim@ropesgray.com

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Daniel R. Vice**
Legal Project of the Brady Center to
Prevent Gun Violation
1225 Eye Street, NW
Suite 1100
Washington, DC
202-289-7319
Email: dvice@bradymail.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

Certified to be a true and
correct copy of the document on file
Steven M. Larimore, Clerk,
U.S. District Court
Southern District of Florida

By _____
                Deputy Clerk

Date __12/5/12__

**Dennis Gary Kainen**
Weisberg & Kainen
1401 Brickell Avenue
Suite 800
Miami, FL 33131-3554
305-374-5544
Fax: 358-8565
Email: dennis@weisbergandkainen.com

*ATTORNEY TO BE NOTICED*

**Douglas J. Giuliano**
Richard and Richard, P.A.
825 Brickell Bay Drive
17th Floor
Miami, FL 33131
305-528-8924
Email: douglas@richardandrichard.com

*TERMINATED: 02/10/2012*
*ATTORNEY TO BE NOTICED*

**Douglas Hallward-Driemeier**
Ropes & Gray, LLP
700 12th Street, NW
Suite 900
Washington, DC 20005-3948
202-508-4600
Email: Douglas.Hallward-
Driemeier@ropesgray.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Hal Michael Lucas**
Hal M. Lucas P.A.
701 Brickell Avenue
Suite 1650
Miami, FL 33131
305-372-5600
Fax: 305-372-5778
Email: hlucas@astidavis.com
*ATTORNEY TO BE NOTICED*

**Jonathan E. Lowy**
Center to Prevent Handgun Violence
1225 Eye Street NW
Suite 1100
Washington, DC 20005
202-289-5765
Fax: 898-0059

*ATTORNEY TO BE NOTICED*

**Julia Lewis**
Ropes & Gray, LLP
700 12th Street, NW
Suite 900
Washington, DC 20005-3948
202-508-4600
Email: julia.lewis@ropesgray.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Regan Noelle Kruse**
Astigarraga Davis Mullins &
Grossman, P.A.
701 Brickell Avenue, 16th Floor
Miami, FL 33131
(305) 372-8282, ext. 274
Fax: (305) 372-8202
Email: rkruse@astidavis.com
*ATTORNEY TO BE NOTICED*

**Edward Maurice Mullins**
Astigarraga Davis Mullins & Grossman

701 Brickell Avenue
16th Floor
Miami, FL 33131-2847
305-372-8282
Fax: 372-8202
Email: emullins@astidavis.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dr. Judith Schaechter**          represented by **Douglas J. Giuliano**
(See above for address)
*TERMINATED: 02/10/2012*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Augustine Ripa**
(See above for address)
*TERMINATED: 11/06/2012*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Bruce Manheim**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

Daniel R. Vice
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

Dennis Gary Kainen
(See above for address)
*ATTORNEY TO BE NOTICED*

Douglas Hallward-Driemeier
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

Hal Michael Lucas
(See above for address)
*ATTORNEY TO BE NOTICED*

Jonathan E. Lowy
(See above for address)
*ATTORNEY TO BE NOTICED*

Julia Lewis
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

Edward Maurice Mullins
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**
**Dr. Tommy Schechtman**          represented by  **Douglas J. Giuliano**
                                                   (See above for address)
                                                   *TERMINATED: 02/10/2012*
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

                                                   **Augustine Ripa**
                                                   (See above for address)
                                                   *TERMINATED: 11/06/2012*
                                                   *PRO HAC VICE*
                                                   *ATTORNEY TO BE NOTICED*

                                                   **Bruce Manheim**
                                                   (See above for address)
                                                   *PRO HAC VICE*
                                                   *ATTORNEY TO BE NOTICED*

**Daniel R. Vice**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Dennis Gary Kainen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Douglas Hallward-Driemeier**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Hal Michael Lucas**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan E. Lowy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Julia Lewis**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Edward Maurice Mullins**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**American Academy of Pediatrics, Florida Chapter**

represented by **Douglas J. Giuliano**
(See above for address)
*TERMINATED: 02/10/2012*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Augustine Ripa**
(See above for address)
*TERMINATED: 11/06/2012*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Bruce Manheim**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Daniel R. Vice**

(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Dennis Gary Kainen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Douglas Hallward-Driemeier**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Hal Michael Lucas**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan E. Lowy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Julia Lewis**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Edward Maurice Mullins**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**American Academy of Family Physicians, Florida Chapter**     represented by    **Douglas J. Giuliano**
(See above for address)
*TERMINATED: 02/10/2012*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Augustine Ripa**
(See above for address)
*TERMINATED: 11/06/2012*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Bruce Manheim**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Daniel R. Vice**
(See above for address)

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Dennis Gary Kainen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Douglas Hallward-Driemeier**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Hal Michael Lucas**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan E. Lowy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Julia Lewis**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Edward Maurice Mullins**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**American College of Physicians,
Florida Chapter, Inc.**
represented by **Douglas J. Giuliano**
(See above for address)
*TERMINATED: 02/10/2012*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Augustine Ripa**
(See above for address)
*TERMINATED: 11/06/2012*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Bruce Manheim**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Daniel R. Vice**
(See above for address)
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Dennis Gary Kainen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Douglas Hallward-Driemeier**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Hal Michael Lucas**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan E. Lowy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Julia Lewis**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Edward Maurice Mullins**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**
**Roland Gutierrez**                     represented by **Douglas J. Giuliano**
(See above for address)
*TERMINATED: 02/10/2012*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Edward Maurice Mullins**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**
**Stanley Sack**                         represented by **Douglas J. Giuliano**
(See above for address)
*TERMINATED: 02/10/2012*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Edward Maurice Mullins**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Shannon Fox-Levine**                    represented by    **Douglas J. Giuliano**
                                                            (See above for address)
                                                            *TERMINATED: 02/10/2012*
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Edward Maurice Mullins**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Rick Scott**                           represented by    **Jason Vail**
*in his official capacity as Governor of*                  Attorney General Office
*the State of Florida*                                     Department of Legal Affairs
                                                            The Capitol PL-01
                                                            Tallahassee, FL 32399-1050
                                                            850-414-3300
                                                            Fax: 488-4872
                                                            Email: jay.vail@myfloridalegal.com
                                                            *ATTORNEY TO BE NOTICED*

**Defendant**

**Kurt S. Browning**                     represented by    **Jason Vail**
*in his official capacity as Secretary of*                 (See above for address)
*State of the State of Florida*                            *ATTORNEY TO BE NOTICED*

**Defendant**

**Frank Farmer**                         represented by    **Jason Vail**
*in his official capacity as Surgeon*                      (See above for address)
*General of the State of Florida*                          *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Defendant**

**Elizabeth Dudek**, Fl                  represented by    **Jason Vail**
*in her official capacity as Secretary of*                 (See above for address)
*Health Care Administration of the State*                  *ATTORNEY TO BE NOTICED*
*of Florida*

**Defendant**

**Lucy Gee**                             represented by    **Jason Vail**
*in her official capacity as Division*                     (See above for address)
*Director of the Florida Department of*                    *LEAD ATTORNEY*
*Health, Division of Medical Quality*                      *ATTORNEY TO BE NOTICED*
*Assurance*

**Defendant**

**George Thomas**                                   represented by **Jason Vail**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*


**Defendant**

**Jason Rosenberg**                                 represented by **Jason Vail**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*


**Defendant**

**Zachariah P. Zachariah**                          represented by **Jason Vail**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*


**Defendant**

**Elisabeth Tucker**                                represented by **Jason Vail**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*


**Defendant**

**Trina Espinola**                                  represented by **Jason Vail**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*


**Defendant**

**Merle Stringer**                                  represented by **Jason Vail**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*


**Defendant**

**James Orr**                                       represented by **Jason Vail**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*


**Defendant**

**Gary Winchester**                                 represented by **Jason Vail**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*


**Defendant**

**Nabil El Sanadi**                                 represented by **Jason Vail**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*


**Defendant**

**Robert Nuss**                                     represented by **Jason Vail**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*

**Defendant**

**Onelia Lage**
represented by **Jason Vail**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Fred Bearison**
represented by **Jason Vail**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Donald Mullins**
represented by **Jason Vail**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Brigitte Rivera Goersch**
represented by **Jason Vail**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Bradley Levine**
represented by **Jason Vail**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**American Civil Liberties Union of Florida, Inc.**
represented by **Thomas Richard Julin**
Hunton & Williams
1111 Brickell Avenue
Suite 2500
Miami, FL 33131
305-810-2516
Fax: 305-810-2460
Email: tjulin@hunton.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gerald Edward Greenberg**
Gelber Schachter & Greenberg, P.A.
1441 Brickell Avenue
Suite 1420
Miami, FL 33131
305-728-0950
Fax: 305-728-0951
Email: ggreenberg@gsgpa.com
*ATTORNEY TO BE NOTICED*

**Gordon McRae Mead , Jr.**
Stearns Weaver Miller Weissler

Alhadeff & Sitterson
Museum Tower
150 W Flagler Street
Suite 2200
Miami, FL 33130
305-789-3559
Fax: 305-789-3395
Email: gmead@stearnsweaver.com
*ATTORNEY TO BE NOTICED*

**Randall C. Marshall**
American Civil Liberties Union
Foundation of Florida
4500 Biscayne Boulevard
Suite 340
Miami, FL 33137-3227
786-363-2700
Fax: 786-363-1108
Email: rmarshall@aclufl.org
*ATTORNEY TO BE NOTICED*

<u>Amicus</u>

**Broward County Medical Association**          represented by   **Thomas Richard Julin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gerald Edward Greenberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gordon McRae Mead , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Randall C. Marshall**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>Amicus</u>

**Broward County Pediatric Society**          represented by   **Thomas Richard Julin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gerald Edward Greenberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gordon McRae Mead , Jr.**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Randall C. Marshall**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**Palm Beach County Medical Society**          represented by  **Thomas Richard Julin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gerald Edward Greenberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gordon McRae Mead , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Randall C. Marshall**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**Children's Healthcare Is a Legal Duty, Inc.**          represented by  **Thomas Richard Julin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gerald Edward Greenberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gordon McRae Mead , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Randall C. Marshall**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**Early Childhood Initiative Foundation**          represented by  **Thomas Richard Julin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gerald Edward Greenberg**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Gordon McRae Mead , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Randall C. Marshall**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**University of Miami School of Law Children and Youth Clinic**            represented by **Thomas Richard Julin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gerald Edward Greenberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gordon McRae Mead , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Randall C. Marshall**
(See above for address)
*ATTORNEY TO BE NOTICED*

**V.**

**Intervenor**

**National Rifle Association**            represented by **Gregory Morgen Cesarano**
*TERMINATED: 07/08/2011*            Carlton Fields
100 SE 2nd Street
Suite 4200 PO Box 019101
Miami, FL 33131-9101
305-530-0050
Fax: 530-0055
Email: gcesarano@carltonfields.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian S. Koukoutchos**
28 Eagle Trace
Mandeville, LA 70471
985-626-5052
Email: bkoukoutchos@gmail.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

Charles J. Cooper
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, NW
Washington, DC 20036
202-220-9600
Fax: 202
Email: ccooper@cooperkirk.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

David H. Thompson
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, N.W.
Washington, DC 20036
202-220-9600
Email: dthompson@cooperkirk.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

Peter A. Patterson
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, N.W.
Washington, DC 20036
202-220-9600
Email: ppatterson@cooperkirk.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 06/06/2011 | 1 | COMPLAINT *for Declaratory and Injunctive Relief* against Kurt S. Browning, Elizabeth Dudek, Frank Farmer, Lucy Gee, Rick Scott. Filing fee $ 350.00 receipt number 113C-3812307, filed by American College of Physicians, Florida Chapter, Inc., Tommy Schechtman, Judith Schaechter, American Academy of Pediatrics, Florida Chapter, Bernd Wollschlaeger, American Academy of Family Physicians, Florida Chapter. (Attachments: # 1 Civil Cover Sheet, # 2 Summon(s))(Mullins, Edward) (Entered: 06/06/2011) *Begin Vol 1* |
| 06/06/2011 | 2 | Judge Assignment to Judge Marcia G. Cooke (yha) (Entered: 06/06/2011) |
| 06/06/2011 | 3 | Summons Issued as to Kurt S. Browning, Elizabeth Dudek, Frank Farmer, Lucy Gee, Rick Scott. (yha) (Entered: 06/06/2011) |
| 06/07/2011 | 4 | Corporate Disclosure Statement by American College of Physicians, Florida Chapter, Inc., Tommy Schechtman, Judith Schaechter, American Academy of Pediatrics, Florida Chapter, Bernd Wollschlaeger, American Academy of Family Physicians, Florida |

| | | Chapter (Mullins, Edward) (Entered: 06/07/2011) |
|---|---|---|
| 06/07/2011 | 5 | MOTION to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Jonathan E. Lowy. Filing Fee $ 75.00. Receipt # 19803. (ksa) (Entered: 06/07/2011) *Vol. 1 Cont'd* |
| 06/07/2011 | 6 | MOTION to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Daniel R. Vice. Filing Fee $ 75.00. Receipt # 19804. (ksa) (Entered: 06/07/2011) |
| 06/07/2011 | 7 | MOTION for the Admission of Bruce Manheim, Douglas Hallward-Driemeier, Augustine Ripa, and Julia Lewis to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing. Filing Fee $ 300.00. Receipt # 19805. (ksa) (Entered: 06/07/2011) |
| 06/10/2011 | 8 | SUMMONS (Affidavit) Returned Executed on 1 Complaint, by American College of Physicians, Florida Chapter, Inc., Tommy Schechtman, Judith Schaechter, American Academy of Pediatrics, Florida Chapter, Bernd Wollschlaeger, American Academy of Family Physicians, Florida Chapter. Lucy Gee served on 6/7/2011, answer due 6/28/2011. (Mullins, Edward) (Entered: 06/10/2011) |
| 06/10/2011 | 9 | SUMMONS (Affidavit) Returned Executed on 1 Complaint, by American College of Physicians, Florida Chapter, Inc., Tommy Schechtman, Judith Schaechter, American Academy of Pediatrics, Florida Chapter, Bernd Wollschlaeger, American Academy of Family Physicians, Florida Chapter. Frank Farmer served on 6/7/2011, answer due 6/28/2011. (Mullins, Edward) (Entered: 06/10/2011) |
| 06/14/2011 | 10 | SUMMONS (Affidavit) Returned Executed on 1 Complaint, by American College of Physicians, Florida Chapter, Inc., Tommy Schechtman, Judith Schaechter, American Academy of Pediatrics, Florida Chapter, Bernd Wollschlaeger, American Academy of Family Physicians, Florida Chapter. Elizabeth Dudek served on 6/9/2011, answer due 6/30/2011. (Mullins, Edward) (Entered: 06/14/2011) |
| 06/14/2011 | 11 | SUMMONS (Affidavit) Returned Executed on 1 Complaint, by American College of Physicians, Florida Chapter, Inc., Tommy Schechtman, Judith Schaechter, American Academy of Pediatrics, Florida Chapter, Bernd Wollschlaeger, American Academy of Family Physicians, Florida Chapter. Kurt S. Browning served on 6/9/2001, answer due 6/30/2001. (Mullins, Edward) (Entered: 06/14/2011) |
| 06/14/2011 | 12 | SUMMONS (Affidavit) Returned Executed on 1 Complaint, by American College of Physicians, Florida Chapter, Inc., Tommy Schechtman, Judith Schaechter, American Academy of Pediatrics, Florida Chapter, Bernd Wollschlaeger, American Academy of Family Physicians, Florida Chapter. Rick Scott served on 6/9/2011, answer due 6/30/2011. (Mullins, Edward) (Entered: 06/14/2011) |

| 06/17/2011 | 13 | ORDER REFERRING CASE to Magistrate Judge William C. Turnoff for Pretrial Proceedings. Signed by Judge Marcia G. Cooke on 6/16/2011. (tm) (Entered: 06/17/2011) *Vol. 1 Cont'd* |
| --- | --- | --- |
| 06/17/2011 | 14 | Order Requiring Joint Scheduling Report. Signed by Judge Marcia G. Cooke on 6/16/2011. (tm) (Entered: 06/17/2011) |
| 06/24/2011 | 15 | First AMENDED COMPLAINT *for Declaratory and Injunctive Relief* against Elizabeth Dudek, Frank Farmer, George Thomas, Jason Rosenberg, Zachariah P. Zachariah, Elisabeth Tucker, Trina Espinola, Merle Stringer, James Orr, Gary Winchester, Nabil El Sanadi, Robert Nuss, Onelia Lage, Fred Bearison, Donald Mullins, Brigitte Rivera Goersch, Bradley Levine, filed by American College of Physicians, Florida Chapter, Inc., Tommy Schechtman, Judith Schaechter, American Academy of Pediatrics, Florida Chapter, Bernd Wollschlaeger, American Academy of Family Physicians, Florida Chapter, Roland Gutierrez, Stanley Sack, Shannon Fox-Levine. (Mullins, Edward) (Entered: 06/24/2011) |
| 06/24/2011 | 16 | Plaintiffs MOTION for Preliminary Injunction *and Accompanying Memorandum of Law* by American Academy of Family Physicians, Florida Chapter, American Academy of Pediatrics, Florida Chapter, American College of Physicians, Florida Chapter, Inc., Shannon Fox-Levine, Roland Gutierrez, Stanley Sack, Judith Schaechter, Tommy Schechtman, Bernd Wollschlaeger. (Attachments: # 1 Exhibit A - Proposed Order)(Mullins, Edward) (Entered: 06/24/2011) |
| 06/24/2011 | 17 | AFFIDAVIT signed by : Dr. Lisa Cosgrove. re 16 Plaintiffs MOTION for Preliminary Injunction *and Accompanying Memorandum of Law - Declaration* - by American Academy of Family Physicians, Florida Chapter, American Academy of Pediatrics, Florida Chapter, American College of Physicians, Florida Chapter, Inc., Shannon Fox-Levine, Roland Gutierrez, Stanley Sack, Judith Schaechter, Tommy Schechtman, Bernd Wollschlaeger (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4)(Mullins, Edward) (Entered: 06/24/2011) *End Vol 1* |
| 06/24/2011 | 18 | AFFIDAVIT signed by : Dr. Stuart Himmelstein. re 16 Plaintiffs MOTION for Preliminary Injunction *and Accompanying Memorandum of Law - Declaration* - by American Academy of Family Physicians, Florida Chapter, American Academy of Pediatrics, Florida Chapter, American College of Physicians, Florida Chapter, Inc., Shannon Fox-Levine, Roland Gutierrez, Stanley Sack, Judith Schaechter, Tommy Schechtman, Bernd Wollschlaeger (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Mullins, Edward) (Entered: 06/24/2011) *Begin Vol 2* |
| 06/24/2011 | 19 | AFFIDAVIT signed by : Dr. Robert Raspa. re 16 Plaintiffs MOTION for Preliminary Injunction *and Accompanying Memorandum of Law - Declaration* - by American Academy of Family Physicians, Florida Chapter, American Academy of Pediatrics, Florida Chapter, American College of Physicians, Florida Chapter, Inc., Shannon Fox-Levine, Roland Gutierrez, Stanley Sack, Judith Schaechter, Tommy |

| | | |
|---|---|---|
| | | Schechtman, Bernd Wollschlaeger (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Mullins, Edward) (Entered: 06/24/2011) |
| 06/24/2011 | 20 | AFFIDAVIT signed by : Bruce Manheim, Jr., Esq.. re 16 Plaintiff's MOTION for Preliminary Injunction *and Accompanying Memorandum of Law - Declaration -* by American Academy of Family Physicians, Florida Chapter, American Academy of Pediatrics, Florida Chapter, American College of Physicians, Florida Chapter, Inc., Shannon Fox-Levine, Roland Gutierrez, Stanley Sack, Judith Schaechter, Tommy Schechtman, Bernd Wollschlaeger (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5)(Mullins, Edward) (Entered: 06/24/2011) *Vol. 1 contd* |
| 06/24/2011 | 21 | AFFIDAVIT signed by : Judith Schaechter, M.D.. re 16 Plaintiff's MOTION for Preliminary Injunction *and Accompanying Memorandum of Law - Declaration -* by American Academy of Family Physicians, Florida Chapter, American Academy of Pediatrics, Florida Chapter, American College of Physicians, Florida Chapter, Inc., Shannon Fox-Levine, Roland Gutierrez, Stanley Sack, Judith Schaechter, Tommy Schechtman, Bernd Wollschlaeger (Mullins, Edward) (Entered: 06/24/2011) |
| 06/24/2011 | 22 | AFFIDAVIT signed by : Dr. Tommy Schechtman. re 16 Plaintiff's MOTION for Preliminary Injunction *and Accompanying Memorandum of Law - Declaration -* by American Academy of Family Physicians, Florida Chapter, American Academy of Pediatrics, Florida Chapter, American College of Physicians, Florida Chapter, Inc., Shannon Fox-Levine, Roland Gutierrez, Stanley Sack, Judith Schaechter, Tommy Schechtman, Bernd Wollschlaeger (Mullins, Edward) (Entered: 06/24/2011) |
| 06/24/2011 | 23 | AFFIDAVIT signed by : Dr. Bernd Wollschlaeger. re 16 Plaintiff's MOTION for Preliminary Injunction *and Accompanying Memorandum of Law - Declaration -* by American Academy of Family Physicians, Florida Chapter, American Academy of Pediatrics, Florida Chapter, American College of Physicians, Florida Chapter, Inc., Shannon Fox-Levine, Roland Gutierrez, Stanley Sack, Judith Schaechter, Tommy Schechtman, Bernd Wollschlaeger (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Mullins, Edward) (Entered: 06/24/2011) |
| 06/24/2011 | 24 | AFFIDAVIT signed by : Dr. Shannon Fox-Levine. re 16 Plaintiff's MOTION for Preliminary Injunction *and Accompanying Memorandum of Law - Declaration -* by American Academy of Family Physicians, Florida Chapter, American Academy of Pediatrics, Florida Chapter, American College of Physicians, Florida Chapter, Inc., Shannon Fox-Levine, Roland Gutierrez, Stanley Sack, Judith Schaechter, Tommy Schechtman, Bernd Wollschlaeger (Mullins, Edward) (Entered: 06/24/2011) |
| 06/24/2011 | 25 | AFFIDAVIT signed by : Dr. Elizabeth King. re 16 Plaintiff's MOTION for Preliminary Injunction *and Accompanying Memorandum of Law - Declaration -* by American Academy of Family Physicians, Florida |

| | | Chapter, American Academy of Pediatrics, Florida Chapter, American College of Physicians, Florida Chapter, Inc., Shannon Fox-Levine, Roland Gutierrez, Stanley Sack, Judith Schaechter, Tommy Schechtman, Bernd Wollschlaeger (Mullins, Edward) (Entered: 06/24/2011) *Vol 2 Contd* |
|---|---|---|
| 06/24/2011 | 26 | AFFIDAVIT signed by : Dr. Lance Goodman. re 16 Plaintiff's MOTION for Preliminary Injunction *and Accompanying Memorandum of Law - Declaration -* by American Academy of Family Physicians, Florida Chapter, American Academy of Pediatrics, Florida Chapter, American College of Physicians, Florida Chapter, Inc., Shannon Fox-Levine, Roland Gutierrez, Stanley Sack, Judith Schaechter, Tommy Schechtman, Bernd Wollschlaeger (Mullins, Edward) (Entered: 06/24/2011) |
| 06/24/2011 | 27 | AFFIDAVIT signed by : Dr. N. Lawrence Edwards. re 16 Plaintiff's MOTION for Preliminary Injunction *and Accompanying Memorandum of Law - Declaration -* by American Academy of Family Physicians, Florida Chapter, American Academy of Pediatrics, Florida Chapter, American College of Physicians, Florida Chapter, Inc., Shannon Fox-Levine, Roland Gutierrez, Stanley Sack, Judith Schaechter, Tommy Schechtman, Bernd Wollschlaeger (Mullins, Edward) (Entered: 06/24/2011) |
| 06/24/2011 | 28 | AFFIDAVIT signed by : Dr. Roland Gutierrez. re 16 Plaintiff's MOTION for Preliminary Injunction *and Accompanying Memorandum of Law - Declaration -* by American Academy of Family Physicians, Florida Chapter, American Academy of Pediatrics, Florida Chapter, American College of Physicians, Florida Chapter, Inc., Shannon Fox-Levine, Roland Gutierrez, Stanley Sack, Judith Schaechter, Tommy Schechtman, Bernd Wollschlaeger (Mullins, Edward) (Entered: 06/24/2011) |
| 06/24/2011 | 29 | AFFIDAVIT signed by : Dr. Stanley Sack. re 16 Plaintiff's MOTION for Preliminary Injunction *and Accompanying Memorandum of Law - Declaration -* by American Academy of Family Physicians, Florida Chapter, American Academy of Pediatrics, Florida Chapter, American College of Physicians, Florida Chapter, Inc., Shannon Fox-Levine, Roland Gutierrez, Stanley Sack, Judith Schaechter, Tommy Schechtman, Bernd Wollschlaeger (Mullins, Edward) (Entered: 06/24/2011) |
| 06/24/2011 | 30 | AFFIDAVIT signed by : Dr. June Leland. re 16 Plaintiff's MOTION for Preliminary Injunction *and Accompanying Memorandum of Law - Declaration -* by American Academy of Family Physicians, Florida Chapter, American Academy of Pediatrics, Florida Chapter, American College of Physicians, Florida Chapter, Inc., Shannon Fox-Levine, Roland Gutierrez, Stanley Sack, Judith Schaechter, Tommy Schechtman, Bernd Wollschlaeger (Mullins, Edward) (Entered: 06/24/2011) |
| 06/24/2011 | 31 | AFFIDAVIT signed by : Dr. Katherine Welty. re 16 Plaintiff's |

| | | MOTION for Preliminary Injunction *and Accompanying Memorandum of Law - Declaration* - by American Academy of Family Physicians, Florida Chapter, American Academy of Pediatrics, Florida Chapter, American College of Physicians, Florida Chapter, Inc., Shannon Fox-Levine, Roland Gutierrez, Stanley Sack, Judith Schaechter, Tommy Schechtman, Bernd Wollschlaeger (Mullins, Edward) (Entered: 06/24/2011) *Vol. 2 Cont'd* |
|---|---|---|
| 06/24/2011 | 32 | MOTION for Hearing re 16 Plaintiff's MOTION for Preliminary Injunction *and Accompanying Memorandum of Law* by American Academy of Family Physicians, Florida Chapter, American Academy of Pediatrics, Florida Chapter, American College of Physicians, Florida Chapter, Inc., Shannon Fox-Levine, Roland Gutierrez, Stanley Sack, Judith Schaechter, Tommy Schechtman, Bernd Wollschlaeger. (Mullins, Edward) (Entered: 06/24/2011) |
| 06/24/2011 | 33 | Summons Issued as to George Thomas. (abe) (Main Document 33 replaced on 6/27/2011) (abe). (Entered: 06/27/2011) |
| 06/24/2011 | 34 | Summons Issued as to Fred Bearison, Nabil El Sanadi, Trina Espinola, Onelia Lage, Bradley Levine, Donald Mullins, Robert Nuss, James Orr, Brigitte Rivera Goersch, Jason Rosenberg, Merle Stringer, Elisabeth Tucker, Gary Winchester, Zachariah P. Zachariah. (abe) (Entered: 06/27/2011) |
| 06/27/2011 | 35 | NOTICE of Attorney Appearance by Gregory Morgen Cesarano on behalf of National Rifle Association (Cesarano, Gregory) (Entered: 06/27/2011) |
| 06/27/2011 | 36 | Proposed MOTION to Intervene *and Incorporated Memorandum of Law* by National Rifle Association. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Cesarano, Gregory) (Entered: 06/27/2011) |
| 06/27/2011 | 37 | Corporate Disclosure Statement by National Rifle Association (Cesarano, Gregory) (Entered: 06/27/2011) |
| 06/27/2011 | 38 | Proposed MOTION to Expedite *and Incorporated Memorandum of Law* by National Rifle Association. (Attachments: # 1 Exhibit A)(Cesarano, Gregory) (Entered: 06/27/2011) |
| 06/27/2011 | 39 | *Endorsed Order Setting Expedited Briefing Schedule. Defendants shall file a Response to Plaintiffs' Motion for Preliminary Injunction on or before July 5, 2011, at 12:00 p.m. Plaintiffs shall file a Reply on or before July 8, 2011. Signed by Judge Marcia G. Cooke on 6/27/2011. (scy) (Entered: 06/27/2011) |
| 06/27/2011 | 40 | ENDORSED ORDER granting 32 Plaintiffs' Motion for Hearing. A hearing on Plaintiffs' Motion for Preliminary Injunction is set for July 13, 2011, at 11:00 a.m. Signed by Judge Marcia G. Cooke on 6/27/2011. (scy) (Entered: 06/27/2011) |
| 06/27/2011 | 41 | AMENDED ORDER setting hearing on 16 Plaintiffs' Motion for Preliminary Injunction. Motion Hearing set for 7/13/2011, at 10:00 a.m., |

| | | |
|---|---|---|
| | | before Judge Marcia G. Cooke. Signed by Judge Marcia G. Cooke on 6/27/2011. (scy) (Entered: 06/27/2011) |
| 06/27/2011 | 42 | NOTICE of Attorney Appearance by Jason Vail on behalf of Frank Farmer (Vail, Jason) (Entered: 06/27/2011) *Vol. 2 Cont'd* |
| 06/27/2011 | 45 | MOTION for the Admission of Charles J. Cooper, David H. Thompson, Brian S. Koukoutchos, and Peter A. Patterson to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing. Filing Fee $ 300.00. Receipt # 21060. (ksa) (Entered: 06/29/2011) |
| 06/28/2011 | 43 | ENDORSED ORDER granting in part and denying in part 38 Motion for Expedited Briefing Schedule. Responses on 36 Motion to Intervene shall be filed on or before July 1, 2011. Replies shall be filed on or before July 5, 2011. Signed by Judge Marcia G. Cooke on 6/28/2011. (scy) (Entered: 06/28/2011) |
| 06/28/2011 | 44 | RESPONSE in Support re 36 Proposed MOTION to Intervene *and Incorporated Memorandum of Law* filed by Frank Farmer. (Vail, Jason) (Entered: 06/28/2011) |
| 06/30/2011 | 46 | ORDER granting 5 Motion to Appear Pro Hac Vice by Jonathan E. Lowy, Esq., Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing ; granting 6 Motion to Appear Pro Hac Vice by Daniel R. Vice, Esq., Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing. Signed by Magistrate Judge William C. Turnoff on 6/30/11. (lml) (Entered: 06/30/2011) *End Vol. 2* |
| 06/30/2011 | 47 | ORDER granting 7 Motion to Appear Pro Hac Vice by Bruce Manheim, Esq., Douglas Hallward-Driemeier, Esq., Augustin Ripa, Esq., and Julia Lewis, Esq., Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing. Signed by Magistrate Judge William C. Turnoff on 6/30/11. (lml) (Entered: 06/30/2011) *Begin Vol 3* |
| 07/01/2011 | 48 | RESPONSE in Opposition re 36 Proposed MOTION to Intervene *and Incorporated Memorandum of Law* filed by American Academy of Family Physicians, Florida Chapter, American Academy of Pediatrics, Florida Chapter, American College of Physicians, Florida Chapter, Inc., Shannon Fox-Levine, Roland Gutierrez, Stanley Sack, Judith Schaechter, Tommy Schechtman, Bernd Wollschlaeger. (Mullins, Edward) (Entered: 07/01/2011) |
| 07/05/2011 | 49 | RESPONSE/REPLY to 16 Plaintiff's MOTION for Preliminary Injunction *and Accompanying Memorandum of Law* by Frank Farmer. (Attachments: # 1 Exhibit)(Vail, Jason) (Entered: 07/05/2011) |
| 07/05/2011 | 50 | MOTION for Leave to File */Participate as Amicus Curiae and Incorporated Memorandum of Law* by National Rifle Association. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Cesarano, Gregory) (Entered: 07/05/2011) |
| | | |

| | | |
|---|---|---|
| 07/05/2011 | 51 | RESPONSE/REPLY to 48 Response in Opposition to Motion, 36 Proposed MOTION to Intervene *and Incorporated Memorandum of Law*, MEMORANDUM in Support by National Rifle Association. (Cesarano, Gregory) (Entered: 07/05/2011) *Vol 3 cont'd* |
| 07/05/2011 | 52 | RESPONSE to Motion re 50 MOTION for Leave to File */Participate as Amicus Curiae and Incorporated Memorandum of Law* filed by American Academy of Family Physicians, Florida Chapter, American Academy of Pediatrics, Florida Chapter, American College of Physicians, Florida Chapter, Inc., Shannon Fox-Levine, Roland Gutierrez, Stanley Sack, Judith Schaechter, Tommy Schechtman, Bernd Wollschlaeger. Replies due by 7/15/2011. (Attachments: # 1 Text of Proposed Order)(Mullins, Edward) (Entered: 07/05/2011) |
| 07/07/2011 | 53 | Unopposed MOTION for Leave to File Excess Pages *as to Their Consolidated Reply to the Opposition filed with the National Rifle Association's Motion for Leave to Participate Amicus Curiae and Defendants' Opposition to Plaintiffs' Motion for Preliminary Injunction* by American Academy of Family Physicians, Florida Chapter, American Academy of Pediatrics, Florida Chapter, American College of Physicians, Florida Chapter, Inc., Shannon Fox-Levine, Roland Gutierrez, Stanley Sack, Judith Schaechter, Tommy Schechtman, Bernd Wollschlaeger. (Attachments: # 1 Text of Proposed Order)(Mullins, Edward) (Entered: 07/07/2011) |
| 07/07/2011 | 54 | ENDORSED ORDER granting 53 Unopposed Motion for Leave to File Excess Pages. Plaintiffs may file a Consolidated Reply in support of their Motion for Preliminary Injunction not to exceed 15 pages in length. Signed by Judge Marcia G. Cooke on 7/7/2011. (scy) (Entered: 07/07/2011) |
| 07/08/2011 | 55 | ORDER denying 36 National Rifle Association's Motion to Intervene. Signed by Judge Marcia G. Cooke on 7/8/2011. (tm) (Entered: 07/08/2011) |
| 07/08/2011 | 56 | MOTION for Writ *or order requiring amendment to case style* by Frank Farmer. Responses due by 7/25/2011 (Vail, Jason) (Entered: 07/08/2011) |
| 07/08/2011 | 57 | ENDORSED ORDER granting in part and denying in part 50 Motion for Leave to Participate as Amicus Curiae. The National Rifle Association's motion for leave to file an amicus brief is granted. The National Rifle Association's motion to participate in the July 13, 2011 hearing is denied. This Court will take into consideration the NRA's arguments, as set forth in their brief. Signed by Judge Marcia G. Cooke on 7/8/2011. (scy) (Entered: 07/08/2011) |
| 07/08/2011 | 58 | MEMORANDUM in Support re 16 Plaintiff's MOTION for Preliminary Injunction *and Accompanying Memorandum of Law in Reply* by American Academy of Family Physicians, Florida Chapter, American Academy of Pediatrics, Florida Chapter, American College of Physicians, Florida Chapter, Inc., Shannon Fox-Levine, Roland |

| | | |
|---|---|---|
| | | Gutierrez, Stanley Sack, Judith Schaechter, Tommy Schechtman, Bernd Wollschlaeger. (Attachments: # 1 Affidavit Declaration of Manheim, Jr.)(Mullins, Edward) (Entered: 07/08/2011) *Vol 3 Cnt'd* |
| 07/11/2011 | 59 | Order Vacating 55 Order on Motion to Intervene. Signed by Judge Marcia G. Cooke on 7/11/2011. (scy) (Entered: 07/11/2011) |
| 07/11/2011 | 60 | RESPONSE to Motion re 56 MOTION for Writ *or order requiring amendment to case style* filed by American Academy of Family Physicians, Florida Chapter, American Academy of Pediatrics, Florida Chapter, American College of Physicians, Florida Chapter, Inc., Shannon Fox-Levine, Roland Gutierrez, Stanley Sack, Judith Schaechter, Tommy Schechtman, Bernd Wollschlaeger. Replies due by 7/21/2011. (Attachments: # 1 Exhibit 1)(Mullins, Edward) (Entered: 07/11/2011) |
| 07/11/2011 | 61 | ORDER granting 56 Motion for Order Directing Clerk to Change Style of Case. Signed by Judge Marcia G. Cooke on 7/11/2011. (scy) (Entered: 07/11/2011) |
| 07/11/2011 | 62 | AMENDED ORDER Denying 36 National Rifle Association's Motion to Intervene. Signed by Judge Marcia G. Cooke on 7/11/2011. (scy) (Entered: 07/11/2011) |
| 07/11/2011 | 63 | NOTICE OF CONVENTIONAL FILING by Shannon Fox-Levine, Roland Gutierrez, Judith Schaechter, Tommy Schechtman, Bernd Wollschlaeger (abe) (Entered: 07/11/2011) *Descendin Produ #1* |
| 07/13/2011 | 66 | Paperless Minute Entry for proceedings held before Judge Marcia G. Cooke: Evidentiary Hearing held on 7/13/2011. All counsel present. Court Reporter: Judy Shelton, 305-523-5294 / Judy_Shelton@flsd.uscourts.gov (im) (Entered: 07/15/2011) |
| 07/14/2011 | 64 | TRANSCRIPT of Evidentiary Hearing held on 07/13/2011 before Judge Marcia G. Cooke, 1-54 pages, Court Reporter: Judy Shelton, 305-523-5294 / Judy_Shelton@flsd.uscourts.gov. Transcript may be viewed at the court public terminal or purchased by contacting the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 8/8/2011. Redacted Transcript Deadline set for 8/18/2011. Release of Transcript Restriction set for 10/17/2011. (jsn) (Entered: 07/14/2011) *Vol. 6* |
| 07/15/2011 | 65 | ORDER granting 45 Motion to Appear Pro Hac Vice by Charles J. Cooper, David H. Thompson, Brian S. Koukoutchos, and Peter A. Patterson, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing. Signed by Magistrate Judge William C. Turnoff on 7/14/11. (lml) Modified signature date on 7/18/2011 (wc). (Entered: 07/15/2011) *Vol. 3 Cnt'd* |
| 07/19/2011 | 67 | MOTION for Leave to File *Amicus Curiae Memorandum in Support of the Plaintiffs' Motion for Preliminary Injunction* by American Civil Liberties Union of Florida, Inc., Broward County Medical Association, |

| | | Broward County Pediatric Society, Palm Beach County Medical Society, Children's Healthcare Is a Legal Duty, Inc., Early Childhood Initiative Foundation, University of Miami School of Law Children and Youth Clinic. (Attachments: # 1 Memorandum)(Julin, Thomas) (Entered: 07/19/2011) *Vol 3 Cont'd* |
|---|---|---|
| 07/19/2011 | 68 | NOTICE of Attorney Appearance by Gerald Edward Greenberg on behalf of American Civil Liberties Union of Florida, Inc., Broward County Medical Association, Broward County Pediatric Society, Children's Healthcare Is a Legal Duty, Inc., Early Childhood Initiative Foundation, Palm Beach County Medical Society, University of Miami School of Law Children and Youth Clinic (Greenberg, Gerald) (Entered: 07/19/2011) |
| 07/19/2011 | 69 | NOTICE of Attorney Appearance by Gordon McRae Mead, Jr on behalf of American Civil Liberties Union of Florida, Inc., Broward County Medical Association, Broward County Pediatric Society, Children's Healthcare Is a Legal Duty, Inc., Early Childhood Initiative Foundation, Palm Beach County Medical Society, University of Miami School of Law Children and Youth Clinic (Mead, Gordon) (Entered: 07/19/2011) |
| 07/19/2011 | 70 | ENDORSED ORDER granting 67 Motion for Leave to File Amicus Curiae Memorandum in Support of the Plaintiffs' Motion for Preliminary Injunction. Signed by Judge Marcia G. Cooke on 7/19/2011. (scy) (Entered: 07/19/2011) |
| 07/19/2011 | 71 | SUPPLEMENT to 49 Response/Reply (Other) *to Plaintiffs' Motion for Preliminary Injunction* by Fred Bearison, Kurt S. Browning, Elizabeth Dudek, Nabil El Sanadi, Trina Espinola, Frank Farmer, Lucy Gee, Onelia Lage, Bradley Levine, Donald Mullins, Robert Nuss, James Orr, Brigitte Rivera Goersch, Jason Rosenberg, Rick Scott, Merle Stringer, George Thomas, Elisabeth Tucker, Gary Winchester, Zachariah P. Zachariah (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C) (Vail, Jason) (Entered: 07/19/2011) |
| 07/19/2011 | 72 | NOTICE of Attorney Appearance by Randall C. Marshall on behalf of American Civil Liberties Union of Florida, Inc., Broward County Medical Association, Broward County Pediatric Society, Children's Healthcare Is a Legal Duty, Inc., Early Childhood Initiative Foundation, Palm Beach County Medical Society, University of Miami School of Law Children and Youth Clinic (Marshall, Randall) (Entered: 07/19/2011) |
| 07/19/2011 | 73 | MEMORANDUM in Support re 16 Plaintiff's MOTION for Preliminary Injunction *and Accompanying Memorandum of Law* by Bernd Wollschlaeger. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6)(Giuliano, Douglas) (Entered: 07/19/2011) |
| 07/22/2011 | 74 | RESPONSE in Opposition re 67 MOTION for Leave to File *Amicus Curiae Memorandum in Support of the Plaintiffs' Motion for Preliminary Injunction* filed by Fred Bearison, Kurt S. Browning, |

| | | Elizabeth Dudek, Nabil El Sanadi, Trina Espinola, Frank Farmer, Lucy Gee, Onelia Lage, Bradley Levine, Donald Mullins, Robert Nuss, James Orr, Brigitte Rivera Goersch, Jason Rosenberg, Rick Scott, Merle Stringer, George Thomas, Elisabeth Tucker, Gary Winchester, Zachariah P. Zachariah. (Vail, Jason) (Entered: 07/22/2011) *Vol 3 cnt'd* |
|---|---|---|
| 07/27/2011 | 75 | MOTION to Strike re 71 plaintiffs' supplemental memorandum by Frank Farmer. Responses due by 8/15/2011 (Vail, Jason) Added MOTION for Leave to File response on 7/28/2011 (mg). (Entered: 07/27/2011) |
| 08/08/2011 | 76 | Joint MOTION for Extension of Time to file Scheduling Report by Bernd Wollschlaeger. Responses due by 8/25/2011 (Attachments: # 1 Text of Proposed Order)(Giuliano, Douglas) (Entered: 08/08/2011) |
| 08/10/2011 | 77 | ENDORSED ORDER granting 76 Joint Motion for Extension of Time to File Joint Scheduling Report. The parties shall file a Joint Scheduling Report within five days of this Court's decision on Plaintiffs' Motion for Preliminary Injunction. Signed by Judge Marcia G. Cooke on 8/10/2011. (scy) (Entered: 08/10/2011) *End Vol. 3* |
| 08/15/2011 | 78 | MEMORANDUM in Opposition re 75 MOTION to Strike *plaintiffs' supplemental memorandum* MOTION for Leave to File by Bernd Wollschlaeger. (Giuliano, Douglas) (Entered: 08/15/2011) *Begin Vol 4* |
| 09/14/2011 | 79 | ORDER denying 75 Defendants' Motion to Strike Portions of Plaintiffs' Supplemental Memorandum and Motion for Leave to File Reply. Defendants failed to comply with Local Rule 7.1(A)(3), which requires counsel to confer in good faith before filing any motions other than those specifically exempt. The parties should take very seriously their obligations under Local Rule 7.1(A)(3) to confer in good faith in an attempt to resolve issues prior to seeking judicial intervention. Moreover, Plaintiffs' memorandum did not improperly exceed the scope of an acceptable supplemental brief. Plaintiffs provided additional information in support of arguments they made in their prior motions and at the hearing before me. The only "new argument" Plaintiffs raised was a rebuttal of a new argument Defendants set forth in their own supplemental memorandum. Striking the Plaintiffs memorandum is not warranted. I also find these issues have been fully briefed and additional argument is unnecessary. Signed by Judge Marcia G. Cooke on 9/14/2011. (scy) (Entered: 09/14/2011) |
| 09/14/2011 | 80 | ORDER granting 16 Motion for Preliminary Injunction. Signed by Judge Marcia G. Cooke on 9/14/2011. (tm) (Entered: 09/14/2011) |
| 09/21/2011 | 81 | SCHEDULING REPORT - **Rule 16.1** by American Academy of Family Physicians, Florida Chapter, American Academy of Pediatrics, Florida Chapter, American College of Physicians, Florida Chapter, Inc., Shannon Fox-Levine, Roland Gutierrez, Stanley Sack, Judith Schaechter, Tommy Schechtman, Bernd Wollschlaeger (Attachments: # 1 Exhibit A - Jointly Proposed Schedule, # 2 Exhibit B - Election to Jurisdiction by Magistrate Form, # 3 Exhibit C - Text of Proposed |

| | | Scheduling Order)(Mullins, Edward) (Entered: 09/21/2011) |
|---|---|---|
| 10/04/2011 | 82 | ANSWER and Affirmative Defenses to Amended Complaint by Fred Bearison, Kurt S. Browning, Elizabeth Dudek, Nabil El Sanadi, Trina Espinola, Frank Farmer, Onelia Lage, Bradley Levine, Donald Mullins, Robert Nuss, James Orr, Brigitte Rivera Goersch, Jason Rosenberg, Merle Stringer, George Thomas, Elisabeth Tucker, Gary Winchester, Zachariah P. Zachariah.(Vail, Jason) (Entered: 10/04/2011) *Vol. 4 Cont'd* |
| 10/25/2011 | 83 | Unopposed MOTION for Extension of Time to File Simultaneous Motions for Summary Judgment and/or to Revise Scheduling Report by American Academy of Family Physicians, Florida Chapter, American Academy of Pediatrics, Florida Chapter, American College of Physicians, Florida Chapter, Inc., Shannon Fox-Levine, Roland Gutierrez, Stanley Sack, Judith Schaechter, Tommy Schechtman, Bernd Wollschlaeger. Responses due by 11/14/2011 (Attachments: # 1 Text of Proposed Order)(Giuliano, Douglas) (Entered: 10/25/2011) |
| 10/25/2011 | 84 | ENDORSED ORDER granting 83 Plaintiffs' Unopposed Motion for Extension of Time. The parties shall file their motions for summary judgment and joint statement of facts on or before November 11, 2011. Signed by Judge Marcia G. Cooke on 10/25/2011. (scy) (Entered: 10/25/2011) |
| 11/10/2011 | 85 | Joint MOTION for Leave to File Excess Pages *for Joint Statement of Undisputed Facts* by Bernd Wollschlaeger. (Attachments: # 1 Text of Proposed Order)(Giuliano, Douglas) (Entered: 11/10/2011) |
| 11/11/2011 | 86 | MOTION for Summary Judgment by Bernd Wollschlaeger. Responses due by 11/28/2011 (Giuliano, Douglas) (Entered: 11/11/2011) |
| 11/11/2011 | 87 | Statement of: Undisputed Facts by Frank Farmer, Bernd Wollschlaeger (Giuliano, Douglas) (Entered: 11/11/2011) |
| 11/11/2011 | 88 | NOTICE by Bernd Wollschlaeger *of Filing Plaintiff's Supplemental Statement of Undisputed Facts* (Giuliano, Douglas) (Entered: 11/11/2011) |
| 11/14/2011 | 89 | ENDORSED ORDER granting nunc pro tunc 85 Motion for Leave to File Excess Pages. Signed by Judge Marcia G. Cooke on 11/14/2011. (scy) (Entered: 11/14/2011) |
| 11/14/2011 | 90 | MOTION for Summary Judgment by Fred Bearison, Kurt S. Browning, Elizabeth Dudek, Nabil El Sanadi, Trina Espinola, Frank Farmer, Lucy Gee, Onelia Lage, Bradley Levine, Donald Mullins, Robert Nuss, James Orr, Brigitte Rivera Goersch, Jason Rosenberg, Merle Stringer, George Thomas, Elisabeth Tucker, Gary Winchester. Responses due by 12/1/2011 (Attachments: # 1 Affidavit)(Vail, Jason) (Entered: 11/14/2011) |
| 11/14/2011 | 91 | MOTION for Leave to File Excess Pages by Fred Bearison, Kurt S. Browning, Elizabeth Dudek, Nabil El Sanadi, Trina Espinola, Frank Farmer, Lucy Gee, Onelia Lage, Bradley Levine, Donald Mullins, |

| | | |
|---|---|---|
| | | Robert Nuss, James Orr, Brigitte Rivera Goersch, Jason Rosenberg, Merle Stringer, George Thomas, Elisabeth Tucker, Gary Winchester, Zachariah P. Zachariah. (Vail, Jason) (Entered: 11/14/2011) |
| 11/14/2011 | 92 | MOTION for Summary Judgment *as amended* by Fred Bearison, Kurt S. Browning, Elizabeth Dudek, Nabil El Sanadi, Trina Espinola, Frank Farmer, Lucy Gee, Onelia Lage, Bradley Levine, Donald Mullins, Robert Nuss, James Orr, Brigitte Rivera Goersch, Jason Rosenberg, Merle Stringer, George Thomas, Elisabeth Tucker, Gary Winchester, Zachariah P. Zachariah. Responses due by 12/1/2011 (Attachments: # 1 Affidavit)(Vail, Jason) (Entered: 11/14/2011) *Vol of Cntrd* |
| 11/14/2011 | 93 | MOTION for Summary Judgment *2d amended* by Fred Bearison, Kurt S. Browning, Elizabeth Dudek, Nabil El Sanadi, Trina Espinola, Frank Farmer, Onelia Lage, Bradley Levine, Donald Mullins, Robert Nuss, James Orr, Brigitte Rivera Goersch, Jason Rosenberg, Merle Stringer, George Thomas, Elisabeth Tucker, Gary Winchester, Zachariah P. Zachariah. Responses due by 12/1/2011 (Attachments: # 1 Affidavit) (Vail, Jason) (Entered: 11/14/2011) |
| 11/14/2011 | 94 | NOTICE by Fred Bearison, Kurt S. Browning, Elizabeth Dudek, Nabil El Sanadi, Trina Espinola, Frank Farmer, Lucy Gee, Onelia Lage, Bradley Levine, Donald Mullins, Robert Nuss, James Orr, Brigitte Rivera Goersch, Jason Rosenberg, Merle Stringer, George Thomas, Elisabeth Tucker, Gary Winchester, Zachariah P. Zachariah re 93 MOTION for Summary Judgment *2d amended statement of material fact* (Vail, Jason) (Entered: 11/14/2011) |
| 11/14/2011 | 95 | ENDORSED ORDER granting 91 Defendants' Motion for Leave to Exceed Page Limit. Signed by Judge Marcia G. Cooke on 11/14/2011. (scy) (Entered: 11/14/2011) |
| 11/14/2011 | 96 | ENDORSED ORDER denying as moot 90 Defendants' Motion for Summary Judgment, in light of 93 Second Amended Motion for Summary Judgment. Signed by Judge Marcia G. Cooke on 11/14/2011. (scy) (Entered: 11/14/2011) |
| 11/14/2011 | 97 | ENDORSED ORDER denying as moot 92 Defendants' Amended Motion for Summary Judgment, in light of 93 Second Amended Motion for Summary Judgment. Signed by Judge Marcia G. Cooke on 11/14/2011. (scy) (Entered: 11/14/2011) |
| 11/23/2011 | 98 | RESPONSE in Opposition re 86 MOTION for Summary Judgment *by plaintiffs* filed by Fred Bearison, Kurt S. Browning, Elizabeth Dudek, Nabil El Sanadi, Trina Espinola, Frank Farmer, Lucy Gee, Onelia Lage, Bradley Levine, Donald Mullins, Robert Nuss, James Orr, Brigitte Rivera Goersch, Jason Rosenberg, Merle Stringer, George Thomas, Elisabeth Tucker, Gary Winchester, Zachariah P. Zachariah. (Vail, Jason) (Entered: 11/23/2011) |
| 12/01/2011 | 99 | RESPONSE in Opposition re 93 MOTION for Summary Judgment *2d amended* filed by Bernd Wollschlaeger. (Attachments: # 1 Exhibit) (Giuliano, Douglas) (Entered: 12/01/2011) |

| 12/01/2011 | 100 | RESPONSE/Opposition to 94 Notice (Other), *Statement of Undisputed Facts* by Bernd Wollschlaeger. (Attachments: # 1 Exhibit)(Giuliano, Douglas) Modified Text on 12/2/2011 (ls). (Entered: 12/01/2011) *Vol. 4 Cont'd* |
|---|---|---|
| 12/05/2011 | 101 | REPLY to Response to Motion re 86 MOTION for Summary Judgment filed by Bernd Wollschlaeger. (Giuliano, Douglas) (Entered: 12/05/2011) *End Vol. 4* |
| 12/05/2011 | 102 | RESPONSE/REPLY to Defendants' Response to Plaintiffs' *Supplemental Statement of Undisputed Facts* by Bernd Wollschlaeger. (Giuliano, Douglas) (Entered: 12/05/2011) *Begn Vol. 5* |
| 12/09/2011 | 103 | RESPONSE/REPLY to 99 Response in Opposition to Motion by Fred Bearison, Kurt S. Browning, Elizabeth Dudek, Nabil El Sanadi, Trina Espinola, Frank Farmer, Lucy Gee, Onelia Lage, Bradley Levine, Donald Mullins, Robert Nuss, James Orr, Brigitte Rivera Goersch, Jason Rosenberg, Merle Stringer, George Thomas, Elisabeth Tucker, Gary Winchester, Zachariah P. Zachariah. (Vail, Jason) (Entered: 12/09/2011) |
| 02/10/2012 | 104 | NOTICE by American Academy of Family Physicians, Florida Chapter, American Academy of Pediatrics, Florida Chapter, American College of Physicians, Florida Chapter, Inc., Shannon Fox-Levine, Roland Gutierrez, Stanley Sack, Judith Schaechter, Tommy Schechtman, Bernd Wollschlaeger *of Withdrawal of Counsel - Douglas J. Giuliano* (Mullins, Edward) (Entered: 02/10/2012) |
| 02/10/2012 |  | Attorney Douglas J. Giuliano terminated. (ls)(per DE #104) (Entered: 02/13/2012) |
| 06/29/2012 | 105 | ORDER granting 86 Plaintiffs' Motion for Summary Judgment; granting in part and denying in part 93 Defendants' Motion for Summary Judgment. Signed by Judge Marcia G. Cooke on 6/29/2012. (scy) (Entered: 06/29/2012) |
| 07/02/2012 | 106 | FINAL JUDGMENT in favor of the Plaintiffs against the Defendants. Signed by Judge Marcia G. Cooke on 7/2/2012. (scy) (Entered: 07/02/2012) |
| 07/30/2012 | 107 | NOTICE by Fred Bearison, Kurt S. Browning, Elizabeth Dudek, Nabil El Sanadi, Trina Espinola, Frank Farmer, Bradley Levine, Donald Mullins, Robert Nuss, James Orr, Brigitte Rivera Goersch, Jason Rosenberg, Rick Scott, Merle Stringer, George Thomas, Elisabeth Tucker, Gary Winchester, Zachariah P. Zachariah re 106 Judgment, 105 Order on Motion for Summary Judgment, *of appeal* (Vail, Jason) (Entered: 07/30/2012) |
| 07/30/2012 | 108 | NOTICE by Kurt S. Browning, Nabil El Sanadi, Trina Espinola, Frank Farmer, Onelia Lage, Bradley Levine, Donald Mullins, Robert Nuss, James Orr, Brigitte Rivera Goersch, Jason Rosenberg, Rick Scott, Merle Stringer, George Thomas, Gary Winchester, Zachariah P. Zachariah re 107 Notice (Other), 106 Judgment *of appeal* (Vail, Jason) (Entered: 07/30/2012) |

https://ecf.flsd.circ11.dcn/cgi-bin/DktRpt.pl?10390343402376-L_1_0-1                    12/5/2012

| 07/30/2012 | 109 | Notice of Appeal (See DE# 108 for image) by Fred Bearison, Kurt S. Browning, Elizabeth Dudek, Nabil El Sanadi, Trina Espinola, Frank Farmer, Onelia Lage, Bradley Levine, Donald Mullins, Robert Nuss, James Orr, Brigitte Rivera Goersch, Jason Rosenberg, Rick Scott, Merle Stringer, George Thomas, Elisabeth Tucker, Gary Winchester, Zachariah P. Zachariah; re 106 Judgment, 105 Order on Motion for Summary Judgment. Filing fee $ 455.00 Receipt#: FLS100042882. Within fourteen days of the filing date of a Notice of Appeal, the appellant must complete the Eleventh Circuit Transcript Order Form regardless of whether transcripts are being ordered [Pursuant to FRAP 10(b)]. For information go to our FLSD website under Transcript Information. (mc) (Entered: 07/30/2012) *Vol - 5 Central* |
|---|---|---|
| 07/30/2012 | 110 | USCA Appeal Fees received on 7/30/2012 in the amount of $ 455.00 receipt number FLS100042882; re 109 Notice of Appeal, filed by James Orr, Donald Mullins, Merle Stringer, George Thomas, Robert Nuss, Nabil El Sanadi, Fred Bearison, Onelia Lage, Jason Rosenberg, Elisabeth Tucker, Zachariah P. Zachariah, Frank Farmer, Elizabeth Dudek, Trina Espinola, Rick Scott, Brigitte Rivera Goersch, Bradley Levine, Kurt S. Browning, Gary Winchester (mc) (Entered: 07/30/2012) |
| 07/30/2012 | 111 | Clerks Notice to Filer re 108 Notice (Other). **Wrong Event Selected;** ERROR - The Filer selected the wrong event. The document was re-docketed by the Clerk, see de# 109. It is not necessary to refile this document. (mc) (Entered: 07/30/2012) |
| 07/30/2012 |  | Transmission of Notice of Appeal, Judgment, Order and Docket Sheet to US Court of Appeals re 109 Notice of Appeal (mc) (Entered: 07/30/2012) |
| 08/01/2012 | 112 | NOTICE by American Academy of Family Physicians, Florida Chapter, American Academy of Pediatrics, Florida Chapter, American College of Physicians, Florida Chapter, Inc., Shannon Fox-Levine, Roland Gutierrez, Stanley Sack, Judith Schaechter, Tommy Schechtman, Bernd Wollschlaeger *of and Accompanying Memorandum in support of Bill of Costs* (Attachments: # 1 Bill of Costs)(Mullins, Edward) Modified Text on 8/2/2012 (ls). (Entered: 08/01/2012) |
| 08/07/2012 | 113 | Acknowledgment of Receipt of NOA from USCA re 109 Notice of Appeal,,, filed by James Orr, Donald Mullins, Merle Stringer, George Thomas, Robert Nuss, Nabil El Sanadi, Fred Bearison, Onelia Lage, Jason Rosenberg, Elisabeth Tucker, Zachariah P. Zachariah, Frank Farmer, Elizabeth Dudek, Trina Espinola, Rick Scott, Brigitte Rivera Goersch, Bradley Levine, Kurt S. Browning, Gary Winchester. Date received by USCA: 8/2/2012. USCA Case Number: 12-14009-FF. (amb) (Entered: 08/07/2012) |
| 08/08/2012 | 114 | TRANSCRIPT INFORMATION FORM by Fred Bearison, Kurt S. Browning, Elizabeth Dudek, Nabil El Sanadi, Trina Espinola, Frank Farmer, Lucy Gee, Onelia Lage, Bradley Levine, Donald Mullins, Robert Nuss, James Orr, Brigitte Rivera Goersch, Jason Rosenberg, Rick Scott, Merle Stringer, George Thomas, Elisabeth Tucker, Gary |

| | | |
|---|---|---|
| | | Winchester, Zachariah P. Zachariah re 109 Notice of Appeal,,,. No Transcript Requested. (Vail, Jason) (Entered: 08/08/2012) |
| 08/09/2012 | 115 | Joint MOTION for Extension of Time/Deadlines set forth in Local Rule 7.3(b) by Fred Bearison, Kurt S. Browning, Elizabeth Dudek, Nabil El Sanadi, Trina Espinola, Frank Farmer, Lucy Gee, Onelia Lage, Bradley Levine, Donald Mullins, Robert Nuss, James Orr, Brigitte Rivera Goersch, Jason Rosenberg, Rick Scott, Merle Stringer, George Thomas, Elisabeth Tucker, Gary Winchester, Zachariah P. Zachariah. Responses due by 8/27/2012 (Vail, Jason). Added MOTION to Stay Execution of Judgment for Attorneys' Fees and Costs on 8/9/2012 (ls). (Entered: 08/09/2012) *Vol. 5 Cont'd* |
| 08/09/2012 | 116 | Clerks Notice to Filer re 115 MOTION for Extension of Time for attorney conference per LR 7.3. **Motion with Multiple Reliefs Filed as One Relief**; ERROR - The Filer selected only one relief event and failed to select the additional corresponding events for each relief requested in the motion. The docket entry was corrected by the Clerk. It is not necessary to refile this document but future filings must comply with the instructions in the CM/ECF Attorney User's Manual. (ls) (Entered: 08/09/2012) |
| 08/21/2012 | 117 | ORDER granting 112 Bill of Costs but Staying execution thereof; and granting 115 Motion for Extension of Time and Motion for Stay of Execution. Signed by Magistrate Judge William C. Turnoff on 8/21/12. (lml) (Entered: 08/21/2012) |
| 11/06/2012 | 118 | NOTICE by American Academy of Family Physicians, Florida Chapter, American Academy of Pediatrics, Florida Chapter, American College of Physicians, Florida Chapter, Inc., Shannon Fox-Levine, Roland Gutierrez, Stanley Sack, Judith Schaechter, Tommy Schechtman, Bernd Wollschlaeger *of Withdrawal of Counsel - Augustine M. Ripa* (Mullins, Edward) (Entered: 11/06/2012) |
| 11/06/2012 | | Attorney Augustine Ripa terminated. Notice of Termination delivered by US Mail to Augustine Ripa. (ls)(per DE #118) (Entered: 11/07/2012) |
| 11/30/2012 | 119 | MOTION for Attorney Fees by Bernd Wollschlaeger. Responses due by 12/17/2012 (Attachments: # 1 Exhibit Exh. A, # 2 Exhibit Exh B, # 3 Exhibit Exh C, # 4 Exhibit Exh D, # 5 Exhibit Exh E, # 6 Exhibit Exh F, # 7 Exhibit Exh G, # 8 Exhibit Exh H)(Kruse, Regan) (Entered: 11/30/2012) |
| 11/30/2012 | 120 | ENDORSED ORDER referring Motion to the Honorable William C. Turnoff for report and recommendation: 119 MOTION for Attorney Fees filed by Bernd Wollschlaeger. Signed by Judge Marcia G. Cooke on 11/30/2012. (af00) (Entered: 11/30/2012) *End Vol. 5* |