UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:11-cv-22026-MGC

**DR, BERND WOLLSCHLAEGER**, et al.,

    Plaintiffs,

v.

**FRANK FARMER**, et al.,

    Defendants.
_____/

**JOINT MOTION FOR ENLARGEMENT OF TIME**

The parties jointly move for enlargements of time of the deadlines set out in Local Rules 7.1(c) and 7.3(a)(8) for the filing of responses to a fees motion and any reply.

Local Rule 7.3(a)(8) requires the filing of a response to an attorneys' fee motion within 14 days, and Local Rule 7.1(c) allows seven days for a reply. Given the analysis required to evaluate the motion for fees, defendants ask for a 30-day enlargement to file their response, currently due December 14. The plaintiffs request 30 days after the filing of a response to file their reply.

    Respectfully submitted,

    PAMELA JO BONDI
    ATTORNEY GENERAL

    s/ *Jason Vail*

    Jason Vail
    Florida Bar no. 298824
    Assistant Attorney General

    Office of the Attorney General
    PL-01, The Capitol
    Tallahassee, FL 32399

(850) 414-3300

For Plaintiffs:

/s/ *Bruce S. Manheim*

Bruce S. Manheim, Jr.
Bruce.manheim@ropesgray.com
Douglas H. Hallward-Driemeier*
Douglas.hallward@ropesgray.com
Augustine M. Ripa*
Augustine.ripa@ropesgray.com
Ropes & Gray LLP
700 12th Street NW, Suite 900
Washington D.C. 20005
Tel.: (202) 508-4600 / Fax: (202) 383-8332

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing has been furnished to counsel of record through use of the Court's CM/ECF system on December 7, 2012.


s/ Jason Vail