UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:11-cv-22026-MGC

**DR. BERND WOLLSCHLAEGER**, et al.,

    Plaintiffs,

v.

**FRANK FARMER**, et al.,

    Defendants.
_____/

## MOTION TO EXCEED PAGE LIMITS

The defendants move to exceed the 20-page limit imposed by Local Rule 7.1(c)(2) for its response to the plaintiffs' motion for attorneys' fees and costs. The plaintiffs' motion for fees seeks compensation for 1,863 hours billed by 14 lawyers and three paralegals. The time records involved contain 984 individual billing entries. The defendants have identified numerous defects in these entries. To adequately present them, so that the court will be fully advised on the relevant law and the facts, the defendants' memorandum is 23 pages long, including certificate of service. The responsive memorandum is filed contemporaneously with this motion. The plaintiffs have indicated that they will not oppose the motion.

Therefore, the defendants ask the court to waive the page limits of the local rule and to consider the response as filed.

    Respectfully submitted,

    PAMELA JO BONDI
    ATTORNEY GENERAL

    s/ *Jason Vail*

    Jason Vail

        Florida Bar no. 298824
        Assistant Attorney General

        Office of the Attorney General
        PL-01, The Capitol
        Tallahassee, FL 32399
        (850) 414-3300

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been furnished to counsel of record through use of the Court's CM/ECF system on January 8, 2013.

        s/ Jason Vail