# Exhibit 1
# WOLLSCHLAEGER v. SCOTT

**Analysis of rates awarded by the Southern District**

| Case | Court | Rates Awarded | Notes |
|---|---|---|---|
| *Blue Water Marine Services v. M/Y Natalita III,* 2010 WL 1330265 (S.D. Fla. 2010) | SD FL | $425/hr for lawyer with many years of experience litigating specific legal issues involved in suit.<br><br>$200/hr for associates with less than 5 yrs experience in specific issues in suit.<br><br>$95/hr for paralegals without explanation of specific training and experience. | |
| *Brother v. BFP Investments Ltd,* 2010 WL 2978080 (S.D. Fla. 2010) | SD FL | $425/hr in ADA case for atty with 13 years' experience litigating 400 ADA cases, including class actions.<br><br>$90/hr for paralegal | |
| *Brown v. School Board of Broward County,* 2010 WL 3282584 (S.D. Fla. 2010) | SD FL | $250/hr for six-year lawyer | $300 requested |
| Bryant v. Cab Asset Management LLC, 2011 WL 1331267 (S.D. Fla. 2011) | SD FL | $300/hr | $350 requested. Court observed that case was not novel or difficult. |

1

| Case | Court | Rates Awarded | Notes |
|---|---|---|---|
| *Cruz v. Arnold*, 1:10-cv-23048-UU (S.D. Fla. Feb. 13, 2012) | SD FL | $425/hr for senior partner.<br><br>$400/hr for senior partner.<br><br>$300/hr for junior partner. | |
| *Dependable Component Supply Inc. v. Carrefour Informatique Tremblant Inc.*, 2012 WL 253255 (S.D. Fla. 2012) | SD FL | $350/hr for experienced lawyers. | |
| *Estrada v. Porcao Rio's LLC*, 2010 WL 5677697 (S.D. Fla. 2010) | SD FL | $200/hr | Fair Labor Standards Act case |
| *Flagstar Bank v. A.M. Hochstadt*, 2010 WL 1226112 (S.D. Fla. 2010) | SD FL | $425/hr for experienced commercial litigator admitted in 1976.<br><br>$380/hr for litigator admitted in 2002. | Request ask for rates ranging from $125-$525.<br><br>11 billing attorneys. |
| *Fox v. The Marquis Corp.*, 2010 WL 1010871 (S.D. Fla. 2010) | SD FL | $325/hr awarded to 18-year lawyer with ADA experience.<br><br>$295/hr awarded to 8-year lawyer with ADA experience | ADA case. Court expressly considered the lawyers' experience in ADA litigation. |
| *Golf Clubs Away LLC v. Hostway Corp.*, 2012 WL 2912709 (S.D. Fla. 2012) | SD FL | Average partner rate in SFL in 2011 was $482; associate rate $303.<br><br>$500/hr for partners.<br><br>$350/hr for associates<br><br>$125/hour for paralegals | |

| Case | Court | Rates Awarded | Notes |
|---|---|---|---|
| *Great Lakes Transportation Holding LLC v. Yellow Cab Service Corp. of Florida Inc.*, 2011 WL 4118234 (S.D. Fla. 2011) | SD FL | $425/hr for 27-year lawyer with extensive experience handling complex commercial and business litigation.<br><br>$255/hr for 5-year lawyer with experience in business litigation. | |
| *Howell v. Sheriff of Palm Beach County*, 2010 WL 2613164 (S.D. Fla. 2010) | SD FL | $350/hr for trial lawyer with 40 years' experience | |
| *Jimenez v. Ferco Motor Corp.*, 2011 WL 1195615 (S.D. Fla. 2009) | SD FL | $300/hr | $375 requested |
| *Jones v. Carswell Property Maintenance Inc.*, 2012 WL 163884 (S.D. Fla. 2012) | SD FL | $300/hr for 13-year (ave) lawyers. | Cited case awarding same amount for experienced Fair Labor Standards lawyer admitted in 1997. |
| *K.S.R. X-Ray Supplies Inc. v. Southeastern X-Ray Inc.*, 2010 WL 4960959 (S.D. Fla. 2010) | SD FL | $350/hr for 19-year AV-rated board certified intellectual property lawyer.<br><br>$250/hr for 5-year specialist in intellectual property law | |
| *New England Technology Inc. v. Sigma Tech Sales*, 2010 WL 3958644 (S.D. Fla. 2010) | SD FL | $350/hr for lawyer with 12 years' experience in case's subject area.<br><br>$325/hr for lawyer with 13 years of general litigation experience. | |

| Case | Court | Rates Awarded | Notes |
|---|---|---|---|
| *Nukote International Inc., v. Office Depot Inc.*, 2011 WL 2837466 (S.D. Fla. 2011) | SD FL | $500/hr for 27-year lawyer.<br><br>$400/hr for 15-year lawyer.<br><br>$400/hr for 14-year lawyer.<br><br>$300/hr for 5-year lawyer.<br><br>$224/hr for 2-year lawyer.<br><br>$405/hr for 21-year lawyer.<br><br>$385/hr for 22-year lawyer.<br><br>$180/hr for 3-year lawyer. | |
| *Olesen-Frayne v. Olesen,* 2009 WL 3048451 (M.D. Fla. 2009) | MD FL | | James Green affidavit claimed his rate was $450-500/hr |
| *Padurjan v. Aventura Limousine & Transportation Service Inc.*, 2011 WL 917742 (S.D. Fla. 2011) | SD FL | $225/hr | $300 requested<br><br>Affirmed, 441 Fed.Appx. 864 (11th Cir. 2011). |
| *Powell v. The Home Depot, USA, Inc.*, 2010 WL 4116488 (S.D. Fla. 2010) | | $140/hour was high end paralegal rate | |
| *Reed v. FirstSource Financial Solutions LLC*, 2012 WL 204177 (S.D. Fla. 2012) | SD FL | $350/hr for 12-year lawyer. | |

| Case | Court | Rates Awarded | Notes |
|---|---|---|---|
| *Rodriguez v. Marble Care International Inc.*, 2012 WL 1949360 (S.D. Fla. 2012) | SD FL | $300/hr for senior attorney.<br><br>$200/hr for attorney less experienced in labor and employment law. | Court awarded $300 to senior lawyer b/c that was the amount he had obtained from courts in recent cases.<br><br>Second lawyer graduated from law school in 2009. |
| *Ruderman v. Washington National Insurance Corp.*, 465 Fed.Appx. 880 (11th Cir. 2012) | 11th Cir. | $375/hr | Southern District case. |
| *Storfer v. Guarantee Trust Life Insurance Co.*, 2011 WL 213461 (S.D. Fla. 2011) | SD FL | $315 for 26-year lawyer without experience in subject area.<br><br>$350 for 25-year lawyer with specific experience. | $500 requested. |
| *Tamar Diamonds Inc. v. Splendid Diamonds LLC*, 2011 WL 382576 (S.D. Fla. 2011) | SD FL | $300/hr for experienced attorneys.<br><br>$175/hr for associate.<br><br>$125/hr for paralegal. | $400 requested for experienced attorneys, $250 for associate |
| *Tiramisu International LLC v. Clever Imports LLC*, 741 F.Supp.2d 1279 (S.D. Fla. 2010) | SD FL | $425/hr for senior partners.<br><br>$265-$325/hr for junior partners.<br><br>$205/ hr for senior associates.<br><br>$150/hr for junior associates. | |