Declaration of Jason Vail

My name is Jason Vail. I am employed by the Office of the Attorney General as a senior assistant attorney general. I am the primary attorney representing the defendants in the trial court in *Wollschlaeger v. Farmer*. I had the assistance of two lawyers in my section and input from the Solicitor General's Office.

Our office's finance department reports that up to the date of the order on the plaintiffs' motion for summary judgment, attorneys in the OAG expended 208.6 hours. However, 200 of the hours expended on the case were mine. The attorneys in the Solicitor General's Office did not keep time on the case. However, I estimate that they expended no more than 30 hours on the matter through publication of the order on summary judgment.

Therefore, I estimate that this office expended no more than 230 hours on the case through the order on summary judgment.

I am a salaried employee. The OAG finances litigation on behalf of Florida public agencies by billing by the hour to represented entities. The OAG bills out my time and that of the other two attorneys in my section at $84 an hour.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this __3rd__ day of __Jan.__, __2013__.

_____
Jason Vail

# Exhibit 3