**EXHIBIT 5**
**Wollschlaeger v. Farmer**
**TIME DEVOTED TO STRATEGY**

| Date | Timekeeper | Legal Services Rendered | Hours | Notes | |
|---|---|---|---|---|---|
| 4/28/2011 | Jonathon Lowy | Review and analyze legislation (.25); preliminary research and legal analysis on litigation (.5); tel. call with K. Crumley, Florida counsel, re Fla. legislation and litigation strategy (.25) | 0.25 | | |
| 5/4/2011 | Jonathon Lowy | Conference call with clients re: litigation strategy (.5); Review materials including pediatricians' policies and clinical guidance on firearms prevention to prepare complaint (.25) | 0.50 | | |
| 5/5/2011 | Jonathon Lowy | Tel. Call with B. Manheim re litigation strategy and next steps (0.5); outline work to be done to proceed with complaint and preliminary injunction (.75); draft and send email to clients re case research (.25) | 0.50 | | |
| 5/6/2011 | Jonathon Lowy | Conference call with clients re: litigation strategy; review and analyze research re Florida constitution and law | 1.25 | | |
| 5/6/2011 | Daniel Vice | Conference call with clients re: litigation strategy and constitutional challenge to legislation | 0.25 | | |
| 5/9/2011 | Daniel Vice | Research legislation and preparation for conference call with clients concerning litigation strategy (.25), research legislation status and cases concerning constitutionality of legislation (.25) | 0.25 | | |
| 5/11/2011 | Dewar, Elizabeth N. | Conference call with Florida/Brady case team (.5) and call with A.Ripa regarding strategy for complaint (.5) | 0.50 | confer | |
| 5/12/2011 | Jonathon Lowy | Communications with clients re: litigation strategy (.25). | 0.25 | | |
| 5/12/2011 | Goetz, Mariel | Review background materials on HB 155 and potential challenge to law (0.75), emails with team regarding introductory meeting and strategy (0.25), and review and prepare questions for physician declarants (1.5). | 0.25 | | |
| 5/12/2011 | Goetz, Mariel | Conference call with Allison Finley, the Executive Director of the Florida Pediatric Society aka Florida Chapter of the AAP, re: litigation strategy and physician plaintiffs. | 0.50 | | |

1

**EXHIBIT 5**
**Wollschlaeger v. Farmer**
**TIME DEVOTED TO STRATEGY**

| Date | Timekeeper | Legal Services Rendered | Hours | Notes | |
|---|---|---|---|---|---|
| 5/18/2011 | Jonathon Lowy | Research re: Florida rules, discussion and research concerning client declarations (1.0); Communications with Dan V., Robyn L., Dina S., co-counsel and clients re litigation case law research and legal strategy (0.5); Tel. Con. With Bruce Manheim re suit litigation research and strategy (0.25). | 0.75 | confer | |
| 5/18/2011 | Daniel Vice | Strategy discussion and legal research concerning client declarations | 1.50 | confer | |
| 5/19/2011 | Jonathon Lowy | Reviewed and edited memo statement to doctors re case, legislation analysis and strategy | 0.50 | | |
| 5/30/2011 | Edward Mullins | Conference with B. Manheim regarding strategy, status of case | 0.50 | confer | |
| 6/1/2011 | Jonathon Lowy | Tel. call with co-counsel re compliant, filing, strategy. | 0.25 | confer | |
| 6/2/2011 | Edward Mullins | Review correspondence regarding status of suit; correspond with B. Manheim in strategy | 0.20 | confer | |
| 6/3/2011 | Jonathon Lowy | Discussion with clients, co-counsel re: case analysis and litigation strategy; preparation of pro hac motions | 1.75 | | |
| 6/3/2011 | Edward Mullins | Correspond with team on service issues (.2); attend meeting with clients on strategy (.7); conference with B. Manheim regarding strategy (.2); | 0.70 | | |
| 6/4/2011 | Jonathon Lowy | Communications with co-counsel and clients re: case analysis and litigation strategy | 0.50 | confer | |
| 6/5/2011 | Jonathon Lowy | Communications with co-counsel and clients re: case preparation and litigation strategy | 0.50 | confer | |
| 6/5/2011 | Edward Mullins | Work on finalizing complaint (.2); work on issues with respect to plaintiffs and filing strategy (.4) | 0.40 | | |

**EXHIBIT 5**
**Wollschlaeger v. Farmer**
**TIME DEVOTED TO STRATEGY**

| Date | Timekeeper | Legal Services Rendered | Hours | Notes | |
|---|---|---|---|---|---|
| 6/6/2011 | Edward Mullins | Work on final preparations for filing (.3); edit and revise final draft complaint; correspond with clients on same (.4); correspond with legal team on filing requirements (.3); work on service issues (.1); provide law on privilege (.3); conference with co-counsel regarding judge, procedures (.6); investigate service procedures (.3); conference with counsel regarding same (.4); numerous calls and conferences to general counsel offices of defendants (1.0); update E. Dewar on same (.7); task A. Rodriguez on project on analyzing location of administrative authority (.2); task E. Davila on service projects (.1); correspond with B. Manheim on strategy (.3); correspond with team on amendment strategy (.2); edit and revise certificate of interested persons (.2); send draft of same to team (.1) | 0.20 | confer | |
| 6/7/2011 | Jonathon Lowy | Review and analyze motion; Communications with co-counsel and clients re litigation strategy and research | 1.25 | confer | |
| 6/8/2011 | Edward Mullins | conference with D. Hallward-Driemeier regarding strategy (.3); conference with C. Trippe on case (.3); correspond with team on standing issues (.3); correspond on research for same (.2); work on issues of new plaintiff (.2); correspond with team on plaintiff strategy (.3) | 0.30 | confer | |
| 6/9/2011 | Jonathon Lowy | Communications with co-counsel and clients re litigation strategy and research | 0.50 | confer | |
| 6/9/2011 | Edward Mullins | Review research regarding Secretary of State as defendant (.1); Update team on service status (.2); work on issues (.1); conference with D. Kanine on status (.4); update team (.1); work on obtaining amicus counsel (.5); correspond with team on draft status (.1); correspond with team on amicus participation (.1); correspond with T. Julin on same (.1); correspond with Ropes firm on strategy (.2); correspond on issue with respect to plaintiff (.2); correspond with T. Julin on recent Supreme Court cases involving speech (.2) | 0.20 | confer | |

**EXHIBIT 5**
**Wollschlaeger v. Farmer**
**TIME DEVOTED TO STRATEGY**

| Date | Timekeeper | Legal Services Rendered | Hours | Notes | |
|---|---|---|---|---|---|
| 6/10/2011 | Jonathon Lowy | Discussed and reviewed research on physician review board complaint procedure and complaint forms (1.0); Communications with co-counsel and clients re litigation strategy and research (0.25) | 0.25 | | |
| 6/10/2011 | Edward Mullins | Review status of service (.1); review rules on service after summons (.1); review reports on pending Supreme Court cases (.2); correspond with Ropes on various issues in the case (.5); conference with Ropes on strategy (.5); task A. Rodriguez on legislative history (.2); review legislative history of bills (.3); correspond with E. Dewar on strategy (.2); send procedures on Judge Cooke to team (.1) | 0.50 | confer | |
| 6/10/2011 | Goetz, Mariel | Interview doctors and prepare declarations (5.0). Emails with team regarding status of doctors and case strategy (.5). Revise organizational declarations and emails with team regarding same in response. (3.25) | 0.50 | confer | |
| 6/12/2011 | Jonathon Lowy | Communications with co-counsel and clients re litigation strategy and legal research | 0.50 | confer | |
| 6/13/2011 | Jonathon Lowy | Review communications from clients re litigation strategy and research (0.25), research concerning gag rule implementation (1.25); Communications with co-counsel and clients re litigation, research (0.25) | 0.25 | confer | |
| 6/14/2011 | Jonathon Lowy | Communications with co-counsel and clients re litigation strategy and research | 0.25 | confer | |
| 6/14/2011 | Dewar, Elizabeth N. | Prepared clean draft of amended complaint and redline for circulation to local counsel (.75); numerous e-mails to/from E.Mullins, D.Hallward-Driemeier, and B.Manheim regarding complaint, revisions thereto, and strategy, particularly the discrimination provision (5.75). | 5.75 | confer | |
| 6/15/2011 | Jonathon Lowy | Communications with co-counsel and clients concerning amendments, litigation strategy | 0.75 | confer | |
| 6/15/2011 | Edward Mullins | Pre-meeting with legal team (.5); attend meeting with defense counsel (1.0); attend meeting post-meeting briefing on strategy (.5); review letter from C. Smith (.1); correspond with Ropes team on same (.1) | 0.50 | confer | |

4

**EXHIBIT 5**
**Wollschlaeger v. Farmer**
**TIME DEVOTED TO STRATEGY**

| Date | Timekeeper | Legal Services Rendered | Hours | Notes | |
|---|---|---|---|---|---|
| 6/18/2011 | Edward Mullins | Correspond with Ropes team, T. Julin regarding amicus strategy, procedure (.5) | 0.50 | confer | |
| 6/19/2011 | Jonathon Lowy | Communications with co-counsel and clients re litigation strategy and research | 0.25 | confer | |
| 6/20/2011 | Edward Mullins | Correspond with B. Dewar on status of filings (.2); review status of meeting (.1); attend strategy meeting with T. Julin, Ropes firm (.9); review letter from C. Smith (.1); correspond with Ropes team on responding to NRA (.1); review recent USSC cases, correspond with Ropes team on matter of public concern law (.4) | 0.90 | confer | |
| 6/24/2011 | Jonathon Lowy | Review final case filings (1.0); Communications with co-counsel and clients re litigation strategy and research (.75) | 0.75 | confer | |
| 6/27/2011 | Jonathon Lowy | Research opposition to NRA motion to intervene legal standard, review co-counsel communications (1.0); Communications with co-counsel and clients re litigation strategy, legal analysis and research (0.25) | 0.25 | confer | |
| 6/27/2011 | Daniel Vice | Research opposition to NRA motion to intervene (2.5), co-counsel communications concerning opposition strategy (.75) | 0.75 | confer | |
| 6/27/2011 | Edward Mullins | Review final motion for preliminary injunction (.2); prepare for meeting with J. Vail (.1); correspond with B. Manheim regarding preliminary injunction procedures (.1); attend meeting with Governor's office (.6); review recent Supreme Court case (.1); conference with J. Vail on service, task E. Davlia (.1); work on strategy on motion to intervene (.4); conference with T. Julin on strategy (.2); review motion to intervene (.2); conference with E. Dewar on strategy (.2); review orders on briefing, scheduling (.2); conference with D. Hallward-Driemeier on strategy (.2); conference with T. Julin on amicus (.2); conference with T. Julin, D. Hallward-Driemeier on same (.2) | 0.40 | confer | |
| 6/28/2011 | Jonathon Lowy | Communications with co-counsel and clients re litigation strategy, legal analysis and research | 0.25 | confer | |

5

**EXHIBIT 5**
**Wollschlaeger v. Farmer**
**TIME DEVOTED TO STRATEGY**

| Date | Timekeeper | Legal Services Rendered | Hours | Notes | |
|---|---|---|---|---|---|
| 6/28/2011 | Edward Mullins | Review order granting expediting briefing on motion to intervene (.1); send same to E. Dewar (.1); review status of response draft (.1); review response by the State to the intervention (.1); work on strategy for reply (.2); correspond with Ropes team on strategy with respect to intervention (.2); research legislative history use (.1): correspond with team on same (.2) | 0.40 | | |
| 6/29/2011 | Jonathon Lowy | Communications with co-counsel and clients re litigation strategy, legal analysis and research | 0.50 | confer | |
| 6/30/2011 | Edward Mullins | Review response to motion to intervene (.2); correspond with B. Manheim on strategy of pages (.2); correspond with E. Dewar regarding response to intervention (.2); correspond with B. Manheim on same (.1); edit and revise same (.9); send same to team (.1) | 0.20 | confer | |
| 7/1/2011 | Edward Mullins | Work on finalizing response to motion to intervene (.3); correspond with D. Vice on same (.1); conference with E. Dewar on same (.1); edit and revise final draft (.3); send to team (.1); finalize same (.1); correspond with B. Manheim, B. Dewar on enlargement strategy (.2); correspond with B. Manheim on strategy (.2); work on strategy with respect to amicus (.2); review correspondence on same (.1) | 0.60 | confer | |
| 7/2/2011 | Daniel Vice | Communications with clients, co-counsel re: hearing preparation and strategy | 0.25 | confer | |
| 7/5/2011 | Dewar, Elizabeth N. | Read and analyzed State's and NRA's oppositions to PI (.5), and conferred with B.Manheim, D.Hallward-Driemeier, J. Borxmeyer and R&G team regarding strategy for PI reply brief. (.5) | 0.50 | confer | |
| 7/5/2011 | Lewis, Julia | Meet with team to discuss defendant's opposition to our motion for a preliminary injunction and our strategy for drafting a reply brief. | 1.00 | confer | |
| 7/6/2011 | Jonathon Lowy | Communications with co-counsel and clients re litigation strategy, legal analysis and research | 0.50 | confer | |
| 7/7/2011 | Jonathon Lowy | Communications with co-counsel and clients re litigation strategy, legal analysis and research | 0.50 | | |

**EXHIBIT 5**
**Wollschlaeger v. Farmer**
**TIME DEVOTED TO STRATEGY**

| Date | Timekeeper | Legal Services Rendered | Hours | Notes | |
|---|---|---|---|---|---|
| 7/7/2011 | Edward Mullins | Correspond with B. Manheim on arrangements (.1); conference with law clerk regarding procedures (.2); update B. Manheim (.2); work on motion for more pages (.2); task E. Davila on same (.2); review correspondence on strategy (.1); revise motion for more pages (.5); send draft of same to B. Manheim (.1); review changes of B. Manheim, finalize same (.1) | 0.10 | confer | |
| 7/8/2011 | Edward Mullins | Review draft reply (.5); edit and revise same (1.4); send comments to B. Manheim (.1); conference with J. Lewis on filing of disc (.1); review declaration of B. Manheim (.1); revise notice of conventional filing (.1); review order denying intervention (.2); review motion to change caption (.1); work on strategy with respect to response and issues with order on intervention (.2); edit and revise latest version of reply (.4); correspond with clients on logistics (.1) | 0.20 | | |
| 7/9/2011 | Jonathon Lowy | Communications with co-counsel and clients re litigation strategy, legal analysis and research | 0.50 | | |
| 7/11/2011 | Edward Mullins | Edit and revise response to motion to change case style (.5); revise same to include letter exhibits (.2); revise response per changes of B. Manheim (.3); edit response regarding same with changes of B. Manheim, D. Hallward-Driemeier (.2); call to judge's chambers (.1); update team on same (.1); correspond with team on amici request of children's groups (.1); correspond with G. Greenberg on same (.1); conference with G. Greenberg on strategy (.1); update B. Manheim on same (.1); review order on caption (.1); review amended order denying intervention (.1); attend mock oral argument (1.5); correspond with team on Judge Cooke arguments (.2) | 0.20 | caption confer | |
| 7/12/2011 | Jonathon Lowy | Communications with Dan V., co-counsel and clients re litigation strategy (0.5), legal analysis and research (3.5) | 0.50 | confer | |

**EXHIBIT 5**
**Wollschlaeger v. Farmer**
**TIME DEVOTED TO STRATEGY**

| Date | Timekeeper | Legal Services Rendered | Hours | Notes | |
|---|---|---|---|---|---|
| 7/12/2011 | Dewar, Elizabeth N. | Conferred with D.Hallward-Driemeier and B. Manheim concerning strategy for oral argument and issues to be addressed (.50) as well as annotated materials for argument (.25); prepared annotated copies of statute, Board of Medicine letter, and Board of Medicine minutes for D.Hallward-Driemeier use at argument. (.25) | 0.50 | confer hearing | |
| 7/13/2011 | Jonathon Lowy | Communications with Dan V., co-counsel and clients re litigation strategy (0.5), legal analysis and research (3.5) | 0.50 | | |
| 7/13/2011 | Edward Mullins | Prepare for hearing (1.5); attend hearing (1.0); attend meeting with co-counsel on strategy (.5); attend meeting with clients on same (1.0); work on strategy on amicus (.5); attend meeting with potential amicus on strategy (1.0) | 2.00 | hearing | |
| 7/13/2011 | Hallward-Driemeier, Douglas | Meet with clients to discuss oral argument and strategy for supplemental filing. | 2.00 | | |
| 7/14/2011 | Daniel Vice | Post-hearing review, communications with clients about hearing status and litigation strategy | 2.00 | | |
| 7/14/2011 | Edward Mullins | Assist amicus with transcript (.2); review transcript for memorandum (.3); work on strategy with team (.3); work on outline (.3) | 0.30 | confer | |
| 7/14/2011 | Goetz, Mariel | Review transcript from PI hearing and emails with B. Dewar regarding outline for supplemental briefing (5.25). Team meeting regarding supplemental briefing strategy (1.0). | 1.00 | confer | |
| 7/15/2011 | Edward Mullins | Correspond on strategy in case | 0.20 | confer | |
| 7/20/2011 | Edward Mullins | Review correspondence regarding status from D. Hallward-Driemeier (.2); correspond with same regarding strategy (.2) | 0.20 | confer | |
| 7/26/2011 | Edward Mullins | Work on finalizing supplementation (.1); review proposed motion to supplement (.1); review correspondence on strategy for same (.1) | 0.10 | | |
| 7/27/2011 | Edward Mullins | Review motion to strike (.1); work on response and strategy for same (.4); schedule meeting on same (.1); work on strategy (.2) | 0.20 | | |

8

**EXHIBIT 5**
**Wollschlaeger v. Farmer**
**TIME DEVOTED TO STRATEGY**

| Date | Timekeeper | Legal Services Rendered | Hours | Notes | |
|---|---|---|---|---|---|
| 8/12/2011 | Edward Mullins | Correspond with Ropes team on strategy. | 0.20 | | |
| 9/14/2011 | Jonathon Lowy | Review court ruling, strategize about next steps (0.5); Communications with staff, co-counsel and clients re litigation strategy (0.5), legal analysis and research (2.75) | 0.50 | | |
| 9/15/2011 | Daniel Vice | Follow-up re: court ruling, communications with clients about impact of court ruling and litigation developments and strategy | 1.75 | | |
| 9/17/2011 | Edward Mullins | Review docket; correspond with B. Manheim on strategy. | 0.30 | confer | |
| 9/18/2011 | Edward Mullins | Correspond with B. Manheim on strategy. | 0.10 | confer | |
| 9/19/2011 | Edward Mullins | Review correspondence from D. Hallward-Driemeier regarding strategy with J. Vail (.1); correspond with D. Hallward-Driemeier on fee local rules (.3). | 0.10 | confer | |
| 9/22/2011 | Daniel Vice | Review communications with co-counsel concerning litigation updates and strategy | 0.25 | confer | |
| 9/22/2011 | Edward Mullins | Work on strategy. | 0.30 | | |
| 10/12/2011 | Dewar, Elizabeth N. | Emails to/from D.Hallward-Driemeier, B.Manheim, and E.Mullins regarding State's decision to pursue summary judgment and related strategy. | 0.25 | confer | |
| 10/14/2011 | Edward Mullins | Attend meeting with Ropes firm on strategy | 1.00 | confer | |
| 10/14/2011 | Dewar, Elizabeth N. | Meeting with D.Hallward-Driemeier, B.Manheim, K.O'Connell, and S.Lemmon regarding strategy for summary judgment motion. | 0.75 | confer | |
| 10/14/2011 | O'Connell, Kelly | Meeting with team and local counsel to discuss motion for summary judgment strategy. | 1.00 | confer | |
| 11/9/2011 | Edward Mullins | Review changes of J. Vail (.1); correspond with team regarding strategy and filing date (.2); review draft of undisputed facts, finalize same (.3). | 0.20 | confer | |
| 12/14/2011 | Edward Mullins | Review correspondence regarding records statute (.1); task D. Giuliano on same (.1); work on strategy for same (.2) | 0.20 | confer | |

**EXHIBIT 5**
**Wollschlaeger v. Farmer**
**TIME DEVOTED TO STRATEGY**

| Date | Timekeeper | Legal Services Rendered | Hours | Notes | |
|---|---|---|---|---|---|
| 7/9/2012 | O'Connell, Kelly | Meeting with E. Siegle regarding update on case law research and next steps (.5); continued drafting motion for attorneys' fees (2.0); meeting with E. Siegle, B. Manheim, and D. Hallward-Driemeier to discuss fee petition strategy (1.0); continued to work with E. Siegle regarding same (.25); analyzed expenses and drafted email summarizing preliminary numbers for team (1.75); email correspondence with B. Manheim regarding same. (.25) | 1.00 | confer | |
| 7/23/2012 | Edward Mullins | Work on fees strategy and update team on same | 0.40 | | |
| 9/18/2012 | O'Connell, Kelly | Meeting with D. Hallward-Driemeier and B. Manheim to discuss strategy for meet and confer with government. | 1.00 | confer | |
| 10/1/2012 | O'Connell, Kelly | Meeting with D. Hallward-Drimeier regarding status of fee petition objections, strategy for meet and confer, and timeline. | 0.25 | confer | |
| 11/6/2012 | O'Connell, Kelly | Multiple emails with D. Hallward-Driemeier and B. Manheim regarding strategy regarding same (.5); Revised motion for attorneys' fees in light of meet and confer (1.75). | 0.50 | confer | |
| | | | 52.80 | | |