**EXHIBIT 6**
**Wollschlaeger v. Farmer**
**MOTION TO AMEND CASE CAPTION**

| Date | Timekeeper | Legal Services Rendered | Hours | Objections | Notes |
|---|---|---|---|---|---|
| 7/8/2011 | Lemmon, Scott | Phone conference with B. Manheim, A. Ripa regarding plans for Reply to State's Motion to Revise Styling of Case (caption). | 0.50 | | confer |
| 7/8/2011 | Lemmon, Scott | Researched case law on Attorney General's duties, suits against officers in their official capacities in preparation of Reply to State's Motion to Revise Styling of Case (caption). | 1.75 | | |
| 7/8/2011 | Ripa, Augustine | Research, draft, and revise response to State's motion to change the case style (3.0); confer with B.Manheim, S.Lemmon, and B.Dewar re: the same (.5) | 6.50 | excessive (DE 60 is only 2 pgs) | |
| 7/9/2011 | Lemmon, Scott | Drafted Reply to State's Motion for Order to Revise Styling (caption) of case. | 2.00 | excessive (DE 60 only 2 pgs); duplicative of Ripa 7/8, 10 | |
| 7/10/2011 | Ripa, Augustine | Draft and revise response to State's motion to change case style | 2.00 | | caption |
| 7/10/2011 | Hallward-Driemeier, Douglas | Revise response to motion to alter caption. | 0.25 | | |

**EXHIBIT 6**
**Wollschlaeger v. Farmer**
**MOTION TO AMEND CASE CAPTION**

| Date | Timekeeper | Legal Services Rendered | Hours | Objections | Notes |
|---|---|---|---|---|---|
| 7/11/2011 | Edward Mullins | Edit and revise response to motion to change case style (.5); revise same to include letter exhibits (.2); revise response per changes of B. Manheim (.3); edit response regarding same with changes of B. Manheim, D. Hallward-Driemeier (.2); call to judge's chambers (.1); update team on same (.1); correspond with team on amici request of children's groups (.1); correspond with G. Greenberg on same (.1); conference with G. Greenberg on strategy (.1); update B. Manheim on same (.1); review order on caption (.1); review amended order denying intervention (.1); attend mock oral argument (1.5); correspond with team on Judge Cooke arguments (.2) | 1.20 | excessive (editing mo/change case style, DE 60 only 2 pgs), duplicative of Ripa 7/10 (mo/change case style) | caption confer |
| | | | 14.20 | | |