**EXHIBIT 7**
**Wollschlaeger v. Farmer**
**MOTION TO STRIKE**

| Date | Timekeeper | Legal Services Rendered | Hours | Objections | Notes |
|---|---|---|---|---|---|
| 7/26/2011 | Manheim, Bruce S Jr | Review state's Motion to Strike Supplemental Memo (.25); follow up email correspondence regarding response. (.25) Additional email correspondence regarding state's Motion to Strike. (.5) | 1.50 | duplicative of Hallward 7/27 (mo/strike) | confer |
| 7/27/2011 | Edward Mullins | Review motion to strike (.1); work on response and strategy for same (.4); schedule meeting on same (.1); work on strategy (.2) | 0.60 | duplicative of Hallward 7/27 (mo/strike) | |
| 7/27/2011 | Dewar, Elizabeth N. | Read State's motion to strike (.1); emails to/from E.Mullins and B.Manheim regarding response thereto. (.15) | 0.25 | duplicative of Hallward 7/27 (mo/strike) | confer |
| 7/27/2011 | Hallward-Driemeier, Douglas | Review and analyze Defendants' motion to strike supplemental brief. | 0.75 | | |
| 7/29/2011 | Manheim, Bruce S Jr | Email correspondence regarding case and Preliminary Injunction. Review state's Motion to Strike and next steps regarding Scheduling Order. | 1.25 | block; detail (correspondents not ID'd); duplicative of Hallward 7/27 | |
| 8/9/2011 | Manheim, Bruce S Jr | Follow up on opposition to Motion to Strike; revisions to Joint Motion to Extend. | 1.50 | block; detail (follow up activities not described) | |
| 8/10/2011 | Lemmon, Scott | Drafted Opposition to Defendants' Motion to Strike Plaintiffs' Supplemental Memorandum. | 6.50 | excessive (DE 78 only 5 pages) | |
| 8/11/2011 | Edward Mullins | Edit and revise response to motion to strike. | 0.90 | excessive (DE 78 only 5 pages) | |
| 8/11/2011 | Dewar, Elizabeth N. | Read and provided comments on draft motion to strike (.25); emails to/from R.Dugas and S.Lemmon regarding further revisions to same (.25); reviewed R.Dugas edits and provided comments on same. (.25) | 0.75 | excessive (DE 78 only 5 pages) | confer |
| 8/11/2011 | Lemmon, Scott | Incorporated B. Manheim edits into Opposition to Defendants' Motion to Strike. | 1.50 | excessive (DE 78 only 5 pages) | |
| 8/11/2011 | Lemmon, Scott | Incorporated R. Dugas, E. Dewar edits into Opposition to Defendants' Motion to Strike. | 2.75 | excessive (DE 78 only 5 pages) | |
| 8/11/2011 | Manheim, Bruce S Jr | Review revised Opposition to Motion to Strike; telephone conference with S. Lemon regarding same. | 0.75 | excessive (DE 78 only 5 pages) | confer |
| 8/12/2011 | Lemmon, Scott | Edited Opposition to Motion to Strike to include E. Mullins's comments. | 0.50 | excessive (DE 78 only 5 pages) | |
| 8/12/2011 | Manheim, Bruce S Jr | Draft and incorporate revisions to Opposition to Motion to Strike; email correspondence regarding same. | 1.50 | block; excessive (DE 78 only 5 pgs) | confer |

1

**EXHIBIT 7**
**Wollschlaeger v. Farmer**
**MOTION TO STRIKE**

| Date | Timekeeper | Legal Services Rendered | Hours | Objections | Notes |
|---|---|---|---|---|---|
| 8/15/2011 | Manheim, Bruce S Jr | Final review and revisions to opposition to motion to strike; file with Court. Email correspondence regarding FMA issues. | 2.50 | excessive (DE 78 only 5 pages) | |
| 9/14/2011 | Edward Mullins | Review order denying motion to strike (.1); review order granting motion on preliminary injunction (.6). | 0.70 | | |
| | | | 24.20 | | |