**EXHIBIT 8**
**Wollschlaeger v. Farmer**
**PRELIMINARY INJUNCTION HEARING**

| Date | Timekeeper | Legal Services Rendered | Hours | Notes | |
|---|---|---|---|---|---|
| 7/10/2011 | Jonathon Lowy | Prepared for moot court by reviewing briefs and arguments | 0.75 | hearing | |
| 7/11/2011 | Jonathon Lowy | Prepare for and participated in moot court; review legal research memos | 3.25 | hearing | |
| 7/11/2011 | Daniel Vice | Prepare for and participate in moot court | 3.50 | hearing | |
| 7/11/2011 | Hal Lucas | Review Court Orders entered on 7/11/2011 (0.1); attend moot court session (in preparation for preliminary injunction hearing) via telephone (1.5). | 1.60 | hearing | |
| 7/11/2011 | Dewar, Elizabeth N. | Prepared for D.Hallward-Driemeier moot argument for PI hearing on 7/13/11 by conferring with D.Hallward-Driemeier regarding outstanding key issues for PI argument (1.0) and by revising and annotating case materials in preparation for oral argument (3.5); conferred with S.Antzoulatos regarding preparing additional materials for argument. (.25) | 4.75 | hearing confer | |
| 7/11/2011 | Goetz, Mariel | Confer with B. Dewar and A. Ripa about PI hearing and moot court preparation. | 3.00 | hearing confer | |
| 7/11/2011 | Goetz, Mariel | Moot court session with D. Hallward-Driemeier and team to prepare for preliminary injunction hearing. | 1.50 | hearing | |
| 7/11/2011 | Hallward-Driemeier, Douglas | Prepare for and attend moot court. Prepare and revise oral argument outline. | 8.50 | hearing | |
| 7/11/2011 | Lemmon, Scott | Drafted questions on captive audience doctrine to assist with moot court. | 0.75 | hearing | |
| 7/11/2011 | Lewis, Julia | Draft questions for B. Manheim and D. Hallward-Driemeier for moot court session and participate in same. | 4.25 | hearing | |
| 7/11/2011 | Manheim, Bruce S Jr | Meeting with team regarding preparation for PI hearing; review additional cases. | 3.25 | hearing confer | |
| 7/11/2011 | Ripa, Augustine | Moot argument for preliminary injunction hearing and follow up; | 1.50 | hearing | |

**EXHIBIT 8**
**Wollschlaeger v. Farmer**
**PRELIMINARY INJUNCTION HEARING**

| Date | Timekeeper | Legal Services Rendered | Hours | Notes | |
|---|---|---|---|---|---|
| 7/11/2011 | Edward Mullins | Edit and revise response to motion to change case style (.5); revise same to include letter exhibits (.2); revise response per changes of B. Manheim (.3); edit response regarding same with changes of B. Manheim, D. Hallward-Driemeier (.2); call to judge's chambers (.1); update team on same (.1); correspond with team on amici request of children's groups (.1); correspond with G. Greenberg on same (.1); conference with G. Greenberg on strategy (.1); update B. Manheim on same (.1); review order on caption (.1); review amended order denying intervention (.1); attend mock oral argument (1.5); correspond with team on Judge Cooke arguments (.2) | 1.50 | caption confer | |
| 7/12/2011 | Dewar, Elizabeth N. | Conferred with D.Hallward-Driemeier and B. Manheim concerning strategy for oral argument and issues to be addressed (.50) as well as annotated materials for argument (.25); prepared annotated copies of statute, Board of Medicine letter, and Board of Medicine minutes for D.Hallward-Driemeier use at argument. (.25) | 1.00 | confer hearing | |
| 7/12/2011 | Hallward-Driemeier, Douglas | Prepare for oral argument of preliminary injunction motion. | 8.50 | hearing | |
| 7/12/2011 | Manheim, Bruce S Jr | Meeting with E. Mullins regarding preliminary injunction hearing. | 2.00 | confer hearing | |
| 7/13/2011 | Edward Mullins | Prepare for hearing (1.5); attend hearing (1.0); attend meeting with co-counsel on strategy (.5); attend meeting with clients on same (1.0); work on strategy on amicus (.5); attend meeting with potential amicus on strategy (1.0) | 3.00 | hearing | |

**EXHIBIT 8**
**Wollschlaeger v. Farmer**
**PRELIMINARY INJUNCTION HEARING**

| Date | Timekeeper | Legal Services Rendered | Hours | Notes | |
|---|---|---|---|---|---|
| 7/13/2011 | Hal Lucas | Attend preliminary injunction hearing (1.5); attend post-hearing meeting with clients and co-counsel (1.0). | 2.50 | hearing | |
| 7/13/2011 | Dewar, Elizabeth N. | Met with D.Hallward-Driemeier, B.Manheim, and E.Mullins for final preparations for oral argument. | 1.00 | hearing | |
| 7/13/2011 | Dewar, Elizabeth N. | Oral argument on preliminary injunction motion. | 1.00 | hearing | |
| 7/13/2011 | Hallward-Driemeier, Douglas | Prepare for, attend and present oral argument on preliminary injunction motion. | 4.50 | hearing | |
| 7/13/2011 | Manheim, Bruce S Jr | Attend and participate in oral argument and hearing on preliminary injunction request; follow up with clients and local counsel. | 5.50 | hearing | |
| | | | 67.10 | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | 5 attorneys bill 13.5 hours for attending the oral argument. The exact amount of time devoted to this cannot be determined with precision because of block billed time. | | | |