**EXHIBIT 9**
**Wollschlaeger v. Farmer**
**TIME DEVOTED TO NRA INTERVENTION**

| Date | Timekeeper | Legal Services Rendered | Hours | Notes | | |
|---|---|---|---|---|---|---|
| 6/18/2011 | Jonathon Lowy | Review and analyze NRA motion to intervene; discuss with staff re research and response | 0.75 | | | |
| 6/23/2011 | Daniel Vice | Research and review final draft pleadings for filing (2.0); research opposition to NRA motion to intervene (1.0) | 1.00 | | | |
| 6/27/2011 | Jonathon Lowy | Research opposition to NRA motion to intervene legal standard, review co-counsel communications (1.0); Communications with co-counsel and clients re litigation strategy, legal analysis and research (0.25) | 1.00 | confer | | |
| 6/27/2011 | Daniel Vice | Research opposition to NRA motion to intervene (2.5), co-counsel communications concerning opposition strategy (.75) | 3.25 | confer | | |
| 6/27/2011 | Edward Mullins | Review final motion for preliminary injunction (.2); prepare for meeting with J. Vail (.1); correspond with B. Manheim regarding preliminary injunction procedures (.1); attend meeting with Governor's office (.6); review recent Supreme Court case (.1); conference with J. Vail on service, task E. Davlia (.1); work on strategy on motion to intervene (.4); conference with T. Julin on strategy (.2); review motion to intervene (.2); conference with E. Dewar on strategy (.2); review orders on briefing, scheduling (.2); conference with D. Hallward-Driemeier on strategy (.2); conference with T. Julin on amicus (.2); conference with T. Julin, D. Hallward-Driemeier on same (.2) | 0.40 | confer | | |
| 6/27/2011 | Hallward-Driemeier, Douglas | Review of NRA motion to intervene and for expedited hearing. | 0.25 | | | |
| 6/27/2011 | Manheim, Bruce S Jr | Email correspondence re NRA motion to intervene (.5) and telephone conference with counsel for state regarding timing and schedule of briefing in case (1.0) | 0.50 | confer | | |

1

**EXHIBIT 9**
**Wollschlaeger v. Farmer**
**TIME DEVOTED TO NRA INTERVENTION**

| Date | Timekeeper | Legal Services Rendered | Hours | Notes | | |
|---|---|---|---|---|---|---|
| 6/28/2011 | Edward Mullins | Review order granting expediting briefing on motion to intervene (.1); send same to E. Dewar (.1); review status of response draft (.1); review response by the State to the intervention (.1); work on strategy for reply (.2); correspond with Ropes team on strategy with respect to intervention (.2); research legislative history use (.1): correspond with team on same (.2) | 1.70 | | | |
| 6/28/2011 | Dewar, Elizabeth N. | Read Defendants' response to the NRA's motion to intervene and emails to/from E.Mullins, D.Hallward-Driemeier, and B.Manheim regarding responding to same. | 2.00 | confer | | |
| 6/28/2011 | Lewis, Julia | Read Defendant's filing in support of NVRA's motion to intervene. | 0.50 | | | |
| 6/29/2011 | Manheim, Bruce S Jr | Follow up on various matters in case, including research in anticipation of PI opposition. (.75) Follow up on intervention issues (.75); review case law on "piggyback standing." (1.0) | 0.75 | | | |
| 6/30/2011 | Edward Mullins | Review response to motion to intervene (.2); correspond with B. Manheim on strategy of pages (.2); correspond with E. Dewar regarding response to intervention (.2); correspond with B. Manheim on same (.1); edit and revise same (.9); send same to team (.1) | 1.70 | confer | | |
| 6/30/2011 | Dewar, Elizabeth N. | Read Eleventh Circuit case law on mandatory and permissive intervention and drafted numerous e-mails and conferences to/from/with B.Manheim, E.Mullins, and S.Lemmon regarding opposition to intervention. | 5.00 | confer | | |
| 6/30/2011 | Hallward-Driemeier, Douglas | Review draft response to NRA motion to intervene. | 0.50 | | | |
| 6/30/2011 | Lemmon, Scott | Edited Brady Center's draft of opposition to the NRA's motion to intervene. | 2.50 | | | |
| 6/30/2011 | Manheim, Bruce S Jr | Review and revise draft memo from Brady regarding opposition to NRA intervention; email correspondence with team, etc. | 1.50 | confer | | |
| 6/30/2011 | Manheim, Bruce S Jr | Telephone conference with B. Dewar regarding intervention papers (.5); additional revisions (1.0). | 1.50 | confer | | |

**EXHIBIT 9**
**Wollschlaeger v. Farmer**
**TIME DEVOTED TO NRA INTERVENTION**

| Date | Timekeeper | Legal Services Rendered | Hours | Notes | | |
|---|---|---|---|---|---|---|
| 7/1/2011 | Edward Mullins | Work on finalizing response to motion to intervene (.3); correspond with D. Vice on same (.1); conference with E. Dewar on same (.1); edit and revise final draft (.3); send to team (.1); finalize same (.1); correspond with B. Manheim, B. Dewar on enlargement strategy (.2); correspond with B. Manheim on strategy (.2); work on strategy with respect to amicus (.2); review correspondence on same (.1) | 1.70 | confer | | |
| 7/1/2011 | Dewar, Elizabeth N. | Readied opposition to NRA intervention for filing by various e-mail to team, a review of J.Lewis memorandum on justiciability issues, and a conference with with E.Mullins. N.Han, B. Manheim, D.Hallward-Driemeier on legislative history/related issues. | 3.50 | confer | | |
| 7/5/2011 | Edward Mullins | Review motion to file amicus (.2); correspond with team on same (.1); correspond with team on State's violation of the court order (.1); review response to preliminary injunction motion (.3); review response by State to preliminary injunction motion (1.0); prepare memorandum to team on same (.5); edit and revise response to motion for leave to file amicus (.5); conference with E. Dewar on legislative history (.1); finalize filing (.2); review reply to response on intervention (.2) | 3.20 | confer | | |
| 7/6/2011 | Dewar, Elizabeth N. | E-mails to/from B.Manheim regarding NRA reply in support of intervention (.5); read portions of legislative history cited in State brief and spoke to N. Han regarding further investigations required due to erroneous State citation (5.0); read and discussed S.Lemmon memorandum regarding captive audience issue (1.5) | 0.50 | confer | | |
| 7/6/2011 | Hallward-Driemeier, Douglas | Review NRA filings re intervention and amicus participation. | 0.25 | | | |
| | | | 33.95 | | | |