**EXHIBIT 10**
**Wollschlaeger v. Farmer**
**TIME SPEND ON COMPLAINT**

| Date | Timekeeper | Legal Services Rendered | Hours | Notes | |
|---|---|---|---|---|---|
| 5/4/2011 | Jonathon Lowy | Conference call with clients re: litigation strategy (.5); Review materials including pediatricians' policies and clinical guidance on firearms prevention to prepare complaint (.25) | 0.75 | | |
| 5/5/2011 | Jonathon Lowy | Tel. Call with B. Manheim re litigation strategy and next steps (0.5); outline work to be done to proceed with complaint and preliminary injunction (.75); draft and send email to clients re case research (.25) | 1.50 | | |
| 5/5/2011 | Ripa, Augustine | Research first amendment case law in furtherance of writing complaint | 2.25 | | |
| 5/6/2011 | Ripa, Augustine | Research first amendment case law and begin drafting complaint | 6.75 | | |
| 5/9/2011 | Ripa, Augustine | Research first amendment case law and continue drafting complaint | 5.00 | | |
| 5/10/2011 | Jonathon Lowy | Conference call with clients re litigation (.5); legal research regarding first amendment and preparation for call and complaint filing (.5) | 1.00 | | |
| 5/10/2011 | Ripa, Augustine | Research first amendment case law and continue drafting complaint | 6.00 | | |
| 5/11/2011 | Jonathon Lowy | Researched and read law re: restrictions on professional speech and doctors (.5); reviewed and revised materials and discussion re interviews of doctors re impact on law for complaint and declarations (.75); met with paralegals to discuss declarations (.25) | 1.50 | confer | |
| 5/11/2011 | Dewar, Elizabeth N. | Conference call with Florida/Brady case team (.5) and call with A.Ripa regarding strategy for complaint (.5) | 1.00 | confer | |
| 5/11/2011 | Hallward-Driemeier, Douglas | Call with Bruce Manheim and Brady Center attorneys regarding draft complaint and papers in support for preliminary injunction followed by meeting with Ms. Dewar, Mr. Dugas, Ms. Goetz, and Mr. Ripa regarding preparation of complaint and papers in support of injunction | 1.50 | confer | |
| 5/11/2011 | Ripa, Augustine | Research first amendment case law and continue drafting complaint | 7.00 | | |
| 5/12/2011 | Ripa, Augustine | Research first amendment case law and continue drafting in furtherance of writing complaint | 10.50 | | |

**EXHIBIT 10**
**Wollschlaeger v. Farmer**
**TIME SPEND ON COMPLAINT**

| Date | Timekeeper | Legal Services Rendered | Hours | Notes | |
|---|---|---|---|---|---|
| 5/13/2011 | Ripa, Augustine | Research first amendment case law (3.5), coordinate with B. Dewar regarding filing of complaint (.25), perform revisions and edits in furtherance of writing complaint (1.25) | 5.00 | | |
| 5/16/2011 | Jonathon Lowy | Discussion with clients concerning named plaintiffs declarations and complaint (0.5), review information from clients on named plaintiffs for declarations and complaint (0.25); research and review of data re firearms in home - information on risk of guns in the home and data, scientific studies on risks of guns in the home (1.0) | 1.75 | | |
| 5/16/2011 | Manheim, Bruce S Jr | Review draft complaint for case developed by team | 1.00 | | |
| 5/16/2011 | Ripa, Augustine | Revise and edit the complaint | 4.00 | | |
| 5/17/2011 | Dina Shand | Drafted section of complaint regarding social science and doctor's role in advising patients about gun safety | 0.75 | | |
| 5/17/2011 | Goetz, Mariel | Review and comment on draft complaint in preparation for team meeting | 1.50 | confer | |
| 5/17/2011 | Hallward-Driemeier, Douglas | Call with co-counsel from Brady Center regarding preparation of complaint (0.5) followed by review of correspondence with Brady Center regarding declarations (0.5) and consult with team regarding organizational plaintiffs (1.0) | 2.00 | confer | |
| 5/17/2011 | Manheim, Bruce S Jr | Follow up with J. Lowy and team regarding case status and in particular follow up on complaint and declarations being prepared by team | 1.00 | confer | |
| 5/17/2011 | Ripa, Augustine | Revise and edit the complaint (1.0), research law re: preliminary injunction and begin drafting the same (3.0), and participate in conference with case team re: next steps (1.0) | 5.00 | confer | |
| 5/18/2011 | Hallward-Driemeier, Douglas | Consultation with team regarding draft complaint and organizational plaintiffs. | 0.75 | confer | |
| 5/18/2011 | Ripa, Augustine | Continue drafting complaint and coordinate with team re: venue | 4.75 | confer | |

**EXHIBIT 10**
**Wollschlaeger v. Farmer**
**TIME SPEND ON COMPLAINT**

| Date | Timekeeper | Legal Services Rendered | Hours | Notes | |
|------|-----------|-------------------------|-------|-------|--|
| 5/19/2011 | Dina Shand | Drafted section of complaint regarding social science and doctor's role in advising patients about gun safety | 1.00 | | |
| 5/19/2011 | Hallward-Driemeier, Douglas | Revise draft complaint. | 4.25 | | |
| 5/19/2011 | Manheim, Bruce S Jr | Email correspondence relating to prep of declarations, etc (.25) followed by reviewing draft complaint (1.75) and follow up via email correspondence with team and clients (.25). | 2.25 | confer | |
| 5/20/2011 | Ripa, Augustine | Continue to revise and edit the complaint (4.0) and met with B.Manheim and B.Dewar re: revisions (.75); coordinate with team re: venue and proper plaintiffs (.25) | 5.00 | confer | |
| 5/20/2011 | Dewar, Elizabeth N. | Began drafting "likelihood of success on the merits" section of PI motion (5.0); conferred with B.Manheim and A.Ripa regarding revisions to complaint (.75); conferred further with A.Ripa regarding same and regarding P.I. papers (.25). | 6.00 | confer | |
| 5/23/2011 | Dewar, Elizabeth N. | Concluded revising complaint based on suggestions from B. Manheim and A. Ripa (3.5) as well as research on gun-incident information and facts regarding preventative care (4.25). | 7.75 | | |
| 5/23/2011 | Manheim, Bruce S Jr | Review of draft PI motion, complaint, declarations | 1.00 | | |
| 5/23/2011 | Ripa, Augustine | Analyze case law re: preliminary injunction motion and analyze facts gathered to be included in complaint; coordinate revisions of the same. | 4.75 | confer | |
| 5/24/2011 | Jonathon Lowy | Review, edit draft complaint and declarations; emails with co-counsel, staff re work on case and research analysis | 2.25 | confer | |
| 5/24/2011 | Daniel Vice | Review, edit draft complaint and declarations | 2.00 | | |
| 5/24/2011 | Dewar, Elizabeth N. | Prepared clean version of draft complaint for circulation to co-counsel and e-mail correspondence with team and co-counsel regarding revisions to same. | 4.50 | | |
| 5/24/2011 | Ripa, Augustine | Analyze facts gathered to be included in complaint; coordinate revisions of the same. | 4.00 | confer | |

**EXHIBIT 10**
**Wollschlaeger v. Farmer**
**TIME SPEND ON COMPLAINT**

| Date | Timekeeper | Legal Services Rendered | Hours | Notes | |
|---|---|---|---|---|---|
| 5/25/2011 | Jonathon Lowy | Tel. Call with co-counsel re complaint research, litigation; review and edits complaint. | 0.50 | confer | |
| 5/25/2011 | Hallward-Driemeier, Douglas | Call with co-counsel at Brady regarding complaint. | 0.50 | confer | |
| 5/25/2011 | Hallward-Driemeier, Douglas | Revise draft complaint and draft declarations. | 1.25 | | |
| 5/26/2011 | Jonathon Lowy | Research complaint preparations concerning logistics for filing complaint (1.0),tel. Call with co-counsel and staff about complaint, filing (1.0) | 2.00 | confer | |
| 5/26/2011 | Antzoulatos, Sophia | Discuss filing with B. Manheim (.25); Review SD Fla rules and determine filing requirements for Complaint. (1.0) | 1.25 | confer | |
| 5/26/2011 | Hallward-Driemeier, Douglas | Confer with Mr. Manheim and Ms. Dewar regarding necessary steps to prepare for filing of complaint and preliminary injunction motion. | 0.75 | confer | |
| 5/26/2011 | Hallward-Driemeier, Douglas | Review further revised version of draft complaint. | 0.50 | | |
| 5/27/2011 | Antzoulatos, Sophia | Conduct research into SD Fla local court rules on pro hac motions, Motions for PI and filing complaints. | 1.00 | | |
| 5/27/2011 | Hallward-Driemeier, Douglas | Review revisions to draft complaint | 1.00 | | |
| 5/29/2011 | Dewar, Elizabeth N. | Reviewed S.Lemmon memorandum on vagueness and overbreadth (.25); researched further and drafted vagueness section of preliminary injunction motion (3.0); revised complaint to reflect research on vagueness claim (0.5). | 3.75 | confer | |
| 5/31/2011 | Jonathon Lowy | Discussions with clients concerning complaint filing, final preparations for complaint filing (0.75); communications with co-counsel re edits/additions to complaint, filing (0.5). | 1.25 | confer | |
| 5/31/2011 | Daniel Vice | Discussions with clients concerning complaint filing, final edits and preparations for complaint filing | 1.25 | | |

5

**EXHIBIT 10**
**Wollschlaeger v. Farmer**
**TIME SPEND ON COMPLAINT**

| Date | Timekeeper | Legal Services Rendered | Hours | Notes | |
|------|-----------|------------------------|-------|-------|---|
| 6/2/2011 | Hallward-Driemeier, Douglas | Team meeting to discuss declarations and complaint. | 1.25 | | |
| 6/2/2011 | Dewar, Elizabeth N. | Conference call with D.Hallward-Driemeier, B.Manheim, R.Dugas, A.Ripa, and J.Lewis regarding case status, preliminary injunction motion, the complaint, and organizations' declarations. | 1.00 | confer | |
| 6/3/2011 | Dewar, Elizabeth N. | Conferred with B.Manheim and later A. Ripa regarding additional revisions to complaint (0.5); numerous e-mails to/from entire R&G team regarding preparations for conference call with clients and additional unresolved factual matters (1.0) followed by conference call with clients (0.5) | 2.00 | | |
| 6/3/2011 | Goetz, Mariel | Review draft complaint. | 2.00 | | |
| 6/3/2011 | Hallward-Driemeier, Douglas | Review and revise complaint (2.75).  Circulate to clients for comment (.25). | 0.25 | | |
| 6/3/2011 | Hallward-Driemeier, Douglas | Review and revise complaint.  Circulate to clients for comment. | 3.00 | | |
| 6/3/2011 | Hallward-Driemeier, Douglas | Teleconference with clients to discuss complaint and preliminary injunction and declarations in support. | 0.50 | | |
| 6/3/2011 | Ripa, Augustine | Confer with team re: next steps in revisions to complaint; effectuate the same; analyze documents for fact-citations in complaint | 4.00 | confer | |
| 6/4/2011 | Edward Mullins | Edit and revise draft complaint (2.75); send to team (.25) | 3.00 | | |
| 6/4/2011 | Hal Lucas | Review and comment on draft Complaint. | 1.50 | | |
| 6/4/2011 | Dewar, Elizabeth N. | Numerous e-mails to/from/among D.Hallward-Driemeier, B.Manheim, and clients regarding clients' proposed changes to draft complaint (.75); conferred twice with Dr. Louis St. Petery regarding revisions to complaint (.75) and worked with the Ropes team to integrate suggestions (.75) | 2.25 | confer | |

**EXHIBIT 10**
**Wollschlaeger v. Farmer**
**TIME SPEND ON COMPLAINT**

| Date | Timekeeper | Legal Services Rendered | Hours | Notes | |
|------|-----------|------------------------|-------|-------|--|
| 6/5/2011 | Edward Mullins | Work on finalizing complaint (.2); work on issues with respect to plaintiffs and filing strategy (.4) | 0.60 | | |
| 6/5/2011 | Dewar, Elizabeth N. | Revised complaint to reflect comments by E.Mullins, B.Wollschlaeger, and St. Petery | 1.25 | | |
| 6/5/2011 | Hallward-Driemeier, Douglas | Revise draft complaint and physician declarations. | 1.50 | | |
| 6/6/2011 | Jonathon Lowy | Review Complaint re filing, update clients on complaint status (0.25); research re guns in the home incidents to support case (2.0); communications with clients (0.25) | 2.50 | | |
| 6/6/2011 | Edward Mullins | Work on final preparations for filing (.3); edit and revise final draft complaint; correspond with clients on same (.4); correspond with legal team on filing requirements (.3); work on service issues (.1); provide law on privilege (.3); conference with co-counsel regarding judge, procedures (.6); investigate service procedures (.3); conference with counsel regarding same (.4); numerous calls and conferences to general counsel offices of defendants (1.0); update E. Dewar on same (.7); task A. Rodriguez on project on analyzing location of administrative authority (.2); task E. Davila on service projects (.1); correspond with B. Manheim on strategy (.3); correspond with team on amendment strategy (.2); edit and revise certificate of interested persons (.2); send draft of same to team (.1) | 4.50 | confer | |
| 6/6/2011 | Hallward-Driemeier, Douglas | Revise draft complaint and declarations. | 4.00 | | |
| 6/6/2011 | Hallward-Driemeier, Douglas | Review revisions of local counsel to draft complaint. | 0.25 | | |
| 6/6/2011 | Dewar, Elizabeth N. | Worked with D. Hallward-Driemeier, E.Mullins, T.Schechtman, and J.Schaechter, to conclude implementing final revisions to complaint and declarations. | 8.00 | confer | |

**EXHIBIT 10**
**Wollschlaeger v. Farmer**
**TIME SPEND ON COMPLAINT**

| Date | Timekeeper | Legal Services Rendered | Hours | Notes | |
|------|-----------|------------------------|-------|-------|---|
| 6/6/2011 | Goetz, Mariel | Conference call with B. DeWar, R. Dugas, J. Lewis and S. Lemmon regarding complaint, declarations, and preliminary injunction papers. (.25) Review and comment on same. (.75) | 1.00 | confer | |
| 6/6/2011 | Manheim, Bruce S Jr | Email correspondence with team (.25) and review of declarations and complaint (.75). | 1.00 | confer | |
| 6/7/2011 | Goetz, Mariel | Review complaint for facts to support in declarations and review/analyze declarations, creating a chart of factual support. | 9.50 | | |
| 6/8/2011 | Jonathon Lowy | Communications with clients concerning complaint follow-up (0.75); Communications with co-counsel and clients re litigation (0.5) | 1.25 | confer | |
| 6/8/2011 | Hallward-Driemeier, Douglas | Call with counsel to Governor regarding proper defendant. (.5) Consultation with team regarding possible amendment of complaint to add new plaintiffs and defendants and/or drop defendants. (.75) Review of research regarding head of agency suits. (1.75) | 3.00 | confer | |
| 6/10/2011 | Jonathon Lowy | Discussed and reviewed research on physician review board complaint procedure and complaint forms (1.0); Communications with co-counsel and clients re litigation strategy and research (0.25) | 1.25 | | |
| 6/10/2011 | Lemmon, Scott | Participated in conference call with B. Dewar and M. Goetz regarding adding new defendants to amended complaint. | 0.25 | confer | |
| 6/10/2011 | Lewis, Julia | Call with Dr. Fox re: revisions to declaration followed by interview with Dr. Fox (3.0); revise/draft Fox, and Edwards declaration (2.0). Conference calls with team to discuss timeline for filing amended complaint (1.0), followed by update to the physician spreadsheet (1.0). | 6.00 | confer | |
| 6/11/2011 | Lewis, Julia | Draft emails to D. Hallward-Driemeier summarizing Goodman, Edwards, and Fox declarations (1.25). Draft sections of complaint describing the impact of the new law on Drs. Edwards and Fox's practices (1.0). Draft Dr. King declaration. (1.0) | 3.25 | confer | |
| 6/12/2011 | Lemmon, Scott | Drafted paragraphs describing Board of Medicine defendants for amended complaint. | 1.00 | | |

**EXHIBIT 10**
**Wollschlaeger v. Farmer**
**TIME SPEND ON COMPLAINT**

| Date | Timekeeper | Legal Services Rendered | Hours | Notes | |
|------|-----------|------------------------|-------|-------|---|
| 6/13/2011 | Goetz, Mariel | Draft and revise physician declarations (3.5), emails with Dr. Leland and Dr. Stewart (.25).  Team meeting regarding amended complaint and preliminary injunction papers (1.0). Emails with team regarding declarations, amended complaint, and outstanding action items (.25).  Discuss HIPAA issue. (.25) | 5.25 | confer | |
| 6/13/2011 | Lemmon, Scott | Attended meeting with D. Hallward-Driemeier, E. Dewar, J. Lewis, R. Dugas, M. Goetz, and A. Ripa to discuss steps needed to finalize complaint and motion for preliminary injunction. | 1.00 | confer | |
| 6/13/2011 | Lemmon, Scott | Edited complaint including adding paragraphs describing named plaintiffs and defendants, updating caption, and other changes. | 2.75 | | |
| 6/13/2011 | Lemmon, Scott | Worked with Bessie Dewar to finalize caption, make final edits to complaint. | 0.50 | | |
| 6/13/2011 | Lewis, Julia | Left voicemail for Dr. Edwards regarding draft declaration (.25).  Revise Dr. King declaration and email her requesting any comments (3.0).  Draft paragraphs for S. Lemmon to use in shadow complaint regarding Drs. Edwards and Fox. (1.75) | 5.00 | | |
| 6/13/2011 | Lewis, Julia | Meet with team to review items to be completed before filing amended complaint and preliminary injunction. | 2.00 | confer | |
| 6/14/2011 | Edward Mullins | Correspond with D. Hallward-Driemeier on arguments for motion (.3); work on arguments for motion regarding discrimination prong (.2); edit and revised Amended Complaint (.8); correspond with E. Dewar on standing orders (.1); send Amended Complaint draft to team (.1); work on scheduling meeting regarding general counsels (.1) | 1.60 | confer | |
| 6/14/2011 | Dewar, Elizabeth N. | E-mails to/from S.Lemmon and A.Ripa regarding additional research on Defendant Dudek's powers and revisions to complaint incorporating same. | 2.00 | confer | |

**EXHIBIT 10**
**Wollschlaeger v. Farmer**
**TIME SPEND ON COMPLAINT**

| Date | Timekeeper | Legal Services Rendered | Hours | Notes | |
|------|-----------|-------------------------|-------|-------|---|
| 6/14/2011 | Dewar, Elizabeth N. | Prepared clean draft of amended complaint and redline for circulation to local counsel (.75); numerous e-mails to/from E.Mullins, D.Hallward-Driemeier, and B.Manheim regarding complaint, revisions thereto, and strategy, particularly the discrimination provision (5.75). | 6.50 | confer | |
| 6/14/2011 | Goetz, Mariel | Emails with team regarding declarations and amended complaint (.25).  Confer with J. Lewis regarding plaintiff-MDs  HIPAA obligations as related to case.  (.25) | 0.50 | confer | |
| 6/14/2011 | Hallward-Driemeier, Douglas | Review amended complaint. | 2.75 | | |
| 6/14/2011 | Lemmon, Scott | Completed multiple edits to amended complaint, including incorporating comments by other attorneys, editing a defendant's job description, and adding information found in studies given to us by the Brady Center. | 4.00 | | |
| 6/14/2011 | Lemmon, Scott | Conducted research and drafted memo with A. Ripa describing the defendants named in complaint and why they are proper defendants. | 3.00 | confer | |
| 6/14/2011 | Lemmon, Scott | Enter information into complaint regarding plaintiff Judith Schaechter and her ties to hospitals. | 0.25 | | |
| 6/14/2011 | Lemmon, Scott | Worked with E. Dewar to edit caption and descriptions of defendants in complaint. | 0.50 | | |
| 6/15/2011 | Dewar, Elizabeth N. | Concluded revising amended complaint for circulation to co-counsel (5.0) and drafted email to co-counsel explaining certain strategic changes for amended complaint (.5). | 5.50 | confer | |
| 6/15/2011 | Hallward-Driemeier, Douglas | Prepare for an participate in call with counsel for defendants about possible amended complaint adding and deleting parties. (.5)  Follow up with associates regarding addition of Board of Medicine.  (.5) | 1.00 | confer | |
| 6/15/2011 | Lemmon, Scott | Reviewed studies sent by Brady center for potential use in complaint. | 0.25 | | |
| 6/15/2011 | Lewis, Julia | Review draft of amended complaint and  discuss with team whether to remove references to studies with questionable methodology from the complaint. | 1.00 | | |

**EXHIBIT 10**
**Wollschlaeger v. Farmer**
**TIME SPEND ON COMPLAINT**

| Date | Timekeeper | Legal Services Rendered | Hours | Notes | |
|---|---|---|---|---|---|
| 6/17/2011 | Edward Mullins | Review equal protection argument with respect to first amendment (.3); attend meeting with clients on case (0.6); correspond with team on filing under seal (.2); correspond with team on briefing (.2); correspond with team on caption (.1); review amended complaint (.2); send orders to C. Smith (.2); review proposed order (.2); comment to B. Dewar regarding same (.1); correspond with T. Julin as amicus (.1); correspond with B.Manheim on same (.1) | 2.50 | confer | |
| 6/17/2011 | Hallward-Driemeier, Douglas | Call with all plaintiffs to discuss developments in case and upcoming amended complaint and preliminary injunction motion. | 1.25 | | |
| 6/20/2011 | Dewar, Elizabeth N. | E-mails to/from E.Mullins regarding logistics for filing complaint and PI (.5); revised PI page by page to reduce length by 6 pages toward 20-page limit (8.0); conferred with A.Ripa regarding same (.25). | 8.75 | confer | |
| 6/20/2011 | Manheim, Bruce S Jr | Review and revise memo and amended complaint (.5); additional legal research (.5). | 1.00 | | |
| 6/21/2011 | Goetz, Mariel | Review and finalize physician declarations (2.0). Emails with team regarding PI motion (.25).  Edits to PI motion and First Amended Complaint (2.5). | 4.75 | confer | |
| 6/21/2011 | Hallward-Driemeier, Douglas | Review revisions to amended complaint. | 0.75 | | |
| 6/22/2011 | Jonathon Lowy | Review, edit pleadings – draft amended complaint and PI motion | 2.25 | | |
| 6/22/2011 | Daniel Vice | Review, edit pleadings – draft amended complaint and PI motion | 1.75 | | |
| 6/22/2011 | Edward Mullins | Review amended complaint (1.0); extensive conversation with B. Dewar on same (.5); correspond with team on same (.2); edit and revise preliminary injunction motion (1.5); conference with R. Dewar on legislative analysis (.4); correspond with same on same (.1); correspond with E. Dewar regarding edits (.1) | 3.80 | confer | |

**EXHIBIT 10**
**Wollschlaeger v. Farmer**
**TIME SPEND ON COMPLAINT**

| Date | Timekeeper | Legal Services Rendered | Hours | Notes | |
|------|-----------|------------------------|-------|-------|--|
| 6/22/2011 | Lewis, Julia | Email doctors reminding them of confidential nature of non-public information imparted to them (.5).  Review D. Vice's comments on amended complaint (.5). Research case history of Jacksonville case to determine appropriateness of citation for B. Dewar. (.5) | 1.50 | | |
| 6/23/2011 | Dewar, Elizabeth N. | E-mail to D.Vice regarding Brady Center edits (.25); performed final reviews of and implemented final technical and substantive revisions to PI motion and amended complaint before filing (6.0); numerous e-mails to/from local counsel and S.Antzoulatos regarding exhibits and logistics for filing (.25); numerous e-mails to/from B.Manheim and D.Hallward-Driemeier regarding IMS v. Sorrell decision and related potential revisions to PI motion (1.5) | 8.00 | confer | |
| 6/23/2011 | Manheim, Bruce S Jr | Review draft pleadings (.75), email correspondence (.25), teleconferences re finalization of amended complaint (1.0). | 2.00 | confer | |
| 6/24/2011 | Dewar, Elizabeth N. | E-mails to/from D.Hallward-Driemeier regarding final revision to amended complaint (.25); implemented revision and sent to local counsel (.25) | 0.50 | confer | |
| 6/24/2011 | Dewar, Elizabeth N. | Conferred with D.Hallward-Driemeier and H.Lucas regarding proposed order, summonses, and logistics for and manner of filing complaint, motion, and declarations (1.0); e-mails to/from A.Ripa and J.Broxmeyer regarding proposed order (.25); revised draft proposed order (.5); implemented D.Hallward-Driemeier and B.Manheim edits to proposed order (.25) | 2.00 | confer | |
| 6/24/2011 | Lewis, Julia | Review proposed order and final versions of complaint. | 0.25 | | |
| 6/27/2011 | Hal Lucas | Telephonic conference with E. Mullins, co-counsel, and J. Vail (0.4); follow-up communications with E. Mullins re: deadline for Defendants to respond to Complaint (0.2). | 0.60 | | |
| 7/12/2011 | Edward Mullins | Correspond with E. Dewar on responses due to the Amended Complaint (.1); | 0.60 | confer | |
| | | | | | |