# EXHIBIT 11
## Wollschlaeger v. Farmer
### PRELIMINARY INJUNCTION

| Date | Timekeeper | Legal Services Rendered | Hours | Notes | | |
|---|---|---|---|---|---|---|
| 5/5/2011 | Jonathon Lowy | Tel. Call with B. Manheim re litigation strategy and next steps (0.5); outline work to be done to proceed with complaint and preliminary injunction (.75); draft and send email to clients re case research (.25) | 1.50 | confer | | |
| 5/11/2011 | Hallward-Driemeier, Douglas | Call with Bruce Manheim and Brady Center attorneys regarding draft complaint and papers in support for preliminary injunction followed by meeting with Ms. Dewar, Mr. Dugas, Ms. Goetz, and Mr. Ripa regarding preparation of complaint and papers in support of injunction | 1.50 | confer | | |
| 5/17/2011 | Ripa, Augustine | Revise and edit the complaint (1.0), research law re: preliminary injunction and begin drafting the same (3.0), and participate in conference with case team re: next steps (1.0) | 5.00 | confer | | |
| 5/17/2011 | Lewis, Julia | Spoke with M. Goetz, A. Ripa, and R. Dugas to strategize about division of labor and to determine the research agenda for the preliminary injunction, including finding an overview of grounds for preliminary injunction, meet with R. Dugas to review research needed on necessary harms required under preliminary injunction standard. | 1.00 | confer | | |
| 5/17/2011 | Jonathon Lowy | Work on declarations from clients for PI motion | 0.75 | | | |
| 5/17/2011 | Daniel Vice | Work on declarations from plaintiffs for PI motion | 1.25 | | | |
| 5/17/2011 | Dewar, Elizabeth N. | Conference call and various e-mails with R&G team regarding plan for drafting PI papers, declarations and information necessary for PI. | 1.00 | | | |
| 5/18/2011 | Dewar, Elizabeth N. | Conferred with A. Ripa, M. Goetz, J. Lewis, and R. Dugas about additional research required for PI motion, including on issues of harm and organizational standing | 1.50 | confer | | |
| 5/18/2011 | Dewar, Elizabeth N. | Researched and read First Amendment case law for PI motion | 1.00 | | | |
| 5/19/2011 | Ripa, Augustine | Continue to research law re: preliminary injunction and began drafting the same | 2.75 | | | |

**EXHIBIT 11**
**Wollschlaeger v. Farmer**
**PRELIMINARY INJUNCTION**

| Date | Timekeeper | Legal Services Rendered | Hours | Notes | |
|---|---|---|---|---|---|
| 5/19/2011 | Dewar, Elizabeth N. | Continued researching and reading First Amendment case law for PI motion (2.0); researched 1983 incorporation issue (1.5); responded to comments in, and implemented revisions to, D.Hallward-Driemeier draft (1.5). | 5.00 | | |
| 5/20/2011 | Jonathon Lowy | Communications with co-counsel concerning PI motion preparation; reviewed and revised PI motion. | 0.50 | confer | |
| 5/20/2011 | Daniel Vice | Communications with co-counsel concerning PI motion preparation, legal research for PI motion | 0.50 | confer | |
| 5/20/2011 | Dewar, Elizabeth N. | Began drafting "likelihood of success on the merits" section of PI motion (5.0); conferred with B.Manheim and A.Ripa regarding revisions to complaint (.75); conferred further with A.Ripa regarding same and regarding P.I. papers (.25). | 6.00 | confer | |
| 5/23/2011 | Ripa, Augustine | Analyze case law re: preliminary injunction motion and analyze facts gathered to be included in complaint; coordinate revisions of the same. | 4.75 | confer | |
| 5/23/2011 | Manheim, Bruce S Jr | Review of draft PI motion, complaint, declarations | 1.00 | | |
| 5/26/2011 | Hallward-Driemeier, Douglas | Confer with Mr. Manheim and Ms. Dewar regarding necessary steps to prepare for filing of complaint and preliminary injunction motion. | 0.75 | confer | |
| 5/26/2011 | Hallward-Driemeier, Douglas | Review draft physician declaration (.5) and confer with Ms. Dewar re preliminary injunction motion (.25). | 0.75 | confer | |
| 5/26/2011 | Dewar, Elizabeth N. | E-mails to/from S.Lemmon regarding further research on preliminary injunction standard in Eleventh Circuit. | 0.50 | confer | |
| 5/26/2011 | Lemmon, Scott | Conducted research into and drafted portion describing legal standard for the four prongs required in a motion for preliminary injunction. | 5.25 | | |
| 5/26/2011 | Ripa, Augustine | Continue to analyze case law re: preliminary injunction motion and begin drafting the same | 2.50 | | |
| 5/26/2011 | Lewis, Julia | Research whether injury to ability to pursue one's profession is sufficient for standing, what constitutes an imminent injury for standing purposes, and whether the Florida Medical Board issues advisory opinions. | 4.00 | | |

**Wollschlaeger v. Farmer**
**PRELIMINARY INJUNCTION**

| Date | Timekeeper | Legal Services Rendered | Hours | Notes | |
|---|---|---|---|---|---|
| 5/27/2011 | Dewar, Elizabeth N. | Research (3.5) and e-mails to/from D.Hallward-Driemeier, B.Manheim, S. Lemmon, and A.Ripa regarding standing issues and also preliminary injunction standards (1.25). | 4.75 | confer | |
| 5/27/2011 | Lemmon, Scott | Researched case law and drafted introductory paragraphs for Motion for Preliminary Injunction describing standards for elements of Preliminary Injunction test. | 2.75 | | |
| 5/27/2011 | Ripa, Augustine | Continue to analyze case law re: preliminary injunction motion and begin drafting the same | 4.25 | | |
| 5/27/2011 | Antzoulatos, Sophia | Conduct research into SD Fla local court rules on pro hac motions, Motions for PI and filing complaints. | 1.00 | | |
| 5/28/2011 | Dewar, Elizabeth N. | Researched related Florida gun laws for preliminary injunction motion (.5); researched Eleventh Circuit and Supreme Court cases on privacy interests (1.5); finished researching and drafting strict scrutiny section of motion for preliminary injunction (1.5). | 3.50 | | |
| 5/28/2011 | Ripa, Augustine | Draft preliminary injunction motion, and then revise and edit the same | 4.00 | | |
| 5/29/2011 | Dewar, Elizabeth N. | Reviewed S.Lemmon memorandum on vagueness and overbreadth (.25); researched further and drafted vagueness section of preliminary injunction motion (3.0); revised complaint to reflect research on vagueness claim (0.5). | 3.75 | confer | |
| 5/29/2011 | Ripa, Augustine | Draft preliminary injunction motion, revise and edit the same | 7.50 | | |
| 5/30/2011 | Dewar, Elizabeth N. | Revised and integrated background, injury, balance-of-harms, and public interest sections of preliminary injunction motion drafted by A.Ripa (5.0); researched and integrated cases on the right to receive information, the overbreath doctrine, and the likelihood of success (3.0) | 8.00 | | |
| 5/31/2011 | Hallward-Driemeier, Douglas | Discussion with Bruce Manheim regarding filing logistics and timing of preliminary injunction motion. | 0.25 | confer | |

**EXHIBIT 11**
**Wollschlaeger v. Farmer**
**PRELIMINARY INJUNCTION**

| Date | Timekeeper | Legal Services Rendered | Hours | Notes | |
|---|---|---|---|---|---|
| 5/31/2011 | Dewar, Elizabeth N. | Conferred with A.Ripa regarding impact of Rust v. Sullivan, overbreadth issue, and motion for preliminary injunction (.5); researched cases on Rust v. Sullivan issue (1.0); began drafting memorandum to D.Hallward-Driemeier and B.Manheim regarding same (0.75). | 2.25 | confer | |
| 6/1/2011 | Ripa, Augustine | Confer with team re: next steps in case; analyze materials necessary for revisions of PI motion; coordinate the same | 4.50 | confer | |
| 6/2/2011 | Dewar, Elizabeth N. | Conference call with D.Hallward-Driemeier, B.Manheim, R.Dugas, A.Ripa, and J.Lewis regarding case status, preliminary injunction motion, the complaint, and organizations' declarations. | 1.00 | confer | |
| 6/3/2011 | Hallward-Driemeier, Douglas | Teleconference with clients to discuss complaint and preliminary injunction and declarations in support. | 0.50 | | |
| 6/6/2011 | Goetz, Mariel | Conference call with B. DeWar, R. Dugas, J. Lewis and S. Lemmon regarding complaint, declarations, and preliminary injunction papers. (.25) Review and comment on same. (.75) | 1.00 | confer | |
| 6/6/2011 | Lemmon, Scott | Read cases for memorandum in support of motion for preliminary injunction. | 2.00 | | |
| 6/7/2011 | Goetz, Mariel | Emails with R. Dugas, J. Lewis and B. DeWar regarding doctor declarations, organizational declarations, preliminary injunction papers, and ongoing issues. | 1.00 | confer | |
| 6/7/2011 | Lemmon, Scott | Conducted research and edited memorandum in support of motion for preliminary injunction. | 5.75 | | |
| 6/7/2011 | Ripa, Augustine | Coordinate with team on plaintiffs, declarations (.25); legal research re: preliminary injunction (2.75) | 3.00 | confer | |
| 6/7/2011 | Lewis, Julia | Call with Dr. Paredes regarding his practice of asking about firearms and his opinion on HB 155. | 1.00 | | |
| 6/8/2011 | Lemmon, Scott | Edited memorandum in support of motion for preliminary injunction. | 7.75 | | |
| 6/8/2011 | Ripa, Augustine | Legal research re: preliminary injunction | 2.00 | | |

**PRELIMINARY INJUNCTION**

| Date | Timekeeper | Legal Services Rendered | Hours | Notes |
|---|---|---|---|---|
| 6/8/2011 | Lewis, Julia | Send text of firearm bill to physicians and request copies of their CVs from potential interviewees (1.0). Correspondence with Dr. King, Dr. Fox, and Dr. Northrup regarding interviews (1.5); interview Dr. Goodman regarding the impact of HB 155 on his practice (2.0). | 4.50 | |
| 6/9/2011 | Dewar, Elizabeth N. | E-mails to/from R.Straus-Furlong regarding MDs' response to law and evidence for PI motion (.5); revised second draft of motion for preliminary injunction to improve it and reflect factual developments (2.75) | 3.25 | |
| 6/9/2011 | Hallward-Driemeier, Douglas | Correspondence with clients regarding declarations in support of preliminary injunction. | 0.50 | |
| 6/9/2011 | Dewar, Elizabeth N. | E-mails to/from R.Straus-Furlong regarding MDs' response to law and evidence for PI motion (.5); revised second draft of motion for preliminary injunction to improve it and reflect factual developments (2.75) | 3.25 | |
| 6/11/2011 | Goetz, Mariel | Work on physician declarations (3.0). Emails with team regarding declarations and PI. (.5) | 3.50 | confer |
| 6/13/2011 | Edward Mullins | Review and make suggestions to team regarding affidavit of R. Gutierrez (.5); review preliminary injunction memorandum and provide comments (2.0); correspond with K. Crumley on procedures (.3); correspond with D. Hallward-Driemeier regarding amendment, preliminary injunction memorandum (.2); send thoughts on preliminary injunction to team (.1); correspond with D. Hallward-Driemeier on plaintiff issue (.1); correspond with T. Julin on amicus issue (.1); review summary memo of status (.1) | 3.40 | confer |
| 6/13/2011 | Goetz, Mariel | Draft and revise physician declarations (3.5), emails with Dr. Leland and Dr. Stewart (.25). Team meeting regarding amended complaint and preliminary injunction papers (1.0). Emails with team regarding declarations, amended complaint, and outstanding action items (.25). Discuss HIPAA issue. (.25) | 5.25 | confer |

**EXHIBIT 11**
**Wollschlaeger v. Farmer**
**PRELIMINARY INJUNCTION**

| Date | Timekeeper | Legal Services Rendered | Hours | Notes | | |
|---|---|---|---|---|---|---|
| 6/13/2011 | Hallward-Driemeier, Douglas | Review and provide comments on draft memorandum in support of preliminary injunction. | 1.75 | | | |
| 6/13/2011 | Lemmon, Scott | Attended meeting with D. Hallward-Driemeier, E. Dewar, J. Lewis, R. Dugas, M. Goetz, and A. Ripa to discuss steps needed to finalize complaint and motion for preliminary injunction. | 1.00 | confer | | |
| 6/13/2011 | Lewis, Julia | Meet with team to review items to be completed before filing amended complaint and preliminary injunction. | 2.00 | confer | | |
| 6/13/2011 | Lemmon, Scott | Conducted research into whether plaintiffs have standing to sue all defendants, including contacting Dr. Judy Schaechter to determine whether she works in a hospital. | 1.75 | | | |
| 6/14/2011 | Hallward-Driemeier, Douglas | Revise preliminary injunction memorandum. | 1.00 | | | |
| 6/14/2011 | Lewis, Julia | Research whether filling an application for preliminary injunction, motion for preliminary injunction, or temporary restraining order is the appropriate manner of seeking relief. | 1.00 | | | |
| 6/14/2011 | Lemmon, Scott | Enter information into complaint regarding plaintiff Judith Schaechter and her ties to hospitals. | 0.25 | | | |
| 6/15/2011 | Lemmon, Scott | Inserted comments by D. Hallward-Driemeier, B. Manheim, and E. Mullins into memorandum supporting application for preliminary injunction. | 2.75 | | | |
| 6/15/2011 | Manheim, Bruce S Jr | Review and revise PI memo for case. | 1.00 | | | |
| 6/16/2011 | Ripa, Augustine | Revise and edit motion for preliminary injunction (1.75); analyze case law re: the same (1.75) | 2.50 | | | |
| 6/16/2011 | Dewar, Elizabeth N. | Revised entire PI motion per specific comments and requests for global revisions from E.Mullins, D.Hallward-Driemeier, and B.Manheim (7.0); additional research regarding "privacy"-related First Amendment cases, "professionl speech," public verus private speech distinction, and organizational standing for PI motion (5.0) | 12.00 | | | |

**EXHIBIT 11**
**Wollschlaeger v. Farmer**
**PRELIMINARY INJUNCTION**

| Date | Timekeeper | Legal Services Rendered | Hours | Notes | | |
|---|---|---|---|---|---|---|
| 6/16/2011 | Lewis, Julia | Make final revisions to declarations for Goodman, Fox, King, and Edwards, including updating caption and implementing D. Hallward-Driemeier's changes (1.5).  Email and follow-up calls with doctors on signing copies of their declarations (1.0) | 2.50 | | | |
| 6/17/2011 | Hallward-Driemeier, Douglas | Call with all plaintiffs to discuss developments in case and upcoming amended complaint and preliminary injunction motion. | 1.25 | | | |
| 6/17/2011 | Dewar, Elizabeth N. | Conference call with clients regarding PI motion and next steps; | 1.00 | confer | | |
| 6/17/2011 | Dewar, Elizabeth N. | Revised proposed order (.75); implemented numerous revisions to PI motion to incorporate additional substance regarding FAAP, AMA policies, and others (7.0); conferred with team regarding same (1.0); conferred with J.Schaechter regarding additional issue for declaration (1.0). | 9.75 | | | |
| 6/17/2011 | Manheim, Bruce S Jr | Redraft sections of PI memo. | 3.00 | | | |
| 6/18/2011 | Hallward-Driemeier, Douglas | Revise memorandum in support of preliminary injunction. | 7.25 | | | |
| 6/19/2011 | Hallward-Driemeier, Douglas | Revise memorandum in support of preliminary injunction. | 0.50 | | | |
| 6/19/2011 | Dewar, Elizabeth N. | Implemented revisions to PI motion regarding FACP public health stance (1.0); conferred with R.Dugas regarding additional revisions to implement in PI motion (.75); reviewed and further revised (.25) | 2.00 | confer | | |
| 6/20/2011 | Hallward-Driemeier, Douglas | Revise preliminary injunction motion. | 4.00 | | | |
| 6/20/2011 | Ripa, Augustine | Revise and edit motion for preliminary injunction; analyze case law re: the same. | 3.25 | | | |

**EXHIBIT 11**
**Wollschlaeger v. Farmer**
**PRELIMINARY INJUNCTION**

| Date | Timekeeper | Legal Services Rendered | Hours | Notes | | |
|---|---|---|---|---|---|---|
| 6/20/2011 | Dewar, Elizabeth N. | E-mails to/from E.Mullins regarding logistics for filing complaint and PI (.5); revised PI page by page to reduce length by 6 pages toward 20-page limit (8.0); conferred with A.Ripa regarding same (.25). | 8.75 | confer | | |
| 6/20/2011 | Goetz, Mariel | Attention to physician declarations. (3.0) Emails with team regarding PI motion (1.0). Confer with R. Dugas regarding declarations. (.5) Review and comment on PI motion. (1.0) | 5.50 | confer | | |
| 6/20/2011 | Lemmon, Scott | Reviewed recent Supreme Court opinions that address First Amendment issues to determine relevance to our case. | 2.00 | | | |
| 6/21/2011 | Antzoulatos, Sophia | Cite Check, Bluebook, proof and edit Preliminary Injunction brief. | 4.25 | | | |
| 6/21/2011 | Lemmon, Scott | Worked with E. Dewar and other associates on reviewing, editing brief and motion for preliminary injunction. | 0.50 | | | |
| 6/21/2011 | Ripa, Augustine | Review and edit preliminary injunction brief (3.0); confer with B.Dewar and D.Hallward-Driemeir re: the same (.5) | 3.50 | | | |
| 6/21/2011 | Dewar, Elizabeth N. | PI motion work: continued revising PI to reduce length to 20-page limit (3.0); conferred with A.Ripa regarding additional revisions to PI motion regarding the legislative history and to reduce it in length (1.0); e-mail to D.Hallward-Driemeier and B.Manheim regarding legislative history issue (.5); conferred with S.Antzoulatos regarding cite-check of PI memorandum (.5) | 5.00 | confer | | |
| 6/21/2011 | Goetz, Mariel | Review and finalize physician declarations (2.0). Emails with team regarding PI motion (.25). Edits to PI motion and First Amended Complaint (2.5). | 4.75 | confer | | |
| 6/21/2011 | Hallward-Driemeier, Douglas | Revise draft memorandum in support of PI. | 5.25 | | | |

**EXHIBIT 11**
**Wollschlaeger v. Farmer**
**PRELIMINARY INJUNCTION**

| Date | Timekeeper | Legal Services Rendered | Hours | Notes | |
|---|---|---|---|---|---|
| 6/22/2011 | Edward Mullins | Review amended complaint (1.0); extensive conversation with B. Dewar on same (.5); correspond with team on same (.2); edit and revise preliminary injunction motion (1.5); conference with R. Dewar on legislative analysis (.4); correspond with same on same (.1); correspond with E. Dewar regarding edits (.1) | 3.80 | confer | |
| 6/22/2011 | Antzoulatos, Sophia | Cite Check, Bluebook, proof and edit Preliminary Injunction brief and declarations. | 4.25 | | |
| 6/22/2011 | Lemmon, Scott | Review motion for preliminary injunction prior to filing. | 2.00 | | |
| 6/22/2011 | Jonathon Lowy | Review, edit pleadings – draft amended complaint and PI motion | 2.25 | | |
| 6/22/2011 | Daniel Vice | Review, edit pleadings – draft amended complaint and PI motion | 1.75 | | |
| 6/23/2011 | Hallward-Driemeier, Douglas | Final review memorandum in support of preliminary injunction. | 1.25 | | |
| 6/23/2011 | Dewar, Elizabeth N. | E-mail to D.Vice regarding Brady Center edits (.25); performed final reviews of and implemented final technical and substantive revisions to PI motion and amended complaint before filing (6.0); numerous e-mails to/from local counsel and S.Antzoulatos regarding exhibits and logistics for filing (.25); numerous e-mails to/from B.Manheim and D.Hallward-Driemeier regarding IMS v. Sorrell decision and related potential revisions to PI motion (1.5) | 8.00 | confer | |
| 6/24/2011 | Hal Lucas | Finalize and oversee e-filing and service of motion for preliminary injunction and multiple Declarations in support thereof, including coordination with co-counsel and telephonic conference with Judge's Chambers (3.0); review draft summonses for added defendants (1.5). | 3.50 | | |
| 6/24/2011 | Ripa, Augustine | Draft and revise request for hearing; confer with team re: preliminary injunction edits and filing. | 1.50 | confer | |
| 6/24/2011 | Hallward-Driemeier, Douglas | Correspondence with counsel for defendants regarding PI motion and scheduling logistics. | 1.25 | | |

**EXHIBIT 11**
**Wollschlaeger v. Farmer**
**PRELIMINARY INJUNCTION**

| Date | Timekeeper | Legal Services Rendered | Hours | Notes | | |
|---|---|---|---|---|---|---|
| 6/24/2011 | Hallward-Driemeier, Douglas | Final review for filing of PI motion filings. | 0.75 | | | |
| 6/24/2011 | Hallward-Driemeier, Douglas | Review motion for oral argument and proposed order re PI motion. | 0.75 | | | |
| 6/24/2011 | Manheim, Bruce S Jr | Email correspondence with clients regarding PI filings. | 0.50 | | | |
| 6/24/2011 | Manheim, Bruce S Jr | Revise proposed order and pleading requesting a PI hearing (1.75); email correspondence with clients and counsel (.25); additional meetings regarding same (.75). Final review of pleadings before filing. (.25) | 3.00 | | | |
| 6/27/2011 | Edward Mullins | Review final motion for preliminary injunction (.2); prepare for meeting with J. Vail (.1); correspond with B. Manheim regarding preliminary injunction procedures (.1); attend meeting with Governor's office (.6); review recent Supreme Court case (.1); conference with J. Vail on service, task E. Davlia (.1); work on strategy on motion to intervene (.4); conference with T. Julin on strategy (.2); review motion to intervene (.2); conference with E. Dewar on strategy (.2); review orders on briefing, scheduling (.2); conference with D. Hallward-Driemeier on strategy (.2); conference with T. Julin on amicus (.2); conference with T. Julin, D. Hallward-Driemeier on same (.2) | 2.80 | confer | | |
| 6/27/2011 | Lewis, Julia | Email B. Dewar regarding reaching out to potential physician declarants for use in reply to defendant's opposition to motion for preliminary injunction. | 0.50 | | | |
| 6/28/2011 | Hallward-Driemeier, Douglas | Discussions with Mr. Manheim and Ms. Dewar research in anticipation of reply brief in support of PI. | 0.75 | confer | | |
| 6/29/2011 | Dewar, Elizabeth N. | Conferred with J.Broxmeyer regarding preliminary results of research on professional speech issue. | 0.50 | confer | | |

**PRELIMINARY INJUNCTION**

| Date | Timekeeper | Legal Services Rendered | Hours | Notes | |
|---|---|---|---|---|---|
| 6/29/2011 | Dewar, Elizabeth N. | E-mails to/from B.Manheim, D.Hallward-Driemeier, and J.Becker regarding floor debates and committee meeting hearings (.25); conferred with J.Broxmeyer regarding preliminary results of research on professional speech issue (.25). | 0.50 | confer | |
| 6/29/2011 | Lemmon, Scott | Conducted research on the captive audience doctrine in First Amendment law to craft potential responses to NRA's Opposition to Motion for Preliminary Injunction. | 3.00 | | |
| 6/29/2011 | Manheim, Bruce S Jr | Follow up on various matters in case, including research in anticipation of PI opposition. (.75) Follow up on intervention issues (.75); review case law on "piggyback standing." (1.0) | 2.50 | | |
| 7/1/2011 | Lewis, Julia | Conference call with B. Manheim and team regarding research in preparation for response to defendants' opposition to motion for preliminary injunction. | 1.00 | confer | |
| 7/5/2011 | Edward Mullins | Review motion to file amicus (.2); correspond with team on same (.1); correspond with team on State's violation of the court order (.1); review response to preliminary injunction motion (.3); review response by State to preliminary injunction motion (1.0); prepare memorandum to team on same (.5); edit and revise response to motion for leave to file amicus (.5); conference with E. Dewar on legislative history (.1); finalize filing (.2); review reply to response on intervention (.2) | 3.20 | confer | |
| 7/5/2011 | Hal Lucas | Review NRA's motion for leave to participate as amicus curiae (.1); review Florida Attorney General's response to motion for preliminary injunction (.1); review draft papers re: response to NRA's motion for leave (.2). | 0.40 | | |
| 7/5/2011 | Goetz, Mariel | Review and analyze preliminary injunction papers and draft counterarguments to state and NRA opposition briefs and emails with team regarding state's opposition arguments. | 6.00 | confer | |
| 7/5/2011 | Lemmon, Scott | Reviewed defendants' opposition to motion for preliminary injunction. | 0.75 | | |

Wollschlaeger v. Farmer
**PRELIMINARY INJUNCTION**

| Date | Timekeeper | Legal Services Rendered | Hours | Notes | | |
|---|---|---|---|---|---|---|
| 7/5/2011 | Lemmon, Scott | Reviewed National Rifle Association's opposition to motion for preliminary injunction. | 2.25 | | | |
| 7/5/2011 | Lewis, Julia | Meet with team to discuss defendant's opposition to our motion for a preliminary injunction and our strategy for drafting a reply brief. | 1.00 | confer | | |
| 7/5/2011 | Jonathon Lowy | Research and review state opposition to PI motion; outline responses | 1.50 | | | |
| 7/5/2011 | Daniel Vice | Research and review state opposition to PI motion | 1.75 | | | |
| 7/5/2011 | Dewar, Elizabeth N. | Read and analyzed State's and NRA's oppositions to PI (.5), and conferred with B.Manheim, D.Hallward-Driemeier, J. Borxmeyer and R&G team regarding strategy for PI reply brief. (.5) | 1.00 | confer | | |
| 7/5/2011 | Hallward-Driemeier, Douglas | Review Florida and NRA briefs in response to motion for PI. | 0.75 | | | |
| 7/5/2011 | Manheim, Bruce S Jr | Conference call with local counsel regarding PI motion (.5); email correspondence regarding same .25); follow up with team regarding same. (.25) | 1.00 | confer | | |
| 7/6/2011 | Hallward-Driemeier, Douglas | Correspondence with co-counsel and counsel for the State regarding live testimony at preliminary injunction hearing. | 0.25 | | | |
| 7/6/2011 | Lemmon, Scott | Reviewed National Rifle Association's opposition to motion for preliminary injunction. | 0.25 | | | |
| 7/6/2011 | Hallward-Driemeier, Douglas | Review briefs of State and NRA in opposition to PI motion. Prepare comments for reply. | 1.25 | | | |
| 7/6/2011 | Ripa, Augustine | Review team correspondence and emails on current issues in PI reply. | 0.50 | confer | | |
| 7/7/2011 | Goetz, Mariel | Emails with team regarding cases for PI and emails from doctors regarding PI hearing and recent experiences. | 0.25 | confer | | |
| 7/7/2011 | Hallward-Driemeier, Douglas | Revise reply to PI motion. | 6.50 | | | |
| 7/7/2011 | Ripa, Augustine | Review team correspondence and emails on current issues in PI reply. | 0.50 | confer | | |

EXHIBIT 11
Wollschlaeger v. Farmer
**PRELIMINARY INJUNCTION**

| Date | Timekeeper | Legal Services Rendered | Hours | Notes | | |
|---|---|---|---|---|---|---|
| 7/8/2011 | Dewar, Elizabeth N. | Revised PI motion and Manheim declaration per numerous edits from B.Manheim, E.Mullins, D.Vice, and D.Hallward-Driemeier. | 9.75 | | | |
| 7/8/2011 | Goetz, Mariel | Review PI motion and emails with team regarding same. | 0.75 | confer | | |
| 7/8/2011 | Hallward-Driemeier, Douglas | Call with Mr. Manheim, Ms. Dewar, and Mr. Dugas to discuss revised reply to PI motion. | 0.50 | confer | | |
| 7/8/2011 | Hallward-Driemeier, Douglas | Revise reply to PI motion. | 3.75 | | | |
| 7/11/2011 | Hal Lucas | Review Court Orders entered on 7/11/2011 (0.1); attend moot court session (in preparation for preliminary injunction hearing) via telephone (1.5). | 1.60 | hearing | | |
| 7/11/2011 | Goetz, Mariel | Moot court session with D. Hallward-Driemeier and team to prepare for preliminary injunction hearing. | 1.50 | hearing | | |
| 7/11/2011 | Ripa, Augustine | Moot argument for preliminary injunction hearing and follow up; | 1.50 | hearing | | |
| 7/11/2011 | Dewar, Elizabeth N. | Prepared for D.Hallward-Driemeier moot argument for PI hearing on 7/13/11 by conferring with D.Hallward-Driemeier regarding outstanding key issues for PI argument (1.0) and by revising and annotating case materials in preparation for oral argument (3.5); conferred with S.Antzoulatos regarding preparing additional materials for argument. (.25) | 4.75 | hearing confer | | |
| 7/11/2011 | Goetz, Mariel | Confer with B. Dewar and A. Ripa about PI hearing and moot court preparation. | 3.00 | hearing confer | | |
| 7/11/2011 | Manheim, Bruce S Jr | Meeting with team regarding preparation for PI hearing; review additional cases. | 3.25 | hearing confer | | |
| 7/12/2011 | Hallward-Driemeier, Douglas | Prepare for oral argument of preliminary injunction motion. | 8.50 | hearing | | |
| 7/12/2011 | Manheim, Bruce S Jr | Meeting with E. Mullins regarding preliminary injunction hearing. | 2.00 | confer hearing | | |

EXHIBIT 11
Wollschlaeger v. Farmer
**PRELIMINARY INJUNCTION**

| Date | Timekeeper | Legal Services Rendered | Hours | Notes | | |
|---|---|---|---|---|---|---|
| 7/12/2011 | Dewar, Elizabeth N. | Conferred with D.Hallward-Driemeier and B. Manheim concerning strategy for oral argument and issues to be addressed (.50) as well as annotated materials for argument (.25); prepared annotated copies of statute, Board of Medicine letter, and Board of Medicine minutes for D.Hallward-Driemeier use at argument. (.25) | 1.00 | confer hearing | | |
| 7/13/2011 | Hal Lucas | Attend preliminary injunction hearing (1.5); attend post-hearing meeting with clients and co-counsel (1.0). | 2.50 | hearing | | |
| 7/13/2011 | Dewar, Elizabeth N. | Oral argument on preliminary injunction motion. | 1.00 | hearing | | |
| 7/13/2011 | Hallward-Driemeier, Douglas | Prepare for, attend and present oral argument on preliminary injunction motion. | 4.50 | hearing | | |
| 7/13/2011 | Manheim, Bruce S Jr | Attend and participate in oral argument and hearing on preliminary injunction request; follow up with clients and local counsel. | 5.50 | hearing | | |
| 7/14/2011 | Lemmon, Scott | Reviewed transcript from hearing on Motion for Preliminary Injunction. | 0.75 | | | |
| 7/14/2011 | Lemmon, Scott | Meeting with B. Manheim, E. Dewar, J. Lewis, R. Dugas, A. Ripa to discuss additional briefing to draft in wake of hearing on Motion for Preliminary Injunction. | 1.00 | confer | | |
| 7/14/2011 | Lewis, Julia | Prepared for and participated in meeting with B. Manheim and Florida Gun Law Associates to discuss preparation of supplemental briefing on preliminary injunction motion. | 5.75 | confer | | |
| 7/14/2011 | Goetz, Mariel | Review transcript from PI hearing and emails with B. Dewar regarding outline for supplemental briefing (5.25). Team meeting regarding supplemental briefing strategy (1.0). | 6.75 | confer | | |
| 7/18/2011 | Hallward-Driemeier, Douglas | Revise supplemental brief in response to preliminary injunction hearing. | 4.50 | | | |

EXHIBIT 11
Wollschlaeger v. Farmer
**PRELIMINARY INJUNCTION**

| Date | Timekeeper | Legal Services Rendered | Hours | Notes | | |
|---|---|---|---|---|---|---|
| 7/18/2011 | Lewis, Julia | Correspond with B. Dewar, D. Hallward-Driemeier, and B. Manheim to draft and revise supplemental brief in support for motion for preliminary injunction, including finding missing citations, rewriting paragraphs, entering team edits, and proofreading. | 7.75 | | | |
| 7/19/2011 | Lewis, Julia | Correspond with B. Dewar, D. Hallward-Driemeier, and B. Manheim to draft and revise supplemental brief in support for motion for preliminary injunction, including finding missing citations, rewriting paragraphs, entering team edits, proofreading, and reworking in light of Defendants' supplemental filing. | 8.75 | confer | | |
| 7/19/2011 | Hallward-Driemeier, Douglas | Final review of draft supplemental memorandum in support of PI and review and incorporate changes proposed by Brady Center and Ed Mullins. | 3.00 | | | |
| 7/21/2011 | Manheim, Bruce S Jr | Email correspondence regarding PI issuance and other related issues (.5); Review FL Constitution and FL Supreme Court certification issues. (.5) Correspond regarding next steps with co-counsel and D. Hallward-Driemeier. (.5) | 1.50 | confer | | |
| 7/25/2011 | Manheim, Bruce S Jr | Email correspondence in connection with impending Preliminary Injunction Decision. (.25) Review draft supplemental papers and declarations prepared by S. Lemmon. (1.0) | 1.25 | confer | | |
| 7/26/2011 | Dewar, Elizabeth N. | E-mails to/from S.Lemmon, D.Hallward-Driemeier, and E.Mullins regarding content of, and whether to file, additional supplemental declarations in response to clients' not having received copies of updated Tootle letter. | 0.25 | confer | | |
| 7/29/2011 | Manheim, Bruce S Jr | Email correspondence regarding case and Preliminary Injunction. Review state's Motion to Strike and next steps regarding Scheduling Order. | 1.25 | | | |
| 9/14/2011 | Edward Mullins | Review order denying motion to strike (.1); review order granting motion on preliminary injunction (.6). | 0.70 | | | |
| 10/17/2011 | O'Connell, Kelly | Analyzed preliminary injunction order and briefings to determine relevant undisputed statement of facts. | 1.25 | | | |

**EXHIBIT 11**
**Wollschlaeger v. Farmer**
**PRELIMINARY INJUNCTION**

| Date | Timekeeper | Legal Services Rendered | Hours | Notes | |
|---|---|---|---|---|---|
| 7/9/2012 | O'Connell, Kelly | Meeting with E. Siegle regarding update on case law research and next steps (.5); continued drafting motion for attorneys' fees (2.0); meeting with E. Siegle, B. Manheim, and D. Hallward-Driemeier to discuss fee petition strategy (1.0); continued to work with E. Siegle regarding same (.25); analyzed expenses and drafted email summarizing preliminary numbers for team (1.75); email correspondence with B. Manheim regarding same. (.25) | 5.75 | confer | |