**EXHIBIT 12**
**Wollschlaeger v. Farmer**
**WORK ON SUMMARY JUDGMENT**

| Date | Timekeeper | Legal Services Rendered | Hours | Notes | |
|---|---|---|---|---|---|
| 10/12/2011 | Edward Mullins | Correspond with team on summary judgment issue | 0.40 | | |
| 10/12/2011 | Dewar, Elizabeth N. | Emails to/from D.Hallward-Driemeier, B.Manheim, and E.Mullins regarding State's decision to pursue summary judgment and related strategy. | 0.25 | confer | |
| 10/12/2011 | Hallward-Driemeier, Douglas | Confer with team regarding summary judgment motion in light of defendants' determination not to consent to convert PI into permanent injunction. | 0.50 | confer | |
| 10/12/2011 | Manheim, Bruce S Jr | Follow up with S. Lemon regarding Summary Judgment motions. | 0.50 | confer | |
| 10/13/2011 | Edward Mullins | Correspond with S. Lemmon regarding summary judgment motion | 0.20 | confer | |
| 10/13/2011 | Lemmon, Scott | Multiple emails with E. Mullins regarding application of local rules to summary judgment motions. | 0.25 | confer | |
| 10/13/2011 | Manheim, Bruce S Jr | Focus on Summary Judgment Motion in case. | 0.50 | | |
| 10/14/2011 | Dewar, Elizabeth N. | Meeting with D.Hallward-Driemeier, B.Manheim, K.O'Connell, and S.Lemmon regarding strategy for summary judgment motion. | 0.75 | confer | |
| 10/14/2011 | Hallward-Driemeier, Douglas | Call to Jay Vail to discuss cross-summary judgment motions. | 0.25 | | |
| 10/14/2011 | Hallward-Driemeier, Douglas | Meet with Mr. Manheim, Mr. Mullins, Ms. Dewar, Mr. Lemmon, and Ms. O'Connell to discuss summary judgment motion. | 0.75 | confer | |
| 10/14/2011 | Lemmon, Scott | Attended meeting with D. Hallward-Driemeier, B. Manheim, E. Mullins, E. Dewar, K. O'Connell regarding motion for summary judgment. | 1.00 | confer | |
| 10/14/2011 | Manheim, Bruce S Jr | Focus on Summary Judgment Motion issues. | 0.50 | | |
| 10/14/2011 | Manheim, Bruce S Jr | Meeting with team and E. Mullins to discuss Summary Judgment Motion and next steps. | 0.75 | confer | |
| 10/14/2011 | O'Connell, Kelly | Worked with S. Lemmon to compile relevant previous filings for drafting summary judgment motion. | 0.25 | confer | |
| 10/14/2011 | O'Connell, Kelly | Meeting with team and local counsel to discuss motion for summary judgment strategy. | 1.00 | confer | |

**EXHIBIT 12**
**Wollschlaeger v. Farmer**
**WORK ON SUMMARY JUDGMENT**

| Date | Timekeeper | Legal Services Rendered | Hours | Notes | |
|---|---|---|---|---|---|
| 10/17/2011 | Lewis, Julia | Call with K. O'Connell re: summary judgment motion. Review board meeting minutes and emails from D. Hallward-Driemeier and B. Manheim re: summary judgment. | 0.25 | | |
| 10/17/2011 | Manheim, Bruce S Jr | Follow up on timing of Summary Judgment Motions, other matters for clients. | 0.50 | | |
| 10/17/2011 | O'Connell, Kelly | Analyzed preliminary injunction order and briefings to determine relevant undisputed statement of facts. | 1.25 | | |
| 10/18/2011 | Lemmon, Scott | Reviewed filings for preparation of motion for summary judgment. | 0.75 | | |
| 10/18/2011 | Lemmon, Scott | Drafted motion for summary judgment. | 2.50 | | |
| 10/18/2011 | O'Connell, Kelly | Continued drafting separate statement of undisputed facts. | 2.00 | | |
| 10/18/2011 | O'Connell, Kelly | Began drafting separate statement of undisputed facts. | 2.25 | | |
| 10/19/2011 | Lemmon, Scott | Drafted Motion for Summary Judgment and memorandum. | 6.75 | | |
| 10/19/2011 | Manheim, Bruce S Jr | Follow up with S. Lemmon regarding Summary Judgment motions. | 0.50 | | |
| 10/20/2011 | Edward Mullins | Review correspondence regarding summary judgment | 0.10 | confer | |
| 10/20/2011 | Manheim, Bruce S Jr | Focus on Summary Judgment Motion and related issues. | 0.50 | | |
| 10/20/2011 | Hallward-Driemeier, Douglas | Draft correspondence to counsel for defendants regarding joint statement of undisputed facts. | 0.25 | confer | |
| 10/21/2011 | Hallward-Driemeier, Douglas | Confer with Mr. Manheim regarding schedule for summary judgment briefing in light of state's failure to respond to request for stipulated statement of facts. Send email to counsel for defendants regarding schedule. | 0.50 | | |
| 10/21/2011 | Manheim, Bruce S Jr | Focus on Summary Judgment motions and state response; meeting with D. Hallward-Driemeier to discuss same. | 0.50 | confer | |
| 10/21/2011 | O'Connell, Kelly | Corresponded with S. Lemmon regarding draft of motion for summary judgment. | 0.25 | confer | |

EXHIBIT 12
Wollschlaeger v. Farmer
**WORK ON SUMMARY JUDGMENT**

| Date | Timekeeper | Legal Services Rendered | Hours | Notes | |
|---|---|---|---|---|---|
| 10/21/2011 | Edward Mullins | Review correspondence on stipulated set of facts to J. Vail | 0.10 | | |
| 10/21/2011 | Hallward-Driemeier, Douglas | Confer with Mr. Manheim regarding schedule for summary judgment briefing in light of state's failure to respond to request for stipulated statement of facts. Send email to counsel for defendants regarding schedule. | 0.50 | | |
| 10/22/2011 | Lemmon, Scott | Drafted motion for summary judgment. | 3.75 | | |
| 10/23/2011 | Lemmon, Scott | Drafted motion for summary judgment. | 1.25 | | |
| 10/24/2011 | Dewar, Elizabeth N. | Reviewed draft motion for summary judgment and emails to/from D.Hallward-Driemeier and S.Lemmon regarding comments and proposed revisions to same. | 1.00 | confer | |
| 10/24/2011 | Hallward-Driemeier, Douglas | Review and provide comments on draft motion for summary judgment. | 1.25 | confer | |
| 10/24/2011 | Lemmon, Scott | Edited K. O'Connell's draft Statement of Undisputed Facts to be filed with the Motion for Summary Judgment. | 1.50 | | |
| 10/24/2011 | Lemmon, Scott | Drafted Motion for Summary Judgment, Proposed Order. | 8.75 | | |
| 10/24/2011 | Manheim, Bruce S Jr | Review Summary Jugment papers prepared by S. Lemon and K. O'Connell. | 0.75 | | |
| 10/24/2011 | O'Connell, Kelly | Discussion with S. Lemmon regarding revisions to summary judgment motion and separate statement of facts. | 0.25 | confer | |
| 10/24/2011 | Lemmon, Scott | Edited K. O'Connell's draft Statement of Undisputed Facts to be filed with the Motion for Summary Judgment. | 1.50 | | |
| 10/24/2011 | O'Connell, Kelly | Discussion with S. Lemmon regarding revisions to summary judgment motion and separate statement of facts. | 0.25 | confer | |
| 10/25/2011 | Lemmon, Scott | Edited unopposed motion, proposed order to extend deadline for filing cross motions for summary judgment. | 0.50 | | |
| 10/25/2011 | Manheim, Bruce S Jr | Additional email correspondence relating to Summary Judgment Motion and filing Unopposed Extension Motion with Court. | 0.50 | confer | |
| 10/25/2011 | Manheim, Bruce S Jr | Telephone conference with J. Vail regarding extension of Summary Judgment motions and filing of Joint Statement of Undisputed Facts | 0.50 | | |

**EXHIBIT 12**
**Wollschlaeger v. Farmer**
**WORK ON SUMMARY JUDGMENT**

| Date | Timekeeper | Legal Services Rendered | Hours | Notes | |
|---|---|---|---|---|---|
| 10/25/2011 | O'Connell, Kelly | Began revising motion for summary judgment per D. Hallward-Driemier's comments. | 1.00 | | |
| 10/25/2011 | O'Connell, Kelly | Continued revising motion for summary judgment per D. Hallward-Driemeier's comments. | 2.75 | | |
| 10/25/2011 | Manheim, Bruce S Jr | Telephone conference with J. Vail regarding extension of Summary Judgment motions and filing of Joint Statement of Undisputed Facts | 0.50 | | |
| 10/26/2011 | Dewar, Elizabeth N. | Numerous e-mails to/from E.Mullins, D.Hallward-Driemeier, B.Manheim, K.O'Connell, and S.Lemmon regarding drafts of summary judgment brief and stipulated statement of facts and revisions thereto, potential participation of additional amici, and recently issued decision for possible inclusion in summary judgment briefing. | 0.25 | confer | |
| 10/26/2011 | Manheim, Bruce S Jr | Focus on Summary Judgment motion and papers. | 0.50 | | |
| 10/26/2011 | O'Connell, Kelly | Drafted final revisions to motion for summary judgment and corresponded with team regarding review. | 0.75 | | |
| 10/26/2011 | O'Connell, Kelly | Continued drafted revised motion for summary judgment per D. Hallward-Driemeier's comments. | 1.75 | | |
| 10/26/2011 | Dewar, Elizabeth N. | Numerous e-mails to/from E.Mullins, D.Hallward-Driemeier, B.Manheim, K.O'Connell, and S.Lemmon regarding drafts of summary judgment brief and stipulated statement of facts and revisions thereto, potential participation of additional amici, and recently issued decision for possible inclusion in summary judgment briefing. | 0.25 | confer | |
| 10/26/2011 | O'Connell, Kelly | Revised separate statement of facts, corresponded with team regarding same, and circulated to local counsel. | 0.50 | | |
| 10/27/2011 | Manheim, Bruce S Jr | Review statement of facts prepared internally and revise. | 0.75 | | |
| 10/28/2011 | Dewar, Elizabeth N. | E-mails to/from S.Lemmon and E.Mullins regarding revisions to draft statement of stipulated facts; reviewed E.Mullins' revisions to same. | 0.25 | confer | |
| 10/28/2011 | Manheim, Bruce S Jr | Review E. Mullins' edits to statement of facts; follow up with team. | 0.50 | confer | |

EXHIBIT 12
Wollschlaeger v. Farmer
WORK ON SUMMARY JUDGMENT

| Date | Timekeeper | Legal Services Rendered | Hours | Notes | |
|---|---|---|---|---|---|
| 10/31/2011 | Manheim, Bruce S Jr | Telephone conversation with S. Lemmon regarding Summary Judgment papers and exchange of proposed joint statement with State. | 0.50 | confer | |
| 10/31/2011 | O'Connell, Kelly | Analyzed final revised SSOF and corresponded with S. Lemmon regarding same. | 0.25 | | |
| 10/31/2011 | Hallward-Driemeier, Douglas | Review and provide comments on draft statement of undisputed facts. | 0.50 | | |
| 10/31/2011 | Lemmon, Scott | Edited Undisputed Statement of Facts to incorporate comments by D. Hallward-Driemeier, B. Manheim. | 4.50 | | |
| 10/31/2011 | O'Connell, Kelly | Corresponded with S. Lemmon regarding revisions to separate statement of facts. | 0.25 | | |
| 11/1/2011 | Dewar, Elizabeth N. | Reviewed revised proposed statement of undisputed facts; emails to/from S.Lemmon regarding same. | 0.25 | confer | |
| 11/1/2011 | O'Connell, Kelly | Drafted final draft of separate statement of facts to send to the State. | 0.25 | | |
| 11/3/2011 | Edward Mullins | Review State's revisions to undisputed facts (.2); correspond with Ropes team on same (.5). | 0.60 | confer | |
| 11/3/2011 | Dewar, Elizabeth N. | Reviewed state revisions to proposed statement of stipulated facts and emails to/from E.Mullins, B.Manheim, D.Hallward-Driemeier, and S.Lemmon regarding same. | 0.25 | confer | |
| 11/3/2011 | Lemmon, Scott | Reviewed Florida's proposed statement of undisputed facts. | 1.00 | | |
| 11/3/2011 | Manheim, Bruce S Jr | Review state's revision of Statement of Facts. | 0.50 | | |
| 11/3/2011 | O'Connell, Kelly | Corresponded with team regarding government's proposed revisions to separate statement of facts. | 0.75 | confer | |
| 11/4/2011 | Dewar, Elizabeth N. | Email to Ropes team conveying proposed revisions to proposed statement of stipulated facts. | 0.25 | confer | |
| 11/4/2011 | Lemmon, Scott | Edited proposed statement of facts. | 3.75 | | |
| 11/4/2011 | O'Connell, Kelly | Corresponded with team about the pros and cons of two separate statements of fact. | 0.25 | confer | |
| 11/4/2011 | O'Connell, Kelly | Made further revisions to new proposed statement of facts. | 0.25 | | |

EXHIBIT 12
Wollschlaeger v. Farmer
WORK ON SUMMARY JUDGMENT

| Date | Timekeeper | Legal Services Rendered | Hours | Notes | |
|---|---|---|---|---|---|
| 11/4/2011 | O'Connell, Kelly | Worked with S. Lemmon to discuss revisions to defendant's separate statement of facts and drafted same. | 1.75 | confer | |
| 11/7/2011 | Lemmon, Scott | Edited Proposed Joint Statement of Facts for negotiation with Defendants. | 1.25 | | |
| 11/8/2011 | O'Connell, Kelly | Corresponded with S. Lemmon regarding revised SSOF; aided and analyzed same. | 0.25 | confer | |
| 11/8/2011 | Hallward-Driemeier, Douglas | Review and revise draft statement of undisputed facts. | 0.75 | | |
| 11/8/2011 | Lemmon, Scott | Edited Joint Statement of Facts to conform to agreement with Defendants. | 1.25 | | |
| 11/8/2011 | Manheim, Bruce S Jr | Review final statement of facts and DHD comments on the pleading. | 0.50 | | |
| 11/9/2011 | Lemmon, Scott | Discussed next steps for Motion for Summary Judgment with A. Ripa. | 0.50 | confer | |
| 11/9/2011 | O'Connell, Kelly | Worked with team to revise SSOF per State's comments; corresponded with the State regarding same. | 0.50 | | |
| 11/9/2011 | Edward Mullins | Review changes of J. Vail (.1); correspond with team regarding strategy and filing date (.2); review draft of undisputed facts, finalize same (.3). | 0.60 | confer | |
| 11/9/2011 | Dewar, Elizabeth N. | Reviewed opposing counsel's second round of objections to statement of undisputed facts and emails to/from B.Manheim, E.Mullins, S.Lemmon, and K.O'Connell regarding same. | 0.25 | confer | |
| 11/9/2011 | Hallward-Driemeier, Douglas | Review Defendants' response to proposed statement of facts. | 0.75 | | |
| 11/9/2011 | Lemmon, Scott | Edited Joint Statement of Facts to conform to agreement with Defendants. | 0.75 | | |
| 11/9/2011 | Manheim, Bruce S Jr | Email correspondence and exchange with state regarding agreement on undisputed statement of facts; review S. Lemon draft and provide comments. | 0.75 | | |
| 11/10/2011 | Edward Mullins | Work on finalizing summary judgment motion (.2); finalize joint motion for pages (.2). | 0.40 | | |

**EXHIBIT 12**
**Wollschlaeger v. Farmer**
**WORK ON SUMMARY JUDGMENT**

| Date | Timekeeper | Legal Services Rendered | Hours | Notes | |
|---|---|---|---|---|---|
| 11/10/2011 | Hallward-Driemeier, Douglas | Review and revise memorandum in support of summary judgment. | 2.50 | | |
| 11/10/2011 | Lemmon, Scott | Worked with A. Ripa regarding status of Motion for Summary Judgment, next steps. | 0.75 | confer | |
| 11/10/2011 | Lemmon, Scott | Worked with B. Manheim, D. Hallward-Driemeier, A. Ripa, K. O'Connell to edit Motion for Summary Judgment in preparation for filing on November 11, 2011. | 11.50 | confer | |
| 11/10/2011 | Manheim, Bruce S Jr | Review draft Motion for Summary Judgment. | 1.00 | | |
| 11/10/2011 | Ripa, Augustine | Revise joint statement of facts and summary judgment memo and motion (5.0); coordinate with team re: the same (.5); research new first amendment cases and incorporate the same (3.25) | 8.75 | | |
| 11/10/2011 | O'Connell, Kelly | Corresponded with S. Lemmon and A. Ripa to revise MSJ, proposed order, and SSOF; drafted revisions to same. | 2.50 | confer | |
| 11/10/2011 | O'Connell, Kelly | Corresponded with S. Lemmon and A. Ripa to revise MSJ, proposed order, and SSOF; drafted revisions to same. | 2.50 | confer | |
| 11/10/2011 | Lemmon, Scott | Finalized, sent revised Statement of Facts to opposing counsel. | 0.25 | | |
| 11/10/2011 | O'Connell, Kelly | Revised supplemental statement of facts and corresponded with S. Lemmon regarding same; confirmed challenged provisions. | 1.75 | confer | |
| 11/10/2011 | Ripa, Augustine | Revise joint statement of facts and summary judgment memo and motion (5.0); coordinate with team re: the same (.5); research new first amendment cases and incorporate the same (3.25) | 8.75 | | |
| 11/11/2011 | Jonathon Lowy | Review summary judgment papers | 0.25 | | |
| 11/11/2011 | Daniel Vice | Review and analyze summary judgment filings | 0.25 | | |
| 11/11/2011 | Doug Giuliano | Confer with team on filing motion for summary judgment (0.3). | 0.30 | confer | |

**EXHIBIT 12**
**Wollschlaeger v. Farmer**
**WORK ON SUMMARY JUDGMENT**

| Date | Timekeeper | Legal Services Rendered | Hours | Notes | |
|---|---|---|---|---|---|
| 11/11/2011 | Edward Mullins | Work on statement of undisputed facts (.1); correspond with S. Lemmon on procedure (.5); finalize summary judgment (.1). | 0.70 | confer | |
| 11/11/2011 | Dewar, Elizabeth N. | Conferred with S.Lemmon regarding filing of motion for summary judgment and emails to/from S.Lemmon and E.Mullins regarding same. | 0.25 | confer | |
| 11/11/2011 | Hallward-Driemeier, Douglas | Further revise memorandum in support of summary judgment. | 2.00 | | |
| 11/11/2011 | Lemmon, Scott | Worked with B. Manheim, D. Hallward-Driemeier, A. Ripa, K. O'Connell to edit Motion for Summary Judgment in preparation for filing. | 10.25 | | |
| 11/11/2011 | Manheim, Bruce S Jr | Additional review of Summary Judgment filings. | 0.75 | | |
| 11/11/2011 | O'Connell, Kelly | Drafted revisions and finalized motion for summary judgment and related documents; worked with S. Lemmon and A. Ripa regarding same. | 5.25 | | |
| 11/11/2011 | Ripa, Augustine | Revise joint statement of facts and summary judgment memo and motion; coordinate with team re: the same; coordinate filing of the same | 6.50 | | |
| 11/11/2011 | Edward Mullins | Work on statement of undisputed facts (.1); correspond with S. Lemmon on procedure (.5); finalize summary judgment (.1). | 0.70 | confer | |
| 11/11/2011 | Ripa, Augustine | Revise joint statement of facts and summary judgment memo and motion; coordinate with team re: the same; coordinate filing of the same | 6.50 | | |
| 11/14/2011 | Jonathon Lowy | Review summary judgment papers | 0.25 | | |
| 11/14/2011 | Daniel Vice | Review and analyze summary judgment filings | 0.25 | | |
| 11/14/2011 | Doug Giuliano | Confer with team on defendant's filing not complying with local rules and on deadline for responding to motion for summary judgment. | 0.20 | confer | |

**EXHIBIT 12**
**Wollschlaeger v. Farmer**
**WORK ON SUMMARY JUDGMENT**

| Date | Timekeeper | Legal Services Rendered | Hours | Notes | |
|---|---|---|---|---|---|
| 11/14/2011 | Edward Mullins | Review State's motion for summary judgment (.1); correspond with S. Lemmon about potential striking of same (.2); review motion for pages (.1); correspond with co-counsel on same (.3). | 0.70 | confer | |
| 11/14/2011 | Dewar, Elizabeth N. | E-mails to/from S.Lemmon, D.Hallward-Driemeier, and B.Manheim regarding defendants' motion for summary judgment and responses thereto; read defendants' submissions. | 0.50 | confer | |
| 11/14/2011 | Lemmon, Scott | Reviewed Defendants' Motion for Summary Judgment. | 1.00 | | |
| 11/14/2011 | Manheim, Bruce S Jr | Email correspondence regarding state violation of page limit and line spacing rules; telephone conference with J. Vail regarding same; review of Motion for Summary Judgment for arguments. | 1.50 | | |
| 11/14/2011 | Ripa, Augustine | Review Plaintiffs' motion for summary judgment (1.0); analyze applicable authorities regarding the same (1.75); begin drafting opposition to the same (3.5) | 6.25 | | |
| 11/15/2011 | Antzoulatos, Sophia | Run searches for A. Ripa for examples of Opposition to Summary Judgment Motions from SD Florida (1.0); discuss workspace issues with A. Ripa (.5) | 1.50 | confer | |
| 11/15/2011 | Lemmon, Scott | Correspondance with K. O'Connell, A. Ripa regarding status of response to Defendants' Motion for Summary Judgment and next steps. | 0.50 | confer | |
| 11/15/2011 | Manheim, Bruce S Jr | Work on Motion Summary Judgment issues; coordinate response. | 0.50 | confer | |
| 11/15/2011 | Manheim, Bruce S Jr | Follow up with J. Vail regarding state's Motion for Summary Judgment. | 0.50 | | |
| 11/15/2011 | O'Connell, Kelly | Analyzed Defendant's motion for summary judgment (1.0); corresponded with team regarding approach to opposition (.25); meeting with S. Lemmon and A. Ripa regarding same; (.5) began analyzing Defendant's past pleadings for inconsistencies with current motion. (.5) | 2.25 | confer | |
| 11/15/2011 | Ripa, Augustine | Draft opposition to Plaintiffs' motion for summary judgment; analyze applicable authorities regarding the same | 7.50 | | |

**EXHIBIT 12**
**Wollschlaeger v. Farmer**
**WORK ON SUMMARY JUDGMENT**

| Date | Timekeeper | Legal Services Rendered | Hours | Notes | |
|---|---|---|---|---|---|
| 11/16/2011 | Hallward-Driemeier, Douglas | Review defendants' motion for summary judgment and statement in support. (1.0) Conversation with Mr. Ripa re same. (.5) | 1.50 | confer | |
| 11/16/2011 | O'Connell, Kelly | Analyzed Defendant's past pleading for inconsistencies with motion for summary judgment. | 1.00 | | |
| 11/16/2011 | O'Connell, Kelly | Began analyzing case law and outlining argument opposing defendant's motion for summary judgment. | 1.50 | | |
| 11/16/2011 | Ripa, Augustine | Draft opposition to Plaintiffs' motion for summary judgment; analyze applicable authorities regarding the same | 7.75 | | |
| 11/17/2011 | Manheim, Bruce S Jr | Follow up on Summary Judgment Motions and reply to state brief. | 0.50 | | |
| 11/17/2011 | O'Connell, Kelly | Analyzed relevant case law and continued outlining Title VII argument for opposition to motion for summary judgment. | 3.75 | | |
| 11/17/2011 | Ripa, Augustine | Draft opposition to Plaintiffs' motion for summary judgment; analyze applicable authorities regarding the same | 6.75 | | |
| 11/18/2011 | Manheim, Bruce S Jr | Follow up on filing of response to state Summary Judgment Motion. | 0.50 | | |
| 11/18/2011 | O'Connell, Kelly | Drafted argument regarding sections 5 and 6 for opposition to defendant's motion for summary judgment. | 1.75 | | |
| 11/18/2011 | O'Connell, Kelly | Drafted and revised opposition to Defendant's motion for summary judgment. | 2.00 | | |
| 11/18/2011 | Ripa, Augustine | Draft opposition to Plaintiffs' motion for summary judgment; analyze applicable authorities regarding the same | 5.00 | | |
| 11/20/2011 | Lemmon, Scott | Edited opposition to Defendant's Motion for Summary Judgment. | 4.00 | | |
| 11/21/2011 | Lemmon, Scott | Edited opposition to Defendants' Motion for Summary Judgment. | 4.75 | | |
| 11/21/2011 | Manheim, Bruce S Jr | Focus on opposition to state's Motion for Summary Judgment and related papers. | 0.50 | | |

**EXHIBIT 12**
**Wollschlaeger v. Farmer**
**WORK ON SUMMARY JUDGMENT**

| Date | Timekeeper | Legal Services Rendered | Hours | Notes | |
|---|---|---|---|---|---|
| 11/21/2011 | O'Connell, Kelly | Continued drafting opposition to Defendant's motion for summary judgment; worked with S. Lemmon regarding same | 3.50 | | |
| 11/22/2011 | Lemmon, Scott | Edited Opposition to Defendant's Motion for Summary Judgment. | 9.50 | | |
| 11/22/2011 | O'Connell, Kelly | Worked with S. Lemmon on opposition to motion for summary judgment. | 0.25 | | |
| 11/22/2011 | O'Connell, Kelly | Drafted and revised opposition to defendant's motion for summary judgment. | 5.50 | | |
| 11/23/2011 | Edward Mullins | Review response to summary judgment (.2); correspond with S. Lemmon on reply to same (.1). | 0.30 | confer | |
| 11/23/2011 | Hallward-Driemeier, Douglas | Review of Defendants' opposition to motion for summary judgment. | 1.25 | | |
| 11/23/2011 | Lemmon, Scott | Edited Opposition to Defendants' Motion for Summary Judgment. | 7.25 | | |
| 11/23/2011 | Manheim, Bruce S Jr | Review state opposition to plaintiffs' motion for summary judgment. | 0.75 | | |
| 11/23/2011 | O'Connell, Kelly | Worked with S. Lemmon on drafting and revising opposition to defendant's motion for summary judgment. | 3.75 | | |
| 11/28/2011 | Hallward-Driemeier, Douglas | Revise opposition to defendants' motion for summary judgment. | 1.50 | | |
| 11/28/2011 | Ripa, Augustine | Review D's reply to Plaintiffs opposition for SJ (.5); review draft opposition to D's motion for summary judgment (1.5) | 2.00 | | |
| 11/28/2011 | Manheim, Bruce S Jr | Review opposition briefs to state MSJ. | 1.00 | | |
| 11/29/2011 | Hallward-Driemeier, Douglas | Meet with team to outline revisions to opposition to defendants' summary judgment motion. | 1.50 | confer | |
| 11/29/2011 | Lemmon, Scott | Worked with A. Ripa, K. O'Connell to edit Opposition to Defendants' Motion for Summary Judgment. | 7.25 | confer | |

**EXHIBIT 12**
**Wollschlaeger v. Farmer**
**WORK ON SUMMARY JUDGMENT**

| Date | Timekeeper | Legal Services Rendered | Hours | Notes | |
|---|---|---|---|---|---|
| 11/29/2011 | O'Connell, Kelly | Multiple emails and calls with S. Lemmon and A. Ripa on revising latest draft of opposition to Defendant's motion for summary judgment (.5); discussed action plan for reply. (.5) | 1.00 | confer | |
| 11/29/2011 | O'Connell, Kelly | Worked with D. Hallward-Driemeier, S. Lemmon, and A. Ripa on revisions to opposition to motion for summary judgment, reply and Defendant's statement of facts. | 7.25 | confer | |
| 11/29/2011 | Ripa, Augustine | Revise opposition to Plaintiffs' motion for summary judgment; analyze applicable authorities regarding the same; begin drafting reply to D's opposition to P's motion for SJ | 11.00 | | |
| 11/29/2011 | Lemmon, Scott | Drafted explanation of disagreements with Defendants' Statement of Facts. | 0.50 | | |
| 11/29/2011 | O'Connell, Kelly | Worked with D. Hallward-Driemeier, S. Lemmon, and A. Ripa on revisions to opposition to motion for summary judgment, reply and Defendant's statement of facts. | 7.25 | confer | |
| 11/30/2011 | Edward Mullins | Edit and revise opposition to summary judgment (1.3); send comments to Ropes team (.2). | 1.50 | confer | |
| 11/30/2011 | Hallward-Driemeier, Douglas | Revise draft opposition to defendants' summary judgment motion. | 5.00 | | |
| 11/30/2011 | Lemmon, Scott | Correspondence with K. O'Connell, A. Ripa regarding status of Opposition to Defendants' Motion for Summary Judgment. | 1.00 | confer | |
| 11/30/2011 | Lemmon, Scott | Edited Opposition to Defendant's Motion for Summary Judgment. | 1.50 | | |
| 11/30/2011 | Manheim, Bruce S Jr | Review and revise draft opposition to state motion for summary judgment. | 1.00 | | |
| 11/30/2011 | O'Connell, Kelly | Revised opposition to Defendant's motion for summary judgment per team's comments. | 1.75 | | |
| 11/30/2011 | Ripa, Augustine | Revise opposition to Plaintiffs' motion for summary judgment (5.0); implement DHD's comments re: the same (2.0); draft reply to D's opposition to P's motion for SJ (2.25) | 9.25 | | |

**EXHIBIT 12**
**Wollschlaeger v. Farmer**
**WORK ON SUMMARY JUDGMENT**

| Date | Timekeeper | Legal Services Rendered | Hours | Notes | |
|---|---|---|---|---|---|
| 11/30/2011 | Suarez, Lauren | Westlaw Keycite report and caselaw retrieval; Cite check, fact check, quote check Opposition to Motion for Summary Judgment, per Attorney S. Lemmon. | 6.25 | | |
| 11/30/2011 | O'Connell, Kelly | Continued drafting Reply brief (2.0); drafted response to Defendant's objections to Plaintiff's supplemental statement of facts (1.0); multiple emails and calls with A. Ripa and S. Lemmon regarding same. (.75) | 3.75 | confer | |
| 11/30/2011 | Suarez, Lauren | Westlaw Keycite report and caselaw retrieval; Cite check, fact check, quote check Opposition to Motion for Summary Judgment, per Attorney S. Lemmon. | 6.25 | | |
| 12/1/2011 | Edward Mullins | Review and finalize opposition to summary judgment | 0.40 | | |
| 12/1/2011 | Lemmon, Scott | Edited Opposition to Defendants' Motion for Summary Judgment. | 0.75 | | |
| 12/1/2011 | Manheim, Bruce S Jr | Review and revise opposition to state Motion for Summary Judgment. | 1.00 | | |
| 12/1/2011 | O'Connell, Kelly | Analyzed D. Hallward-Driemeier's revisions to opposition and further revised opposition to Defendant's motion for summary judgment (4.0); analyzed and commented on draft of Reply brief using L. Suarez's suggestions (1.0); finalized all documents for filing. (1.0) | 6.00 | | |
| 12/1/2011 | Ripa, Augustine | Revise opposition to Plaintiffs' motion for summary judgment; coordinate filing re: the same; draft and revise reply to D's opposition to P's motion for SJ | 8.75 | | |
| 12/1/2011 | Suarez, Lauren | Westlaw Keycite report and case law retrieval; Cite check, fact check, quote check Opposition to Motion for Summary Judgment, per Attorney S. Lemmon. | 5.25 | | |
| 12/1/2011 | Suarez, Lauren | Westlaw Keycite report and case law retrieval; Cite check, fact check, quote check Opposition to Motion for Summary Judgment, per Attorney S. Lemmon. | 5.25 | | |

EXHIBIT 12
Wollschlaeger v. Farmer
WORK ON SUMMARY JUDGMENT

| Date | Timekeeper | Legal Services Rendered | Hours | Notes | |
|---|---|---|---|---|---|
| 12/2/2011 | Lemmon, Scott | Edited Reply to Defendants' Response to Plaintiffs' Motion for Summary Judgment. | 0.75 | | |
| 12/2/2011 | Lemmon, Scott | Drafted vagueness, overbreadth sections of Reply to Defendants' Response to Plaintiffs' Motion for Summary Judgment. | 3.75 | | |
| 12/2/2011 | Manheim, Bruce S Jr | Initial review of reply to state opposition to Motion Summary Judgment. | 0.50 | | |
| 12/2/2011 | Ripa, Augustine | Draft and revise summary judgment reply; | 7.50 | | |
| 12/2/2011 | Lemmon, Scott | Drafted reply to Defendants' response to Plaintiffs' Supplemental Statement of Facts. | 2.50 | | |
| 12/2/2011 | O'Connell, Kelly | Revised reply brief to Defendants' opposition; drafted response to opposition to statement of facts; worked with A. Ripa and S. Lemmon regarding same. | 3.25 | | |
| 12/4/2011 | Edward Mullins | Edit and revise reply to response to summary judgment, statement of undisputed facts | 0.50 | | |
| 12/4/2011 | Edward Mullins | Edit and revise reply to response to summary judgment, statement of undisputed facts | 0.50 | | |
| 12/5/2011 | Hallward-Driemeier, Douglas | Revise reply in support of motion for summary judgment and response to defendants' statement of material facts. | 3.50 | | |
| 12/5/2011 | Lemmon, Scott | Edited Reply to Defendants' Opposition to Plaintiffs' Motion for Summary Judgment. | 3.75 | | |
| 12/5/2011 | Manheim, Bruce S Jr | Additional review of Summary Judgment reply briefs and papers. | 0.50 | | |
| 12/5/2011 | Manheim, Bruce S Jr | Review and revise draft brief opposing state opposition to Plaintiffs' Motion for Summary Judgment. | 1.00 | | |
| 12/5/2011 | Ripa, Augustine | Revise summary judgment reply; coordinate filing re: the same | 7.50 | | |
| 12/5/2011 | Hallward-Driemeier, Douglas | Revise reply in support of motion for summary judgment and response to defendants' statement of material facts. | 3.50 | | |
| 12/5/2011 | Lemmon, Scott | Edited Reply to Defendants' Response to Plaintiffs' Supplemental Statement of Undisputed Facts. | 3.00 | | |

**EXHIBIT 12**
**Wollschlaeger v. Farmer**
**WORK ON SUMMARY JUDGMENT**

| Date | Timekeeper | Legal Services Rendered | Hours | Notes | |
|---|---|---|---|---|---|
| 12/5/2011 | O'Connell, Kelly | Located citation for reply revision (.25); correspondence with S. Lemmon regarding revisions per D. Hallward-Driemeier (.5); analyzed same (.25); worked with team to revise reply to fact objections (.25); analyzed B. Manheim revisions (.25); analyzed final revisions and drafts prior to filing. (.25) | 1.75 | | |
| 12/5/2011 | O'Connell, Kelly | Revised reply per S. Antzoulatos comments (1.0); corresponded with her regarding same. (.25) | 1.25 | | |
| 12/6/2011 | Manheim, Bruce S Jr | Review pleadings in case and summary judgment papers. | 1.00 | | |
| 12/8/2011 | Manheim, Bruce S Jr | Review papers filed by state in opposition to motion for summary judgment. | 1.00 | | |
| 12/8/2011 | O'Connell, Kelly | Reviewed correspondence from team and Plaintiffs regarding new gun law case; analyzed local rules to determine when Defendants' reply is due. | 0.25 | | |
| 12/9/2011 | Edward Mullins | Review reply to response to summary judgment (.2); correspond with S. Lemmon on same (.1) | 0.30 | | |
| 12/9/2011 | O'Connell, Kelly | Analyzed Defendants' reply in support of their motion for summary judgment; corresponded with team regarding same. | 0.50 | | |
| 12/9/2011 | Ripa, Augustine | Review state summary judgment filing | 0.75 | | |
| 12/14/2011 | Doug Giuliano | Analyze whether Florida Statute 790.335 applies to private persons and draft summary on same. | 0.20 | | |
| 6/29/2012 | Daniel Vice | Review and analyze order granting Plaintiffs' Motion for Summary Judgment | 0.25 | | |
| 6/29/2012 | Edward Mullins | Review order granting summary judgment (.2); work on costs issue (.2) | 0.40 | | |
| 7/2/2012 | O'Connell, Kelly | Reviewed opinion granting motion for summary judgment (.5); worked with team regarding motion for attorney's fees (.5); corresponded with B. Chu to receive updated expense reports (.25); reviewed previous materials to re-familiarize myself and materials to D. Cunningham. (.5) | 1.75 | confer | |