**EXHIBIT 13**
**Wollschlaeger v. Farmer**
**GENERALLY DUPLICATIVE TIME**

| Date | Timekeeper | Legal Services Rendered | Hours | Objections | Notes |
|---|---|---|---|---|---|
| 5/4/2011 | Jonathon Lowy | Conference call with clients re: litigation strategy (.5); Review materials including pediatricians' policies and clinical guidance on firearms prevention to prepare complaint (.25) | 0.25 | detail (clients not identified); duplicative of Ripa 5/5, 6, 9, 10 | |
| 5/6/2011 | Daniel Vice | Conference call with clients re: litigation strategy and constitutional challenge to legislation | 0.25 | duplicative of Lowy 5/6 | |
| 5/10/2011 | Dina Shand | Researched 42 USC sec. 1983 cases for First Amendment actions | 1.50 | duplicative of Ripa 5/9, 10 | |
| 5/11/2011 | Jonathon Lowy | Researched and read law re: restrictions on professional speech and doctors (.5); reviewed and revised materials and discussion re interviews of doctors re impact on law for complaint and declarations (.75); met with paralegals to discuss declarations (.25) | 0.50 | duplicative of Ripa 5/9, 10 | confer |
| 5/11/2011 | Dina Shand | Researched restrictions on physician speech | 1.50 | duplicative of Ripa 5/9, 10 | |
| 5/11/2011 | Goetz, Mariel | Meeting with B. Manheim, D. Hallward-Dreiemeir, A. Ripa, and R. Dugas regarding Brady Campaign challenge to Florida gun law. | 1.00 | duplicative of Hallward 5/11 | confer |
| 5/11/2011 | Goetz, Mariel | Reviewed background materials on the case and the history of the law | 0.50 | duplicative of Vice 5/9; detail (background materials not described) | |
| 5/12/2011 | Daniel Vice | Research concerning constitutional challenge and application of legislation to clients | 1.00 | duplicative of Ripa 5/9, 10 | |
| 5/12/2011 | Goetz, Mariel | Review background materials on HB 155 and potential challenge to law (0.75), emails with team regarding introductory meeting and strategy (0.25), and review and prepare questions for physician declarants (1.5). | 0.75 | duplicative of Vice 5/9 (background materials) | |
| 5/16/2011 | Jonathon Lowy | Discussion with clients concerning named plaintiffs declarations and complaint (0.5), review information from clients on named plaintiffs for declarations and complaint (0.25); research and review of data re firearms in home - information on risk of guns in the home and data, scientific studies on risks of guns in the home (1.0) | 1.00 | duplicative of Shand 5/16 (firearms data), need (firearms data; not necessary to make facial challenge) | |
| 5/17/2011 | Jonathon Lowy | Work on declarations from clients for PI motion | 0.75 | detail (clients not identified), duplicative of Vice) | |
| 5/17/2011 | Daniel Vice | Work on declarations from plaintiffs for PI motion | 1.25 | detail (clients not identified) duplicative of Lowy | |

**EXHIBIT 13**
**Wollschlaeger v. Farmer**
**GENERALLY DUPLICATIVE TIME**

| Date | Timekeeper | Legal Services Rendered | Hours | Objections | Notes |
|---|---|---|---|---|---|
| 5/17/2011 | Dewar, Elizabeth N. | Read additional MD-related First Amendment cases | 0.50 | duplicative or Ripa 5/13, 12, 11, 10, 9, 6, 5 | |
| 5/17/2011 | Goetz, Mariel | Review and comment on draft complaint in preparation for team meeting | 1.50 | duplicative Manheim 5/16 (review complaint) | confer |
| 5/17/2011 | Dewar, Elizabeth N. | Conference call and various e-mails with R&G team regarding plan for drafting PI papers, declarations and information necessary for PI. | 1.00 | duplicative of Hallward 5.17 | |
| 5/18/2011 | Dewar, Elizabeth N. | Researched and read First Amendment case law for PI motion | 1.00 | duplicative of Ripa 5/13, 12, 10, 9, 6, 5 (Ripa's 68 hours of research on these days should have been sufficient), see also Ripa 5/19 | |
| 5/19/2011 | Dewar, Elizabeth N. | Continued researching and reading First Amendment case law for PI motion (2.0); researched 1983 incorporation issue (1.5); responded to comments in, and implemented revisions to, D.Hallward-Driemeier draft (1.5). | 2.00 | duplicative of Ripa 5/13, 12, 10, 9, 6, 5 (Ripa's 68 hours of research on these days should have been sufficient), see also Ripa 5/19 | |
| 5/20/2011 | Dewar, Elizabeth N. | Began drafting "likelihood of success on the merits" section of PI motion (5.0); conferred with B.Manheim and A.Ripa regarding revisions to complaint (.75); conferred further with A.Ripa regarding same and regarding P.I. papers (.25). | 5.00 | duplicative of Ripa 5/19 (drafting) | confer |
| 5/21/2011 | Dewar, Elizabeth N. | Continued reading MD-related First Amendment cases. | 0.75 | duplicative of Ripa 5/13, 12, 10, 9, 6, 5 (Ripa's 68 hours of research on these days should have been sufficient) | |
| 5/23/2011 | Dewar, Elizabeth N. | Concluded revising complaint based on suggestions from B. Manheim and A. Ripa (3.5) as well as research on gun-incident information and facts regarding preventative care (4.25). | 3.50 | duplicative of Ripa 5/20, Hallward 5/19 (revisions) | |
| 5/23/2011 | Manheim, Bruce S Jr | Review of draft PI motion, complaint, declarations | 1.00 | block, duplicative of Hallward 5/19 | |
| 5/24/2011 | Jonathon Lowy | Review, edit draft complaint and declarations; emails with co-counsel, staff re work on case and research analysis | 2.25 | detail (declarants not identified), block, duplicative of Hallward 5/26, 25, 19 | confer |
| 5/24/2011 | Daniel Vice | Review, edit draft complaint and declarations | 2.00 | detail (declarants not identified), duplicative of Hallward 5/26, 25, 19 | |

**EXHIBIT 13**
**Wollschlaeger v. Farmer**
**GENERALLY DUPLICATIVE TIME**

| Date | Timekeeper | Legal Services Rendered | Hours | Objections | Notes |
|---|---|---|---|---|---|
| 5/25/2011 | Lewis, Julia | Research and draft analysis of third party standing (10), discuss the same with A. Ripa and B.Dewar (.75) | 10.75 | duplicative of Ripa 5/25 | confer |
| 5/25/2011 | Manheim, Bruce S Jr | Conference call with co-counsel for Brady and D. Hallward-Drimeier about case. | 0.50 | duplicative of Hallward 5/25 | |
| 5/26/2011 | Lemmon, Scott | Conducted research into and drafted portion describing legal standard for the four prongs required in a motion for preliminary injunction. | 5.25 | duplicative of Ripa 5/26 | |
| 5/27/2011 | Antzoulatos, Sophia | Conduct research into SD Fla local court rules on pro hac motions, Motions for PI and filing complaints. | 1.00 | block, overhead (pro hoc vice motions), duplicative of Long 5/20 | |
| 5/27/2011 | Lemmon, Scott | Researched case law and drafted memorandum regarding vagueness and overbreadth challenges under the First Amendment. | 4.50 | duplicative of Ripa 5/28, 27 | |
| 5/28/2011 | Dewar, Elizabeth N. | Researched related Florida gun laws for preliminary injunction motion (.5); researched Eleventh Circuit and Supreme Court cases on privacy interests (1.5); finished researching and drafting strict scrutiny section of motion for preliminary injunction (1.5). | 3.50 | need (research of related FL gun laws), duplicative of Lemmon 5/28 (related state gun laws). | |
| 6/3/2011 | Goetz, Mariel | Review draft complaint. | 2.00 | duplicative of Hallward 6/3, 5/26-27 | |
| 6/4/2011 | Edward Mullins | Edit and revise draft complaint (2.75); send to team (.25) | 3.00 | duplicative of Hallward 6/3, 6/5 | |
| 6/4/2011 | Hal Lucas | Review and comment on draft Complaint. | 1.50 | duplicative of Hallward 6/3, 6/5 | |
| 6/6/2011 | Jonathon Lowy | Review Complaint re filing, update clients on complaint status (0.25); research re guns in the home incidents to support case (2.0); communications with clients (0.25) | 2.00 | duplicative of Hallward 6/5, 3; need (research re guns in home incidents unnecessary to make facial challenge) | |

**EXHIBIT 13**
**Wollschlaeger v. Farmer**
**GENERALLY DUPLICATIVE TIME**

| Date | Timekeeper | Legal Services Rendered | Hours | Objections | Notes |
|---|---|---|---|---|---|
| 6/6/2011 | Edward Mullins | Work on final preparations for filing (.3); edit and revise final draft complaint; correspond with clients on same (.4); correspond with legal team on filing requirements (.3); work on service issues (.1); provide law on privilege (.3); conference with co-counsel regarding judge, procedures (.6); investigate service procedures (.3); conference with counsel regarding same (.4); numerous calls and conferences to general counsel offices of defendants (1.0); update E. Dewar on same (.7); task A. Rodriguez on project on analyzing location of administrative authority (.2); task E. Davila on service projects (.1); correspond with B. Manheim on strategy (.3); correspond with team on amendment strategy (.2); edit and revise certificate of interested persons (.2); send draft of same to team (.1) | 0.40 | duplicative of Hallward (revise and edit complaint), clerical (re service issues and procedures), need (law of privilege, irelevant issue), detail (procedures), detail (service projects | confer |
| 6/6/2011 | Lemmon, Scott | Read cases for memorandum in support of motion for preliminary injunction. | 2.00 | duplicative of Ripa | |
| 6/6/2011 | Manheim, Bruce S Jr | Email correspondence with team (.25) and review of declarations and complaint (.75). | 0.75 | detail (subject of correspondence not described; declarants not identied); duplicative of Hallward 6/5 | confer |
| 6/7/2011 | Lemmon, Scott | Conducted research and edited memorandum in support of motion for preliminary injunction. | 5.75 | duplicative of Ripa | |
| 6/7/2011 | Lewis, Julia | Review newspaper and internet articles concerning origins of the HB 155 bill, and background of similar bills in other states. | 1.00 | duplicative of Goetz 5/11; need (background of bills in other states) | |
| 6/10/2011 | Edward Mullins | Review status of service (.1); review rules on service after summons (.1); review reports on pending Supreme Court cases (.2); correspond with Ropes on various issues in the case (.5); conference with Ropes on strategy (.5); task A. Rodriguez on legislative history (.2); review legislative history of bills (.3); correspond with E. Dewar on strategy (.2); send procedures on Judge Cooke to team (.1) | 0.30 | detail (issues re SCt cases; various issues not described), duplicative of Hallward 6/16 (review legislative history) | confer |

**EXHIBIT 13**
**Wollschlaeger v. Farmer**
**GENERALLY DUPLICATIVE TIME**

| Date | Timekeeper | Legal Services Rendered | Hours | Objections | Notes |
|---|---|---|---|---|---|
| 6/13/2011 | Lemmon, Scott | Attended meeting with D. Hallward-Driemeier, E. Dewar, J. Lewis, R. Dugas, M. Goetz, and A. Ripa to discuss steps needed to finalize complaint and motion for preliminary injunction. | 1.00 | duplicative of Goetz 6/13 | confer |
| 6/13/2011 | Lewis, Julia | Meet with team to review items to be completed before filing amended complaint and preliminary injunction. | 2.00 | duplicative of Goetz 6/13, Lemmon 6/13 | confer |
| 6/14/2011 | Edward Mullins | Correspond with D. Hallward-Driemeier on arguments for motion (.3); work on arguments for motion regarding discrimination prong (.2); edit and revised Amended Complaint (.8); correspond with E. Dewar on standing orders (.1); send Amended Complaint draft to team (.1); work on scheduling meeting regarding general counsels (.1) | 1.60 | duplicative of Hallward 6/14, 21; clerical (scheduling meeting) | confer |
| 6/14/2011 | Lemmon, Scott | Completed multiple edits to amended complaint, including incorporating comments by other attorneys, editing a defendant's job description, and adding information found in studies given to us by the Brady Center. | 4.00 | duplicative of Hallward 6/14 | |
| 6/15/2011 | Hal Lucas | Telephonic conferences with E. Mullins and co-counsel (Ropes & Gray) (0.3); telephonic conference with attorneys for various Departments/Offices/Agencies of the State of Florida (1.0); review correspondence from Chesterfield Smith and Doug Hallward-Driemeier (0.2). | 1.50 | duplicative of Mullins 6/15 | confer |
| 6/15/2011 | Dewar, Elizabeth N. | Concluded revising amended complaint for circulation to co-counsel (5.0) and drafted email to co-counsel explaining certain strategic changes for amended complaint (.5). | 5.50 | duplicative of Hallward (re complaint) | confer |
| 6/15/2011 | Lewis, Julia | Review draft of amended complaint and discuss with team whether to remove references to studies with questionable methodology from the complaint. | 1.00 | duplicative of Hallward 6/14, 21 | |
| 6/15/2011 | Manheim, Bruce S Jr | Review and revise PI memo for case. | 1.00 | duplicative of Hallward 6/13, 14, 18, 19, 21, 23 | |
| 6/16/2011 | Daniel Vice | Research and review legislative history of gag rule | 1.50 | duplicative of Hallward 6/16 | |

| Date | Timekeeper | Legal Services Rendered | Hours | Objections | Notes |
|---|---|---|---|---|---|
| 6/17/2011 | Hal Lucas | Review scheduling order and U.S. Magistrate Judge referral order (0.2); attend telephonic conference with co-counsel and clients re: next steps (0.6); correspondence with co-counsel re: procedure to request filing under seal (0.1); review correspondence to Chesterfield Smith (0.1). | 1.00 | duplicative of Hallward, Dewar, Lemmon, Manheim | confer |
| 6/20/2011 | Dewar, Elizabeth N. | E-mails to/from E.Mullins regarding logistics for filing complaint and PI (.5); revised PI page by page to reduce length by 6 pages toward 20-page limit (8.0); conferred with A.Ripa regarding same (.25). | 8.00 | duplicative of Hallward 6/13, 14, 18, 19, 20, 21, 23 (PI revision) | confer |
| 6/20/2011 | Goetz, Mariel | Attention to physician declarations. (3.0) Emails with team regarding PI motion (1.0). Confer with R. Dugas regarding declarations. (.5) Review and comment on PI motion. (1.0) | 1.00 | detail (attention does not describe nature of work done); duplicative of Hallward 6/13, 14, 18, 19, 20, 21, 23 (PI review) | confer |
| 6/20/2011 | Lemmon, Scott | Reviewed recent Supreme Court opinions that address First Amendment issues to determine relevance to our case. | 2.00 | duplicative of Dewar 6/20 | |
| 6/20/2011 | Manheim, Bruce S Jr | Review and revise memo and amended complaint (.5); additional legal research (.5). | 0.50 | duplicative of Hallward 6/13, 14, 18, 19, 20, 21, 23; detail (research not described) | |
| 6/20/2011 | Ripa, Augustine | Revise and edit motion for preliminary injunction; analyze case law re: the same. | 3.25 | duplicative of Hallward 6/13, 14, 18, 19, 20, 21, 23 | |
| 6/21/2011 | Goetz, Mariel | Review and finalize physician declarations (2.0). Emails with team regarding PI motion (.25). Edits to PI motion and First Amended Complaint (2.5). | 2.50 | duplicative of Hallward 6/13, 14, 18, 19, 20, 21, 23 | confer |
| 6/21/2011 | Lemmon, Scott | Worked with E. Dewar and other associates on reviewing, editing brief and motion for preliminary injunction. | 0.50 | duplicative of Hallward 6/13, 14, 18, 19, 20, 21, 23 | |
| 6/21/2011 | Ripa, Augustine | Review and edit preliminary injunction brief (3.0); confer with B.Dewar and D.Hallward-Driemeir re: the same (.5) | 3.50 | duplicative of Hallward 6/13, 14, 18, 19, 20, 21, 23 (review, edit PI brief) | |
| 6/22/2011 | Jonathon Lowy | Review, edit pleadings – draft amended complaint and PI motion | 2.25 | duplicative of Hallward 6/13, 14, 18, 19, 20, 21, 23 | |
| 6/22/2011 | Daniel Vice | Review, edit pleadings – draft amended complaint and PI motion | 1.75 | duplicative of Hallward 6/13, 14, 18, 19, 20, 21, 23 | |

EXHIBIT 13
Wollschlaeger v. Farmer
**GENERALLY DUPLICATIVE TIME**

| Date | Timekeeper | Legal Services Rendered | Hours | Objections | Notes |
|---|---|---|---|---|---|
| 6/22/2011 | Edward Mullins | Review amended complaint (1.0); extensive conversation with B. Dewar on same (.5); correspond with team on same (.2); edit and revise preliminary injunction motion (1.5); conference with R. Dewar on legislative analysis (.4); correspond with same on same (.1); correspond with E. Dewar regarding edits (.1) | 3.20 | duplicative of Hallward 6/13, 14, 18, 19, 20, 21, 23 | confer |
| 6/22/2011 | Lemmon, Scott | Review motion for preliminary injunction prior to filing. | 2.00 | duplicative of Hallward 6/13, 14, 18, 19, 20, 21, 23 | |
| 6/23/2011 | Daniel Vice | Research and review final draft pleadings for filing (2.0); research opposition to NRA motion to intervene (1.0) | 3.00 | duplicative | |
| 6/24/2011 | Daniel Vice | Review final case filings (0.5) and research case law on litigation next steps (0.75) | 1.25 | detail (research not described); duplicative of Lowy | |
| 6/24/2011 | Hal Lucas | Finalize and oversee e-filing and service of motion for preliminary injunction and multiple Declarations in support thereof, including coordination with co-counsel and telephonic conference with Judge's Chambers (3.0); review draft summonses for added defendants (1.5). | 3.00 | duplicative of Mullins 6/24, Hallward 6/24 (finalize filings) | |
| 6/24/2011 | Lewis, Julia | Review proposed order and final versions of complaint. | 0.25 | duplicative of Hallward 6/24, 23, 21, 14 | |
| 6/27/2011 | Daniel Vice | Research opposition to NRA motion to intervene (2.5), co-counsel communications concerning opposition strategy (.75) | 2.50 | duplicative of Lowy 6.27 (research) | confer |
| 6/27/2011 | Hal Lucas | Telephonic conference with E. Mullins, co-counsel, and J. Vail (0.4); follow-up communications with E. Mullins re: deadline for Defendants to respond to Complaint (0.2). | 0.60 | duplicative of Mullins, Manheim 6/27 | |

**EXHIBIT 13**
**Wollschlaeger v. Farmer**
**GENERALLY DUPLICATIVE TIME**

| Date | Timekeeper | Legal Services Rendered | Hours | Objections | Notes |
|---|---|---|---|---|---|
| 6/27/2011 | Edward Mullins | Review final motion for preliminary injunction (.2); prepare for meeting with J. Vail (.1); correspond with B. Manheim regarding preliminary injunction procedures (.1); attend meeting with Governor's office (.6); review recent Supreme Court case (.1); conference with J. Vail on service, task E. Davlia (.1); work on strategy on motion to intervene (.4); conference with T. Julin on strategy (.2); review motion to intervene (.2); conference with E. Dewar on strategy (.2); review orders on briefing, scheduling (.2); conference with D. Hallward-Driemeier on strategy (.2); conference with T. Julin on amicus (.2); conference with T. Julin, D. Hallward-Driemeier on same (.2) | 0.20 | duplicative of Hallward 6/13, 14, 18, 19, 21, 23 (review mo/PI); detail (recent SCT case subject); duplicative of Hallward 6/27 (mo/intervene) | confer |
| 6/28/2011 | Lewis, Julia | Read Defendant's filing in support of NVRA's motion to intervene. | 0.50 | duplicative of Dewar 6/28, excessive (DE 44 1 sentence) | |
| 6/29/2011 | Daniel Vice | Research, draft opposition to NRA motion | 3.75 | block, duplicative of Dewar 6/30 | |
| 6/30/2011 | Jonathon Lowy | Finalize, edit opposition to NRA motion and review edits | 1.25 | duplicative of Hallward, Mullins, Lemmon, Vice 6/30 | |
| 6/30/2011 | Daniel Vice | Finalize, edit opposition to NRA motion and review edits | 2.75 | duplicative of Hallward, Mullins, Lemmon, Lowy 6/30 | |
| 6/30/2011 | Lemmon, Scott | Edited Brady Center's draft of opposition to the NRA's motion to intervene. | 2.50 | duplicative Hallward 6/30 | |
| 7/1/2011 | Jonathon Lowy | Prepare for hearing by reviewing filings, briefs, case law, arguments | 1.25 | duplicative of Vice 7/1 | |
| 7/1/2011 | Daniel Vice | Prepare for hearing by reviewing filings and researching Florida rules | 1.75 | block, need (Florida rules), duplicative of Lowy 7/1 | |
| 7/1/2011 | Goetz, Mariel | Emails with team regarding NRA Opposition (.25). Review draft Opposition (.5) | 0.75 | duplicative of Hallward 7/5, 6 (drafting opposition) | confer |
| 7/5/2011 | Jonathon Lowy | Research and review state opposition to PI motion; outline responses | 1.50 | duplicative of Hallward 7/5,6 | |
| 7/5/2011 | Daniel Vice | Research and review state opposition to PI motion | 1.75 | duplicative of Hallward 7/5, 6 | |

**GENERALLY DUPLICATIVE TIME**

| Date | Timekeeper | Legal Services Rendered | Hours | Objections | Notes |
|---|---|---|---|---|---|
| 7/5/2011 | Edward Mullins | Review motion to file amicus (.2); correspond with team on same (.1); correspond with team on State's violation of the court order (.1); review response to preliminary injunction motion (.3); review response by State to preliminary injunction motion (1.0); prepare memorandum to team on same (.5); edit and revise response to motion for leave to file amicus (.5); conference with E. Dewar on legislative history (.1); finalize filing (.2); review reply to response on intervention (.2) | 1.30 | duplicative of Hallward 7/5, 6 (rev response to PI motion) | confer |
| 7/5/2011 | Hal Lucas | Review NRA's motion for leave to participate as amicus curiae (.1); review Florida Attorney General's response to motion for preliminary injunction (.1); review draft papers re: response to NRA's motion for leave (.2) | 0.10 | duplicative of Hallward 7/5, 6 (rev response to PI motion) | |
| 7/5/2011 | Dewar, Elizabeth N. | Read and analyzed State's and NRA's oppositions to PI (.5), and conferred with B.Manheim, D.Hallward-Driemeier, J. Borxmeyer and R&G team regarding strategy for PI reply brief. (.5) | 0.50 | duplicative of Hallward 7/5, 6 (rev response to PI motion) | confer |
| 7/5/2011 | Goetz, Mariel | Review and analyze preliminary injunction papers and draft counterarguments to state and NRA opposition briefs and emails with team regarding state's opposition arguments. | 6.00 | duplicative of Hallward 7/5, 6 | confer |
| 7/5/2011 | Goetz, Mariel | Team meeting to discuss reply brief. | 1.00 | duplicative of Dewar, Hallward 7/5 | confer |
| 7/5/2011 | Lemmon, Scott | Reviewed defendants' opposition to motion for preliminary injunction. | 0.75 | duplicative of Hallward 7/5, 6 | |
| 7/5/2011 | Lemmon, Scott | Reviewed National Rifle Association's opposition to motion for preliminary injunction. | 2.25 | duplicative of Hallward 7/5, 6 | |
| 7/5/2011 | Lewis, Julia | Review state's response and NRA's response in preparation for team meeting | 3.75 | duplicative of Hallward 7/5, 6 | |
| 7/5/2011 | Lewis, Julia | Meet with team to discuss defendant's opposition to our motion for a preliminary injunction and our strategy for drafting a reply brief. | 1.00 | duplicative of Dewar, Goetz, Hallward | confer |
| 7/5/2011 | Lemmon, Scott | Participated in conference call to discuss Florida and NRA filings. | 1.25 | duplicative of Dewar, Goetz, Hallward | confer |

**EXHIBIT 13**
**Wollschlaeger v. Farmer**
**GENERALLY DUPLICATIVE TIME**

| Date | Timekeeper | Legal Services Rendered | Hours | Objections | Notes |
|---|---|---|---|---|---|
| 7/6/2011 | Edward Mullins | Review NRA amicus brief (1.0); correspond with team on live testimony issue (.2); work on obtaining House floor debate (.2); send memorandum to team on NRA brief (.5) | 1.90 | duplicative of Hallward 7/5, 6 (NRA brief) | confer |
| 7/6/2011 | Lemmon, Scott | Reviewed National Rifle Association's opposition to motion for preliminary injunction. | 0.25 | duplicative of Hallward 7/5, 6 | |
| 7/6/2011 | Manheim, Bruce S Jr | Continued review and analysis of briefs from state and NRA. | 1.00 | duplicative of Hallward 7/5, 6 | |
| 7/6/2011 | Manheim, Bruce S Jr | Review NRA and State briefs. | 1.50 | duplicative of Hallward 7/5, 6 | |
| 7/7/2011 | Goetz, Mariel | Review legislative history document. | 1.50 | duplicative | |
| 7/7/2011 | Hallward-Driemeier, Douglas | Revise reply to PI motion. | 6.50 | duplicative of Dewar 7/7 | |
| 7/8/2011 | Edward Mullins | Review draft reply (.5); edit and revise same (1.4); send comments to B. Manheim (.1); conference with J. Lewis on filing of disc (.1); review declaration of B. Manheim (.1); revise notice of conventional filing (.1); review order denying intervention (.2); review motion to change caption (.1); work on strategy with respect to response and issues with order on intervention (.2); edit and revise latest version of reply (.4); correspond with clients on logistics (.1) | 2.40 | duplicative of Hallward 7/7, 8 (review/work on reply); detail (update Kanien about what and why was it necessary?; same for P. Blank, conference with Greenberg) | |
| 7/8/2011 | Antzoulatos, Sophia | Review reply brief and discuss edits with B. Dewars | 1.00 | duplicative Dewar 7/7, 8, Hallward 7/7, 8 | |
| 7/8/2011 | Goetz, Mariel | Review PI motion and emails with team regarding same. | 0.75 | duplicative of Deward 7/7, 8, Hallward 7/7, 8 | confer |
| 7/8/2011 | Lewis, Julia | Revise declaration for B. Manheim describing incidents discussed in legislative history that were cited by defendants in their opposition. | 3.00 | duplicative of Dewar 7/8; excessive (DE 58-1 is only 8 pgs; 2 hours already expended on the project 7/7) | check |
| 7/9/2011 | Lemmon, Scott | Drafted Reply to State's Motion for Order to Revise Styling (caption) of case. | 2.00 | excessive (DE 60 only 2 pgs); duplicative of Ripa 7/8, 10 | |
| 7/10/2011 | Jonathon Lowy | Prepared for moot court by reviewing briefs and arguments | 0.75 | duplicative | hearing |

**EXHIBIT 13
Wollschlaeger v. Farmer
GENERALLY DUPLICATIVE TIME**

| Date | Timekeeper | Legal Services Rendered | Hours | Objections | Notes |
|---|---|---|---|---|---|
| 7/11/2011 | Edward Mullins | Edit and revise response to motion to change case style (.5); revise same to include letter exhibits (.2); revise response per changes of B. Manheim (.3); edit response regarding same with changes of B. Manheim, D. Hallward-Driemeier (.2); call to judge's chambers (.1); update team on same (.1); correspond with team on amici request of children's groups (.1); correspond with G. Greenberg on same (.1); conference with G. Greenberg on strategy (.1); update B. Manheim on same (.1); review order on caption (.1); review amended order denying intervention (.1); attend mock oral argument (1.5); correspond with team on Judge Cooke arguments (.2) | 1.20 | excessive (editing mo/change case style, DE 60 only 2 pgs), duplicative of Ripa 7/10 (mo/change case style) | caption confer |
| 7/13/2011 | Edward Mullins | Prepare for hearing (1.5); attend hearing (1.0); attend meeting with co-counsel on strategy (.5); attend meeting with clients on same (1.0); work on strategy on amicus (.5); attend meeting with potential amicus on strategy (1.0) | 5.50 | need/duplicative (attendance at OA when Hallward and Manheim there) | hearing |
| 7/13/2011 | Hal Lucas | Attend preliminary injunction hearing (1.5); attend post-hearing meeting with clients and co-counsel (1.0). | 2.50 | need/duplicative (attendance at OA when Hallward and Manheim there); duplicative of Lowy 7/13 | hearing |
| 7/13/2011 | Dewar, Elizabeth N. | Oral argument on preliminary injunction motion. | 1.00 | need/duplicative (attendance at OA when Hallward and Manheim there); duplicative of Lowy 7/13 | hearing |
| 7/14/2011 | Edward Mullins | Assist amicus with transcript (.2); review transcript for memorandum (.3); work on strategy with team (.3); work on outline (.3) | 1.10 | need (assist amicus with transcript), detail (subject of outline); duplicative of Dewar, Lemmon, Goetz 7/14 | confer |
| 7/14/2011 | Lemmon, Scott | Reviewed transcript from hearing on Motion for Preliminary Injunction. | 0.75 | duplicative of Dewar, Goetz, Mullins | |
| 7/14/2011 | Dewar, Elizabeth N. | Drafted outline of supplemental submission and necessary supplemental research necessary (4.0); worked with co-counsel and team regarding same (.75) | 4.75 | detail (research not described); duplicative of Goetz, Lemmon, Mullins | confer |

**EXHIBIT 13**
**Wollschlaeger v. Farmer**
**GENERALLY DUPLICATIVE TIME**

| Date | Timekeeper | Legal Services Rendered | Hours | Objections | Notes |
|---|---|---|---|---|---|
| 7/14/2011 | Goetz, Mariel | Review transcript from PI hearing and emails with B. Dewar regarding outline for supplemental briefing (5.25). Team meeting regarding supplemental briefing strategy (1.0). | 5.75 | duplicative of Dewar, Mullins, Lemmon (outline, team meeting) | confer |
| 7/14/2011 | Lewis, Julia | Research cases for B. Dewar indicating that courts should look to a statute's legislative history and legislative purpose in determining whether the statute is viewpoint-discriminatory and drafted email to B. Manheim and D. Hallward-Driemeier analyzing same. | 3.00 | block; duplicative of Manheim | confer |
| 7/16/2011 | Hallward-Driemeier, Douglas | Review draft supplemental memorandum. | 1.75 | duplicative of Manheim 7/15 | |
| 7/17/2011 | Dewar, Elizabeth N. | Reviewed and proposed revisions to draft supplemental declarations for J.Schaechter, B.Wollschlaeger, and T.Schechtman. | 0.75 | duplicative of Hallward, Goetz 7/17 | |
| 7/17/2011 | Goetz, Mariel | Draft and revise declarations for Schaechter, Schechtman, and Wollschlaeger, and emails with team regarding same. | 3.75 | duplicative of Hallward, Dewar 7/17 | confer |
| 7/18/2011 | Dewar, Elizabeth N. | Read amicus brief (.25); emails to/from D.Hallward-Driemeier, E.Mullins, H.Lucas, and B.Manheim regarding same. (.25) | 0.50 | duplicative of Hallward 7/17, 19 | |
| 7/18/2011 | Lewis, Julia | Read ACLU amicus brief and declarations for Wollschlaeger, Schectman, and Schaecter. | 1.50 | duplicative of Hallward 7/17, 19 | |
| 7/18/2011 | Manheim, Bruce S Jr | Continued drafting and revision of supplemental brief . (2.0) Review supplemental draft declarations (1.0); follow up with team on revisions to brief (.5); meeting with D. Hallward-Driemeier regarding same. (.5) | 4.00 | duplicative of Hallward (declaration and supplemental brief) | confer |
| 7/19/2011 | Daniel Vice | Review court order, supplemental filing | 0.75 | duplicative of Lowy 7/19 | |
| 7/19/2011 | Jonathon Lowy | Review court order, supplemental filing | 0.75 | duplicative of Hallward (supplemental filing) | |
| 7/19/2011 | Goetz, Mariel | Review draft supplemental brief. | 2.50 | duplicative of Hallward 7/18, 19 | |
| 7/19/2011 | Lemmon, Scott | Worked with E. Dewar on finding Florida disciplinary statutes using term "should." | 0.25 | duplicative of Lewis | |
| 7/20/2011 | Lemmon, Scott | Reviewed supplemental filing. | 0.50 | duplicative of Hallward 7/19 | |

**EXHIBIT 13**
**Wollschlaeger v. Farmer**
**GENERALLY DUPLICATIVE TIME**

| Date | Timekeeper | Legal Services Rendered | Hours | Objections | Notes |
|---|---|---|---|---|---|
| 7/26/2011 | Manheim, Bruce S Jr | Review state's Motion to Strike Supplemental Memo (.25); follow up email correspondence regarding response. (.25) Additional email correspondence regarding state's Motion to Strike. (.5) | 1.50 | duplicative of Hallward 7/27 (mo/ strike) | confer |
| 7/27/2011 | Edward Mullins | Review motion to strike (.1); work on response and strategy for same (.4); schedule meeting on same (.1); work on strategy (.2) | 0.80 | duplicative of Hallward 7/27 (mo/ strike) | |
| 7/27/2011 | Dewar, Elizabeth N. | Read State's motion to strike (.1); emails to/from E.Mullins and B.Manheim regarding response thereto. (.15) | 0.25 | duplicative of Hallward 7/27 (mo/ strike) | confer |
| 7/29/2011 | Manheim, Bruce S Jr | Email correspondence regarding case and Preliminary Injunction. Review state's Motion to Strike and next steps regarding Scheduling Order. | 1.25 | block; detail (correspondents not ID'd); duplicative of Hallward 7/27 | |
| 9/15/2011 | Daniel Vice | Follow-up re: court ruling, communications with clients about impact of court ruling and litigation developments and strategy | 1.75 | duplicative of Mullins 9/14, Lowy 9/14 | |
| 10/14/2011 | Edward Mullins | Attend meeting with Ropes firm on strategy | 1.00 | duplicative | confer |
| 10/14/2011 | Dewar, Elizabeth N. | Meeting with D.Hallward-Driemeier, B.Manheim, K.O'Connell, and S.Lemmon regarding strategy for summary judgment motion. | 0.75 | duplicative | confer |
| 10/14/2011 | Lemmon, Scott | Attended meeting with D. Hallward-Driemeier, B. Manheim, E. Mullins, E. Dewar, K. O'Connell regarding motion for summary judgment. | 1.00 | duplicative | confer |
| 10/14/2011 | Manheim, Bruce S Jr | Meeting with team and E. Mullins to discuss Summary Judgment Motion and next steps. | 0.75 | duplicative | confer |
| 10/14/2011 | O'Connell, Kelly | Meeting with team and local counsel to discuss motion for summary judgment strategy. | 1.00 | duplicative | confer |
| 10/24/2011 | Dewar, Elizabeth N. | Reviewed draft motion for summary judgment and emails to/from D.Hallward-Driemeier and S.Lemmon regarding comments and proposed revisions to same. | 1.00 | duplicative of Hallward 10/24 | confer |
| 10/24/2011 | Manheim, Bruce S Jr | Review Summary Jugment papers prepared by S. Lemon and K. O'Connell. | 0.75 | duplicative of Hallward 10/24 | |
| 10/27/2011 | Manheim, Bruce S Jr | Review statement of facts prepared internally and revise. | 0.75 | duplicative of Lemmon 10/24, Hallward 10/31 | |

**EXHIBIT 13**
**Wollschlaeger v. Farmer**
**GENERALLY DUPLICATIVE TIME**

| Date | Timekeeper | Legal Services Rendered | Hours | Objections | Notes |
|---|---|---|---|---|---|
| 11/1/2011 | Dewar, Elizabeth N. | Reviewed revised proposed statement of undisputed facts; emails to/from S.Lemmon regarding same. | 0.25 | duplicative of Hallward, Lemmon, Manheim | confer |
| 11/3/2011 | Edward Mullins | Review State's revisions to undisputed facts (.2); correspond with Ropes team on same (.5). | 0.60 | duplicative of Hallward, Manheim (revisions to facts) | confer |
| 11/3/2011 | Dewar, Elizabeth N. | Reviewed state revisions to proposed statement of stipulated facts and emails to/from E.Mullins, B.Manheim, D.Hallward-Driemeier, and S.Lemmon regarding same. | 0.25 | duplicative of Hallward, Manheim (revisions to facts) | confer |
| 11/3/2011 | Lemmon, Scott | Reviewed Florida's proposed statement of undisputed facts. | 1.00 | duplicative of Hallward, Manheim, Dewar | |
| 11/3/2011 | Manheim, Bruce S Jr | Review state's revision of Statement of Facts. | 0.50 | duplicative of Hallward, Dewar, Lemmon | |
| 11/4/2011 | O'Connell, Kelly | Made further revisions to new proposed statement of facts. | 0.25 | duplicative of Lemmon 11/4,7 | |
| 11/8/2011 | Hallward-Driemeier, Douglas | Review and revise draft statement of undisputed facts. | 0.75 | duplicative of Dewar 11/9 | |
| 11/10/2011 | Edward Mullins | Work on finalizing summary judgment motion (.2); finalize joint motion for pages (.2). | 0.40 | duplicative of Hallward 11/10, 11 | |
| 11/11/2011 | Jonathon Lowy | Review summary judgment papers | 0.25 | duplicative of Lowy 11/11, Hallward | |
| 11/11/2011 | Daniel Vice | Review and analyze summary judgment filings | 0.25 | Duplicative of Hallward, Manheim | |
| 11/11/2011 | Lemmon, Scott | Worked with B. Manheim, D. Hallward-Driemeier, A. Ripa, K. O'Connell to edit Motion for Summary Judgment in preparation for filing. | 10.25 | duplicative of Hallward 11/11 | |
| 11/11/2011 | Manheim, Bruce S Jr | Additional review of Summary Judgment filings. | 0.75 | duplicative of Hallward 11/10-11 | |
| 11/11/2011 | O'Connell, Kelly | Drafted revisions and finalized motion for summary judgment and related documents; worked with S. Lemmon and A. Ripa regarding same. | 5.25 | duplicative of Hallward, Lemmon, Ripa | |
| 11/11/2011 | Ripa, Augustine | Revise joint statement of facts and summary judgment memo and motion; coordinate with team re: the same; coordinate filing of the same | 6.50 | duplicative of Hallward, Lemmon, Dewar | |
| 11/14/2011 | Jonathon Lowy | Review summary judgment papers | 0.25 | duplicative of Hallward 11/10-11, Lemmon | |
| 11/14/2011 | Daniel Vice | Review and analyze summary judgment filings | 0.25 | duplicative of Lowy 11/14 | |

14

**EXHIBIT 13**
**Wollschlaeger v. Farmer**
**GENERALLY DUPLICATIVE TIME**

| Date | Timekeeper | Legal Services Rendered | Hours | Objections | Notes |
|---|---|---|---|---|---|
| 11/14/2011 | Ripa, Augustine | Review Plaintiffs' motion for summary judgment (1.0); analyze applicable authorities regarding the same (1.75); begin drafting opposition to the same (3.5) | 6.25 | duplicative of Lemmon 11/14 (must mean Ds' motion for summary judgment) | |
| 11/15/2011 | Manheim, Bruce S Jr | Work on Motion Summary Judgment issues; coordinate response. | 0.50 | duplicative of Ripa 11/15, 16 | confer |
| 11/15/2011 | O'Connell, Kelly | Analyzed Defendant's motion for summary judgment (1.0); corresponded with team regarding approach to opposition (.25); meeting with S. Lemmon and A. Ripa regarding same; (.5) began analyzing Defendant's past pleadings for inconsistencies with current motion. (.5) | 1.00 | duplicative of Ripa 11/15, Hallward 11/16 (rev MSJ) | confer |
| 11/16/2011 | O'Connell, Kelly | Began analyzing case law and outlining argument opposing defendant's motion for summary judgment. | 1.50 | duplicative of Ripa 11/15 | |
| 11/20/2011 | Lemmon, Scott | Edited opposition to Defendant's Motion for Summary Judgment. | 4.00 | duplicative of Hallward 11/23, 28 | |
| 11/21/2011 | Lemmon, Scott | Edited opposition to Defendants' Motion for Summary Judgment. | 4.75 | duplicative of Hallward 11/23, 28 | |
| 11/21/2011 | O'Connell, Kelly | Continued drafting opposition to Defendant's motion for summary judgment; worked with S. Lemmon regarding same | 3.50 | duplicative of Ripa 11/18 | |
| 11/22/2011 | Lemmon, Scott | Edited Opposition to Defendant's Motion for Summary Judgment. | 9.50 | duplicative of Hallward 11/23, 28 | |
| 11/22/2011 | O'Connell, Kelly | Worked with S. Lemmon on opposition to motion for summary judgment. | 0.25 | duplicative of Hallward 11/23, 28 | |
| 11/23/2011 | Edward Mullins | Review response to summary judgment (.2); correspond with S. Lemmon on reply to same (.1). | 0.30 | duplicative of Hallward 11/23, 28 | confer |
| 11/23/2011 | Lemmon, Scott | Edited Opposition to Defendants' Motion for Summary Judgment. | 7.25 | duplicative of Hallward 11/23, 28 | |
| 11/23/2011 | Manheim, Bruce S Jr | Review state opposition to plaintiffs' motion for summary judgment. | 0.75 | duplicative of Hallward 11/23, 28 | |
| 11/23/2011 | O'Connell, Kelly | Worked with S. Lemmon on drafting and revising opposition to defendant's motion for summary judgment. | 3.75 | duplicative of Hallward 11/23, 28 | |
| 11/28/2011 | Manheim, Bruce S Jr | Review opposition briefs to state MSJ. | 1.00 | duplicative of Lemmon 11/23, Hallward 11/23, 28 | |
| 12/1/2011 | Jonathon Lowy | Review SJ response papers | 0.25 | duplicative O'Connell 21/1 | |
| 12/1/2011 | Daniel Vice | Review and analyze response in opposition | 0.25 | duplicative O'Connell 21/1 | |

**EXHIBIT 13**
**Wollschlaeger v. Farmer**
**GENERALLY DUPLICATIVE TIME**

| Date | Timekeeper | Legal Services Rendered | Hours | Objections | Notes |
|---|---|---|---|---|---|
| 12/2/2011 | Manheim, Bruce S Jr | Initial review of reply to state opposition to Motion Summary Judgment. | 0.50 | duplicative of Hallward 12/5, Ripa 12/2 | |
| 12/2/2011 | O'Connell, Kelly | Revised reply brief to Defendants' opposition; drafted response to opposition to statement of facts; worked with A. Ripa and S. Lemmon regarding same. | 3.25 | duplicative of Ripa 12/2 | |
| 12/4/2011 | Edward Mullins | Edit and revise reply to response to summary judgment, statement of undisputed facts | 0.50 | duplicative of Ripa 12/2, Hallward 12/15 | |
| 12/5/2011 | Jonathon Lowy | Review SJ reply papers | 0.25 | duplicative | |
| 12/5/2011 | Daniel Vice | Review and analyze reply brief | 0.25 | duplicative | |
| 12/5/2011 | Lemmon, Scott | Edited Reply to Defendants' Response to Plaintiffs' Supplemental Statement of Undisputed Facts. | 3.00 | duplicative or Ripa 12/2, Hallward 12/5 | |
| 12/5/2011 | Lemmon, Scott | Edited Reply to Defendants' Opposition to Plaintiffs' Motion for Summary Judgment. | 3.75 | duplicative or Ripa 12/2, Hallward 12/5 | |
| 12/5/2011 | Manheim, Bruce S Jr | Additional review of Summary Judgment reply briefs and papers. | 0.50 | duplicative or Ripa 12/2, Hallward 12/5 | |
| 12/5/2011 | Manheim, Bruce S Jr | Review and revise draft brief opposing state opposition to Plaintiffs' Motion for Summary Judgment. | 1.00 | duplicative or Ripa 12/2, Hallward 12/5 | |
| 12/6/2011 | Manheim, Bruce S Jr | Review pleadings in case and summary judgment papers. | 1.00 | duplicative | |
| 12/8/2011 | Manheim, Bruce S Jr | Review papers filed by state in opposition to motion for summary judgment. | 1.00 | duplicative | |
| 12/9/2011 | Jonathon Lowy | Review SJ response papers | 0.25 | duplicative | |
| 12/9/2011 | Daniel Vice | Review and analyze response brief | 0.25 | duplicative | |
| 12/9/2011 | Edward Mullins | Review reply to response to summary judgment (.2); correspond with S. Lemmon on same (.1) | 0.30 | duplicative of O'Connell 12/9, Ripa 12/9 | |
| 6/29/2012 | Jonathon Lowy | Review court ruling | 0.25 | duplicative of Mulllins 6/29 | |
| 6/29/2012 | Daniel Vice | Review and analyze order granting Plaintiffs' Motion for Summary Judgment | 0.25 | duplicative of Mullins 6/29 | |
| 7/2/2012 | O'Connell, Kelly | Reviewed opinion granting motion for summary judgment (.5); worked with team regarding motion for attorney's fees (.5); corresponded with B. Chu to receive updated expense reports (.25); reviewed previous materials to re-familiarize myself and materials to D. Cunningham. (.5) | 0.50 | duplicative of Mullins 6/29 (rev order on msj) | confer |
| 7/17/2012 | O'Connell, Kelly | Meeting with B. Manheim, D. Hallward-Driemeier, and E. Siegle regarding issues related to motion for attorneys' fees. | 1.00 | duplicative of Hallward, Manheim | confer |

**EXHIBIT 13**
**Wollschlaeger v. Farmer**
**GENERALLY DUPLICATIVE TIME**

| Date | Timekeeper | Legal Services Rendered | Hours | Objections | Notes |
|---|---|---|---|---|---|
| 7/25/2012 | Edward Mullins | Review motion for fees (.2); correspond with team on same (.2); work with K. O'Connell on same (.1) | 0.50 | duplicative of Hallward 7/25, Manheim | confer |
| 7/25/2012 | Manheim, Bruce S Jr | Review and revise declaration and brief in support of attorney fee motion. | 1.00 | duplicative of Hallward 7/25, Manheim | |
| | | | 341.45 | | |