**EXHIBIT 14**
**Wollschlaeger v. Farmer**
**LOWY-VICE COMPARISON**

| Date | Timekeeper | Legal Services Rendered | Hours | Notes | | |
|---|---|---|---|---|---|---|
| 5/6/2011 | Jonathon Lowy | Conference call with clients re: litigation strategy; review and analyze research re Florida constitution and law | 1.25 | | | |
| 5/6/2011 | Daniel Vice | Conference call with clients re: litigation strategy and constitutional challenge to legislation | 0.25 | | | |
| 5/9/2011 | Jonathon Lowy | Legal research regarding legislation and preparation for conference call with clients (.25), research legislation status and cases (.25) | 0.50 | | | |
| 5/9/2011 | Daniel Vice | Research legislation and preparation for conference call with clients concerning litigation strategy (.25), research legislation status and cases concerning constitutionality of legislation (.25) | 0.50 | | | |
| 5/12/2011 | Jonathon Lowy | Research concerning application of legislation, application to clients; medical practice re firearms in the home; social science research on firearms in the home | 1.75 | | | |
| 5/12/2011 | Daniel Vice | Research concerning constitutional challenge and application of legislation to clients | 1.00 | | | |
| 5/17/2011 | Jonathon Lowy | Work on declarations from clients for PI motion | 0.75 | | | |
| 5/17/2011 | Daniel Vice | Work on declarations from plaintiffs for PI motion | 1.25 | | | |
| 5/18/2011 | Jonathon Lowy | Research re: Florida rules, discussion and research concerning client declarations (1.0); Communications with Dan V., Robyn L., Dina S., co-counsel and clients re litigation case law research and legal strategy (0.5); Tel. Con. With Bruce Manheim re suit litigation research and strategy (0.25). | 1.75 | confer | | |
| 5/18/2011 | Daniel Vice | Strategy discussion and legal research concerning client declarations | 1.50 | confer | | |
| 5/20/2011 | Jonathon Lowy | Communications with co-counsel concerning PI motion preparation; reviewed and revised PI motion. | 0.50 | confer | | |
| 5/20/2011 | Daniel Vice | Communications with co-counsel concerning PI motion preparation, legal research for PI motion | 0.50 | confer | | |

1

**EXHIBIT 14**
**Wollschlaeger v. Farmer**
**LOWY-VICE COMPARISON**

| Date | Timekeeper | Legal Services Rendered | Hours | Notes | |
|---|---|---|---|---|---|
| 5/23/2011 | Jonathon Lowy | Review legislation, review declarations (1.0); communications with co-counsel concerning declarations, research social science concerning physician obligations and guns (0.5); research re firearms incidents and deaths in Florida and in the home (.5); revised memo of incidents (.25) | 2.25 | confer | |
| 5/23/2011 | Daniel Vice | Review and analyze legislation (0.5), review declarations for motion (0.5), communications with co-counsel concerning declarations (0.25), research concerning physician obligations and guns re: application of legislation (1.0) | 2.25 | confer | |
| 5/24/2011 | Jonathon Lowy | Review, edit draft complaint and declarations; emails with co-counsel, staff re work on case and research analysis | 2.25 | confer | |
| 5/24/2011 | Daniel Vice | Review, edit draft complaint and declarations | 2.00 | | |
| 5/27/2011 | Jonathon Lowy | Communications with clients concerning logistics for filing | 0.50 | | |
| 5/27/2011 | Daniel Vice | Communications with clients concerning logistics for filing and details of constitutional challenge | 1.00 | | |
| 5/31/2011 | Jonathon Lowy | Discussions with clients concerning complaint filing, final preparations for complaint filing (0.75); communications with co-counsel re edits/additions to complaint, filing (0.5). | 1.25 | confer | |
| 5/31/2011 | Daniel Vice | Discussions with clients concerning complaint filing, final edits and preparations for complaint filing | 1.25 | | |
| 6/3/2011 | Jonathon Lowy | Discussion with clients, co-counsel re: case analysis and litigation strategy; preparation of pro hac motions | 1.75 | | |
| 6/3/2011 | Daniel Vice | Discussion with clients, co-counsel for preparation of motions and legal work on editing, preparing motion | 1.75 | | |
| 6/4/2011 | Jonathon Lowy | Communications with co-counsel and clients re: case analysis and litigation strategy | 0.50 | confer | |
| 6/5/2011 | Jonathon Lowy | Communications with co-counsel and clients re: case preparation and litigation strategy | 0.50 | confer | |

**EXHIBIT 14**
**Wollschlaeger v. Farmer**
**LOWY-VICE COMPARISON**

| Date | Timekeeper | Legal Services Rendered | Hours | Notes | | |
|---|---|---|---|---|---|---|
| 6/6/2011 | Jonathon Lowy | Review Complaint re filing, update clients on complaint status (0.25); research re guns in the home incidents to support case (2.0); communications with clients (0.25) | 2.50 | | | |
| 6/7/2011 | Jonathon Lowy | Review and analyze motion; Communications with co-counsel and clients re litigation strategy and research | 1.25 | confer | | |
| 6/8/2011 | Jonathon Lowy | Communications with clients concerning complaint follow-up (0.75); Communications with co-counsel and clients re litigation (0.5) | 1.25 | confer | | |
| 6/9/2011 | Jonathon Lowy | Communications with co-counsel and clients re litigation strategy and research | 0.50 | confer | | |
| 6/10/2011 | Jonathon Lowy | Discussed and reviewed research on physician review board complaint procedure and complaint forms (1.0); Communications with co-counsel and clients re litigation strategy and research (0.25) | 1.25 | | | |
| 6/13/2011 | Jonathon Lowy | Review communications from clients re litigation strategy and research (0.25), research concerning gag rule implementation (1.25); Communications with co-counsel and clients re litigation, research (0.25) | 1.75 | confer | | |
| 6/13/2011 | Daniel Vice | Review communications from clients concerning gag rule implementation (0.25), research concerning gag rule implementation (1.5) | 1.75 | | | |
| 6/14/2011 | Jonathon Lowy | Communications with co-counsel and clients re litigation strategy and research | 0.25 | confer | | |
| 6/15/2011 | Jonathon Lowy | Communications with co-counsel and clients concerning amendments, litigation strategy | 0.75 | confer | | |
| 6/16/2011 | Daniel Vice | Research and review legislative history of gag rule | 1.50 | | | |
| 6/22/2011 | Jonathon Lowy | Review, edit pleadings – draft amended complaint and PI motion | 2.25 | | | |
| 6/22/2011 | Daniel Vice | Review, edit pleadings – draft amended complaint and PI motion | 1.75 | | | |
| 6/23/2011 | Daniel Vice | Research and review final draft pleadings for filing (2.0); research opposition to NRA motion to intervene (1.0) | 3.00 | | | |
| 6/24/2011 | Jonathon Lowy | Review final case filings (1.0); Communications with co-counsel and clients re litigation strategy and research (.75) | 1.75 | confer | | |

**EXHIBIT 14**
**Wollschlaeger v. Farmer**
**LOWY-VICE COMPARISON**

| Date | Timekeeper | Legal Services Rendered | Hours | Notes | | |
|---|---|---|---|---|---|---|
| 6/24/2011 | Daniel Vice | Review final case filings (0.5) and research case law on litigation next steps (0.75) | 1.25 | | | |
| 6/27/2011 | Jonathon Lowy | Research opposition to NRA motion to intervene legal standard, review co-counsel communications (1.0); Communications with co-counsel and clients re litigation strategy, legal analysis and research (0.25) | 1.25 | confer | | |
| 6/27/2011 | Daniel Vice | Research opposition to NRA motion to intervene (2.5), co-counsel communications concerning opposition strategy (.75) | 3.25 | confer | | |
| 6/30/2011 | Jonathon Lowy | Finalize, edit opposition to NRA motion and review edits | 1.25 | | | |
| 6/28/2011 | Daniel Vice | Finalize, edit opposition to NRA motion and review edits | 2.75 | | | |
| 7/1/2011 | Jonathon Lowy | Prepare for hearing by reviewing filings, briefs, case law, arguments | 1.25 | | | |
| 7/1/2011 | Daniel Vice | Prepare for hearing by reviewing filings and researching Florida rules | 1.75 | | | |
| 7/2/2011 | Jonathon Lowy | Communications with clients, co-counsel re: hearing | 0.50 | confer | | |
| 7/2/2011 | Daniel Vice | Communications with clients, co-counsel re: hearing preparation and strategy | 0.25 | confer | | |
| 7/5/2011 | Jonathon Lowy | Research and review state opposition to PI motion; outline responses | 1.50 | | | |
| 7/5/2011 | Daniel Vice | Research and review state opposition to PI motion | 1.75 | | | |
| 7/6/2011 | Jonathon Lowy | Communications with co-counsel and clients re litigation strategy, legal analysis and research | 0.50 | confer | | |
| 7/7/2011 | Jonathon Lowy | Communications with co-counsel and clients re litigation strategy, legal analysis and research | 0.50 | | | |
| 7/8/2011 | Jonathon Lowy | Communications with clients re: filings, review court ruling | 1.50 | | | |
| 7/8/2011 | Daniel Vice | Communications with clients explaining court ruling and next steps in litigation | 1.50 | | | |
| 7/9/2011 | Jonathon Lowy | Communications with co-counsel and clients re litigation strategy, legal analysis and research | 0.50 | | | |
| 7/10/2011 | Jonathon Lowy | Prepared for moot court by reviewing briefs and arguments | 0.75 | hearing | | |
| 7/11/2011 | Jonathon Lowy | Prepare for and participated in moot court; review legal research memos | 3.25 | hearing | | |

**EXHIBIT 14**
**Wollschlaeger v. Farmer**
**LOWY-VICE COMPARISON**

| Date | Timekeeper | Legal Services Rendered | Hours | Notes | | |
|---|---|---|---|---|---|---|
| 7/11/2011 | Daniel Vice | Prepare for and participate in moot court | 3.50 | hearing | | |
| 7/12/2011 | Jonathon Lowy | Communications with Dan V., co-counsel and clients re litigation strategy (0.5), legal analysis and research (3.5) | 4.00 | confer | | |
| 7/13/2011 | Jonathon Lowy | Communications with Dan V., co-counsel and clients re litigation strategy (0.5), legal analysis and research (3.5) | 4.00 | | | |
| 7/14/2011 | Jonathon Lowy | Communications with staff, co-counsel and clients re hearing, litigation | 0.75 | confer | | |
| 7/14/2011 | Daniel Vice | Post-hearing review, communications with clients about hearing status and litigation strategy | 2.00 | | | |
| 7/15/2011 | Jonathon Lowy | Communications with co-counsel, staff, clients re: hearing; draft supplemental filing; coordination with other doctors group plaintiffs re: case developments | 1.50 | | | |
| 7/15/2011 | Daniel Vice | Communications with clients re: hearing and case developments | 0.50 | | | |
| 7/19/2011 | Jonathon Lowy | Review court order, supplemental filing | 0.75 | | | |
| 7/19/2011 | Daniel Vice | Review court order, supplemental filing | 0.75 | | | |
| 9/14/2011 | Jonathon Lowy | Review court ruling, strategize about next steps (0.5); Communications with staff, co-counsel and clients re litigation strategy (0.5), legal analysis and research (2.75) | 3.75 | | | |
| 9/15/2011 | Daniel Vice | Follow-up re: court ruling, communications with clients about impact of court ruling and litigation developments and strategy | 1.75 | | | |
| 9/22/2011 | Daniel Vice | Review communications with co-counsel concerning litigation updates and strategy | 0.25 | confer | | |
| 11/11/2011 | Jonathon Lowy | Review summary judgment papers | 0.25 | | | |
| 11/11/2011 | Daniel Vice | Review and analyze summary judgment filings | 0.25 | | | |
| 11/14/2011 | Jonathon Lowy | Review summary judgment papers | 0.25 | | | |
| 11/14/2011 | Daniel Vice | Review and analyze summary judgment filings | 0.25 | | | |
| 12/1/2011 | Jonathon Lowy | Review SJ response papers | 0.25 | | | |
| 12/1/2011 | Daniel Vice | Review and analyze response in opposition | 0.25 | | | |
| 12/5/2011 | Jonathon Lowy | Review SJ reply papers | 0.25 | | | |
| 12/5/2011 | Daniel Vice | Review and analyze reply brief | 0.25 | | | |
| 12/9/2011 | Jonathon Lowy | Review SJ response papers | 0.25 | | | |
| 12/9/2011 | Daniel Vice | Review and analyze response brief | 0.25 | | | |
| 6/29/2012 | Jonathon Lowy | Review court ruling | 0.25 | | | |

**EXHIBIT 14**
**Wollschlaeger v. Farmer**
**LOWY-VICE COMPARISON**

| Date | Timekeeper | Legal Services Rendered | Hours | Notes | |
|---|---|---|---|---|---|
| 6/29/2012 | Daniel Vice | Review and analyze order granting Plaintiffs' Motion for Summary Judgment | 0.25 | | |
| | | | 102.00 | | |