**EXHIBIT 15**
**Wollschlaeger v. Farmer**
**BLOCK BILLING**

| Date | Timekeeper | Legal Services Rendered | Hours | Objections | Notes |
|---|---|---|---|---|---|
| 5/18/2011 | Ripa, Augustine | Continue drafting complaint and coordinate with team re: venue | 4.75 | block | confer |
| 5/23/2011 | Manheim, Bruce S Jr | Review of draft PI motion, complaint, declarations | 1.00 | block, duplicative of Hallward 5/19 | |
| 5/23/2011 | Ripa, Augustine | Analyze case law re: preliminary injunction motion and analyze facts gathered to be included in complaint; coordinate revisions of the same. | 4.75 | block | confer |
| 5/24/2011 | Jonathon Lowy | Review, edit draft complaint and declarations; emails with co-counsel, staff re work on case and research analysis | 2.25 | detail (declarants not identified), block, duplicative of Hallward 5/26, 25, 19 | confer |
| 5/26/2011 | Manheim, Bruce S Jr | Draft demand/notice letter to Governor Scott; circulate to group for review and approval. | 2.50 | block, need (demand letter unnecessary to litigation) | confer |
| 5/27/2011 | Antzoulatos, Sophia | Conduct research into SD Fla local court rules on pro hac motions, Motions for PI and filing complaints. | 1.00 | block, overhead (pro hoc vice motions), duplicative of Long 5/20 | |
| 6/3/2011 | Ripa, Augustine | Confer with team re: next steps in revisions to complaint; effectuate the same; analyze documents for fact-citations in complaint | 4.00 | block | confer |
| 6/3/2011 | Lewis, Julia | Call with Dr. Schaecter regarding revising her declaration, with Dr. Ramon-Coton regarding her views on HB 155 and setting up an interview, and with Ropes team and plaintiffs to discuss status of lawsuit. | 3.25 | block, need (Ramon-Coton views irrelevant) | confer |
| 6/14/2011 | Dewar, Elizabeth N. | E-mails to/from S.Lemmon and A.Ripa regarding additional research on Defendant Dudek's powers and revisions to complaint incorporating same. | 2.00 | block | confer |
| 6/18/2011 | Jonathon Lowy | Review and analyze NRA motion to intervene; discuss with staff re research and response | 0.75 | block | |
| 6/24/2011 | Ripa, Augustine | Draft and revise request for hearing; confer with team re: preliminary injunction edits and filing. | 1.50 | block | confer |
| 6/28/2011 | Dewar, Elizabeth N. | Read Defendants' response to the NRA's motion to intervene and emails to/from E.Mullins, D.Hallward-Driemeier, and B.Manheim regarding responding to same. | 2.00 | block, excessive (DE 44, defendant's response was 1 sentence long) | confer |
| 6/29/2011 | Daniel Vice | Research, draft opposition to NRA motion | 3.75 | block, duplicative of Dewar 6/30 | |

1

**EXHIBIT 15**
**Wollschlaeger v. Farmer**
**BLOCK BILLING**

| Date | Timekeeper | Legal Services Rendered | Hours | Objections | Notes |
|---|---|---|---|---|---|
| 6/30/2011 | Dewar, Elizabeth N. | Read Eleventh Circuit case law on mandatory and permissive intervention and drafted numerous e-mails and conferences to/from/with B.Manheim, E.Mullins, and S.Lemmon regarding opposition to intervention. | 5.00 | block | confer |
| 7/1/2011 | Daniel Vice | Prepare for hearing by reviewing filings and researching Florida rules | 1.75 | block, need (Florida rules), duplicative of Lowy 7/1 | |
| 7/1/2011 | Dewar, Elizabeth N. | Readied opposition to NRA intervention for filing by various e-mail to team, a review of J.Lewis memorandum on justiciability issues, and a conference with with E.Mullins. N.Han, B. Manheim, D.Hallward-Driemeier on legislative history/related issues. | 3.50 | block | confer |
| 7/14/2011 | Lewis, Julia | Prepared for and participated in meeting with B. Manheim and Florida Gun Law Associates to discuss preparation of supplemental briefing on preliminary injunction motion. | 5.75 | block | confer |
| 7/14/2011 | Lewis, Julia | Research cases for B. Dewar indicating that courts should look to a statute's legislative history and legislative purpose in determining whether the statute is viewpoint-discriminatory and drafted email to B. Manheim and D. Hallward-Driemeier analyzing same. | 3.00 | block; duplicative of Manheim | confer |
| 7/16/2011 | Dewar, Elizabeth N. | Emails to/from B.Manheim and D.Hallward-Driemeier regarding supplemental submission; revised draft supplemental submission per D.Hallward-Driemeier and B.Manheim comments. | 4.00 | block | confer |
| 7/19/2011 | Lewis, Julia | Correspond with B. Dewar, D. Hallward-Driemeier, and B. Manheim to draft and revise supplemental brief in support for motion for preliminary injunction, including finding missing citations, rewriting paragraphs, entering team edits, proofreading, and reworking in light of Defendants' supplemental filing. | 8.75 | block | confer |
| 7/29/2011 | Manheim, Bruce S Jr | Email correspondence regarding case and Preliminary Injunction. Review state's Motion to Strike and next steps regarding Scheduling Order. | 1.25 | block; detail (correspondents not ID'd); duplicative of Hallward 7/27 | |
| 8/9/2011 | Manheim, Bruce S Jr | Follow up on opposition to Motion to Strike; revisions to Joint Motion to Extend. | 1.50 | block; detail (follow up activities not described) | |

**EXHIBIT 15**
**Wollschlaeger v. Farmer**
**BLOCK BILLING**

| Date | Timekeeper | Legal Services Rendered | Hours | Objections | Notes |
|---|---|---|---|---|---|
| 8/12/2011 | Manheim, Bruce S Jr | Draft and incorporate revisions to Opposition to Motion to Strike; email correspondence regarding same. | 1.50 | block; excessive (DE 78 only 5 pgs) | confer |
| 11/10/2011 | O'Connell, Kelly | Corresponded with S. Lemmon and A. Ripa to revise MSJ, proposed order, and SSOF; drafted revisions to same. | 2.50 | block | confer |
| 11/14/2011 | Manheim, Bruce S Jr | Email correspondence regarding state violation of page limit and line spacing rules; telephone conference with J. Vail regarding same; review of Motion for Summary Judgment for arguments. | 1.50 | block | |
| | | | 73.50 | | |