# EXHIBIT 16
## Wollschlaeger v. Farmer
**ENTRIES INSUFFICIENTLY DETAILED**

| Date | Timekeeper | Legal Services Rendered | Hours | Objections | Notes |
|---|---|---|---|---|---|
| 4/28/2011 | Jonathon Lowy | Review and analyze legislation (.25); preliminary research and legal analysis on litigation (.5); tel. call with K. Crumley, Florida counsel, re Fla. legislation and litigation strategy (.25) | 0.25 | detail (Crumley not suffiently identified to determine his role in case; subject of research not described) | |
| 5/4/2011 | Jonathon Lowy | Conference call with clients re: litigation strategy (.5); Review materials including pediatricians' policies and clinical guidance on firearms prevention to prepare complaint (.25) | 0.75 | detail (clients not identified); duplicative of Ripa 5/5, 6, 9, 10 | |
| 5/11/2011 | Goetz, Mariel | Reviewed background materials on the case and the history of the law | 0.50 | duplicative of Vice 5/9; detail (background materials not described) | |
| 5/13/2011 | Jonathon Lowy | Tel. Con. With Dennis Kainen, Florida attorney re suit and Florida law and procedure, Florida law and legal research for filing | 0.50 | need (Kainen contact not necessary); detail: (subject of research not given; Florida law not specifically described) | |
| 5/16/2011 | Dina Shand | Compiled social science on guns in the home from Brady and e-mail sources | 1.00 | need (social science not necessary to make facial challenge) detail (email sources not described) | |
| 5/16/2011 | Goetz, Mariel | Background reading on statute and analysis of provisions of statute for purposes of physician interviews | 1.00 | detail (background reading not specific) | |
| 5/17/2011 | Jonathon Lowy | Work on declarations from clients for PI motion | 0.75 | detail (clients not identified), duplicative of Vice) | |
| 5/17/2011 | Daniel Vice | Work on declarations from plaintiffs for PI motion | 1.25 | detail (clients not identified) duplicative of Lowy | |
| 5/18/2011 | Daniel Vice | Strategy discussion and legal research concerning client declarations | 1.50 | detail (person involved in discussion not identified; subject of legal research not described) | confer |
| 5/23/2011 | Daniel Vice | Review and analyze legislation (0.5), review declarations for motion (0.5), communications with co-counsel concerning declarations (0.25), research concerning physician obligations and guns re: application of legislation (1.0) | 0.75 | detail (declarants not identified) | confer |
| 5/23/2011 | Hallward-Driemeier, Douglas | Review research prepared by Brady Center. | 0.50 | detail (subject of research not described) | |

**EXHIBIT 16**
**Wollschlaeger v. Farmer**
**ENTRIES INSUFFICIENTLY DETAILED**

| Date | Timekeeper | Legal Services Rendered | Hours | Objections | Notes |
|---|---|---|---|---|---|
| 5/23/2011 | Lewis, Julia | Interview Dr. Wollschlaeger regarding his views of gun safety counseling and HB 155 (2.0) and review notes and declarations from interviews conducted by Brady interns (2.0). | 2.00 | detail (declarants not identified) | |
| 5/24/2011 | Jonathon Lowy | Review, edit draft complaint and declarations; emails with co-counsel, staff re work on case and research analysis | 2.25 | detail (declarants not identified), block, duplicative of Hallward 5/26, 25, 19 | confer |
| 5/24/2011 | Daniel Vice | Review, edit draft complaint and declarations | 2.00 | detail (declarants not identified), duplicative of Hallward 5/26, 25, 19 | |
| 5/24/2011 | Lewis, Julia | Draft summaries of 5 witness interviews conducted by Brady. | 5.00 | detail (witnesses not identied) | |
| 5/25/2011 | Manheim, Bruce S Jr | Review papers (.75); draft letter to governor (.5); follow up email correspondence (.25) | 0.75 | detail (papers not identied; subject of correspondence not described) | confer |
| 5/27/2011 | Dewar, Elizabeth N. | Research (3.5) and e-mails to/from D.Hallward-Driemeier, B.Manheim, S. Lemmon, and A.Ripa regarding standing issues and also preliminary injunction standards (1.25). | 3.00 | detail (research not described) | confer |
| 5/30/2011 | Hal Lucas | Telephonic conference with B. Manheim and E. Mullins re: new matter. | 0.40 | detail (new matter not described) | confer |
| 6/2/2011 | Lewis, Julia | Interview with Dr. Cava regarding his views on HB 155 (2.0); send follow-up emails to physician (1.0) | 1.00 | need (Cava views not relevant, not used), detail (physician not identied) | |
| 6/5/2011 | Edward Mullins | Work on finalizing complaint (.2); work on issues with respect to plaintiffs and filing strategy (.4) | 0.40 | detail (issues with respect to plaintiffs not described) | |
| 6/6/2011 | Aida Rodriguez | Research correct names and addresses of State of Florida officials to be served (1.0); research names and addresses of Florida Board of Medicine members (1.0); locate process server in Tallahassee with experience serving government officials (0.5); telephone conference with process server (0.4); prepare letter to process server enclosing fee and summonses to be served with specific instructions regarding same (1.0); confer with E. Mullins on tasks (0.5). | 0.50 | detail (tasks not described); clerical (locate process server) | confer |

**EXHIBIT 16**
**Wollschlaeger v. Farmer**
**ENTRIES INSUFFICIENTLY DETAILED**

| Date | Timekeeper | Legal Services Rendered | Hours | Objections | Notes |
|---|---|---|---|---|---|
| 6/6/2011 | Edward Mullins | Work on final preparations for filing (.3); edit and revise final draft complaint; correspond with clients on same (.4); correspond with legal team on filing requirements (.3); work on service issues (.1); provide law on privilege (.3); conference with co-counsel regarding judge, procedures (.6); investigate service procedures (.3); conference with counsel regarding same (.4); numerous calls and conferences to general counsel offices of defendants (1.0); update E. Dewar on same (.7); task A. Rodriguez on project on analyzing location of administrative authority (.2); task E. Davila on service projects (.1); correspond with B. Manheim on strategy (.3); correspond with team on amendment strategy (.2); edit and revise certificate of interested persons (.2); send draft of same to team (.1) | 0.80 | duplicative of Hallward (revise and edit complaint), clerical (re service issues and procedures), need (law of privilege, irelevant issue), detail (procedures), detail (service projects | confer |
| 6/6/2011 | Hallward-Driemeier, Douglas | Revise draft complaint and declarations. | 4.00 | detail (declarants not identified) | |
| 6/6/2011 | Goetz, Mariel | Review and comment on draft declarations and related documents. | 7.50 | detail (declarants and related documents not identified) | |
| 6/6/2011 | Manheim, Bruce S Jr | Email correspondence with team (.25) and review of declarations and complaint (.75). | 1.00 | detail (subject of correspondence not described; declarants not identied); duplicative of Hallward 6/5 | confer |
| 6/7/2011 | Ripa, Augustine | Coordinate with team on plaintiffs, declarations (.25); legal research re: preliminary injunction (2.75) | 3.00 | detail (declarants not identified; research not described) | confer |
| 6/8/2011 | Ripa, Augustine | Legal research re: preliminary injunction | 2.00 | detail (research not described) | |
| 6/9/2011 | Hallward-Driemeier, Douglas | Correspondence with clients regarding declarations in support of preliminary injunction. | 0.50 | detail (declarants not identified) | |
| 6/10/2011 | Jonathon Lowy | Discussed and reviewed research on physician review board complaint procedure and complaint forms (1.0); Communications with co-counsel and clients re litigation strategy and research (0.25) | 1.00 | detail (discussed with whom?) | |

**EXHIBIT 16**
**Wollschlaeger v. Farmer**
**ENTRIES INSUFFICIENTLY DETAILED**

| Date | Timekeeper | Legal Services Rendered | Hours | Objections | Notes |
|---|---|---|---|---|---|
| 6/10/2011 | Edward Mullins | Review status of service (.1); review rules on service after summons (.1); review reports on pending Supreme Court cases (.2); correspond with Ropes on various issues in the case (.5); conference with Ropes on strategy (.5); task A. Rodriguez on legislative history (.2); review legislative history of bills (.3); correspond with E. Dewar on strategy (.2); send procedures on Judge Cooke to team (.1) | 0.20 | detail (issues re SCt cases; various issues not described), duplicative of Hallward 6/16 (review legislative history) | confer |
| 6/10/2011 | Goetz, Mariel | Interview doctors and prepare declarations (5.0). Emails with team regarding status of doctors and case strategy (.5). Revise organizational declarations and emails with team regarding same in response. (3.25) | 8.25 | detail (declarants not identified) | confer |
| 6/11/2011 | Edward Mullins | Correspond with Ropes team on amicus (.2); correspond with A. Finley on same (.1) | 0.10 | detail/need (Finley not identified; link to case not clear) | confer |
| 6/15/2011 | Hallward-Driemeier, Douglas | Review of declarations. | 1.00 | detail (declarants not identified) | |
| 6/15/2011 | Lemmon, Scott | Reviewed studies sent by Brady center for potential use in complaint. | 0.25 | detail (subject of studies not identified) | |
| 6/16/2011 | Manheim, Bruce S Jr | Focus on pleadings and declarations; email correspondence with clients. | 1.50 | detail (focus on what pleadings and declarations and how; subject of correspondence not described) | |
| 6/17/2011 | Ripa, Augustine | Coordinate with team on declarations, captions, and other filing materials. | 1.00 | detail (filing materials not described) | |
| 6/19/2011 | Goetz, Mariel | Attention to physician declarations. (1.0) Emails with team regarding case. (.5) | 1.50 | detail (subject of emails not described; attention to declarations gives no idea what work done) | confer |
| 6/20/2011 | Edward Mullins | Correspond with B. Dewar on status of filings (.2); review status of meeting (.1); attend strategy meeting with T. Julin, Ropes firm (.9); review letter from C. Smith (.1); correspond with Ropes team on responding to NRA (.1); review recent USSC cases, correspond with Ropes team on matter of public concern law (.4) | 0.40 | detail (SCT cases not identified) | confer |

4

**ENTRIES INSUFFICIENTLY DETAILED**

| Date | Timekeeper | Legal Services Rendered | Hours | Objections | Notes |
|---|---|---|---|---|---|
| 6/20/2011 | Goetz, Mariel | Attention to physician declarations. (3.0) Emails with team regarding PI motion (1.0). Confer with R. Dugas regarding declarations. (.5) Review and comment on PI motion. (1.0) | 3.00 | detail (attention does not describe nature of work done); duplicative of Hallward 6/13, 14, 18, 19, 20, 21, 23 (PI review) | confer |
| 6/20/2011 | Manheim, Bruce S Jr | Review and revise memo and amended complaint (.5); additional legal research (.5). | 0.50 | duplicative of Hallward 6/13, 14, 18, 19, 20, 21, 23 (PI revision); detail (research not described) | |
| 6/22/2011 | Lewis, Julia | Email doctors reminding them of confidential nature of non-public information imparted to them (.5). Review D. Vice's comments on amended complaint (.5). Research case history of Jacksonville case to determine appropriateness of citation for B. Dewar. (.5) | 0.50 | detail/need (information about Jacksonville case insufficient to determine its connection with this one) | |
| 6/23/2011 | Edward Mullins | Correspond with E. Palmer and A. Rodriguez regarding legislative history (.2); correspond with team on finalizing motion (.2); task H. Lucas, D. Giuliano on logistics (.2); work on finalizing filing (.4) | 1.00 | detail (insufficient information given to determine necessity of communication to Palmer and Rodriguez) | confer |
| 6/23/2011 | Manheim, Bruce S Jr | Review draft pleadings (.75), email correspondence (.25), teleconferences re finalization of amended complaint (1.0). | 2.00 | detail (subject of correspondence not described; declarants not identied) | confer |
| 6/24/2011 | Daniel Vice | Review final case filings (0.5) and research case law on litigation next steps (0.75) | 0.75 | detail (research not described); duplicative of Lowy | |
| 6/24/2011 | Edward Mullins | Review correspondence on enlargement (.2); correspond with Ropes team on same, magistrate issue (.3); work on request for oral argument (.1); finalize filings (.2); work on proposed order (.2) | 0.20 | detail (correspondent not identified) | confer |

**EXHIBIT 16**
**Wollschlaeger v. Farmer**
**ENTRIES INSUFFICIENTLY DETAILED**

| Date | Timekeeper | Legal Services Rendered | Hours | Objections | Notes |
|---|---|---|---|---|---|
| 6/27/2011 | Edward Mullins | Review final motion for preliminary injunction (.2); prepare for meeting with J. Vail (.1); correspond with B. Manheim regarding preliminary injunction procedures (.1); attend meeting with Governor's office (.6); review recent Supreme Court case (.1); conference with J. Vail on service, task E. Davlia (.1); work on strategy on motion to intervene (.4); conference with T. Julin on strategy (.2); review motion to intervene (.2); conference with E. Dewar on strategy (.2); review orders on briefing, scheduling (.2); conference with D. Hallward-Driemeier on strategy (.2); conference with T. Julin on amicus (.2); conference with T. Julin, D. Hallward-Driemeier on same (.2) | 0.10 | duplicative of Hallward 6/13, 14, 18, 19, 21, 23 (review mo/PI); detail (recent SCT case subject); duplicative of Hallward 6/27 (mo/intervene) | confer |
| 6/27/2011 | Manheim, Bruce S Jr | Email correspondence re NRA motion to intervene (.5) and telephone conference with counsel for state regarding timing and schedule of briefing in case (1.0) | 0.50 | detail (correspondent not identified) | confer |
| 7/2/2011 | Edward Mullins | Review correspondence on resolution by Florida Medical Association | 0.20 | need (FMA resolution irrelevant); detail (correspondent not identified) | confer |
| 7/7/2011 | Manheim, Bruce S Jr | Continue to review and revise brief; legal research. | 1.50 | detail (what brief; subject of research not described) | |
| 7/8/2011 | Edward Mullins | Review draft reply (.5); edit and revise same (1.4); send comments to B. Manheim (.1); conference with J. Lewis on filing of disc (.1); review declaration of B. Manheim (.1); revise notice of conventional filing (.1); review order denying intervention (.2); review motion to change caption (.1); work on strategy with respect to response and issues with order on intervention (.2); edit and revise latest version of reply (.4); correspond with clients on logistics (.1) | 2.00 | duplicative of Hallward 7/7, 8 (review/work on reply); detail (update Kanien about what and why was it necessary?; same for P. Blank, conference with Greenberg) | |
| 7/13/2011 | Jonathon Lowy | Communications with Dan V., co-counsel and clients re litigation strategy (0.5), legal analysis and research (3.5) | 4.00 | excessive, detail (failure to describe subject of communications with staff, cocounsel, clients and subjects of discussions, research) | |

**EXHIBIT 16**
**Wollschlaeger v. Farmer**
**ENTRIES INSUFFICIENTLY DETAILED**

| Date | Timekeeper | Legal Services Rendered | Hours | Objections | Notes |
|---|---|---|---|---|---|
| 7/14/2011 | Edward Mullins | Assist amicus with transcript (.2); review transcript for memorandum (.3); work on strategy with team (.3); work on outline (.3) | 0.30 | need (assist amicus with transcript), detail (subject of outline); duplicative of Dewar, Lemmon, Goetz 7/14 | confer |
| 7/14/2011 | Dewar, Elizabeth N. | Drafted outline of supplemental submission and necessary supplemental research necessary (4.0); worked with co-counsel and team regarding same (.75) | 4.00 | detail (research not described); duplicative of Goetz, Lemmon, Mullins | confer |
| 7/14/2011 | Goetz, Mariel | Phone calls with multiple doctors regarding additional anecdotes (1.0). Draft declarations. (1.0) | 2.00 | detail (doctors, declarants not identified) | |
| 7/14/2011 | Manheim, Bruce S Jr | Additional email correspondence with team regarding analysis. | 1.00 | detail (correspondent not identified) | confer |
| 7/14/2011 | Manheim, Bruce S Jr | Prepare stat analysis outline for brief; forward to team. | 1.50 | need; detail (subject of statistical analysis not described) | confer |
| 7/14/2011 | Manheim, Bruce S Jr | Follow up on next steps for drafting of supplemental brief; additional declarations. | 1.00 | detail (follow up does not describe work done) | |
| 7/15/2011 | Edward Mullins | Correspond on strategy in case | 0.20 | detail (correspondent not identified) | confer |
| 7/15/2011 | Goetz, Mariel | Confer with B. Dewar regarding supplemental briefing issues. | 0.75 | detail (issues not identified) | confer |
| 7/16/2011 | Edward Mullins | Correspond with team on evidentiary issues (.2); work on revising declaration (.1) | 0.30 | detail (issues not identified; declarant not identified) | confer |
| 7/18/2011 | Edward Mullins | Correspond with counsel regarding edits to amicus brief (.5); review message from CHILD and update amici team on same (.2); work on revisions to declaration (.1) | 0.80 | detail (declarant not identified; CHILD not described; correspondents not identified) | confer |
| 7/19/2011 | Dewar, Elizabeth N. | E-mails to/from M.Goetz, D.Hallward-Driemeier, and B.Manheim regarding additional edits to declarations. | 0.25 | detail (declarants not identified) | confer |
| 7/19/2011 | Goetz, Mariel | Revise multiple physician declarations (.75) and conference call with Judy Schaechter regarding declaration edits (.5). Emails with team regarding supplemental declarations and briefing issues. (.25). | 1.50 | detail (declarants not identified) | confer |
| 7/20/2011 | Goetz, Mariel | Emails with team regarding supplemental briefing and additional developments in case. | 1.50 | detail (additional developments not described) | confer |
| 7/25/2011 | Edward Mullins | Correspond with B. Manheim regarding having fact that letter not sent given to Court (.1); conference with S. Lemmon on same (.1); edit and revise declaration (.1) | 0.10 | need (re letter not delivered to court); detail (declarant not identified) | confer |

**ENTRIES INSUFFICIENTLY DETAILED**

| Date | Timekeeper | Legal Services Rendered | Hours | Objections | Notes |
|---|---|---|---|---|---|
| 7/25/2011 | Dewar, Elizabeth N. | Numerous emails to/from S.Lemmon regarding drafting and information for supplementary declarations regarding failure of board of medicine to advice physicians of rescind letter (.25); conferred with S.Lemmon regarding declarations (.25); emails to/from E.Mullins and S.Lemmon regarding proposed revisions to language of declaration; revised motion to supplement record. (.25) | 0.50 | detail (declarants not ID'd); need (board's failure to advise) | confer |
| 7/25/2011 | Hallward-Driemeier, Douglas | Revise declarations and motion for leave to file declarations regarding BOM failure to advise physicians of letter rescinding June 14 guidance. | 1.00 | detail (declarant not ID'd) | |
| 7/25/2011 | Lemmon, Scott | Called doctors to discuss declarations regarding Board of Medicine letters. | 1.00 | detail (declarants not ID'd) | |
| 7/25/2011 | Lemmon, Scott | Drafted declarations regarding Board of Medicine letters interpreting statute. | 3.00 | detail (declarants not ID'd) | |
| 7/25/2011 | Lemmon, Scott | Edited declarations to incorporate D. Hallward-Driemeier's comments. | 0.50 | detail (declarants not ID'd) | |
| 7/25/2011 | Manheim, Bruce S Jr | Email correspondence in connection with impending Preliminary Injunction Decision. (.25) Review draft supplemental papers and declarations prepared by S. Lemmon. (1.0) | 1.25 | detail (correspondent not identified; papers and declarants not identified) | confer |
| 7/26/2011 | Lemmon, Scott | Edited declarations, Motion for Leave to File Supplemental Declarations. | 3.25 | detail (declarants not ID'd) | |
| 7/26/2011 | Lemmon, Scott | Worked with plaintiffs to ensure that declarations were accurate. | 0.50 | detail (declarants not ID'd) | |
| 7/28/2011 | Manheim, Bruce S Jr | Email correspondence regarding case and related matters. | 0.50 | detail (correspondents not ID'd, issues in correspondence not described, related matters not described) | confer |
| 7/29/2011 | Manheim, Bruce S Jr | Email correspondence regarding case and Preliminary Injunction. Review state's Motion to Strike and next steps regarding Scheduling Order. | 1.25 | block; detail (correspondents not ID'd); duplicative of Hallward 7/27 | |
| 8/9/2011 | Manheim, Bruce S Jr | Follow up on opposition to Motion to Strike; revisions to Joint Motion to Extend. | 1.50 | block; detail (follow up activities not described) | |
| 10/12/2011 | Manheim, Bruce S Jr | Follow up with S. Lemon regarding Summary Judgment motions. | 0.50 | detail (follow up does not describe work done) | confer |

**EXHIBIT 16**
**Wollschlaeger v. Farmer**
**ENTRIES INSUFFICIENTLY DETAILED**

| Date | Timekeeper | Legal Services Rendered | Hours | Objections | Notes |
|---|---|---|---|---|---|
| 10/13/2011 | Manheim, Bruce S Jr | Focus on Summary Judgment Motion in case. | 0.50 | detail (focus does not describe issue) | |
| 10/14/2011 | Manheim, Bruce S Jr | Focus on Summary Judgment Motion issues. | 0.50 | detail (focus does not describe issue) | |
| 10/17/2011 | Manheim, Bruce S Jr | Follow up on timing of Summary Judgment Motions, other matters for clients. | 0.50 | detail (follow up does not describe work done; other matters not described) | |
| 10/18/2011 | Manheim, Bruce S Jr | Follow up on case and development of SJ motions. | 0.50 | detail (follow up does not describe work done) | |
| 10/19/2011 | Manheim, Bruce S Jr | Follow up with S. Lemmon regarding Summary Judgment motions. | 0.50 | detail (follow up does not describe work done) | |
| 10/20/2011 | Edward Mullins | Review correspondence regarding summary judgment | 0.10 | detail (correspondents and subjects not described) | confer |
| 10/20/2011 | Manheim, Bruce S Jr | Focus on Summary Judgment Motion and related issues. | 0.50 | detail (focus does not describe issue) | |
| 10/21/2011 | Manheim, Bruce S Jr | Focus on Summary Judgment motions and state response; meeting with D. Hallward-Driemeier to discuss same. | 0.50 | detail (focus does not describe issue) | confer |
| 10/25/2011 | Manheim, Bruce S Jr | Additional email correspondence relating to Summary Judgment Motion and filing Unopposed Extension Motion with Court. | 0.50 | detail (correspondents not identified) | confer |
| 10/26/2011 | Manheim, Bruce S Jr | Email correspondence and follow up with team. | 0.50 | detail (subject of correspondence not ID'd) | confer |
| 10/26/2011 | Manheim, Bruce S Jr | Focus on Summary Judgment motion and papers. | 0.50 | detail (focus does not describe issue; papers not described) | |
| 10/28/2011 | Manheim, Bruce S Jr | Review E. Mullins' edits to statement of facts; follow up with team. | 0.50 | detail (follow up does not describe work done) | confer |
| 11/18/2011 | Manheim, Bruce S Jr | Follow up on filing of response to state Summary Judgment Motion. | 0.50 | detail (follow up does not describe work done) | |
| 11/21/2011 | Manheim, Bruce S Jr | Focus on opposition to state's Motion for Summary Judgment and related papers. | 0.50 | detail (focus does not describe work done; related papers vague) | |
| 11/29/2011 | Lemmon, Scott | Worked with D. Hallward-Driemeier, A. Ripa, K. O'Connell regarding status of briefing, next steps. | 1.75 | detail (worked with vague) | confer |
| 11/29/2011 | Lemmon, Scott | Worked with A. Ripa, K. O'Connell to edit Opposition to Defendants' Motion for Summary Judgment. | 7.25 | detail (worked with vague) | confer |

**EXHIBIT 16**
**Wollschlaeger v. Farmer**
**ENTRIES INSUFFICIENTLY DETAILED**

| Date | Timekeeper | Legal Services Rendered | Hours | Objections | Notes |
|---|---|---|---|---|---|
| 12/5/2011 | Manheim, Bruce S Jr | Follow up with S. Lemmon and K. O'Connell regarding filings. | 0.75 | detail (follow up vague) | |
| 1/20/2012 | Edward Mullins | - F- | 0.10 | detail (no task described) | |
| 7/5/2012 | Manheim, Bruce S Jr | Follow up with associate on case regarding fees petition. | 0.50 | detail (follow up does not describe work done) | confer |
| 7/11/2012 | O'Connell, Kelly | Discussion with B. Manheim and follow-up with E. Siegle regarding co-counsel expense reports. | 0.50 | detail (subject of discussion with Manheim) | confer |
| 7/16/2012 | O'Connell, Kelly | Worked with Brady counsel regarding revisions to expense reports. | 0.50 | detail (worked with vague) | |
| 7/31/2012 | O'Connell, Kelly | Worked with co-counsel and accounts payable to receive supporting documents and revised Bill of Costs regarding same. | 1.75 | detail (worked with vague) | |
| 8/2/2012 | O'Connell, Kelly | Worked with Lit Tech and Document Processing regarding exhibits to motion for fees. | 0.50 | clerical; detail (work with vague) | |
| 8/9/2012 | O'Connell, Kelly | Emails with local counsel and team regarding call and article about judge. | 0.25 | detail (call vague, article about judge irrelevant) | confer |
| 8/16/2012 | Manheim, Bruce S Jr | Follow-up correspondence with K. O'Connell re fee dispute issues | 0.75 | detail (follow up vague) | confer |
| 10/1/2012 | Manheim, Bruce S Jr | Focus on fee petition issues. | 0.50 | detail (focus on vague) | |
| 10/4/2012 | Manheim, Bruce S Jr | Focus on attorney fee petition issues; email correspondence with clients. | 0.50 | detail (focus on vague; issues not described) | |
| 10/10/2012 | Manheim, Bruce S Jr | Follow up with team on attorney fee petition issues. | 0.50 | detail (follow up vague) | confer |
| | | | 128.95 | | |