**EXHIBIT 17**
**Wollschlaeger v. Farmer**
**INSUFFICIENT RELATIONSHIP TO CASE**

| Date | Timekeeper | Legal Services Rendered | Hours | Objections | Notes |
|---|---|---|---|---|---|
| 5/6/2011 | Jonathon Lowy | Conference call with clients re: litigation strategy; review and analyze research re Florida constitution and law | 1.25 | need (Florida law irrelevant; state claim not brough) | |
| 5/6/2011 | Dina Shand | Researched Florida Constitution for First Amendment-kind rights | 0.50 | need (no state claim made in case) | |
| 5/6/2011 | Dina Shand | Wrote memo to Brady board regarding viability of state law claim. | 0.75 | need (no state claim made in case) | confer |
| 5/12/2011 | Dina Shand | Determined meaning of health care practitioner in H.B. 155 | 0.25 | need | |
| 5/13/2011 | Jonathon Lowy | Tel. Con. With Dennis Kainen, Florida attorney re suit and Florida law and procedure, Florida law and legal research for filing | 0.50 | need (Kainen contact not necessary); detail: (subject of research not given; Florida law not specifically described) | |
| 5/14/2011 | Jonathon Lowy | Researched, reviewed and revised memo on Florida firearms laws, including firearms storage law | 0.50 | need (other state firearms law and storage law irrelevant) | |
| 5/16/2011 | Jonathon Lowy | Discussion with clients concerning named plaintiffs declarations and complaint (0.5), review information from clients on named plaintiffs for declarations and complaint (0.25); research and review of data re firearms in home - information on risk of guns in the home and data, scientific studies on risks of guns in the home (1.0) | 1.00 | duplicative of Shand 5/16 (firearms data), need (firearms data; not necessary to make facial challenge) | |
| 5/16/2011 | Dina Shand | Compiled social science on guns in the home from Brady and e-mail sources | 1.00 | need (social science not necessary to make facial challenge) detail (email sources not described) | |
| 5/18/2011 | Jonathon Lowy | Research re: Florida rules, discussion and research concerning client declarations (1.0); Communications with Dan V., Robyn L., Dina S., co-counsel and clients re litigation case law research and legal strategy (0.5); Tel. Con. With Bruce Manheim re suit litigation research and strategy (0.25). | 1.00 | need (Florida rules irrelevant) | confer |
| 5/18/2011 | Dina Shand | Researched doctor's accociations and their guidelines for gun safety | 1.00 | excessive, need (association plaintiffs could have provided this information) | |
| 5/19/2011 | Dina Shand | Drafted section of complaint regarding social science and doctor's role in advising patients about gun safety | 1.00 | need (complaint does not require social sciences treatise) | |

**EXHIBIT 17**
**Wollschlaeger v. Farmer**
**INSUFFICIENT RELATIONSHIP TO CASE**

| Date | Timekeeper | Legal Services Rendered | Hours | Objections | Notes |
|---|---|---|---|---|---|
| 5/23/2011 | Jonathon Lowy | Review legislation, review declarations (1.0); communications with co-counsel concerning declarations, research social science concerning physician obligations and guns (0.5); research re firearms incidents and deaths in Florida and in the home (.5); revised memo of incidents (.25) | 1.25 | need (social science, data re firearm deaths and incidents not necessary to make facial challege) | confer |
| 5/26/2011 | Manheim, Bruce S Jr | Draft demand/notice letter to Governor Scott; circulate to group for review and approval. | 2.50 | block, need (demand letter unnecessary to litigation) | confer |
| 5/26/2011 | Manheim, Bruce S Jr | Email correspondence with team regarding Governor Scott letter. | 0.50 | need (demand letter unnecessary to litigation) | confer |
| 5/27/2011 | Hal Lucas | Review 5/27/2011 correspondence to Governor Scott. | 0.25 | need | |
| 5/27/2011 | Manheim, Bruce S Jr | Finalize letter to Gov. Scott (.75); email correspondence with team regarding local counsel (.75); telephone conference with K. Crumbley regarding AAP position (1.0) | 2.50 | need (letter to Governor), overhead (local counsel) | confer |
| 5/28/2011 | Lemmon, Scott | Researched whether gun owners are required to disclose or register ownership of firearms to federal or state government. | 1.00 | need (not relevant to any claim; unnecessar for facial challenge) | |
| 5/28/2011 | Dewar, Elizabeth N. | Researched related Florida gun laws for preliminary injunction motion (.5); researched Eleventh Circuit and Supreme Court cases on privacy interests (1.5); finished researching and drafting strict scrutiny section of motion for preliminary injunction (1.5). | 0.50 | need (research of related FL gun laws), duplicative of Lemmon 5/28 (related state gun laws). | |
| 6/2/2011 | Lewis, Julia | Interview with Dr. Cava regarding his views on HB 155 (2.0); send follow-up emails to physician (1.0) | 3.00 | need (Cava views not relevant, not used), detail (physician not identied) | |
| 6/3/2011 | Lewis, Julia | Call with Dr. Schaecter regarding revising her declaration, with Dr. Ramon-Coton regarding her views on HB 155 and setting up an interview, and with Ropes team and plaintiffs to discuss status of lawsuit. | 3.25 | block, need (Ramon-Coton views irrelevant) | confer |
| 6/6/2011 | Jonathon Lowy | Review Complaint re filing, update clients on complaint status (0.25); research re guns in the home incidents to support case (2.0); communications with clients (0.25) | 2.00 | duplicative of Hallward 6/5, 3; need (research re guns in home incidents unnecessary to make facial challenge) | |

| Date | Timekeeper | Legal Services Rendered | Hours | Objections | Notes |
|---|---|---|---|---|---|
| 6/6/2011 | Edward Mullins | Work on final preparations for filing (.3); edit and revise final draft complaint; correspond with clients on same (.4); correspond with legal team on filing requirements (.3); work on service issues (.1); provide law on privilege (.3); conference with co-counsel regarding judge, procedures (.6); investigate service procedures (.3); conference with counsel regarding same (.4); numerous calls and conferences to general counsel offices of defendants (1.0); update E. Dewar on same (.7); task A. Rodriguez on project on analyzing location of administrative authority (.2); task E. Davila on service projects (.1); correspond with B. Manheim on strategy (.3); correspond with team on amendment strategy (.2); edit and revise certificate of interested persons (.2); send draft of same to team (.1) | 0.30 | duplicative of Hallward (revise and edit complaint), clerical (re service issues and procedures), need (law of privilege, irelevant issue), detail (procedures), detail (service projects | confer |
| 6/7/2011 | Goetz, Mariel | Review complaint for facts to support in declarations and review/analyze declarations, creating a chart of factual support. | 9.50 | need | |
| 6/7/2011 | Lewis, Julia | Call with Dr. Paredes regarding his practice of asking about firearms and his opinion on HB 155. | 1.00 | need (Paredes irrelevant; statement not used) | |
| 6/7/2011 | Lewis, Julia | Revise declaration for Dr. Ramon-Coton and follow-up call with Dr. Ramon-Coton regarding same. | 4.00 | need (Ramon-Coton statement not used) | |
| 6/7/2011 | Lewis, Julia | Review newspaper and internet articles concerning origins of the HB 155 bill, and background of similar bills in other states. | 1.00 | duplicative of Goetz 5/11; need (background of bills in other states) | |
| 6/9/2011 | Edward Mullins | Review research regarding Secretary of State as defendant (.1); Update team on service status (.2); work on issues (.1); conference with D. Kanine on status (.4); update team (.1); work on obtaining amicus counsel (.5); correspond with team on draft status (.1); correspond with team on amicus participation (.1); correspond with T. Julin on same (.1); correspond with Ropes firm on strategy (.2); correspond on issue with respect to plaintiff (.2); correspond with T. Julin on recent Supreme Court cases involving speech (.2) | 0.10 | need (scty of State as D) | confer |

**EXHIBIT 17**
**Wollschlaeger v. Farmer**
**INSUFFICIENT RELATIONSHIP TO CASE**

| Date | Timekeeper | Legal Services Rendered | Hours | Objections | Notes |
|---|---|---|---|---|---|
| 6/10/2011 | Aida Rodriguez | Telephone conference with process server to determine status of service on defendants (0.4); prepare detailed memo to legal team identifying details of service of process for each defendant (1.0); conduct extensive search for Florida House of Representatives Bill 155 (1.0); telephone conference with National Archives (1.0); search and retrieve historical for the Bill in both House and Senate (0.5); submit bill information to E. Mullins (0.3). | 1.00 | clerical (re service status), need (extensive search for bill and telephone National Archives) | |
| 6/11/2011 | Edward Mullins | Correspond with Ropes team on amicus (.2); correspond with A. Finley on same (.1) | 0.30 | detail/need (Finley not identified; link to case not clear) | confer |
| 6/11/2011 | Dewar, Elizabeth N. | Reviewed C.Dulis research on Supremacy Clause issue; e-mail to R&G team regarding same; | 0.50 | need (Supremacy Clause not an issue) | confer |
| 6/13/2011 | Goetz, Mariel | Draft and revise physician declarations (3.5), emails with Dr. Leland and Dr. Stewart (.25). Team meeting regarding amended complaint and preliminary injunction papers (1.0). Emails with team regarding declarations, amended complaint, and outstanding action items (.25). Discuss HIPAA issue. (.25) | 0.25 | need (HIPAA not relevant) | confer |
| 6/13/2011 | Lemmon, Scott | Conducted research to determine whether Florida Board of Medicine has General Counsel. | 0.50 | need | |
| 6/13/2011 | Lewis, Julia | Left voicemail for Dr. Edwards regarding draft declaration (.25). Revise Dr. King declaration and email her requesting any comments (3.0). Draft paragraphs for S. Lemmon to use in shadow complaint regarding Drs. Edwards and Fox. (1.75) | 1.75 | need (shadow complaint) | |
| 6/14/2011 | Goetz, Mariel | Emails with team regarding declarations and amended complaint (.25). Confer with J. Lewis regarding plaintiff-MDs HIPAA obligations as related to case. (.25) | 0.25 | need (HIPAA not relevant) | confer |
| 6/14/2011 | Lemmon, Scott | Conducted research and drafted memo with A. Ripa describing the defendants named in complaint and why they are proper defendants. | 3.00 | need | confer |

**EXHIBIT 17**
**Wollschlaeger v. Farmer**
**INSUFFICIENT RELATIONSHIP TO CASE**

| Date | Timekeeper | Legal Services Rendered | Hours | Objections | Notes |
|---|---|---|---|---|---|
| 6/14/2011 | Lewis, Julia | Discuss with M. Goetz and team whether defendants would be able to request patient medical records under HIPAA in relation to case (1.25); left voicemail to Dr. Fox regarding her questions about disclosure of patients' records under HIPAA and timing of discovery. (.25) | 1.50 | need (HIPAA not relevant) | confer |
| 6/14/2011 | Lewis, Julia | Research whether filling an application for preliminary injunction, motion for preliminary injunction, or temporary restraining order is the appropriate manner of seeking relief. | 1.00 | need, excessive (Rule 65 makes very plain that this case was not suseptible to TRO, an injunction issued without notice to defendant) | |
| 6/22/2011 | Hallward-Driemeier, Douglas | Call with Dr. Schaectman to discuss AMA resolution in support of litigation. | 0.25 | need (AMA resolution irrelevant) | |
| 6/22/2011 | Lewis, Julia | Email doctors reminding them of confidential nature of non-public information imparted to them (.5). Review D. Vice's comments on amended complaint (.5). Research case history of Jacksonville case to determine appropriateness of citation for B. Dewar. (.5) | 0.50 | detail/need (information about Jacksonville case insufficient to determine its connection with this one) | |
| 6/22/2011 | Manheim, Bruce S Jr | Telephone conference with AMA and AAP, and T. Schectman. | 1.00 | need | |
| 7/1/2011 | Daniel Vice | Prepare for hearing by reviewing filings and researching Florida rules | 1.75 | block, need (Florida rules), duplicative of Lowy 7/1 | |
| 7/2/2011 | Edward Mullins | Review correspondence on resolution by Florida Medical Association | 0.20 | need (FMA resolution irrelevant); detail (correspondent not identified) | confer |
| 7/8/2011 | Hal Lucas | Communications with co-counsel and oversee creation of CD containing audio files of Florida Legislative proceedings (0.4); prepare notice of conventional filing of said CD (0.2); review draft 7/8/2011 Declaration of Bruce Manheim (0.2); review Orders re: NRA's intervention motion and NRA's motion for leave to participate as amicus curiae (0.2); research re: duties and role of Florida Attorney General (1.0). | 1.00 | need (research re AG) | caption |
| 7/10/2011 | Edward Mullins | Review AMA resolutions | 0.20 | need (AMA resolution irrelevant) | |

**EXHIBIT 17**
**Wollschlaeger v. Farmer**
**INSUFFICIENT RELATIONSHIP TO CASE**

| Date | Timekeeper | Legal Services Rendered | Hours | Objections | Notes |
|---|---|---|---|---|---|
| 7/12/2011 | Manheim, Bruce S Jr | Meeting with E. Mullins regarding preliminary injunction hearing. | 2.00 | need (neither spoke at hearing; no indication why this time was reasonably spent) | confer hearing |
| 7/13/2011 | Edward Mullins | Prepare for hearing (1.5); attend hearing (1.0); attend meeting with co-counsel on strategy (.5); attend meeting with clients on same (1.0); work on strategy on amicus (.5); attend meeting with potential amicus on strategy (1.0) | 1.50 | need/duplicative (attendance at OA when Hallward and Manheim there) | hearing |
| 7/13/2011 | Hal Lucas | Attend preliminary injunction hearing (1.5); attend post-hearing meeting with clients and co-counsel (1.0). | 1.50 | need/duplicative (attendance at OA when Hallward and Manheim there); duplicative of Lowy 7/13 | hearing |
| 7/13/2011 | Dewar, Elizabeth N. | Oral argument on preliminary injunction motion. | 1.00 | need/duplicative (attendance at OA when Hallward and Manheim there); duplicative of Lowy 7/13 | hearing |
| 7/14/2011 | Edward Mullins | Assist amicus with transcript (.2); review transcript for memorandum (.3); work on strategy with team (.3); work on outline (.3) | 0.20 | need (assist amicus with transcript), detail (subject of outline); duplicative of Dewar, Lemmon, Goetz 7/14 | confer |
| 7/14/2011 | Manheim, Bruce S Jr | Prepare stat analysis outline for brief; forward to team. | 1.50 | need; detail (subject of statistical analysis not described) | confer |
| 7/21/2011 | Manheim, Bruce S Jr | Email correspondence regarding PI issuance and other related issues (.5); Review FL Constitution and FL Supreme Court certification issues. (.5) Correspond regarding next steps with co-counsel and D. Hallward-Driemeier. (.5) | 0.50 | need (FL constitutional and FL SCT certification irrelevant) | confer |
| 7/25/2011 | Edward Mullins | Correspond with B. Manheim regarding having fact that letter not sent given to Court (.1); conference with S. Lemmon on same (.1); edit and revise declaration (.1) | 0.20 | need (re letter not delivered to court); detail (declarant not identified) | confer |
| 7/25/2011 | Dewar, Elizabeth N. | Numerous emails to/from S.Lemmon regarding drafting and information for supplementary declarations regarding failure of board of medicine to advice physicians of rescind letter (.25); conferred with S.Lemmon regarding declarations (.25); emails to/from E.Mullins and S.Lemmon regarding proposed revisions to language of declaration; revised motion to supplement record. (.25) | 0.50 | detail (declarants not ID'd); need (board's failure to advise) | confer |

**EXHIBIT 17**
**Wollschlaeger v. Farmer**
**INSUFFICIENT RELATIONSHIP TO CASE**

| Date | Timekeeper | Legal Services Rendered | Hours | Objections | Notes |
|---|---|---|---|---|---|
| 7/25/2011 | Lemmon, Scott | Drafted Motion for Leave to File Supplemental Declarations. | 1.25 | need (failure to advise not filed) | |
| 7/26/2011 | Hallward-Driemeier, Douglas | Discussions with Mr. Manheim and Mr. Lemmon regarding possible supplemental filing regarding BOM's failure to notify doctors of July 18 letter. | 0.50 | need (failure to advise not issue) | confer |
| 7/26/2011 | Lemmon, Scott | Drafted email to plaintiffs explaining decision not to file motion. | 0.50 | need (failure to advise not an issue) | |
| 8/10/2011 | Edward Mullins | Conference with Senate staff person on status of case (.2); update team on same (.2); review order on enlargement (.1). | 0.40 | need (conference with Senate staff) | confer |
| 10/25/2011 | Manheim, Bruce S Jr | Focus on drafting sections of Citizen Petition outling background information, etc. | 2.50 | need (Citizen Petition irrelevant) | |
| 11/1/2011 | Manheim, Bruce S Jr | Telephone conference with K. Crumbly regarding webinar for American Academy of Pediatrics. | 0.75 | need (webinar irrelevant) | confer |
| 11/7/2011 | Manheim, Bruce S Jr | Email correspondence with K. Crumley regarding webinar. | 0.50 | need (webinar irrelevant) | confer |
| 11/21/2011 | O'Connell, Kelly | Researched additional ADA and Title VII and First Amendment case law | 2.00 | need (ADA and Title VII irrelevant) | |
| 11/29/2011 | Lewis, Julia | Interview Dr. Tommy Schectman and draft Schectman declaration re: accidental shooting. | 1.50 | need (accidental shooting not relevant to constitutional claims) | |
| 11/29/2011 | Manheim, Bruce S Jr | Telephone conference with T. Schaecam and J. Lewis regarding declaration. | 0.50 | need (declaration re accidental shooting irrelevant) | |
| 11/30/2011 | Lemmon, Scott | Edited J. Lewis's draft of T. Schechtman declaration. | 0.25 | need (declaration re accidental shooting irrelevant) | |
| 11/30/2011 | Lewis, Julia | Draft and revise Schectman declaration. Coordinate signing of declaration. Call with Dr. Schectman regarding finalized declaration. | 1.25 | need (accidental shooting not relevant to constitutional claims) | |
| 12/14/2011 | Doug Giuliano | Analyze whether Florida Statute 790.335 applies to private persons and draft summary on same. | 0.20 | need (all dispositive motions filed) | |
| 12/14/2011 | Hallward-Driemeier, Douglas | Analyze possible significance of Florida statute criminalizing making of records concerning ownership of firearms. Communicate with co-counsel and Dr. St. Petery re same. | 0.75 | need (statute not relevant) | |
| 12/14/2011 | Lemmon, Scott | Searched Westlaw for cases citing Florida Statute 790.335. | 1.00 | need (all dispositive motions filed) | |

**EXHIBIT 17**
**Wollschlaeger v. Farmer**
**INSUFFICIENT RELATIONSHIP TO CASE**

| Date | Timekeeper | Legal Services Rendered | Hours | Objections | Notes |
|---|---|---|---|---|---|
| 7/24/2012 | O'Connell, Kelly | Meeting with E. Siegle regarding 1920 cost project. | 0.25 | need (1920 cost project not explained) | |
| 8/1/2012 | O'Connell, Kelly | Researched case law regarding electronic document and work product. | 0.50 | need (no explanation of how relevant) | |
| | | | 79.85 | | |