**EXHIBIT 18**
**Wollschlaeger v. Farmer**
**CLERICAL WORK**

| Date | Timekeeper | Legal Services Rendered | Hours | Objections | Notes |
|---|---|---|---|---|---|
| 6/6/2011 | Aida Rodriguez | Research correct names and addresses of State of Florida officials to be served (1.0); research names and addresses of Florida Board of Medicine members (1.0); locate process server in Tallahassee with experience serving government officials (0.5); telephone conference with process server (0.4); prepare letter to process server enclosing fee and summonses to be served with specific instructions regarding same (1.0); confer with E. Mullins on tasks (0.5). | 2.90 | detail (tasks not described); clerical (locate process server) | confer |
| 6/6/2011 | Edward Mullins | Work on final preparations for filing (.3); edit and revise final draft complaint; correspond with clients on same (.4); correspond with legal team on filing requirements (.3); work on service issues (.1); provide law on privilege (.3); conference with co-counsel regarding judge, procedures (.6); investigate service procedures (.3); conference with counsel regarding same (.4); numerous calls and conferences to general counsel offices of defendants (1.0); update E. Dewar on same (.7); task A. Rodriguez on project on analyzing location of administrative authority (.2); task E. Davila on service projects (.1); correspond with B. Manheim on strategy (.3); correspond with team on amendment strategy (.2); edit and revise certificate of interested persons (.2); send draft of same to team (.1) | 0.10 | duplicative of Hallward (revise and edit complaint), clerical (re service issues and procedures), need (law of privilege, irelevant issue), detail (procedures), detail (service projects | confer |
| 6/10/2011 | Aida Rodriguez | Telephone conference with process server to determine status of service on defendants (0.4); prepare detailed memo to legal team identifying details of service of process for each defendant (1.0); conduct extensive search for Florida House of Representatives Bill 155 (1.0); telephone conference with National Archives (1.0); search and retrieve historical for the Bill in both House and Senate (0.5); submit bill information to E. Mullins (0.3). | 1.40 | clerical (re service status), need (extensive search for bill and telephone National Archives) | |

1

**EXHIBIT 18**
**Wollschlaeger v. Farmer**
**CLERICAL WORK**

| Date | Timekeeper | Legal Services Rendered | Hours | Objections | Notes |
|---|---|---|---|---|---|
| 6/14/2011 | Edward Mullins | Correspond with D. Hallward-Driemeier on arguments for motion (.3); work on arguments for motion regarding discrimination prong (.2); edit and revised Amended Complaint (.8); correspond with E. Dewar on standing orders (.1); send Amended Complaint draft to team (.1); work on scheduling meeting regarding general counsels (.1) | 0.10 | duplicative of Hallward 6/14, 21; clerical (scheduling meeting) | confer |
| 6/23/2011 | Antzoulatos, Sophia | Call local counsel to discuss filing (.5); prepare declarations for distribution and efiling (1.75); enter edits into brief (.75) | 3.00 | clerical | confer |
| 7/8/2011 | Antzoulatos, Sophia | Prepare brief binder and case binder for D. Hallward-Driemeier in preparation for Oral Argument; | 4.00 | clerical | |
| 7/11/2011 | Antzoulatos, Sophia | Prepare declarations and exhibits for D. Hallward in preparation for Oral Argument. | 2.25 | clerical | |
| 10/14/2011 | O'Connell, Kelly | Worked with S. Lemmon to compile relevant previous filings for drafting summary judgment motion. | 0.25 | clerical | confer |
| 11/10/2011 | Antzoulatos, Sophia | Prepare pleading binder for A. Ripa. | 1.00 | clerical | |
| 11/15/2011 | Antzoulatos, Sophia | Run searches for A. Ripa for examples of Opposition to Summary Judgment Motions from SD Florida (1.0); discuss workspace issues with A. Ripa (.5) | 0.50 | clerical (workspace issues) | confer |
| 11/30/2011 | Suarez, Lauren | Westlaw Keycite report and caselaw retrieval; Cite check, fact check, quote check Opposition to Motion for Summary Judgment, per Attorney S. Lemmon. | 6.25 | clerical | |
| 12/1/2011 | Antzoulatos, Sophia | Discuss upcoming deadlines with A. Ripa (.25); prepare exhibits. (.75) | 1.00 | clerical | confer |
| 12/1/2011 | Suarez, Lauren | Westlaw Keycite report and case law retrieval; Cite check, fact check, quote check Opposition to Motion for Summary Judgment, per Attorney S. Lemmon. | 5.25 | clerical | |
| 12/4/2011 | Antzoulatos, Sophia | Cite check, edit, revise and blue book Replies. | 2.50 | clerical | |
| 12/5/2011 | Antzoulatos, Sophia | Edit, revise and work with associates to prepare replies for filing in florida. | 2.50 | clerical | |
| 8/2/2012 | O'Connell, Kelly | Worked with Lit Tech and Document Processing regarding exhibits to motion for fees. | 0.50 | clerical; detail (work with vague) | |
| | | | 33.50 | | |