**EXHIBIT 19**
**Wollschlaeger v. Farmer**
**OVERHEAD**

| Date | Timekeeper | Legal Services Rendered | Hours | Objections | Notes |
|---|---|---|---|---|---|
| 5/27/2011 | Antzoulatos, Sophia | Conduct research into SD Fla local court rules on pro hac motions, Motions for PI and filing complaints. | 1.00 | block, overhead (pro hoc vice motions), duplicative of Long 5/20 | |
| 5/27/2011 | Manheim, Bruce S Jr | Finalize letter to Gov. Scott (.75); email correspondence with team regarding local counsel (.75); telephone conference with K. Crumbley regarding AAP position (1.0) | 2.50 | need (letter to Governor), overhead (local counsel) | confer |
| 8/9/2012 | O'Connell, Kelly | Prepared appearance of counsel forms and worked with support to file same. | 0.25 | overhead | |
| | | | 3.8 | | |
| | | | | | |

1