**EXHIBIT 20**
**Wollschlaeger v. Farmer**
**GENERALLY EXCESSIVE TIME**

| Date | Timekeeper | Legal Services Rendered | Hours | Objections | Notes |
|---|---|---|---|---|---|
| 5/18/2011 | Dina Shand | Researched doctor's accociations and their guidelines for gun safety | 1.00 | excessive, need (association plaintiffs could have provided this information) | |
| 6/14/2011 | Lewis, Julia | Research whether filling an application for preliminary injunction, motion for preliminary injunction, or temporary restraining order is the appropriate manner of seeking relief. | 1.00 | need, excessive (Rule 65 makes very plain that this case was not suseptible to TRO, an injunction issued without notice to defendant) | |
| 6/28/2011 | Dewar, Elizabeth N. | Read Defendants' response to the NRA's motion to intervene and emails to/from E.Mullins, D.Hallward-Driemeier, and B.Manheim regarding responding to same. | 2.00 | block, excessive (DE 44, defendant's response was 1 sentence long) | confer |
| 6/28/2011 | Lewis, Julia | Read Defendant's filing in support of NVRA's motion to intervene. | 0.50 | duplicative of Dewar 6/28, excessive (DE 44 1 sentence) | |
| 7/6/2011 | Lewis, Julia | Draft paragraph for B. Dewar to insert into reply brief regarding standing analysis. (.5) Revise standing paragraph and add additional citations according to B. Dewar's suggestions. (1.5) | 2.00 | excessive for drafting of two paragraphs | |
| 7/8/2011 | Lewis, Julia | Revise declaration for B. Manheim describing incidents discussed in legislative history that were cited by defendants in their opposition. | 3.00 | duplicative of Dewar 7/8; excessive (DE 58-1 is only 8 pgs; 2 hours already expended on the project 7/7) | check |
| 7/8/2011 | Ripa, Augustine | Research, draft, and revise response to State's motion to change the case style (3.0); confer with B.Manheim, S.Lemmon, and B.Dewar re: the same (.5) | 6.50 | excessive (DE 60 is only 2 pgs) | |
| 7/9/2011 | Lemmon, Scott | Drafted Reply to State's Motion for Order to Revise Styling (caption) of case. | 2.00 | excessive (DE 60 only 2 pgs); duplicative of Ripa 7/8, 10 | |

1

**EXHIBIT 20**
**Wollschlaeger v. Farmer**
**GENERALLY EXCESSIVE TIME**

| Date | Timekeeper | Legal Services Rendered | Hours | Objections | Notes |
|---|---|---|---|---|---|
| 7/11/2011 | Edward Mullins | Edit and revise response to motion to change case style (.5); revise same to include letter exhibits (.2); revise response per changes of B. Manheim (.3); edit response regarding same with changes of B. Manheim, D. Hallward-Driemeier (.2); call to judge's chambers (.1); update team on same (.1); correspond with team on amici request of children's groups (.1); correspond with G. Greenberg on same (.1); conference with G. Greenberg on strategy (.1); update B. Manheim on same (.1); review order on caption (.1); review amended order denying intervention (.1); attend mock oral argument (1.5); correspond with team on Judge Cooke arguments (.2) | 1.20 | excessive (editing mo/change case style, DE 60 only 2 pgs), duplicative of Ripa 7/10 (mo/change case style) | caption confer |
| 7/13/2011 | Jonathon Lowy | Communications with Dan V., co-counsel and clients re litigation strategy (0.5), legal analysis and research (3.5) | 4.00 | excessive, detail (failure to describe subject of communications with staff, cocounsel, clients and subjects of discussions, research) | |
| 7/14/2011 | Lemmon, Scott | Compared NRA Brief, Florida's brief, and Florida's oral argument transcript to determine similarities and differences in their interpretation of "harassment" and "relevant." | 0.75 | excessive (spent 4.3 total hours on this project) | |
| 7/15/2011 | Lemmon, Scott | Compared NRA Brief, Florida's brief, and Florida's oral argument transcript to determine similarities and differences in their interpretation of "harassment" and "relevant." | 3.50 | excessive | |
| 7/16/2011 | Lewis, Julia | Research cases for B. Dewar holding that the fact that a party presents different interpretations of an ambiguous statute in its legal pleadings is evidence in and of itself of the statute's vagueness. | 3.00 | excessive (DE 73 devotes 2 pgs to this issue; pp. 13-14; very little law cited) | |
| 8/10/2011 | Lemmon, Scott | Drafted Opposition to Defendants' Motion to Strike Plaintiffs' Supplemental Memorandum. | 6.50 | excessive (DE 78 only 5 pages) | |
| 8/11/2011 | Edward Mullins | Edit and revise response to motion to strike. | 0.90 | excessive (DE 78 only 5 pages) | |

**EXHIBIT 20**
**Wollschlaeger v. Farmer**
**GENERALLY EXCESSIVE TIME**

| Date | Timekeeper | Legal Services Rendered | Hours | Objections | Notes |
|---|---|---|---|---|---|
| 8/11/2011 | Dewar, Elizabeth N. | Read and provided comments on draft motion to strike (.25); emails to/from R.Dugas and S.Lemmon regarding further revisions to same (.25); reviewed R.Dugas edits and provided comments on same. (.25) | 0.75 | excessive (DE 78 only 5 pages) | confer |
| 8/11/2011 | Lemmon, Scott | Incorporated B. Manheim edits into Opposition to Defendants' Motion to Strike. | 1.50 | excessive (DE 78 only 5 pages) | |
| 8/11/2011 | Lemmon, Scott | Incorporated R. Dugas, E. Dewar edits into Opposition to Defendants' Motion to Strike. | 2.75 | excessive (DE 78 only 5 pages) | |
| 8/11/2011 | Manheim, Bruce S Jr | Review revised Opposition to Motion to Strike; telephone conference with S. Lemon regarding same. | 0.75 | excessive (DE 78 only 5 pages) | confer |
| 8/12/2011 | Lemmon, Scott | Edited Opposition to Motion to Strike to include E. Mullins's comments. | 0.50 | excessive (DE 78 only 5 pages) | |
| 8/12/2011 | Manheim, Bruce S Jr | Draft and incorporate revisions to Opposition to Motion to Strike; email correspondence regarding same. | 1.50 | block; excessive (DE 78 only 5 pgs) | confer |
| 8/15/2011 | Manheim, Bruce S Jr | Final review and revisions to opposition to motion to strike; file with Court. Email correspondence regarding FMA issues. | 2.50 | excessive (DE 78 only 5 pages) | |
| 10/25/2011 | O'Connell, Kelly | Revised motion for extension of time per team's comments; corresponded with local counsel regarding same. | 0.50 | excessive (DE 83's text is 1 p; this was an unopposed motion as well | |
| 10/25/2011 | O'Connell, Kelly | Drafted motion for extension of time | 1.00 | excessive (DE 83's substantive text is 1 p; this was an unopposed motion as well) | |
| 8/2/2012 | O'Connell, Kelly | Revised government's motion for extension of time to file fee motion and stay and worked with B. Manheim regarding same. | 1.25 | excessive | |
| 8/6/2012 | O'Connell, Kelly | Revised motion for extension, working with B. Manheim and E. Mullins regarding same. | 0.50 | excessive | |
| 8/7/2012 | O'Connell, Kelly | Revised draft motion for enlargement and stay per conversation with J. Vail and emailed draft to same. | 0.50 | excessive | |
| | | | 51.85 | | |

3