UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

STEVEN M. LARIMORE
Clerk of Court

Appeals Section

FILED by H.H. D.C.
JAN 18 2013
STEVEN M. LARIMORE
CLERK U.S. DIST CT
S. D. of FLA. – MIAMI

U.S. COURT OF APPEALS
RECEIVED CLERK
DEC 11 2012
ATLANTA, GA

Date: 12/5/2012

Clerk, United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303

**COR/ROA**

IN RE:   District Court No:   11-22026-CV - MGC

U.S.C.A. No:   12-14009-FF

Style:   WOLLSCHLAEGER ET AL V GOVERNMENT STATE OF FL

**CERTIFICATE OF READINESS AND TRANSMITTAL OF RECORD ON APPEAL**

Pursuant to Fed. R. App. P. 11(c), the Clerk of the District Court for the Southern District of Florida hereby certifies that, as shown on the enclosed index, the record is complete for purposes of this appeal. The record (including the transcript or parts thereof designated for inclusion and all necessary exhibits) consists of:

5 Volume(s) of pleadings

1 Volume(s) of Transcripts

Exhibits:   0 boxes;   1 folders;

0 envelopes;   0 PSIs (sealed)

☐ other: _____

☐ other: _____

☑ Other:   (1)ACCORDION FOLDER CONTAINING DE# 63 WITH CD

☐ Other: _____

Sincerely,
Steven M. Larimore, Clerk of Court
Southern District of Florida

By _____
   Deputy Clerk

Date _____

Certified to be true and correct copy of the document on file
Steven M. Larimore, Clerk,
By [signature]
Deputy Clerk 12/5/12

Attachment
c: court file

S/F A-15
Rev. 10/94

☑ 400 N. Miami Avenue
Miami, Fl 33128-7716
305-523-5080

☐ 299 E. Broward Boulevard
Ft. Lauderdale, Fl 33301
954-769-5413

☐ 701 Clematis Street
West Palm Beach, Fl 33401
561-803-3408