## Fee Comparison

| Timekeeper | Employer | Position | Plaintiffs' Requested Fee Rate | Plaintiffs' Actual Fee Rate | Defendants' Suggested Fee Rate |
|---|---|---|---|---|---|
| Manheim, Bruce | Ropes & Gray | Partner | $450.00 | $805.00 | $325.00 |
| Hallward-Driemeier, Doug | Ropes & Gray | Partner | $450.00 | $790.00 | $270.00 |
| Dewar, Elizabeth N. | Ropes & Gray | Associate | $350.00 | $640.00 | $230.00 |
| Lemmon, Scott | Ropes & Gray | Associate | $350.00 | $550.00 | $230.00 |
| Ripa, Augustine | Ropes & Gray | Associate | $350.00 | $550.00 | $250.00 |
| Lewis, Julia | Ropes & Gray | Associate | $350.00 | $550.00 | $230.00 |
| Goetz, Mariel | Ropes & Gray | Associate | $350.00 | $495.00 | $250.00 |
| O'Connell, Kelly | Ropes & Gray | Associate | $350.00 | $430.00 | $240.00 |
| Antzoulatos, Sophia | Ropes & Gray | Paralegal | $150.00 | $255.00 | $125.00 |
| Suarez, Lauren | Ropes & Gray | Paralegal | $150.00 | $215.00 | $125.00 |
| Mullins, Edward | Astigarraga | Partner | $450.00 | $450.00 | $325.00 |
| Giuliano, Doug | Astigarraga | Associate | $230.00 | $230.00 | $225.00 |
| Lucas, Hal | Astigarraga | Associate | $245.00 | $245.00 | $260.00 |
| Rodriquez, Aida | Astigarraga | Paralegal | $125.00 | $125.00 | $125.00 |
| Lowy, Jonathan | Brady Center | Attorney | $450.00 | N/A | $325.00 |
| Vice, Daniel | Brady Center | Attorney | $400.00 | N/A | $250.00 |
| Shand, Dina | Brady Center | Legal Fellow | $175.00 | N/A | $125.00 |