IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:11-CV-22026-COOKE/TURNOFF

DR. BERND WOLLSCHLAEGER, *et al.*,

    Plaintiffs,

v.

FRANK FARMER, *et al.*,

    Defendants.
_____/

## MOTION TO EXCEED PAGE LIMITS

    Plaintiffs hereby move to file a reply memorandum in support of their Verified Motion to Recover Attorneys' Fees and Costs in excess of the 10-page limit imposed by Local Rule 7.1(c)(2) by one page. Defendants' response in opposition to Plaintiffs' Verified Motion is 23 pages long and advances a wide array of new legal theories and objections to Plaintiffs' Verified Motion. In order to fully address Defendants' objections and to adequately present the relevant issues for the Court's consideration, Plaintiffs' reply memorandum, which is filed contemporaneously with this motion, is 11 pages long. Defendants have indicated that they will not oppose this motion.

    Therefore, Plaintiffs ask the Court to waive the page limits of the local rule and to consider the reply as filed.

CASE NO.: 1:11-CV-22026-COOKE/TURNOFF

Dated: February 7, 2012

Respectfully submitted,

Bruce S. Manheim, Jr.*
Bruce.manheim@ropesgray.com
Douglas H. Hallward-Driemeier*
Douglas.hallward@ropesgray.com
Ropes & Gray LLP
700 12th Street NW, Suite 900
Washington D.C. 20005

/s/ Edward M. Mullins
Edward M. Mullins (Fla. Bar No. 863920)
emullins@astidavis.com
Astigarraga Davis Mullins & Grossman, P.A.
701 Brickell Avenue, 16th Floor
Miami, Florida 33131-2847

Jonathan E. Lowy*
jlowy@bradymail.org
Brady Center To Prevent Gun Violence
1225 Eye Street NW, Suite 1100
Washington, DC 20005
Tel.: (202) 289-7319 / Fax: (202) 898-0059

*Admitted pro hac vice

Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 7, 2013, the foregoing document and its attachment were served via ECF to counsel for Defendants, Jason Vail, Assistant Attorney General, Office of the Attorney General, PL-01, The Capitol, Tallahassee, Florida 32399-1050, Jay.vail@myfloridalegal.com.

By: /s/ Edward M. Mullins
Edward M. Mullins

2